AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Nathson E. Fields,

**SUMMONS IN A CIVIL CASE**

v.

City of Chicago, County of Cook, Office of Cook County State's Attorney,

CASE N

ASSIGN  1:10-cv-01168
Judge Matthew F. Kennelly
DESIGN  Magistrate Judge Geraldine Soat Brown
MAGIS.

TO: (Name and address of Defendant)

Detective Thomas Richardson Star No. 3385
Chicago Police Department
3510 South Michigan
Chicago Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathson E. Fields
6815 South Jeffery, 3rd Floor
Chicago, Illinois 60649

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 2 2 2010

DATE

FORMER AND CURRENT
STATE'S ATTORNEYS OF COOK COUNTY,
RICHARD M. DALEY, ANITA ALVAREZ,
RICHARD A. DEVINE, JACK O'MALLEY,
FORMER AND CURRENT ASSISTANT
STATE'S ATTORNEYS, BRIAN SEXTON,
DAVID KELLY, RANDY RUECKERT,
LAWRENCE WHARRIE, RENEE GOLDFARB,
JAMES FITZGERALD, FORMER AND
CURRENT CHICAGO POLICE
SUPERINTENDENTS, FRED RICE,
MATT L. RODRIGUEZ, TERRY G. HILLIARD,
PHILIP J. CLINE, LEROY MARTIN,
JODY WEIS, FORMER AND CURRENT
CHICAGO POLICE OFFICERS,
DETECTIVE DAVID O'CALLAGHAN,
DETECTIVE THOMAS RICHARDSON,
DETECTIVE STEPHEN CASTO, DETECTIVE
J. MINOGUE, DETECTIVE JOSEPH
BOGDALEK, DETECTIVE JOSEPH MURPHY,
DETECTIVE STEVEN HOOD, JAMES
DELANEY, DETECTIVE ROBERT EVANS,
DETECTIVE DAN BRANNIGAN, DETECTIVE
JOHN ROBERTSON, DETECTIVE RICH
KOBEL, DETECTIVE KOLOVITZ,
FRANTERNAL ORDER OF POLICE - CHICAGO
LODGE 7, JOHN DOES, 1 THROUGH 100,
INCLUSIVE.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 2, 2010 |
| NAME OF SERVER *(PRINT)* Dickey Gaines | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ON MARCH 2, 2010, AT 11:15AM; EMERALD YANCY, AN EMPLOYEE AT THE CHICAGO POLICE HEADQUARTERS, 3510 S. MICHIGAN, CHICAGO, ILLINOIS ACCEPTED SERVICE OF COMPLAINT AND SUMMONS. SHE IS A HEAVY-SET BLACK FEMALE.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10 MILES | COMPLAINT & SUMMONS | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-2-2010
Date

Signature of Server: Dickey Gaines

Address of Server: 11578 South Lafayette Street, Chicago, Illinois 60628

FILED
3-4-2010
MAR - 4 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.