# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of     Case Number: **10 CV 1168**
**NATHSON E. FIELDS**
**V.**
**CITY OF CHICAGO, et al.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF CHICAGO and RICHARD M. DALEY**

| |
|---|
| NAME (Type or print) <br> **Paul A. Michalik** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Paul A. Michalik |
| FIRM <br> **Dykema Gossett PLLC** |
| STREET ADDRESS <br> **10 S. Wacker Drive, Suite 2300** |
| CITY/STATE/ZIP <br> **Chicago, IL 60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6198674 | TELEPHONE NUMBER <br> (312) 876-1700 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☒ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

I hereby certify that on **March 31, 2010**, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| **VIA U.S. MAIL** | Stephen L. Garcia |
| Nathson E. Fields, *pro se* | Office of the Cook County State's Attorney |
| 6815 South Jeffery | 500 Richard J. Daley Center |
| 3rd Floor | Chicago, IL 60602 |
| Chicago, IL 60649 | 312.603.5475 |
| 708.699.3285 | Email: sgarcia@cookcountygov.com |

s/ Paul A. Michalik
Paul A. Michalik