UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHSON E. FIELDS,<br>    Plaintiff,<br><br>  v.<br><br>CITY OF CHICAGO et al.,<br>    Defendants. | No. 10 CV 1168<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFF'S MOTION FOR PRIVACY ACT ORDER**

Plaintiff Nathson Fields, by and through his attorneys, moves this Court for a Privacy Act Order to permit the release of U.S. Government documents which contain materials protected from disclosure under the Privacy Act. In support of this motion, Plaintiff states as follows:

1. On June 30, 2011, Plaintiff subpoenaed the United States Attorney's Office and the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) for documents relevant to the current proceedings.

2. On July 7, 2011, Plaintiff subpoenaed the Federal Bureau of Investigation (FBI), the U.S. Marshals, and the Drug Enforcement Administration (DEA) for documents relevant to the current proceedings.

3. All the subpoenas to the abovementioned federal agencies contained identical requests for documents relating to Nathson Fields, the El Rukns, the Joseph White/Dee Eggers Vaughn murders, the Talman Hickman/Jerome Smith murders, Anthony Sumner, Earl Hawkins, George Carter, Judge Thomas

Maloney in connection with Earl Hawkins and/or Nathson Fields, and the Greylord investigation in connection with Hawkins and/or Fields. (See Exhibit A, Subpoena to U.S. Attorney)

4. On July 20, 2011, Assistant U.S. Attorney (AUSA) James Kuhn requested additional information regarding the relevancy of the documents requested in the subpoena to the U.S. Attorney's Office. Plaintiff's counsel responded to that relevancy inquiry on August 2, 2011 with a detailed statement as to why the requested documents were relevant to the current proceeding. (Exhibit B)

5. On August 15, 2011, Plaintiff's counsels H. Candace Gorman and Melissa Matuzak met with AUSAs James Kuhn and William Hogan to discuss the identification of documents responsive to the subpoenas.

6. AUSA James Kuhn has since confirmed that he and his office will be responsible for the gathering of documents responsive to all of the Federal Agency subpoenas except the subpoena to the U.S. Marshal's office. AUSA James Kuhn has also confirmed that AUSA William Hogan will <u>not</u> be involved in the identification or production of documents pursuant to those subpoenas.

7. On September 1, 2011, AUSA James Kuhn requested that Plaintiffs' counsel obtain a Privacy Act order prior to producing any documents.

8. This Court has jurisdiction to enter the requested Privacy Act Order pursuant to 5 U.S.C. § 552(a)(b)(11). The relevant part of the Privacy Act sets forth as follows:

(b) Conditions of disclosure.--No agency shall disclose any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains, unless disclosure of the record would be—(11) pursuant to the order of a court of competent jurisdiction[.]

9. The materials sought are relevant to the current action because the documents focus on (1) the investigation surrounding the underlying crimes for which the Plaintiff was maliciously prosecuted and wrongfully convicted, i.e. the claims that are the subject of this current civil action (2) those persons and entities who either perpetrated or were otherwise intimately associated with or gave coerced and falsified information regarding the aforementioned crimes, and (3) the proceedings against the Plaintiff for the aforementioned crimes. Thus, prompt entry of a Privacy Act Order is necessary for the conduct of discovery in the current civil action.

10. Plaintiff has attached hereto a draft Privacy Order which she sent to AUSA James Kuhn in advance and he has no objection to the Order. (Exhibit C)

WHEREFORE, given the forgoing, Plaintiff Fields respectfully requests this court to grant his Motion for Privacy Act Order and for such other and further relief as this Court deems just.

Respectfully submitted,


s/ H. Candace Gorman
One of the Attorneys for Nathson Fields


H. Candace Gorman
220 S. Halsted
Suite 200
Chicago Il. 60661

Leonard Goodman
Molly Armour
Melissa Matuzak
53 W. Jackson Boulevard
Suite 1650
Chicago, Illinois 60604

4