UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
<u>EASTERN DIVISION</u>

| | |
|---|---|
| NATHSON E. FIELDS, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, et al., )<br>      Defendants. ) | No. 10 CV 1168<br><br>Hon. Matthew F. Kennelly |

### MOTION TO COMPEL THE STATES ATTORNEY
### AND DEFENDANTS WHARRIE AND KELLEY

Now comes the Plaintiff Nathson Fields by and through his attorneys and asks this court to compel the States Attorney of Cook County and Defendants Wharrie and Kelley to respond to the request to produce duly served on them for the following reasons:

1. On November 7th and November 14th, 2012 this Court made clear that discovery was not stayed against the defendant Cook County State's Attorney and defendants Wharrie and Kelley.

2. On November 16th, 2012 counsel for Plaintiff served Requests to Produce on the defendants.

3. On December 19th, 2012 counsel for Plaintiff sent an email to attorney Garcia asking when she could expect responses to the discovery.

4. On December 21, 2012 counsel for Plaintiff Gorman and attorney Garcia had a telephone conversation in which attorney Garcia informed Gorman that he was

going to file "a motion" and suggested that because of the holidays and because of arguments in Plaintiff's innocence hearing he would file the motion and set it up for the week of January 7th, 2013.

5. On January 5, 2013 attorney Gorman sent a letter to attorney Garcia again asking about the discovery and informing him if she did not have an answer by January 9th, 2013 she would be forced to file a motion to compel. (Ex. A)

6. Attorney Garcia has not responded to the letter nor has he filed any response to the outstanding discovery.

Wherefore Plaintiff asks this Court for an order compelling the States Attorney and Defendants Wharrie and Kelley to respond to the discovery and for such other relief as this Court deems just.

Respectfully Submitted,

/s/H. Candace Gorman
One of the Attorneys for Fields

For Fields:

Leonard Goodman
Melissa Matuzak
53 W. Jackson Boulevard
Suite 1650
Chicago, Illinois 60604

H. Candace Gorman
220 S. Halsted
Suite 200
Chicago Illinois 60661
312-427-2313