UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHSON E. FIELDS,<br>　　Plaintiff,<br><br>　v.<br><br>CITY OF CHICAGO et al.,<br>　　Defendants. | No. 10 CV 1168<br><br>Hon. Matthew F. Kennelly |

## MOTION FOR RULE TO SHOW CAUSE

NOW COMES the Plaintiff, NATHSON E. FIELDS, by and through his attorneys, and respectfully asks that this Court enter a Rule to Show Cause against Defendants Wharrie and Kelley for the following reasons:

1. On November 7 and November 14, 2012, this Court made clear that discovery had not been stayed with respect to the State's Attorney's Office and Defendants Wharrie and Kelley.

2. On November 16, 2012 counsel for Plaintiff served requests to produce on the State's Attorney Defendants.

3. On December 19th, 2012 counsel for Plaintiff sent an email to attorney Garcia asking when she could expect responses to the discovery.

4. On December 21, 2012 counsel for Plaintiff Gorman and attorney Garcia had a telephone conversation in which attorney Garcia informed Gorman that he was going to file "a motion" and suggested that because of the

1

holidays and because of arguments in Plaintiff's innocence hearing he would file the motion and set it up for the week of January 7th, 2013.

5. Garcia never filed any motion and on January 11, 2013, Plaintiff filed a Motion to Compel the State's Attorney and Defendants Wharrie and Kelley, asking this Court to compel the parties to respond to the discovery (docket #317).

6. On January 16, 2013 this Court ordered the defendant State's attorney and defendants Wharrie and Kelley to answer Plaintiff's discovery requests by February 15, 2013 (docket # 325).

7. As of February 20, 2013, the Defendants Wharrie and Kelley have yet to respond to this Court's order.

WHEREFORE, for all of the reasons stated above, Plaintiff respectfully requests that this Court enter a Rule to Show Cause against Defendants Kelley and Wharrie, and for such other and further relief as this Court deems just

Respectfully Submitted,

1 /s/H. Candace Gorman

One of the Attorneys for Fields

## CERTIFICATE OF SERVICE

I, H. Candace Gorman, hereby certify that the foregoing Motion was served to the parties electronically by means of the Court's CM/ECF system.

Dated: February 20, 2013

                                  Respectfully Submitted,

                                  /s/H. Candace Gorman
                                One of the Attorneys for Fields

For Fields:

| | |
|---|---|
| Leonard C. Goodman | H. Candace Gorman |
| Melissa Matuzak | 220 S. Halsted |
| 53 W. Jackson Boulevard | Suite 200 |
| Suite 1650 | Chicago Illinois 60661 |
| Chicago, Illinois 60604 | 312-427-2313 |
| 312-986-1984 | |

3