

City of Chicago · Department of Police · Bureau of Administrative Services

# B.A.S. Service Request

Date of Request 31 MAR 10     Date Needed 7 Apr 10

Requested By   Mary Beth Hayla    Civ    Rank    OT 733    PC #
Print Name

Mary Beth Hayla    Signature~    745-6115    Contact Phone

Office of Legal Affairs    114    Unit Number
Unit Name

Units that will assist in providing service, if known, (check all that apply)

☐ Alternate Response Section
☐ Auto Pounds Section
☐ Chaplains Section
☐ Equipment & Supply Section
☐ Facilities Management Unit
☐ Finance Division
☐ Fleet Liaison
☐ Human Resources Division

☐ Information Services Division
☐ Medical Services Section
☐ Police Document Services Section
☐ Professional Counseling Services
☒ Records Services Division
☐ Reproduction & Graphic Arts Section
☐ Research and Development Division
☐ Telecommunications Section

Please describe the service requested (attach additional pages if necessary)  If urgent, include justification for the date needed  Please direct inquiries regarding status of your request  to the unit providing service.

Case report F 151922 - 1985 Murder
OPEN
Fields v. C.U    10 C 1168

Dan
Nolan
Dikema

Approval (required through your chain of command)

Commander   William E. Bacarek    Signature
Print Name

Dep Chief/ADS    Signature
Print Name

Deputy Supt    Signature
Print Name

After approval, please submit to:
Deputy Superintendent
Bureau of Administrative Services
Unit 120

DO NOT WRITE IN THIS BOX
Date Received
HEAT Number  10-1169

CPD-60.107 (Rev. 1/10)

**Majka, Marybeth**

**From:** Loughran, Kathleen M.
**Sent:** Tuesday, April 13, 2010 1:57 PM
**To:** Majka, Marybeth
**Cc:** Ogliore, Mia M.
**Subject:** Fields v City

Mary Beth,

I received your request for the double Homicide filed under RD# F151922. This investigation remains OPEN with one offender still at large.

Kathleen

Kathleen Loughran
Detective

City of Chicago - Department of Police
Detective Division Administration
Crime Analysis Unit - Homicide Desk

3510 South Michigan Avenue
Chicago Illinois 60653

bell: 312.745.6056
fax: 312.745.6701
pax: 0194

email: kathleen.loughran@chicagopolice.org

CITY-NF-009084