# LAW OFFICE OF H. CANDACE GORMAN

H. Candace Gorman  312.427-2313
hcgorman@igc.org  (FAX) 312.427-9552

December 28, 2012

Via email
Daniel M. Noland
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606

Re: conference call of 12/20/12

Dear Dan,

When we were in court on November 14, 2012 Judge Kennelly suggested that we sit down and talk through the process of requesting files through the city police department in an effort to help me determine where the missing street file (bate stamped City –NF-1028-1117 and photos bate stamped City-NF- 972 - 1027) has been all these years. In a letter dated December 11, 2012 I asked that you provide to me the documents that the Court asked you to provide to me regarding any request for police department files regarding the Smith case and I suggested they we engage in the conversation that the Judge suggested. On December 14th I received nine pages of documents from you bate stamped City-NF-09083-09091 and on December 20th we had a conference call to discuss the subject; Melissa Matuzak and Adrian Bleifuss Prados participated with me at our end and Paul Michalik was with you on your end. This will recap our conversation on December 20, 2012 regarding some of the issues related to the missing street file. If you think I have misstated anything from that conversation I ask that you contact me immediately-otherwise I will conclude that you agree with my summary.

First, before I begin the recap, I noticed that the first document that you tendered (9083) is marked on the top as "page 2 of 2." I ask that you tender to me page 1 no later than January 4th. In addition, it is not clear to me whether Mary Beth Majka received a hard copy of the street file or a digital version; I ask that you clarify that for me.

- As an initial matter you were still unwilling to concede that Mr. Fields was never given the Street File but you agreed (as your client agreed in the request to admit facts) that you have no evidence that that the file was ever tendered to Mr. Fields or his attorneys until it was tendered in this litigation. You then raised the possibility that the pages that

- you added to the stipulation *might* have been tendered in response to the previous subpoenas for the street file. However, you admitted that they Chicago Police department does not keep a log of documents tendered in response to subpoenas or whether they even had responsive documents to subpoenas.

- In response to my question about document no. 9087- a memo to Mary Beth Majka from Kathleen Loughran- in which detective Loughran stated that the double homicide file was still open as of April 13, 2010 you stated that you believe that the case was still considered open because Hank Andrews remained at large until 1989 -- and that the log was never corrected. You stated that there is no computer database that Detective Loughran looked at to determine that the case was and remains "open"

- You stated that there were some pieces of paper that the City produced to us – you described it as a log- which indicated that the case is still open and that you believe that this was the document Kathleen Loughran consulted in order to look into the case. I asked and you agreed to get back to us and more specifically identify this document. You stated that you would do that search when our conversation was completed. I did not receive anything from you and I sent you a letter reminding you of that fact on December 21, 2012.

- On the documents bate stamped 9090-9091- the "2010 Detective Division report numbers" -there was an additional file number, (F 020217) written on the request form and you stated that file number corresponded to the file number that was requested by Detective Evans for a firearm comparison, as shown in the missing street file. These files were pulled for your review on or about August 11, 2010. I told you that I wanted to see that file and you stated that you will get us a copy of that file.

- You stated that in the course of looking into where the street file would have been over the years you spoke to detectives Brown and Loughran, and Lt. Duffin. You stated that you also talked to men named Andrew and Michael at the City warehouse and retired Mr. Gill who worked at the warehouse. You also indicated that you spoke to individuals at the fleet and Facilities Management.

- You stated that Detective Brown has been in the Area since the mid-1990s or so. I asked you if Detective Brown had any recollection as to where the file might have been when it was located and you told me that you expected Det. Brown to say that he did not know of any place where the file might have been, other than the cabinet on the second floor (that being the cabinet that I viewed on June 12, 2012 but which had been moved sometime after that visit and prior to my second visit on August 8, 2012).

- You stated that the File cabinet was probably moved once in the early 2000s and it was *likely* that the file cabinet had been in that same place since 2003-2004, until it was moved prior to my August 8, 2012 visit. That being said you also indicated that "Stuff has been moved from time to time" because the fire Marshal orders the files be moved

around.

- You stated that there is absolutely no inventory number, or tracking system for files, like there would be for physical evidence.

- You stated that there is no log of interdepartmental mail.

- You stated that you are not aware of any current policies that would keep track of documents that are tendered to criminal defendants but that you will talk to legal affairs about this and get back to me.

- You stated that Mary Beth Majka has no record of the street file arriving and that you believe that Ms. Majka did not return the copy of the file she received. It is your understanding that Ms. Majka generally keeps the copies she receives in the course of doc requests. [This is what led me to ask at the beginning of this letter whether Ms. Majka received the file electronically or as a hard copy.] You stated that you will look into whether or not she still has a copy, and what her modus operandi is and get back to me. You also stated that you do not believe that legal affairs keeps logs of interdepartmental mail, snail mail, phone calls, etc. but that you would look into it and get back to me.

- You stated that you went to the Area in August 2010, to look at the original file and file no. F 020217 and that documents City NF- 009090-91 reflects the pulling of those files for that visit. You stated that you reviewed the file in a copy machine room adjacent to either Lieutenant Duffin or somebody else's office. I asked you where the file was retrieved from for your visit and you stated that it was just on the table when you arrived, that you did not know how the file got there and you did not ask anyone where the file came from. When you left the Area on that day you left the file on the table and you do not know where it was returned to and you never asked anyone where the file was returned to after your visit.

- You stated that to the best of your knowledge the file is in Lt. Duffin's office, although you are not sure exactly where Lt Duffin's office is right now.

- You stated unequivocally that you do not know the chain of custody for the file and no one else that you have spoken to knows the chain of custody for that file.

I ask that you give me a status on the open issues no later than January 4, 2013.

Very Truly Yours

H. Candace Gorman