UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHSON E. FIELDS, )<br>     Plaintiff, )<br> ) No. 10 CV 1168<br>     v. )<br> ) Hon. Matthew F. Kennelly<br>CITY OF CHICAGO et al., )<br>     Defendants. ) | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

NOW COMES the Plaintiff, Nathson Fields, by and through his attorneys, and respectfully requests that this Court enter an Order granting Plaintiff leave to file under seal a motion detailing the reasons why the list of the names of homicide victims contained in the file cabinet Plaintiff's attorneys reviewed at 51st and Wentworth (referenced in Plaintiff's Motion to Make Public the Names of Victims, Docket 398) should be made public. The motion will discuss several of the deceased individuals referenced in that file cabinet.

After reviewing a body of nominally "open" homicide files in a cabinet at the Chicago Police Department at 51st and Wentworth, attorneys for Plaintiff concluded, upon information and belief, that some of the investigative files contained in that cabinet were never tendered to the criminal defendants who were prosecuted for the homicides in question. The proposed motion explains in more detail the specifics that led counsel to that conclusion.

The files in the cabinet are labeled by homicide victim name and date from 1944 to and including 1987. On July 24, 2013, Plaintiff moved this Court to

make public the names of those victims, in the interest of justice. This Court subsequently denied Plaintiff's motion without prejudice and asked Plaintiff's counsel to submit a motion with more detail under seal.

Should this Court grant Plaintiff's Motion, Plaintiff is prepared to file a redacted version for the public record, in accordance with this Court's rule on the filing of materials under seal.

WHEREFORE, for all of the reasons stated above, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Leave to File Motion Under Seal.

                                Respectfully Submitted,

                                /s/H. Candace Gorman
                                One of the Attorneys for Fields

H. Candace Gorman
220 S. Halsted
Suite 200
Chicago Il. 60661
(312) 427-2313

**CERTIFICATE OF SERVICE**

I, H. Candace Gorman, hereby certify that the foregoing Motion was served to the parties electronically by means of the Court's CM/ECF system.

Dated: September 3, 2013

Respectfully Submitted,

 /s/H. Candace Gorman
One of the Attorneys for Fields

For Fields:

| | |
|---|---|
| Leonard C. Goodman | H. Candace Gorman |
| Melissa Matuzak | 220 S. Halsted |
| 53 W. Jackson Boulevard | Suite 200 |
| Suite 1650 | Chicago Illinois 60661 |
| Chicago, Illinois 60604 | 312-427-2313 |
| 312-986-1984 | |