**[Note: Exhibit A has been fully redacted from the public version of this document]**