STATEMENT OF

Anthony Sumner

Taken 1-3-92 At 1:35 PM

At 26K. California 13th fl. Chgo

Present ASA Jack Hynes

Det Norfie D. Ciolla #13833

JMSNY004006

This statement taken regarding the Testimony + information given to State and Federal Prosecutors on the El Rukns

I understand I have the right to remain silent and that anything I say can be used against me in a court of law. I understand that I have the right to talk to a lawyer and have him present with me during questioning, and if I cannot afford to hire a lawyer one will be appointed by the court to represent me before any questioning. Understanding these rights, I wish to give a statement.

*Anthony Sumner*

I have reviewed my statement to the Federal grand jury given on or about March 23, 1987. The statement is true except for the following cases:

The Murder of Barnett Hall which occurred on or about 12-23-81. (p.7). Difference is that D. Kees shot Hall 8-10 times and I went down with Kees and shot Hall once. First time I as told anyone about this is when I as spoke to U.S. Atty William Hogan and then testified in the Federal Grand Jury on or about Sept. 14, 1989. (I have reviewed this Grand Jury testimony today). Prior to speaking with William Hogan, I never told any U.S. Attorneys, Assistant States Attorneys, or police about the changes in the Barnett Hall case

I did not tell anyone before talking to Hogan because I was afraid of what would happen and I did not want to put myself in it because I was a shooter.

2) Murder of Joe White and Dee Eggers Vaughn which occurred on March 28, 1985 at 1016 E. 41st Pl. Chgo. The statement of the way these murders happened is correct except that NATHSON Fields was not involved in the murders. The reason I put NATHSON Fields in the murder was I was confused and afraid. NATHSON Fields had put my family out of one of the El Rukn buildings and I did not like him. The first time I told anyone that NATHSON Fields was not involved in the murders was when I talked to U.S. Atty William Hogan in the summer of 1991. Prior to that I never told any U.S. Attorneys, Assistant States Attorneys or police that Fields was not involved. In fact I have previously testified in court that Fields was involved.

The first time I told any Assistant States Attorneys about these changes was today when I spoke with Jack Hyne and William Gamboney. OTHER THAN THESE TWO incidents, I have told the truth about all the other activities of the El Ruk including the murder of Willie Bibbs.

I have read the above statement, and my federal grand jury transcripts or statements from MAR 27, 1987 and Sept 14, 1989 and they are true and accurate except for the two incidents above. I am giving this statement of my own free will and nobody has promised or threatened n to get me to sign this statement.

ASA Jack Hynes

JMSNY004007