CRIME LABORATORY DIVISION/CHICAGO POLICE

| OFFENSE OR INCIDENT | AREA | DIST | BEAT | DATE RECEIVED | | | TIME REC'D | TIME ARR | TIME C |
|---|---|---|---|---|---|---|---|---|---|
| Homicide (line-up) | 1 | 002 | | DAY 18 | MONTH May | YEAR 85 | 1800 | 1800 | 183 |

| LOCATION OF OFFENSE OR INCIDENT | REQUESTED BY | RECEIVED BY | UNIT ASSIGNED |
|---|---|---|---|
| 706 E. 39th St. | O'Callaghan | Coffman | 612 |

| VICTIM'S NAME | SEX | RACE | AGE | ADDRESS | PHONE NO. |
|---|---|---|---|---|---|
| Talman Hickman/Jerome Smith | M | B | | | |

ELIMINATION PRINTS: ☐ YES ☐ NO    IN CUSTODY: ☐ YES ☐ NO    NAME:    C.B. NO.    I.R. NO.

☐ YES ☐ NO    ☐ YES ☐ NO

PHOTOS TAKEN: ☐ POLAROID  ☐ B&W  ☑ COLOR

A. Photo Ident Card            D. Left profile seated        G.
B. Frontal seated              E. Frontal seated             H.
C. Right profile seated        F. Photo Ident Card           I.

HOMICIDE VICTIM FINGER/PALM PRINTS: ☐ YES ☐ NO    I.R. NO (IF IDENTIFIED)    WEAPON USED & DISPOSITION    MORGUE STANDARDS: ☐ BLOOD ☐ HAIR ☐ SWABS ☐ NAILS    PLAT ☐ YE

☐ MICROANALYST  ☐ TOOL MARKS  ☐ DOCUMENTS  ☐ CHEMIST  ☐ FIREARMS  ☐ SPECT

INVENTORY NOS.

DETAILS OF CASE

Subjects in line-up left to right:

#1. Hawkins, Earl      IR# 444722

#2. Dinkens, Herbert   IR# 437950

#3. Fergerson, Ray     IR# 319766  (identified)

#4. Green, Charles     IR# 16315

#5. Carter, Samuel     M/B/25 YOA

INVESTIGATING OFFICER'S NAME: Det. O'Callaghan    STAR NO. 14721    BEAT OFFICERS:    BEAT

Det. Coffman    STAR NO. 13842    PHOTO NO. •••    SUPERVISOR APPROVING: Sgt J Muroy    STAR 13(

CPD-33.103 (Rev. 3-77)    USE REVERSE SIDE FOR DETAILS OF CRIME SCENE PRO

CRIME LABORATORY DIVISION COPY