CRIME LABORATORY DIVISION CHICAGO, ILL.    F 151922

| OFFENSE OR INCIDENT | AREA | DISTRICT | DATE | HOUR | | |
|---|---|---|---|---|---|---|
| Homicide (line-up) | 1 | 002 | 18 May 85 | 1800 | 1800 | 1830 |

| LOCATION OF OFFENSE OR INCIDENT | REQUESTED BY | RECEIVED BY | TECH ASSIGNED |
|---|---|---|---|
| 706 E. 39th St. | O'Callaghan | Coffman | 612 |

| VICTIM'S NAME | SEX | RACE | AGE | ADDRESS | PHONE NO |
|---|---|---|---|---|---|
| Talman Hickman/Jerome Smith | M | B | | | |

**ELIMINATION PRINTS** ☐ YES ☐ NO   **IN CUSTODY** ☐ YES ☐ NO   NAME   C R NO   I R NO

☐ YES ☐ NO   ☐ YES ☐ NO

| P | N | L | LOCATION FOUND | P | N | L | LOCATION FOUND | FOR IDENT USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**PHOTOS TAKEN**   ☐ POLAROID   ☐ B & W   ☑ COLOR

| | | |
|---|---|---|
| A Photo Ident Card | D Left profile seated | G |
| B Frontal seated | E Frontal seated | H |
| C Right profile seated | F Photo Ident Card | I |

**HOMICIDE VICTIM FINGER/PALM PRINTS** ☐ YES ☐ NO   I R NO OF IDENTIFIED   WEAPON USED & DISPOSITION   **MORGUE STANDARDS** ☐ BLOOD ☐ HAIR ☐ SWABS ☐ NAILS   PLAT ☐ YES

| | NO | DESCRIPTION & LOCATION | NO | DESCRIPTION & LOCATION |
|---|---|---|---|---|
| PHYSICAL EVIDENCE | | | | |

| | YEAR | MAKE & MODEL | COLOR | LICENSE NO | SERIAL NO |
|---|---|---|---|---|---|
| VEHICLE | | | | | |

☐ MICROANALYST   ☐ TOOL MARKS   ☐ DOCUMENTS   ☐ CHEMIST   ☐ FIREARMS   ☐ SPECTRO

INVENTORY NOS

**DETAILS OF CASE**

Subjects in line-up left to right:

#1. Hawkins, Earl       IR# 444722

#2. Dinkens, Herbert    IR# 437950

#3. Fergerson, Ray      IR# 319766 (~~attempted~~)

#4. Green, Charles      IR# 16315

#5. Carter, Samuel      M/B/25 YOA

| INVESTIGATING OFFICER'S NAME | STAR NO | BEAT OFFICERS | BEAT |
|---|---|---|---|
| Det. O'Callaghan | 14721 | | |

| TECHNICIAN REPORTING | STAR NO | PHOTO NO | SUPERVISOR APPROVING | STAR NO |
|---|---|---|---|---|
| Det. Coffman | 13842 | ••• | Sgt. D. Kenny | 127 |

CPD-33.103 (Rev. 1/82)          USE REVERSE SIDE FOR DETAILS OF CRIME SCENE PROCESS!

DETECTIVE DIVISION AREA COPY