# SUPPLEMENTARY REPORT
**CHICAGO POLICE**

*All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.*

**4. DATE OF ORIG. OCCURRENCE—TIME:** 28 Apr 84 1017

| # | Field | Value |
|---|---|---|
| 1 | OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | Homicide/Murder |
| | I-UCR OFF. CODE | 0110 |
| 2 | ADDRESS OF ORIG. INCIDENT/OFFENSE (☒ VERIFIED) | 706 East 39th Street |
| 3 | BEAT OF OCCUR. | 214 |
| 5 | VICTIM'S NAME AS SHOWN ON CASE REPORT | HICKMON, Talman |
| | CORRECT | ☒ 1 YES |
| 6 | FIRE RELATED | ☒ 2 NO |
| 7 | BEAT/UNIT ASSIGNED | 612 |
| 8 | TYPE OF LOCATION | CHA Grounds |
| | LOCATION CODE | 123 |
| 9 | NO. OF VICTIMS | Two |
| 10 | NO. OF OFFENDERS | Four |

**11.** ☒ VERIFIED

**Property:** ☒ DNA VERIFIED

**Offender Update (30):** MAY 22 ENT'D

**50. OFFENSE/CLASS. THIS DATE:** DNA
**52. METHOD ASSIGNED:** ☒ 1 FIELD
**UNIT NO.:** 612
**53. STATUS:** ☒ 0 PROGRESS

### 60. NARRATIVE

**PERMANENT RETENTION FILE**

This is a Line Up Supplementary Report.

Date, Time, Location of Line Up:   18 May 1985 at 1750 Hrs. at Area 1 V/C

Persons Viewing Line Up:   LANGSTON, Randy  M/B

MORRIS, Gerald  M/B

LANGSTON, Eric  M/B

Line Up Conducted By:   Detective David O'Callaghan #1721

G/S Casto #15489

G/S Richardson #3385

---

**Extra Copies Required:** Normal
**91. DATE THIS REPORT SUBMITTED:** 21 May 85
**92. SUPERVISOR APPROVING:** Sgt. J. Murphy 1319

**REPORTING OFFICER:** Det. D. O'Callaghan 1472[1]

**R.D. NO.:** 151 922

**SUPERVISOR PRESENT:**  Sgt. J. Murphy #1389

**PERSONS IN LINE UP:**
HAWKINS, Earl    M/B  IR#444722
DINKINS, Herbert M/B  IR#437950
FERGUSON, Ray    M/B  IR#319766
GREEN, Charles   M/B  IR#16315
CARTER, Samuel   M/B  IR#None

**IDENTIFICATION:** Subject #1 Earl Hawkins identified by all three parties viewing the line up.

**INVESTIGATION:** Reporting detective conducted the above line ups relative to the Homicides of Smith and Hickmon.

Randy LANGSTON viewed the line up and positively identified the subject HAWKINS as one of the offenders who shot the two victims.

Gerald HORNIS then viewed the line up and identified the subject HAWKINS. He stated that HAWKINS walked by the window along with a second offender. They did not have masks as they passed the window. He then heard shots and then looked again out the window and saw HAWKINS fleeing the scene.

Eric LANGSTON then viewed the line up and also identified HAWKINS as one of the men he observed getting into a car in the lot after the shooting. He stated that the men pulled ski masks off their heads.

Detective David O'Callaghan #14721
Area One Violent Crimes
Detective Division

PERMANENT RETENTION FILE

RD# F 151 922