# EXHIBITS 1-100 TO
# PLAINTIFF'S LOCAL RULE 56.1 STATEMENT
# (Attached)