1





Entered in 10 C 1168

CITY-NF-000972



Hawkins, Earl

Pursuant to
Entered in 10 C 1168

CITY-NF-000973




Entered in 10 C 1168

CITY-NP-000974





CITY-NF-000975





CITY-NF-000976



BALDWIN, PAUL D
4/8/66 16 OECS-7
3333 S. LANGLEY #703



CITY-NF-000977



CITY-NF-000978





CITY-NF-000979





CITY-NF-000980





CITY-NF-000981





CITY-NF-000982



Antony Johnson



CITY-NF-000983





CITY-NF-000984



ISLAND, Donald
DOB 13 Dec 63



CITY-NF-000985





CITY-NF-000986





CITY-NF-000987





CITY-NF-000988





CITY-NF-000989





CITY-NF-000990



Smallwood, Willie
19 Oct 37



CITY-NF-000991





CITY-NF-000992





CITY-NF-000993





CITY-NF-000994





CITY-NF-000995





CITY-NF-000996





CITY-NF-000997





CITY-NF-000998



PERRY, ARLO DOB 12May62
AKA
HAWKINS, CARLO



CITY-NF-000999





CITY-NF-001000





CITY-NP-001001





CITY-NF-001002





CITY-NF-001003





CITY-NF-001004





CITY-NF-001005





CITY-NF-001006





CITY-NF-001007





CITY-NF-001008



Goldman, Leon F.
DOB 28 Feb 42



CITY-NF-001009





CITY-NF-001010





CITY-NF-001011





CITY-NF-001012



Doyle, William



CITY-NF-001013





CITY-NF-001014





CITY-NF-001015





CITY-NF-001016



Banks, Rodell



CITY-NF-001017





CITY-NF-001018





CITY-NF-001019





CITY-NF-001020



INCIDENT #
NAME: Lawrence C. Edwards
ADDRESS: 776 E. 82nd Appt 9
D.O.B. 70-47 I.R.#
HGT 5'9" WGT 135 COMPX Med/Compl.
GANG AFFIL.



CITY-NF-001021





CITY-NF-001022



INCIDENT: #

NAME: _Edward Clifford Maddox_

ADDRESS: _230 E. 98 st_ _D.O.B. 709_

D.O.B. _4-6-66_ I.R.# _D#N# 6-41-116_

HGT. _5'9_ WGT. _145_ COMP. _MED_

GANG AFFIL.



CITY-NF-001023





CITY-NF-001024





CITY-NP-001025





CITY-NF-001026





CITY-NF-001027



PLAINTIFF'S
EXHIBIT
Fields 3

DOUBLE-SMITH & Co.

F-151 922
(ANONYMOUS)

CITY-NF-001028

F.C. #
136475800

84-44...
8 4 - 4 5
CLEARED Y CLOSED
PER HOMICIDE DATA
SHEET, HOWEVER,
DET. SUPP. CLEARING
Y CLOSING CASE IS
MISSING FROM THIS
FILE.

OLD
No.
84-196

F-151 922



Check for
9mm handgun.
inventoried
& other 9mm
Idm. cases
83-154



CITY-NF-001029



CITY-NF-001030

JOR CRIME WORKSHEET

LENT CRIMES UNIT/DETECTIVE DIVISION**

| TYPE INCIDENT | | | | |
|---|---|---|---|---|
| Death Investigation; | | | | |

LOCATION OF INCIDENT · TYPE LOCATION (HOUSE, STREET, ETC) · WEATHER/LIGHTING · DATE OF OCCUR. DAY · TIME OCC

4227 South Oakenwald · Apartment 507 · · 29 March 84 Thurs · 153;

DESCRIPTION OF VICTIM

Decomposed.

VICTIM'S NAME (LAST—FIRST—M.I.) · SEX—RACE · AGE—DATE OF BIRTH · MARITAL STATUS

· F/B · 86 ·

HOME ADDRESS · APT./FLOOR · HOME TELEPHONE · NUMERICAL IDENTIFIERS (TYPE & NO.)

South Oakenwald · 507 · 373-2923 ·

OCCUPATION · PLACE OF EMPLOYMENT—ADDRESS—TELEPHONE · SECONDARY ADDRESS/TELEPHONE USED BY VICTI

NJURIES · HOSPITAL TAKEN TO · TREATED OR PRONOUNCED BY — TIME

Partially decomposed · · Dr Phillips at 1812 ho

MEDICAL EXAMINER'S INV. · VICTIM IDENTIFIED BY: NAME—ADDRESS—TELEPHONE—RELATIONSHIP

Pickett · Andrew Harris 5328 S. Lowe 928-0534 (nephew)

OFFENDER'S NAME (LAST—FIRST—M.I.) · SEX—RACE · AGE—DATE OF BIRTH · HEIGHT · WEIG

1.

HOME ADDRESS · APT./FLOOR · TELEPHONE · CLOTHING DESCRIPTION

VEH. DESCRIPTION—LICENSE NO.—V.I.N. · WEAPON ☐ USED ☐ DISPLAYED

I.R. NO. · C.B. NO. · WORDS USED BY OFFENDER

OFFENDER'S NAME (LAST—FIRST—M.I.) · SEX—RACE · AGE—DATE OF BIRTH · HEIGHT · WEIGHT

2.

HOME ADDRESS · APT./FLOOR · TELEPHONE · CLOTHING DESCRIPTION

VEH. DESCRIPTION—LICENSE NO.—V.I.N. · WEAPON ☐ USED ☐ DISPLAYED

CITY-NF-001031

I.R. NO.

C.B. NO.

OSS

RIMINAL CHARGE(S)

☐ OVERRULED (EXPLAIN)   CT./BR./DATE   ASA
☐ APPROVED

WORDS USED BY OFFENDER

| NAME (LAST—FIRST—M.I.) | | SEX—RACE | AGE—DATE OF BIRTH | | |
| 1. HARRIS, Andrew | | M/B | 38 | ☐ EYE ☐ OUTCRY | |
| | | | | ☐ c | |
| HOME ADDRESS | APT./FLOOR | HOME TELEPHONE | NUMERICAL IDENTIFIERS (TYPE & NO.) | |
| | | 924-0534 | Nep ew of deceased | |
| PLACE OF EMPLOYMENT—ADDRESS—TELEPHONE | | RELATIVE/FRIEND NOT LIVING WITH WITNESS: NAME, ADDRESS, PHONE | | |

| NAME (LAST—FIRST—M.I.) | | SEX—RACE | AGE—DATE OF BIRTH | | |
| 2. HICKENBOTTOM, Carrie | | F/B | 66 | ☐ EYE ☐ OUTCRY | |
| | | | | ☐ CIRCUMSTANTIAL | |
| HOME ADDRESS | APT./FLOOR | HOME TELEPHONE | NUMERICAL IDENTIFIERS (TYPE & NO.) | |
| | | 874-4112 | Sister in law of deceased | |
| PLACE OF EMPLOYMENT—ADDRESS—TELEPHONE | | RELATIVE/FRIEND NOT LIVING WITH WITNESS: NAME, ADDRESS, PHONE | | |

ENCE E.I. NO.   PROP./INVENTORY NO./ DESCRIPTION

| YEAR & NO. | ☐ MAIN | ☐ INSIDE TELLER | ☐ THREAT NOTE | ☐ OTHER (DESCRIBE) |
| | ☐ BRANCH | ☐ OUTSIDE WINDOW TELLER | ☐ BAIT MONEY | |
| TYPE OF ALARM SYSTEM | | GUARD PRESENT | CAMERAS ACTIVATED — LOCATION | |
| | | ☐ YES ☐ NO | ☐ YES ☐ NO | |
| TELLER INFORMATION & LENGTH OF SERVICE | | GUARD INFORMATION & LENGTH OF SERVICE | | |

| PATROL BEAT UNIT ASSIGNED—OFFICERS' NAMES, STAR NOS. | ASSISTING UNITS (I.E.T., MOBILE CRIME LAB.) |
| MB - 2173 Ptlmn. Patton # 15495 | MB 2120 - Sgt. Breckenridge # 1537 |
| Ptlmn. Johnson # 8937 | UNITS NOTIFIED |

DETECTIVES ASSIGNED (NAME — UNIT NO.)
Markham # 2913

R.D. NO.
F- 112 - 868

CITY-NF-001032



CITY-NF-001033

# ARREST INFORMATION / CHICAGO POLICE

| Field | Value |
|---|---|
| ARRESTEE NAME (LAST - FIRST - MI) | CARTER LOUIS J. |
| ALIASES | |
| ADDRESS ARRESTEE | 652 W. Garfield 3RD. |
| DISTRICT OF ARREST | |
| PHONE | |
| ARRESTING UNIT | |
| DATE ARRESTED | |
| TIME ARRESTED | |
| AREA DISTRICT | |
| D.O.B | Ill Driver's Lic |
| AGE | 19 |
| SEX | M |
| RACE | B |
| BUILD | MED. |
| HEIGHT | 6-00 |
| WEIGHT | 150 |
| EYES | BRN |
| HAIR | BK |
| R.D. NO. | |
| BIRTHPLACE | F-151,922 Chicago |
| COMPLEXION | Dark |
| GLASSES | No |
| NATIONALITY | American |
| I.R. NO. | 6Y56YY |
| C.B. NO. | |
| MARITAL STATUS | SINGLE |
| EMPLOYER OR SCHOOL | Unemployed |
| OCCUPATION | Laborer |
| SOC. SEC. NO. | |
| ARTICLE 96 | YES NO |
| ARRESTED WITH | |
| VEHICLE USED (DESCRIBE) | |
| PHONE | YES NO |
| LOCATION OF ARREST (COMPLETE ADDRESS) | |
| COMPLAINANT NAME | |
| COMPLAINANT ADDRESS | |
| RELEASED | YES NO |
| ARRESTING OFFICERS | Duffy / Tomasek |
| STAR NO. | 5734 |
| COURT BRANCH | |
| CHARGES PLACED | |
| DATE | |
| DISPOSITION | |
| INVESTIGATING OFFICER | Evans or Hood |
| STAR NO. | |

CPD - 11.420 (11/72)



CITY-NF-001034

Blk zippered jacket
Blk & Brown checked/s shirt
Black corduroy
White sock
Blk Slip on shoes
Hair cut short
Mustache
Clear stone pin in lt ear

CITY-NF-001035

**ARREST INFORMATION/ CHICAGO POLICE**

| ARRESTEE NAME (LAST, FIRST, MI) | | | | | |
|---|---|---|---|---|---|
| EDWARDS Delbert Q | | | | | |

ADDRESS ARRESTEE: 730 E 39th ST. 709

ALIASES

| AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| 19 | M | B | | 5-6 | 160 |

D.O.B.

MARITAL STATUS: Single

EMPLOYER OR SCHOOL: Unemployed

ARRESTED WITH

COMPLAINANT NAME

LOCATION OF ARREST (COMPLETE ADDRESS)

ARRESTING OFFICERS

PHONE: 924-1110

OCCUPATION: Laborer

EYES: Bro.  HAIR: Blk

DISTRICT OF ARREST

DATE ARRESTED

BIRTHPLACE: Chgo

R.D. NO. F 151 928

COMPLEXION: Med

ARRESTING UNIT

TIME ARRESTED

I.R. NO. 638827

NATIONALITY: Amer

INVESTIGATING OFFICER: Evans & Wood

CPD - 11.420 (11/72)



CITY-NF-001036

B/K sleveless T shirt
"GREAT AMERICAN" logo

Blue jeans

Grey slip on shoes

Blue hooded zip up sweat shirt

# tatoo on RT hand
DELL tatoo on LT. forearm.

Mustache & gotee
Hair worn short crop natural.

CITY-NF-001037

# CHICAGO POLICE DEPARTMENT
# REQUEST FOR IDENTIFICATION PHOTOS

**INSTRUCTIONS:** Prepare in DUPLICATE, Forward both copies to Police Document Services, Graphic Arts Section. IN EMERGENCY SITUATIONS ONLY, Request may be presented in person.

REQUESTED BY: (NAME) DET J. BOGDALEK

(STAR NO.) 14674

UNIT OF ASSIGNMENT 612

PAX/BELL

DATE 2-11-15

REQUEST FOR: [X] PHOTO   [ ] PENITENTIARY RELEASE PHOTO   [ ] REPRODUCE ATTACHED PHOTO

MARK ONE BOX ONLY, COMPLETE A SEPARATE REQUEST FOR EACH PHOTO CATEGORY: [ ] PHOTOG. COPY OF FINGERPRINTS   [ ] OTHER (SPECIFY)

NO. OF COPIES 3

| NAME (LAST-FIRST-MIDDLE) | SEX | RACE | I.R. NO. (UNKNOWN GIVE C.B. NO.) | FOR IDENTIFICATION SECTION USE ONLY |
|---|---|---|---|---|
| GREEN, GERALD | M | B | 578262 | |
| BANKS, RODELL | M | B | 322395 | |
| STEWART, EDWARD | M | B | 650810 | |

APPROVED BY REQUESTING MEMBER'S COMMANDING OFFICER (SIGNATURE-RANK-STAR NO.)

CPD-31.951 (REV. 7/76)

CITY-NF-001038

CITY-NF-001039

Mp 22yrs   serbin + johnnie

Lawrence - Marshall

Edward Brothers

1 Heard Them talking about
killing Freddy because of
the shooting night.

2 - Saw them about 0900
hrs. in stairwell - Lawrence
said he was going to get the
gun + that they would put
on masks + Lawrence also
said he wouldn't live through
night + Marshall said
he won't be jumping on you
anymore.

CITY-NF-001040

CHICAGO POLICE
# MESSAGE

| | DATE | TIME |

TO HOOD~ EVANS
MR.
MS.

OF

☐ TELEPHONED        PHONE NO.

☐ RETURNED YOUR CALL

☐ WILL CALL AGAIN    ☐ PLEASE CALL  SELL ☐  CENT. ☐  PAX ☐

☐ CAME IN TO SEE YOU  ☐ WAITING TO SEE YOU

MESSAGE

RONALD          Driver
                + passenger
                of veh
DONALD          per
                anon Caller.

— STONES —

Jerome Smith
FUDDY

CPO-11.170 (REV. 6/70)   CALL RECEIVED BY

CITY-NF-001041

Hickmon 3 - 6R
1 - 5R

Smith 2 - 6R

All 9mm + Suitable
for comparison per
Sgt. Lamoro
Firearm Id Unit, Crime Lab

CITY-NF-001042