**CHICAGO POLICE**

# MESSAGE

| DATE | | TIME | |
|------|--|------|--|

TO _BOGDALEK_

MR.
MS.

OF

| ☐ TELEPHONED | PHONE NO. | | | |
|---|---|---|---|---|
| ☐ RETURNED YOUR CALL | | | | |
| ☐ WILL CALL AGAIN | ☐ PLEASE CALL | BELL ☐ | CENT. ☐ | FAX ☐ |
| ☐ CAME IN TO SEE YOU | ☐ WAITING TO SEE YOU | | | |

MESSAGE

_DetBect Edwards_

_1R 638 827_

PO-11.170 (REV. 6/70)   CALL RECEIVED BY



CITY-NF-001043

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly wh... le ... found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offe... ...ers description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, a... ... e., C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated or...

| 7. DATE OF ORIG. OCCURRENCE—TIME | | |
|---|---|---|
| DAY 28 | MO. Apr | YR. 84 | 1017 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1. UCR OFF. CODE | 2. ADDRESS OF ORIG. R... | 4. ☒1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|
| HOMICIDE/MURDER | 0110 | 706 E. 3... ...reet | | 214 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☐1 YES ☒2 NO | ...CC VICTIM INFOR- MA... ...30 THROUGH 77. | 6. FIRE RELATED ☐1 YES ☒2 NO | 6. BEAT/UNIT ASSIGNED |
|---|---|---|---|---|
| HICKMAN, Talman | | | | 612 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| CHA Grounds | 123 | ...0 | (Four) |

| 11. ☐ VERIFIED UNK | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR AL... | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|

CPD-11.411 (REV. 2/84 TEMP. B.I.S. USE ONLY)

*MUST BE COMPLETED IN ALL CASES

| | NAME (LAST—FIRST—M.I.) | 21. UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—R... C... AGE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN. JURED NO | 27. VICTIM REL. COI |
|---|---|---|---|---|---|---|---|---|
| 1. | HICKMON, Talmon | | | M-1-...0 | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

### NARRATIVE

VICTIM:  HICKMON, Talmon M/B 30 yrs. ... ...NOV... of

706 E. 39th St. Apt. 1406, phone 268-9445, single,

unemployed, ... CPD IR # 305644.


ADDITIONAL VICTIM:  SMITH, Jerone aka "Fuddy" M/B 30 yrs., ...

of 706 E. 39th St. Apt 806, phone 924-7355, single,

unemployed, ... CPD IR # 314142.

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal Distribution | DAY 28 MO. Apr YR. 84 | | | |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | |
|---|---|---|---|---|---|
| Det. Robert Evans | 12754 | Det. Stephen Hood | 14885 | | 95. DATE APPRO' |

CITY-NF-001044

F-151 922

Detective Division
Area One Violent Crimes          .Page Two          Homicide/Murder
                                                    HICKMON & SMITH

**WANTED:** Four offenders.

# 1 male black, 21 to ?? ?? ., 5-10 to
6-0, medium build, las? ?? wearing a
blue jogging suit and ? ?? ?kull cap.

# 2 male black, 20 to 2? ?rs., 5-7 to
5-9, medium build, last ??en wearing a
dark colored jacket and? dark colored
skull cap. Hair worn lo?? & had an earring.

# 3 & 4 subjects unknown. Both stayed
in the vehicle described below.

**WANTED VEHICLE:** 1979 (approx. year) Cadillac Coup de Ville,
2 door, all medium blue in color, license
number unknown.

**INJURIES:** Victim # 1 Talmon Hickmon:
Gun shot wound above left ear.
Gun shot wound back of neck.
Gun shot wound right top of head.
Gun shot wound right side of head near ear.
(Fatal)

Victim # 2 Jerome Smith:
Gun shot wound to right rear base of skull.
(Fatal)

**TAKEN TO:** Both victims transported to Michael Reese
hospital and pronounced DOA by Dr. Michael
Puchalsky on 28 Apr 84 at 1140 hours.

Victim # 1, Talmon Hickmon, was transported
to Michael Reese by Beat 273.

Victim # 2, Jerome Smith, was transported
to Michael Reese by Beat 272. These units
then removed the remains to the Forensic
Institute.

**WEAPONS:** See EVIDENCE catagory this report.

**LOCATION:** On the sidewalk in front of 706 E. 39th Street,
a CHA high-rise building

**DATE & TIME:** 28 Apr 84, Saturday, 1017 hours.

RD # F-151 922

CONTINUED ON PAGE THREE



CITY-NF-001045

Detective Division                    Homicide/Murder
Area One Violent Crimes       Page Three       HICKMON & SMITH

| | |
|---|---|
| WEATHER & LIGHTING: | Warm, high 60's, and sunny. Good natural lighting. |
| MANNER/MOTIVE: | Victims shot for unknown reasons. |
| IDENTIFIED BY: | Both victims identified at the scene by Otha HICKMON, M/B 26 yrs., of 706 E. 39th St. Apt. 1406, brother of Talmon Hickmon. |
| | Formal identification to be made at the Forensic Institute by the respective families on 29 Apr 84. |
| PROPERTY TAKEN: | Unknown at this time. |
| EVIDENCE: | Homicide # 84-196 |
| | Evidence Inventory # 7972 – Scene processing by Mobile Crime unit 9601 including photographs of the scene and the recovery of seven .9mm casings. |
| RECOVERED PROPERTY: | Inventory 091143 – 2nd District One Skanka AM/FM cassette radio. Inventoried by Beat 213, owner unknown but belived to belong to one of the victims. |
| NOTIFICATIONS: | Cook County Medical Examiner, Inv. Draus # 21 responded to the scene. |
| PERSONNEL ASSIGNED: | Beat 210 Sgt. McCarthy # 949 |
| | Beat 213 P.O. Mickel # 10974 |
| | Beat 212 P.O. Bailey # 13296 |
| | Beat 221 P.O. Rawls # 12862 |
| | Beat 222 P.O. Watson # 13364 |
| | Beat 272 P.O. Kostro # 13365 P.O. McLaughlin # 7313 |
| | Beat 273 P.O. Jiminez # 13798 P.O. Kolnik # 10516 |
| | Beat 2163B P.O. Droba # 16244 P.O. Golon # 7009 |

RD # F-151 922

CONTINUED ON PAGE FOUR



CITY-NF-001046

Detective Division                              Homicide/Murder
Area One Violent Crimes         Page Four       JOHNSON & SMITH

PERSONNEL ASSIGNED:(CONT.) Beat 4114 G.S. Richardson # 3385
                                     G.S. Williams # 12571

                           Beat 4192 G.S. Duffy # 2734
                                     G.S. Tomas # 15610

                           Beat 4521 P.O. Felker # 11987
                                     P.O. Miskatin # 15258

                           Beat 9601 Tech. McKeough # 7668
                                     Tech. Bachler # 12680

                           Beat 5110 Sgt. McCrae # 2207

                           Beat 5113 Det. Fields # 6424

                           Beat 5115 Det. Carroll # 5043
                                     Det. VanBerschot # 2552

                           Beat 5114 Det. Hood # 11885
                                     Det. Evans # 12754

WITNESSES:                 BENSON, Eric, M/B 9 yrs of age,
                           of 706 E. 39th St. Apt. 307, no phone.
                           (Eye-Oral)

              "Shorty"  →  BALL, Cleveland, M/B 19 yrs of age,
                           of 706 E. 39th St. Apt. 309, 373-2601.
                           (Circ-Oral)

INTERVIEWED:               ROBINSON, Martha F/B 49 yrs of age,
                           of 706 E. 39th St. Apt. 109, 373-5606.
                           (Heard two gun shots but did not look
                           out of window)

                           ROBINSON, Kenya F/B 11 yrs of age,
                           of 706 E. 39th St. Apt. 109, 373-5606.
                           (Heard four gun shots and saw two
                           subjects run North from under the
                           breezeway then West around building)

                           WATTS, Inetter F/B 46 yrs of age,
                           of 706 E. 39th St. Apt. 108, 285-8579.
                           (Heard numerous shots looked out her
                           window and saw two men she knew from
                           her building laying on the sidewalk)

                           LANGSTON, Willie Mae F/B 38 yrs of age,
                           of 706 E. 39th St. Apt. 106, 373-4592.
                           (Heard some shots looked out and saw
                           two men laying on the ground)

CITY-NF-001047             CONTINUED ON PAGE FIVE

RD # F-151 922

Detective Division
Area One Violent Crimes
        Page Five
        Homicide/Murder
        HICKMON & SMITH

INTERVIEWED:(CONT.)        BENSON, Dorthy F/B 28 yrs of age,
of 706 E. 39th St. Apt. ___, no phone.
(Heard shots went to window because
her son Eric was playing out in front
and saw two men laying on the ground)

CARTER, Louis J. M/B ? yrs of age,
of 652 W. Garfield Blvd., no phone.
(See INVESTIGATION category this report)

EDWARDS, Delbert Q. M/B 19 yrs of age,
DOB 7 May 64, of 730 E. 39th St. Apt.
709, phone 924-1110.
(See INVESTIGATION category this report)

INVESTIGATION:        On 28 Apr 84 at about 1017 hours the
R/Dets. monitered a zone five simulcast
via City Wide II radio of two men shot on the street at 706 E. 39th
St. Upon arrival the R/Dets. observed several uniformed police
vehicles on the scene and a crowd gathered around two male black
subjects laying on the ground in pools of blood. Victim # 1,
now known to be Talmon Hickmon, was laying on his left side, head
to the North and feet to the South. Hickmon was laying on the
sidewalk at the South breezeway entrance to the fourteen story
CHA high-rise building addressed 706 E. 39th St. There was a
quantity of blood on the sidewalk under and around his head.
Hickmon was noted as wearing a red zippered jacket, beige stripped
button shirt, brown denium type slacks, white high top gym shoes,
and a white T shirt. Hickmon was clutching a Jet magazine in
his right hand.

Victim # 2, now know to be Jerome Smith,
was laying on his stomach, head to the East feet to the West. Smith
was laying just East of Hickmon, off the sidewalk, in a puddle of
water. There was a quantity of blood noted around Smith's head
in this water. Smith was noted as wearing a grey and blue checked
sport jacket, a black button long sleve shirt, blue corduroy
slacks, white socks, and black suede shoes tie type. There was
a black corduroy cap laying just East of Smith's body.

Chicago Fire Dept. Ambulance # 19 arrived
on the scene but found no signs of life in either victim. Officers
from various units were utilized for crowd control and crime scene
protection.

The R/Dets. then notified Sgt. McCrae of this
command about this incident who then responded to the scene
along with Detectives Carroll, VanBerschot and Fields.

RD # F-151 922

CONTINUED ON PAGE SIX

CITY-NF-001048

Detective Division            Homicide/Murder
Area One Violent Crimes     Page Six      HICKMON & SMITH

INVESTIGATION:(CONT.)     Otha Hickman stepped .... the crowd
and identified himsel.. .. Palmon
Hickmon's brother. At this time Otha Hickman ... identified
the second victim as Jerome Smith. Otha Hickm.. knew of no reason
why his brother was shot and was then informed .. how to make
formal identification at the Forensic Institute.

      The R/Dets. then proce..ed to Jerome
Smith's apartment and notified the victim's fami.y of this
incident and of formal identification proceedur.. . Jeweline Smith,
F/B 33 yrs of age, DOB 27 Oct 50, of 706 E. 39t.. St. Apt. 805,
no phone, was interviewed re: circumstances of h.r brother's death
and she related that her brother was active in g..g activity.
This information was confirmed by several reside.ts of the area
who related that Jerome Smith was the leader of the "Goon Squad"
street gang.

      Investigator Draus of the Medical
Examiner's office then arrived on the scene and authorized removal
after the scene was processed by Crime Lab unit 9601. It should
be noted that seven 9mm casings    were recovered from the scene
along with two metal fragments by Beat 9601.

      Cleveland BALL was interviewed and
related in essance that he heard some shots and then looked out
his apartment window and observed the two subjects listed in the
format of this report running from the breezeway across the play
lot to the parking lot. These two subjects were carrying handguns
attempting to put them into their pockets while they ran. Upon
reaching the parking lot they got into a blue Cadillac which
contained two other occupants. This vehicle then went Northbound
on Langley. Cleveland Ball further related that yesterday, 27 Apr 84,
there was an incident involving some "Goon Squad" members and
a Delbert Edwards of 730 E. 39th St. Apt. 709. Ball added that
Edwards' younger brother got into it with some "Goon Squad" members
and then Delbert Edwards later came out and fired a gun at the
gang members. Cleveland Ball then related that the woman who lived
in apartment 307 might have seen something also.

      Dorthy BENSON, of apartment 307, was
interviewed and related that she heard some gun shots and then
went to the front window because her son was playing out in
front of the building and at this time she saw two men laying in
the ground.

      Eric BENSON was then located and interviewed
by Detectives Caroll and VanBerschot. Eric Benson related in essance

CONTINUED ON PAGE SEVEN .

RD # F-151 922



CITY-NF-001049

Detective Division
Area One Violent Crimes                Page Seven        Homicide/Murder
                                                          NICHOLSON & SMITH

INVESTIGATION:(CONT.)        that he was out in front of the building
                             playing and saw the two offenders (shooters)
come through the breezeway from the rear of the building.  Each
had a gun in his hand and without saying anything walked up behind
the victims and shoot each of them in the back of the head.  These
two subjects then ran back through the breezeway from the way they
came.

                   Several other building residents were
interviewed and the results are noted in the format section of
this report.

                   A flash message was sent of the description
of the wanted offenders and vehicle.

                   Detectives Carroll, VanBerschot and
Fields went to the apartment of Delbert Edwards however he was
not at home and a business card was left with the instructions
for him to contact this office.

                   The R/Dets. then toured the area for the
wanted vehicle however this met without success.

                   The R/Dets. then proceeded to the Forensic
Institute where a cursory examination of the victims revealed the
wounds listed in the format of this report.  A more thorough
examination of the victims' injuries will be noted at time of autopsy.

                   Upon returning to Area One Headquarters
the R/Dets. learned that members of the Gang Crime South unit had Louis
J. Carter who was driving a vehicle similar to the wanted vehicle
and admitted to being in the area at the time of the shootings.
It was also learned that Delbert Edwards was in the offices of
Gang Crime South and that his father brought him in voluntarilly.

                   Louis J. CARTER was then interviewed
and he related that he was driving his father's blue Coup de Ville
Cadillac (bearing Illinois License XVT 144) on this date from
his sister's house, 625 E. 38th place, to 4037 S. Federal where
he dropped off three friends.  Then he picked up his mother from
652 W. Garfield and brought her back to his sister's house.  This
being around 1100 hours.  The R/Dets. checked with Carter's mother
and sister who confirmed his account of his actions.  Carter was
then released.

                   Delbert EDWARDS was interviewed and related
that he was shot at by members of the "Goon Squad" and that he
reported this to the police; ref: RD # F-150899, and that two
gang members were arrested on 27 Apr 84 at about 1530 hours.  Edwards
related further that he was then sent to his aunts house on

CONTINUED ON PAGE EIGHT

CITY-NF-001050

Detective Division
Area One Violent Crimes          Page Eight          Homicide/Murder
                                                    HICKMON & SMITH

INVESTIGATION:(CONT.)      51st and Lowe by his father and that
                            he spent the night there.  Edwards alsed
that he did not get up this morning until 1130 hours and that
the first he heard of the shootings    from his father who
picked him up at his aunt's house and brought him to the police
station.  The R/Dets. verified this through Edwards family members.
It should be noted that Delbert Edwards denies any gang affiliation.
Delbert Edwards was then released to his father.

                    This investigation continues...........


Det. Robert Evans # 12754,
                            of Area One Violent Crimes
Det. Stephen Hood # 11885,

RD # F-151 922



CITY-NF-001051

24 HOURS  HOOD 8June 84  P.O. BOX 740
ONTARIO, CALIFORNIA 91761
(714) 987-5005 Business Office

(800) 73-CRIME
(800) 78-CRIME

PLEASE ADVISE WE T.I.P. OF ARRESTS / CONVICTIONS / DISPOSITIONS

PRIMARY AGENCY _____ CHICAGO POLICE DEPT. _____ CASE # MC 55329

ADDRESS _____ PHONE ( ) _____

CITY _____ COUNTY _____ STATE ____ ZIP _____

SECONDARY AGENCIES ___ COOK CO. SHERIFF/ILLINOIS STATE POLICE _____

DATE CALL RECEIVED _5-24-84_ TIME _1600 PDST_ REFERRAL MEDIA _WIS-TV_

DATE AGENCY CALLED _____ TIME _____ PHONE ( ) _____
SPOKE TO _____ AGENCY _____

SUSPECT #1 NAME ___ UNK _____ AKA ___ SABASH _____

ADDRESS _4100 BLOCK OF _ DREXEL _____ PHONE ( ) UNK _____

CITY _CHICAGO____ COUNTY __COOK____ STATE _IL___ ZIP _____

SEX _M_ RACE _BLK_ AGE _27_ DOB _UNK____ HAIR _BLK___ EYES BLK___ HGT _6'_ WGT _170_

MARKS _HAS A _ TATTOO ON LEFT ARM _____ USER _YES_ DRUG _COCAINE_

VEH: YR _1979_ MAKE _CADILLAC____ MODEL _COUPE DE VILLE____ COLOR BLUE___ LIC # _UNK_

MARKS/OTHER VEH _UNK___

WORK/SCHOOL/HANGOUTS __UNK/UNK/UNK____

PRIOR ARREST DATES ___YES____ CHARGE _ATTEMPTED MURDER____ WHERE _CHICAGO_

crime: _HOMICIDE_____ QUANTITIES _UNK____

CRIME LOCATION _706 E. 39TH ST. CHICAGO____ DATE/TIME _MAY 84 @ DAYTIME_

PROPERTY TAKEN _____ STASHED _____

M.O. SPECIAL INFORMATION __VICTIMS TOMMY & FUDDY (UNK LAST NAMES) WERE SHOT IN THE
_HEAD WITH EITHER A .9mm OR .38 HANDGUN. ACCORDING TO THE INFORMANT, THE
_SUSPECT KILLED THE VICTIMS FOR GANG REVENGE._____

*Steve, need report by 11Jun84.*

GANG RELATED _YES/BLACK P STONE_ WEAPONS/DOGS _HANDGUNS/UNK____ STASHED _PERSON_

SUSPECT #2 NAME _____ AKA _____

ADDRESS _____ PHONE( ) _____

CITY _____ COUNTY _____ STATE ____ ZIP _____

SEX ____ RACE ____ AGE ____ DOB ____ HAIR ____ EYES ____ HGT ____ WGT ____

MARKS _____ USER ____ DRUG _____

HOW INVOLVED W/ SUSP #1 & CRIME _____

SUGGESTED TIME/METHOD OF APPROACH _____

INF WILL CALL BACK _YES___ CALLED BEFORE _NO____ REFERRAL # _____ REWARD: NO

INFORMATION 1st HAND FROM INFORMANT _____ HEARSAY _____

THIS TIP INFORMATION MAY BE INCOMPLETE, BE ADVISED THAT ALL QUESTIONS HAVE BEEN ASKED. IT IS WE TIP
DISCLOSE INFORMATION WITHOUT SCREENING. WE TIP, INC.    OPERATOR ____ #29____

PRIMARY AGENCY

VICE CASE REPORT
CHICAGO POLICE

1. OFFENSE-PRIMARY CLASSIFICATION
□ 1 GAMBLING   □ NARCOTICS   □ LIQUOR LAW VIOLATION
□ 2 PROSTITUTION   □ OBSCENITY   □ PUBLIC INDECENCY/PUBLIC LEWDNESS

2. SECONDARY CLASSIFICATION

4. ADDRESS OF OCCURRENCE (NO.-DIR.-STREET-APT.,NO.)
820 East 79th Street

5. DATE OF OCCURRENCE   6. TIME
2 May 84   1245

6. DATE ID. ARRIVED   TIME
2 May 84   1245

10. TYPE OF LOCATION/PREMISE WHERE OFFENSE OCCURRED
□ 240 TAVERN/LIQUOR STORE   □ 202 RESTAURANT
□ 101 DRUG STORE   □ 160 HOTEL/MOTEL   □ 165 NEWSSTAND
□ OTHER-SPECIFY & ENTER CODE

11. LICENSEE'S NAME (COPR. IF APPLICABLE)
Does Not Apply

12. BUSINESS LICENSE NO(S).

20. VICTIM/COMPLAINANT'S NAME (LAST-FIRST-M.I.)
City of Chicago

21. HOME ADDRESS (NO.-DIR.-STREET-APT.NO.)
300 East 29th Street

30. PERSON   □ DISORDERLY   □ WITNESS(ES)   □ REPORTED OFFENSE
□ 1   31.

40. NO.   41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.)
OFF.   1   Haywood, Morris NMI
40./R./C.B.NO.   56-M-44402

42. NICKNAME/A.K.A.
Indie

43. SEX-RACE-AGE
M   B   52

47. COURT BRANCH-CALL

41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.)
DNA

45. CHARGES

46. CHARGES

OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.)
DNA

NICKNAME/A.K.A.

HOME ADDRESS

48. NO. OF ARREST(ES)   50. TYPE OF ARREST
1   □ WARRANT   □ ON VIEW

51. ADDRESS OF ARREST
820 East 79th Street

52. VEHICLE USED BY OFFENDER(S)   YEAR MAKE   BODY STYLE   COLOR   V.I.N.
75 God   2-dr   Blue

53. OTHER VEHICLE(S)/USE
None Viewed

60. NARRATIVE (Do not duplicate or repeat information in explanation or additional information only)

92. REPORTING OFFICER'S NAME (PRINT)
C. E. Drown   16244

STAR NO.

SIGNATURE

CITY-NF-001053

The description of offenders, possible weapons and possible vehicles used by offenders, contained within this report are approximations or estimates unless otherwise indicated. The sobriety of victims, witnesses and offenders is their apparent condition when reported. Witness' location at time of offense and distance from scene as the best approximation obtainable. All statements of victims, witnesses and offenders are summarizations unless otherwise indicated.

**CONTINUATION OF NARRATIVE**

Case History: R/os observed a light blue Cadillac going west bound on east 79th street to 706 east 79th. The car fit the description of a Cadillac used in a double homicide at 706 East 79th street a week earlier. This location which was the location of the homicide. The car did not have any plates, and no city stickers. R/os noticed that vehicle top uncertain why he did not have plated and a city sticker.

R/os asked for a license but he only produced an Illinois licenses.

R/os asked him if he owned the vehicle where is ...

R/os asked him if he had trouble doing so. R/os asked him if they would assist as ... which time he stated yes and W/o continued to push the handle lever. The side panel came off with the handle motion. Out dropped a manila envelope(brown) which opened and upon impact with the floor spilled several white folding papers. R/os inspected the folding papers and found that they contained white powder. The offender was placed under arrest for no valid drivers license, no plates, and possession ... no vehicle ... the O/R ... and was processing by beat 8472 R/os ... ...

CB-7105-465.

I.R. 450034

Subject Was Driving a Light Blue 1975 Cadillac Coupe DeVille - No Plates

MAY Be Connected W/A Double Homicide From 706 E. 39th St

CITY-NF-001054

**FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY**

PREPARED BY-SIGNATURE | STAR NO. | APPROVED BY-SIGNATURE | DATE (DAY-MO-YEAR) | SUPERVISOR'S SIGNATURE | STAR NO. | DATE (DAY-MO-YEAR)

**CIRCUIT COURT OF COOK COUNTY - MORGAN M. FINLEY, Clerk of Court**
Facsimile/Telephone REQUEST FOR BAIL - Felony, Misdemeanor, Traffic
**& ORDER SETTING BAIL**

Complaint/Ticket No.(s) _____ Charge(s) _____ Sheets

Accused MAYWOOD MORRIS Age 25

Address 5 6 ½ 5 INDIANA Illinois

Time Out _____

(Check One)

To: THE COMMANDING OFFICER OF THE 021 POLICE DISTRICT

FAX ❷ I HAVE EXAMINED: ☐ The Arrest Report ☐ The I.R. Report ☐ Other IR. Report No. 6450324 1 3

PHONE ❸ I HAVE REVIEWED THE TELEPHONE APPLICATION FOR BAIL. FACTS AS FOLLOWS:

Warrants Outstanding. Community Ties, Remarks _____

Narrative on Charge: _____

Requestor _____ Star No. _____ Police District

(Non-Felony Only) ❹ IT IS HEREBY ORDERED that bail be that accused _____

ORDER amount of $ 510,000 _____ , it set in the

on (Date) 5-12-09 at (Time) _____ ☐ a.m. ☐ p.m. and no/100 Dollars)

Br. _____ Ct. Date _____ Bond No. _____ (Judge) _____ Star No.

BC USE

CON-FIRMA-TION ❺ BAIL SET FIGURE ABOVE, ☐ given on phone_to _____

Police District _____ , and or ☐ confirmed by a copy of this form sent to the requesting district.

Entered by (Deputy Clerk) _____

CITY-NF-001055

CHICAGO POLICE
1984
00 54



CITY-NF-001056

CITY OF CHICAGO DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION          Chicago, Illinois   60605

CRIMINAL HISTORY OF   HAYWOOD, Morris          M/N

DATE          18 Sept. 75

DATE OF BIRTH   ▬▬▬▬▬

I.R. NO.          450324

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Morris HAYWOOD 3911 S. Indiana 10 July 58 | 7105465 | 02 May 84, Off, Droba, 21st. Dist, Poss. Cont. Sub. | | | |

FBI NO.

I.S.B. NO.

CITY-NF-001057

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations

450324

CITY OF CHICAGO PARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION          Chicago, Illinois   60605

CRIMINAL HISTORY OF   HAYWOOD , Morris     M/N

DATE        18 Sept 1975

DATE OF BIRTH

| I.R. NO. | FBI NO. | I.S.B. NO. |
|---|---|---|
| 450324 | 293 376 P 5 | 1706945 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. CHARGE | DISPOSITION |
|---|---|---|---|
| | SEE CB 4818728 | 28 Jul 77, Arm Robbery(76-6102) Finding Not guilty Judge Close. | |
| orris HAYWOOD 3911- S. Indiana | 5132676 | -15 Dec 77, Off. Medici 002nd Dist. S/A Robb 15 Dec 77, Released without Charging. | |
| orris HAYWOOD 3911 S. Indiana | 5256114 | -6 June 78, Off. Zborec, 002nd Dist., Battery 29 Sep 78 Bttry(2)(38-12-3a) PG FG, 1 Yr. PROBATION Judge McDonnell | |
| Morris HAYWOOD 3911 S. Indiana | 5519713- | 16 May 79, Off. Alfred 2nd. Dist. Agg. Battery 19 Sept 79, S/Battery (38-12-3) SOL, Judge Whitaker. | |
| Morris HAYWOOD 3911 S. Indiana | 5576708 | -19 July 79, Off. McNichols 2nd Dist. Burglary. 20 Jul 79, Burglary (38-19-1a)FPC-Trans to Chief Judge. Judge Moran 07 Aug 79, INFO#79-4806, Burglary | |
| | | 21 Feb 80. Joliet CC# N-00883 Burglary(79-4806) PG/FG 4yrs, Judge Stillo. Rec'd 23 Feb 80, 18 Jun 81, PAROLEE from Vienna Corr Cntr. | |
| Louis HAYWOOD 5911 S. Indiana 10 Jul 58 | 6407293 | -28 Mar 82 Off. Roby 2nd Dist. Battery 20 Apr 82, Battery, (38-12-1), (2 chgs), SOL, Judge Moran | |
| Morris HAYWOOD 3911 S. Indiana 10 Jul 58 | 6489021 | - 9 Jul 82, Off Steen, GCED-S (2) Battery | |
| Norris HAYWOOD 3911 S Indiana 10 Jul 58 | 6498085 | -16 Jun 82, Off. Parker 2nd Dist. Battery 9 Aug 82, Battery (38-12-3) MS SOL, Judge Manning. | |
| | SEE CB# 5576708 | Ret'd 01 Sept 82, Joliet CC#N-00883, Viol of Parole 18 Nov 82, DISCHARGED from Parole (Logan Corr Cntr) | |
| Morris HAYWOOD 3911 S. Indiana 10 Jul 58 | 6759970 | -10 Feb 83 Off. GrazianoGCED S (7th) Theft 2 Mar 83, Theft (38-16-1a) SOL, Judge Manning | |

CITY-NF-001058

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).

1-31.903 (REV. 10/75)

CITY OF CHICAGO / DEPARTMENT OF POLICE   1121 South State Street   Chicago, Illinois  60605
IDENTIFICATION SECTION

CITY-NF-001059

CRIMINAL HISTORY OF   HAYWOOD, Morris  M/N

14

DATE    18 Sept 75   IR#450324

23 100
20 OMI

DATE OF BIRTH

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|
| Morris HAYWOOD 3911 S Indiana | 4500317 | -18 Sept 75, Off Stephen, 002nd Dist., Assault 29 Oct 75, Asslt(38-12-1)1 Yr. Ct. Superv, Judge Meier. | | |
| Morris HAYWOOD 3911 S. Indiana | 4600582 | -13 Jan 76, Off. Marhsll 007th Dist. Unlawful Poss. Veh. 10 Feb. 76,Unlaw Poss Motor Veh(95½-4-103), MS-SOL,Jdg Strzalka | | |
| Morris MAYWOOD 3911 S Indiana | 4657876 | -25 Mar 76, Off Tock, A#1Burg, 002nd Dist., Burglary 26 Mar 76, Released W/O Charging | | |
| Morris HAYWOOD 3911 S. Prairie | 4666259 | -3 Apr 76 Off. Tock 2nd Dist. Burglary 12 Apr 76, Burglary (38-19-1) PG.FG. Info# 76-15049. 4 Yrs Felony PROBATION, Judge Meier. | | |
| Louis HAYWOOD 3711 S. Indiana | 4775665 | -9 Aug 76 Off. Dwyer 2d Dist. Theft 27 Aug. 76,Burglary(38-19-1)S.O.L.,Judge Meier | | |
| Morris HAYWOOD 3911 Indiana | 4818728 | -10ct76- Off. Rachal 02nd dst Robbery 14 Oct 76,Robbery(38-18-1)FPC Trans. to Presiding Judge,Criminal Division,Judge Meier | | |
| | | 27 Oct 76, INFO#76-6102, Robbery, etc. 27 Jul 77. Viol of Prob(76-6102) Find Glty, Recommitted to Probation, Judge Close. | | |
| Morris HAYWOOD 3911 S Indiana | 4908873 | -17 Feb 77, Off. Welborn, A/1 GA, (2nd) Battery 3 Mar 77, Batt (38-12-3) MS-S.O.L, Judge Moran. | | |
| Louis HATWOOD 3911 Indiana | 4919636 | -4 Mar 77 Off. Richardson 2d Dist. Robbery | | |
| Morris HAYWOOD 3911 Indiana | 4983845 | -1 June 77, Off Simmons, 002nd Dist., Disorder 1 Jun 77,Diso(MCC)LFD,Jdg Carey. | | |
| Morris HAYWOOD 3911 S. Indiana | 5063304 | -10 Sept 77 Off. Kulkia 002nd Dist. Theft 22 Sep 77, Theft(38-16-1A1)-SOL, Judge Thomas. | | |
| Morris HAYWOOD 3911 South Indiana | 5081191 | -3 Oct 77, Off. Rosiak, 2nd Dst. Armed Robery 11 Oct 77, Armed Robb(38-18-2)-MS SOL, Judge Moran. | | |

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF CHICAGO POLICE:

CPD - 31.903 (8/71)

1p

KD# F-151 922

**CITY OF CHICAGO / DEPARTMENT OF POLICE** 1121 South State Street Chicago, Illinois 60605
IDENTIFICATION SECTION

| | | |
|---|---|---|
| CRIMINAL HISTORY OF | SMITH, Jerome | M/N |
| DATE | 12 Aug 1971 | IR#314142 |
| DATE OF BIRTH | ████████ | |

314142

BASED ON INQUIRY IOO
19 IIO
APR 27 1984
BY NAME CHECK ONLY

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE | DISPOSITION |
|---|---|---|---|
| Jerome SMITH 1353 So. Fairfield | 3339355 | – 12 Aug 71, Off. Bartosik TF#4 (10thdst) 3 Nov 71, Batt. (38-12-3), Strong Robb. (38-1S-1 S.O.L., Judge Crowley. | |
| Jerome SMITH 1353 S.Fairfield | 3620216 | –25 Aug 72, Ruskey 10th Dist. 11 Oct 72. Petty Theft(38-16-1a1) SOL, Judge Strza | |
| Jerome SMITH 706 E. 39th St. | 5115006 | –18 Nov 77. Off. Sveintek, 21st Dist, Theft. 02 Feb 78, Retail Theft (38-16-3a) FG/JW/FG 1yr superv., Judge Cusack | |
| Jerome SMITH 706 E. 39th 15 Sept 53 | 5903466 | –17 Aug 80 Off. Jones 002nd Dist. (CD) Crim Tres to Land Dis. 3 Feb 81, CTTL (38-21-3a) St. Diso. Cond. (38-26-1a1) MS/SOL Judge Manning. | |
| Jerome SMITH 706 So. Pershing 15 Sept 1953 | 6771092 | –21 Feb 83. Off. Cooley, PHD-S, 2nd Dist, Battery 16 Mar 83, FPC transf to Chief Judge, Judge Manning (Docket No. 83 100018) 6 Apr. 83, INFO#83-3540, Agg Battery, A/Viol. | |
| | | 28 Apr 83, Agg. Batt (83-3540) Plea Glty 30 Mos PROBATION, 60 days HOC, Judge Bailey | |
| Jerome SMITH 706 E. 39th St. 15 Sept 53 | 6953282 | –4 Oct 83 Off. Bone PHD S (02) Dis Cond 5 Oct 83, Disord (MCC) Non Suit, Judge McCormick (Doc No. 83284386) | |
| Jerome SMITH 706 E. 39th St. 15 Sept. 53 | 6994466 | – 27 Nov. 83 Off. Mann GCED-S (002) Dam. to Prop. | |
| Jerome SMITH 706 E. 39th St. 15 Sept. 53 | 7000554 | – 06 Dec 83 Off. Wilindez GCED-S (002) Battery | |
| Jerome SMITH 706 E. 39th St. 15 Sept 53 | 7073804 | –20 Mar 84 Off. Peck 2nd dist Battery | |
| Jerome SMITH 706 E. 39th #806 16 Sept. 59 | 7074731 | –21 March 84 Off. Garner GCE S. (02) Battery Wrt. | |
| Jerome SMITH 706 E. 39th St. 15 Sept 53 | 7096217 | –19 Apr 84 Off. Mann GCED-S (2) Agg. Assault | |

cts

CITY-NF-001060

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEP............. .. . . . . .. ... ... OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.
CPO—22.466 (REV.6/70)
370

SIMEON JOHNSON "CAMEO"

M/B/18 ~~████████~~

5'8 - 160 BRN BLK MED

~~████████~~ - PHONE - 624 6080

1236 E 46ᵗ 1ST. APT A7.

BORN CHICAGO, SINGLE

Employed CHURCH'S CHICKEN @ 1E35ᵗ ST

DLN - J325-7906-5162          PH - 326-2400

FRITZ, JOSEPH NMI (Both hands crippled)

~~████████~~ 22

1275 S. ST. LOUIS

427 E OAKWOOD 2.

~~████████~~

BORN CHICAGO,

JOHN ROGERS ~~██~~ ~~████████~~

~~████████~~ 437 E OAKWOOD 48 - 8637 S. YATES, HSE. / 5153 MLK
                                                                    FORMER ADD.

PH 624-7418          B.P.S. RIGHT ARM

5'9 - 150 BRN B)K H 150     CHAMPAYNE GLASS LEFT CHEST

~~████████~~

CITY-NF-001061

Faye Baldwin   3732 So Prairie   373-4886
[ mother of Ricky Baldwin ( Hom Vic 2900 83
(                    )  3823 So Langley
                       Hom 83-86 ]


Girl friend of offender Jimmie Greene in Baldwin
                              (Goon Squad)
hom is Linda Smith , 706 E 39th St Apt. 806,
sister of Jerome Smith ( one of our Victims )

Chico - 40th & Drexel
Cameo

CITY-NF-001062

77

| JAN.-FEB.-MAR. | | APR.-MAY-JUNE | | JULY-AUG.-SEPT. | | | OCT.-NOV.-DEC. | | |
|---|---|---|---|---|---|---|---|---|---|

| NAME (LAST) | (FIRST) | (MIDDLE) | SEX M F | RACE W N I J C O | DATE OF BIRTH DAY MONTH YEAR | Y.D. NO. |
|---|---|---|---|---|---|---|
| Brown | Mark | | X | X | | 133248 |

ADDRESS
~~5100 S. State St.~~ ~~2605 So. Indiana Ave.~~
AREA 5100 S. STATE ST.--801

DISTRICT OF RES. 21
PRINTS & PHOTOS 15 APR 75

NICKNAME

FATHER'S NAME Earl (Dec.)

MOTHER'S NAME Mary 538-2736

| REPORT DATE | OFFENSE | DIST. OF OFF. | YOUTH OFFICER/STAR NO. | DISPOSITION POLICE | | | COURT | | | | | DOCKET NUMBER | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CA | REF | OCT | DIS | PRE | DOC | YEAR | NUMBER | | | |
| 5Aug72 | Dis. cond. | 02 | Moore 4824 | X | | CSC | | | | | | | | |
| 8Aug72 | Dis. cond. | 01 | Norris 12049 | X | | CSC | Area #1 | | | | | | | |
| 29 Sep72 | Dis. conduct | 02 | Dammons 7268 | X | | CSC | | | | | | | | |
| 2Dec72 | Att.S/A robb. | 02 | M-488276 Mohrs 2850 | X | | | | | | | | | | |
| 2Dec72 | S/A robbery | 02 | M-486581 Walker 12184 | X | | | | | | | | | | |
| Jan-73 | Armed Robbery/Gun | 21 | N-014778 Fuller 4725 | X | | Crim. Ct. Il. | | | | | | | | 22Jan73 |
| 7Feb73 | Theft of Serv.CTA | 1 | Mulcahy 111781 | X | | CSC | | | | | | | | |

CPD-24.454 (8/71) ☞ 370

JUVENILE RECORD SUMMARY/ YOUTH DIVISION CHICAGO POLICE

CITY-NF-001063

| REPORT DATE | OFFENSE | DIST. OF OFF. | YOUTH OFFICER/STAR NO. | DISPOSITION POLICE | | | | | COURT | | | DOCKET NUMBER | | | | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CA | REF | DET | DIS | PRB | DOC | T-R | | NUMBER | | | | | | |
| 0Mar73 | S/A Robbery | 2 | N-084235 Drake 10082 | | X | | | | | | | | | | | | | 19 Jan 73 |
| 2 Feb73 | Curfew | | | X | | | | | | | | | | | | | | |
| Mar73 | Curfew | | | X | | | | | | | | | | | | | | |
| 0Mar73 | Curfew | | | X | | | | | | | | | | | | | | |
| 7Mar73 | Curfew Invest. | 02 | Moody 2299 | No Citation Issued | | | | | | | | | | | | | | |
| -May-73 | Burglary(Res.) | 02 | Fuller 4725 | | | | X | | DOC | 72 | 2 | 0 | 5 | 8 | 6 | | | 23May73 |
| -Jun74 | S/A/Robbery | 2 | P 232764 How 11 7147 | | | | X | | DOC | 74 | | D | W | P | | | | |
| 5 Apr75 | S/A Robbery | 2 | T139479 Lis 11636 | | | | X | | | | | | | | | | | |
| 5-Jun76 | Victim-Gunshot | 2 | Mohrs 2850 | X | | | | | | | | | | | | | | |
| 0-Jan76 | Victim-Gun Shot | 2 | X 209220 Butts 9255 | X | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |



CITY-NF-001064

CITY OF CHICAGO / DEPARTMENT OF POLICE ·1121 South State Street   Chicago, Illinois.  60605
IDENTIFICATION SECTION

CRIMINAL HISTORY OF   BALDWIN, Paul D     M/N

DATE   ~~28 Jan 75~~     IR#427822                                    32 000 0
                                                                      32 0II
DATE OF BIRTH   ~~16~~

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Paul D BALDWIN<br>4130 S Calumet | 4277212 | -17 Jan 75, Off Koegel, L-3-B, O02nd Dist., Poss marijuana |
| Paul D BALDWIN<br>4130 S Calumet | 4286574 | -28 Jan 75, Off Boyd, O02nd Dist.<br>13 Feb 75, Batt.(38-12-3) SOL., S/A.Robb.(38-18-1<br>3 Yr. PROBATION., Judge Pompey. |
| Paul BALDWIN<br>4130 S. Calumet | 4310490 | -26 Feb.75, Off.Roberts 7th.Dist.(2nd.Dist.) Asslt.,Tresp.<br>10 Mar 75, Asslt (38-12-1) Trespass (38-21-2) BFW, Judge Pompey |
| Paul D. BALDWIN<br>4130 S. Calumet | 4339661 | -31 Mar 75, Off White O02nd Dist. Batt. Warrant<br>17 Apr. 75,Assault Wrt.(BF)(38-12-1)PG/FG 10 days H/C C.S.#A.S.,Judge Higgins |
| BALDWIN, Paul D.<br>4130 S. Calumet | 4344228 | - 6 April 75 Off. NIKSTIN O02 Poss. Stolen Veh.<br>5 May 75, Poss Stln Mtr Veh(95½-4-103A)CTTV (38-21-2)State Curfew(23-2371)MS-SOL, Judge Srzalka |
| Paul BALDWIN<br>4130 S. Calumet | 4405438 | -9 Jun 75; Off.Flyn 2nd Dst; Robbery<br>10 June 75, Robb.(38-18-1)Held to the Grand Jury. Judge Higgins.<br>16 Jul 75. G.J. Ind#75-4746, Robbery. |
|  |  | 20 Feb. 76, Joliet ISP,C-60689   Robbery(75-4746) Plea Glty 1-2 yrs., Judge Mackoff Rec'd 27 Feb 76<br>30 Dec 76, PAROLED from Pontiac C.C.#C-60689 |
| Paul D. BALDWIN<br>3833 So. Langley<br>Apt. #703 | 5198947 | -27 Mar 78, Off. Block 051-TS-S.; (O2) U.U.W.<br>18 Apr 78, UUW (38-24-1a1o), UUW (MCC), State ID (38-83-2a), Fail to reg (MCC) FPC Transf to chief judge, Judge Sodini |
|  |  | 27 Apr 78, INFO#78-2034, UUW<br>22 May 78. Joliet CC# C-60689   UUW(78-2034) Plea Glty, 2yrs, Judge Wendt.<br>Rec'd 11 Jul 78, Joliet CC#C-60689 |
| Paul BALDWIN<br>3833 S. Langley | 5561148 | -02 July 79, Off. Hayes A2/robb (11) Dist. Armed Robb.<br>10 July 79, Armed robbery(38-18-2)Burglary(38-19-2) Home Invasion(38-12-11-a1)FPC Transf to Chief Judge, Judge Shield |
|  |  | 26 Jul 79. INFO#79-4489, Armed Robbery. |

CITY-NF-001065

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

CPD - 31.903 (8/71)

1p

IR 427802

**WANTED**

BY C.C.S.P.

UNIT C.C.S.P.     DATE

CHARGE     4 FEB 1976

_Robbery_

WARRANT REGISTER 75-102

**CANCELLED**

DATE FEB 18 1977 BY _Reg_

**WANTED**

BY _(signature)_

_R.B.V._     JUL 2 1979

UNIT

CHARGE _Larceny_

WARRANT REGISTER NO.

**CANCELLED**

DATE 7-31-79 BY _m ioben_

ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY



CITY-NF-001066

638827

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION          Chicago, Illinois  60605

| CRIMINAL HISTORY OF | EDWARDS, Delbert | M/B | 21) 9 T IM (14 |
|---|---|---|---|
| DATE | 13 May 82 | | 1 R IOO |
| DATE OF BIRTH | ████████ | | |

| I.R. NO. 638827 | | F B I NO. | | I.S.B. NO. | |
|---|---|---|---|---|---|
| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
| Delbert EDWARDS<br>730 E. 39th Street<br>07 May 64 | 6456905 | -13 May 82, Off. Zbella, (CD), 01st Dist., Assault, Dam to Prop.<br>10 Jun 82, Aslt (38-12-1) CDTP (38-21-1) SOL, Judge Sodini. | | | |
| Delbert EDWARD<br>730 East 39th St.<br>7 Mayy 64 | 6485426 | - 6 Jun 82  Off.  Tallman   2nd Dist.   Poss. cont. Subs<br>17 June 82. Poss cannabis M. (56½-704c) BFW Judge Zelezinsk<br>9 Sep 82, Poss Cannabis (56½-704) P6/6 Mos 710 PROBATION<br>Judge Zelezinski | | | |
| Delbert EDWARD<br>730 E. 39th St.<br>07 May 64 | 7013358 | - 28 Dec 83 Off. Davis 007 Dist. Battery<br>29 Dec 83, Batt., (38-12-3a), SOL, Judge Woods, (Dock #8337<br>44) | | | |

CITY-NF-001067

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this rec<br>has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulati<br>S.S. 20.33).

CPD-31.903 (REV. 10/75)          KK



ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY



CITY-NF-001068

| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | | DATE OF ORIG. CASE REPORT<br>DAY MONTH YEAR<br>28 Apr 84 | DATE OF THIS REPORT<br>DAY MONTH YEAR WATCH<br>29 Apr 84 / 2 |
|---|---|---|---|
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT<br>HOMICIDE / Murder | VICTIM'S NAME AS SHOWN ON CASE REPORT<br>HICKMAN, Talman | | BEAT/UNIT ASSIGNED<br>DESK |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

R/O received a phone call from a male/black who stated that RODELL BANKS was the person who had shot the people on 39TH St. This caller refused to give and further info about himself and BANKS. Call received at 1305 Hrs.

CITY-NF-001069

| REPORTING OFFICER'S SIGNATURE—STAR NO.<br>9,532 | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY-MO.-YR.   TIME |
|---|---|---|

CPD-23.122 (Rev. 2/83)

| ARRESTEE NAME (LAST - FIRST - MI) | | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|---|
| B ANKS, Rodell V. | | 002 | 10 | 1 | 002 |

| ADDRESS-ARRESTEE 3417 S. Kenwood #202 | | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|---|
| 8253 S. MARSHFIELD'S | | | 22 May 82 | 1210 |

| ALIASES "H. Sam" | | R.D. NO. D-39470 | C.B. NO. 6467-229 |
|---|---|---|---|

| | | BIRTHPLACE C.icago | I.R. NO. 322345 |
|---|---|---|---|

| DOB 26 | AGE 26 | SEX M | RACE B | BUILD heavy | HEIGHT 5'11 | WEIGHT 230 | EYES brn | HAIR black | COMPLEXION med/brn | GLASSES no | NATIONALITY fre-mer |
|---|---|---|---|---|---|---|---|---|---|---|---|

| MARITAL STATUS | EMPLOYER OR SCHOOL el Hunkins | OCCUPATION | SOC. SEC. NO. 341 46 9449 |
|---|---|---|---|

| ARRESTED WITH dna | VEHICLE USED (DESCRIBE) dna | ARTICLE 36 ☐ YES ☐ NO |
|---|---|---|

| COMPLAINANT NAME ROGERS, Brian (deceased) | COMPLAINANT ADDRESS 3904 S. Calumet 2nd fl | PHONE dna |
|---|---|---|

| LOCATION OF ARREST (COMPLETE ADDRESS) 3901 S. Calumet (street) | CHARGES PLACED MURDER | RELEASED ☐ YES ☒ NO |
|---|---|---|

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| PO A. LETT #5563 GCS | | 66 | 24MAY82 | |
| POR. PECK#5254 GCS | | | | Ref Blood |
| PO G. RODRIGULZ,13862 GCS | | | | 687-16-D |
| INVESTIGATING OFFICER WARNER,12475 ROBERTS#4987 | STAR NO. | | | |

CPD - 11,430 (11/72)    **ARREST INFORMATION/ CHICAGO POLICE**

CITY-NF-001070

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION      Chicago, Illinois    60605

CRIMINAL HISTORY OF      BALDWIN, Shawn              M/N

DATE        09 Feb 80

DATE OF BIRTH

| I.R. NO. 571461 | | FBI NO. 877 223 | | I.S.B. NO. 2145221 | |
|---|---|---|---|---|---|
| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
| Shawn BALDWIN 3833 S. Langley | 5745701 | 09 Feb 80- Off. Marrato 12th Dist. Inv Robb, D/C 11 Feb 80, Disord Cond (MCC) Non-Suit, Judge Devine | | | |
| Shawn BALDWIN 3833 S. Langley | 5776754 | 26 March 80, Off. Woten, 3rd dist, C.T.T.V. 27 Mar 80, C.T.T.V(38-21-2) PG/PG 1 Yr PROBATION,Judge Sodini | | | |
| Shawn BALDWIN 3833 S. Langley 10 Sep 62 | 6383544 | 03 Mar 82- Off. Ryan 2nd UUW. 11 April 82,Damage to prop(38-21-1a),UUW(38-24-1a1 SOL(2),Sate Firearm ID(38-83-2a),Fail to reg(MCC)Non Suit(2),Judge Manning | | | |

CITY-NF-001071

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulation S.S. 20.33).

CPD-31.903 (REV. 10/75)



ISSUED CRI INQUIRY
BY NAME CHECK ONLY
APR 27 1984

CITY-NF-001072

BALDWIN, Timothy I.

| | | |
|---|---|---|
| 5100 So Wentworth | APT. NO. | AGE 20 |

District Station #99   02   3522 So Rhodes   D 347 970

| | |
|---|---|
| Illinois State | Ch 38 sec 12-3   Battery |
| Student | |

Illinois State

Student

1   2300

MORRISSETTE,G.   Sgt. FITZGERALD   A1/VC   2100

D   MAKE   N

HILL, Mark, R.

D   N   A

**NARRATIVE**

This is an arrest by Beat 262 C :

The above named arrested in regards to a Aggravated Battery which occurred

tha 26 Sep 82 at app. 1500 hours. This incident reported under CPD RD# D347 970.

The arrestee while armed with a B B Gun discharge that weapon causing a pellet

forced though the weapon striking the victim complainant in the head and the

arm. The arrestee advised of his U. S. Constitutional rights in the presents

of his mother Mary BALDWIN.

Det. Rome 18170

CITY-NF-001073

| ARRESTING/APPEARING OFFICER | STAR NO. | UNIT NO. | BEAT NO. | D.O. GRP. | ARRESTING OFFICER | STAR NO. | UNIT NO. | BEAT NO. |
|---|---|---|---|---|---|---|---|---|
| MORRISSETTE, G? | 3593 | 002 | 262C | 2 | UNDERWOOD,C. | 15118 | 002 | 262C |

BOOKING OFFICER   7439   002

ARRESTEE SEARCHED BY



ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY



CITY-NF-001074

To:                          Hood and Evans

From:                        Minogue and Bogdalek

Subject:                     Smith and Hickman Murder


1.  No time to leave a supp.  We interviewed LANGSTON, James M/B/Age 14,
of 706 E. 39th St. apt. #106.  He witnessed the murders.  He was playing
baseball across the street from the scene.  He said that the offenders
were wearing skull caps pulled over their faces to conceal their idenity.
He saw the offenders fleeing in a blue cadillac.  He said the car went south
on Langley then west on 39th.  He said that there were four men in the
car.  The person setting next to the driver in the front seat was the
brother of Ricky Baldwin, aka: "Rick Dog" who was murdered last summer.
(File #83-86, RD# E 274304).  See our notes for more details.


2.  We showed photos of two Baldwin brothers Shawn and Paul.  He recognized
Shawn as one of the Baldwins but not the person in the car.


3.  Sandra Langston F/B/Age 19, (same as above), said she was talking
to Fuddy just before the shooting.  She was speaking to him from her
2nd fl. bedroom window.  He walked into the breezway.  She saw two
M/B follow him. #1. M/B/Age 20s, red ski hat, white jacket, lt. complex-
ion.  #2. M/B/20s, blue jacket, lt. complexion. She then heard series
of shots.

4.  Rnady Langston M/B/Age 15 (same as above).  He was also playing ball
and saw the shooting.  Saw one offender with red mask shooting the victims.
He saw him roll up the mask (hat) and flee.

5.  Minnie White F/B/Age 50. She heard the shots.  Ahe saw the vitims
laying on the ground and called the police.

6.  Baldwin photos and sheets in the file.  Call one of us at home if
you need more details.

Carlos Willis

Shielay Allen  285-3628



CITY-NF-001075-

Willis, Carlos M/B 14yrs
3846 So Langley 2ndflr Apt 635
Ph 548-6039



CRB 704-8165
PRINTED
UUW

CITY-NF-001076

Chgo.

Single (STUDENT @ Kennedy.
AKA Bay Ef
437 E Oakwood 3rd fl Apt 743-7418
8637 S. Yates Ase
Rogers, John A. M/B 20yrs

| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | | DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|---|---|
| | | DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |
| | | 28 | Apr | 84 | 1 | May | 84 | 3rd |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Homicide/Murder | Smith & Hickman | 5134 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes; and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

TO:      All Watches

From:      Det's. Minogue & Bogdalek

Subject:      Smith & Hickman Homicide

    The following information was provided to the R/Ds by Mr. David Minnifield M/B/Age 26, who is the utility janitor at Dearborn Homes, 2960 S. Federal, ph. 791 8573. On 29 Apr 84, 2010 hrs. he received an anonymous phone call from a youthful M/B. The called said he saw a phone number on television (791 8573) for persons with information regarding this homicide. The caller told Minnifield that Edward Stewart was driving the car used in the murder and that Stewart was in the company of Darryl Baldwin and "Chico". He also said that Stewart was living with Olivia Wallace at 4716 S. Cottage Grove, apt. #220. He had no further information.

    Olivia Wallace F/B/Age 20 ████████, 4716 S. Cottage Gr. apt. #20, no phone, IR# 631685. Olivia Wallace stated that she has not seen Stewart since January of 1984. Sha has obtained a paternity warrant against him (see attached computer print out). She said that Darryl Baldwin lives at 3833 S. Langley, he is about 28 yrs. of age. She knows "Chico" on sight but does not know his name. She says that all three men hang togethes. She thinks that Stewart and Chico are livng at 1255 N. Central with Stewart's aunte, Carmen and Duchie, at 1255 NO. Central Ave. She said that Stewart drives a Chevrolet Camero, a 73.

    Edward Stewart was located at 1255 N. Central, 1st fl. This is his sisters apartment. Her name is Carmen Bradley F/B/Age28, ph. 378 2676. Stewart lives at 703 No. Central, 1st fl. He lives with his girlfriend Bettina Davis F/B/Age 21 and another friend by the name of Jackie Cramer M/B/Age 21. On the date and time of the murder he left his apartment at about 0930 hrs. and went to work. He works at the McDonalds in Water Tower Place, Chicago & Michigan. He took the El to work and began his shift at 1030 hrs. We could not verify his alibi; McDonalds was closed. He said that he has not seen Darryl Baldwin in 7or 8 months nor has he seen Chico. He does not know Chico's real name. He said that he lives in the vicinity of 40th & Drexel. As far as he knows neither Chico or Darryl own a Cadillac. He owns a 73 Camero, white in color. No plates.

    The other anonymous call that alleged that Lawrence and Marshall Edwards were the killers was checked out. Both were interviewed and stated they were home at the time of the shooting in the company of other family members. Their photos with their dob, address and description are in the file.

    Stewars photo and sheet are also in the file. There is not a record for Darryl Baldwin in the alpha file.

R D NO. F 151 922

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. | TIME |
|---|---|---|---|
| _Minogue_   13871 | | | |

CPD-23.122 (Rev. 2/81)

CITY-NF-001077

Detective Division
Area One Violent Crimes

5 May 1984

TO: Firearms Identification Unit, Crime Laboratory Division
   Attention Sgt. Lomoro

FROM: Det. Robert Evans # 12754, Area One Violent Crimes

SUBJECT: Request for Firearms Evidence Comparison

   The undersigned requests that the firearms evidence
recovered in the shootings of Jerome Smith and Talmon Hickmon recorded
under R.D. number F-151922, Firearms Unit Crime Lab number 84-560, be compared
against the firearms evidence recovered in the shooting of Lee McCollum
recorded under R.D. number F-070217 and Firearms Unit Crime Lab number
84-352.

Detective *Robert Evans*
    Robert Evans # 12754



CITY-NF-001078

| ARRESTEE NAME | (LAST - FIRST - MI) | | DISTRICT OF ARREST | ARRESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|
| GREEN Andre NMI | | | 002 | 614 | | 1 | 002 |

| ADDRESS ARRESTEE | | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|---|
| 3833 So. Langley #504 | 624- | | 14 Jun 83 | 0355 |

| ALIASES | R.D. NO. | C.B. NO. |
|---|---|---|
| | E-009 857 | 6860351 |

| | BIRTHPLACE | I.R. NO. |
|---|---|---|
| | IL | |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | COMPLEX. | GL. | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | 24 | M | B | Thn | 5'7" | 150 | N | ME | | |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| Sngl | Not | | 552616 |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| Alone | 73 Buick LeSabre 4 | ☐ YES ☒ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| Theresa Johnson | 3833 So. Langley | 73--613 |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 3833 S. Langley 504 | | ☐ YES ☐ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| C. Johnson | 15739 | 66 | 15 Jul | |
| C. Paluch | 13145 | 66 | — | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| Wilkosz | |

CPD - 11.430 (11/72)   ARREST INFORMATION/ CHICAGO POLICE

---

| ARRESTEE NAME | (LAST - FIRST - MI) | | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|---|---|
| GREEN, Gerald | | | 002 | 4121 | 1 | 002 |

| ADDRESS ARRESTEE | | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|---|
| 622 East 38th St. | | | 7 May 81 | 2245 |

| ALIASES | R.D. NO. | C.B. NO. |
|---|---|---|
| | C-165 616 | 6111351 |

| | BIRTHPLACE | I.R. NO. |
|---|---|---|
| | | 575262 |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18 | M | N | med | 5-9 | 158 | brn | blk | med | | |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| | | | |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| Alone | | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| A/Ob | SOG | |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 706 E. 39th St. | Felony UUW (sawed off shotgun) | ☐ YES ☒ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Bogdalek | 14674 | 48-4 | 12 May 81 | |
| Murphy | 14857 | | | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| | |

CPD - 11.430 (11/72)   ARREST INFORMATION/ CHICAGO POLICE

CITY-NF-001079

**First arrest record:**

| ARRESTEE NAME (LAST - FIRST - MI) | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|
| GREEN, Gerald | 002 | 002 | 1 | 002 |

| ADDRESS ARRESTEE | IR NO. | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 706 E. 39th Apt#1109 | | 20 Aug 81 | 1715 |

| ALIASES | R.D. NO. | C.B. NO. |
|---|---|---|
| | C 3 016 | 6209 677 |

| | BIRTHPLACE | I.R. NO. |
|---|---|---|
| | | #578262 |

| D.O.B | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18 | M | N | med | 5'9 | 140 | brn | blk | med | no | Amer. Neg |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| single | Unemployed | | |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| self | dna | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| LANG, Dorothea | 706 E. 39th #602 | 548-5081 |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 622 E. 38th St. | Battery | ☑ YES ☒ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| D. DeYoung | 4742 | Br. 34-2 | 25 Aug 81 | |
| D. Novak | 7053 | | | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| Dorociak & Bolda | |

CPD - 11.430 (11/72)

**ARREST INFORMATION/ CHICAGO POLICE**

**Second arrest record:**

| ARRESTEE NAME (LAST - FIRST - MI) | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|
| GREEN, Gerald | 002 | 202 | 1 | 002 |

| ADDRESS ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 622 E 38TH ST | 268-2513 | 13 Nov 83 | 0500 |

| ALIASES | R.D. NO. | C.B. NO. |
|---|---|---|
| 2354 E 70 7ST | E-478999 | 1554045 |

| | BIRTHPLACE | I.R. NO. |
|---|---|---|
| | | 578262 |

| D.O.B | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 21 | M | B | MED | 5'9" | 155 | Brn | Blk | MED | | AMER |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| Single | None | None | |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| Alone | None | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| Dolores Tomich | 683 E 38 01 | |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 730 E 39th | Home Invasion | ☐ YES ☒ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| P.O. Roland | 8870 | BR 49 | 14 Nov 83 | |
| P.O. Denn | 13432 | | | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| Utler | 10970 |

CPD - 11.430 (11/72)

**ARREST INFORMATION/ CHICAGO POLICE**

CITY-NF-001080

| ARRESTEE NAME (LAST - FIRST - MI) | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|
| BALDWIN, SHAWN | 002 | 710 | 1 | 002 |

| ADDRESS ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 3833 Langley 703 | 538 1033 | 4 JUNE 82 | 0030 |

| ALIASES | R.D. NO. | C.B. NO. |
|---|---|---|
| | D 271548 | 6520 098 |
| | BIRTHPLACE: IL. | I.R. NO.: 571461 |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 18 | M | B | SLIM | 5-9 | 140 | BRN | BLK | MED | NO | BLK |

MARITAL STATUS: S.
EMPLOYER OR SCHOOL: GEN'T PHF
OCCUPATION: [illegible]-Landscaper
SOC. SEC. NO.:
ARRESTED WITH: MICHAEL COCHRANE
VEHICLE USED (DESCRIBE):
ARTICLE 36: ☐ YES ☐ NO
COMPLAINANT NAME: JOHNSON, Betty
COMPLAINANT ADDRESS: 1230 Burling
PHONE: 649-0169
LOCATION OF ARREST (COMPLETE ADDRESS): 200 E. 43rd
CHARGES PLACED:
RELEASED: ☐ YES ☐ NO

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| F. LAYNE | | 48-2 | [illegible] | |
| R. GAINES | | | | |

INVESTIGATING OFFICER: PERRY IUTTE

FD - 11.430 (11/72) ARREST INFORMATION/ CHICAGO POLICE

| ARRESTEE NAME (LAST - FIRST - MI) | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|
| BALDWIN, Timothy I. | 002 | 002 | 1 | 002 |

| ADDRESS ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 3522 South Rhodes | 548-1989 | 26 Sep 82 | 2045 |

| ALIASES | R.D. NO. | C.B. NO. |
|---|---|---|
| | D-347970 | 6623965 |
| | BIRTHPLACE: Chgo, Il. | I.R. NO.: None |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 20 | M | B | Med. | 6'1" | 175 | Brn. | Blk. | Light | No | Afro-Amer. |

MARITAL STATUS: Single
EMPLOYER OR SCHOOL: Illinois State
OCCUPATION: Student
SOC. SEC. NO.: UNK.
ARRESTED WITH: Self
VEHICLE USED (DESCRIBE): DNA
ARTICLE 36: ☐ DNA ☐ NO
COMPLAINANT NAME: HILL, Mark R.
COMPLAINANT ADDRESS: 3510 S. Rhodes #301
PHONE: 373-3214
LOCATION OF ARREST (COMPLETE ADDRESS): 5101 S. Wentworth
CHARGES PLACED: None
RELEASED: ☒ YES ☐ NO

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Underwood, C. | 15118 | Victim Refused to Sign Complaints | | |
| Morrissette, O. | 3553 | | | |
| Homic, J. | 18170 | | | |

INVESTIGATING OFFICER — STAR NO.

[redacted]

CPD - 11.430 (11/72) ARREST INFORMATION/ CHICAGO POLICE

CITY-NF-001081

CITY OF CHICAGO / DEPARTMENT OF POLICE   1121 South State Street   Chicago, Illinois   60605
IDENTIFICATION SECTION

CRIMINAL HISTORY OF   BANKS, Rondell     M/N

DATE        2 Nov. 71     IR#322345

DATE OF BIRTH

ISSUED INQUIRY
BY NAME CHECK ONLY

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST., CHARGE | DISPOSITION |
|---|---|---|---|
| Rondell BANKS 730 E. 39th St. | 3406292 | -2 Nov. 71,Off. Stahl,R61,2nd Dist. 4 Jan. 72,Armed Robbery(38-18-2)BFW,Judge White 18 Apr. 72,G.J. IND#72-868,Robbery 21 May 73,Armed Robbery etc(72-868)plea glty plai robbery and agg. Asslt,4 yrs. PROBATION,1st year, 6 months and 19 days County Jail,Served,Judge Strayhorn | |
| Rodell BANKS 7116 S. Harvard | 3822144 | -6 Jun 73,Off. Chase,7th Dist. 6 Jun  73,Released W/O Charging | |
| James HENDERSON 8718 S. Burley | 3952798 | -12 Nov. 73,Off. Crowley,R-61,7th Dist. 5 Feb. 74,Armed Robb(38-18-2),Robb(38-18-1)NPC/ Disch.,Judge Casey 27 Feb. 74,Burg. Wrt.(38-19-1)S.O.L.,Judge Durham | |
| Roh BLACK 6757 S. Marshfield | 4066775 | -25 Apr. 74,Off. Davis,21st Dist. 12 Jul 74,G.J. IND#74-3665,Armed Robb. etc. | |
| Rhodell BANK 6601 S. Damen | 4248452 | -10 Dec. 74,Off. Glynn,R61,2nd Dist. 30 Dec. 74,Murder Wrt.(38-9-1al)Held to the Grand Jury,Judge Machala | |
| | | 21 Jan.75,G.J. IND#75-393,Murder 8 Sept 75, Murder(75-393)find not glty.  Judge Garippo. | |
| | SEE CB 3406292 | 10 Feb 75, Joliet ISP#80285  ,Viol of Probation (72-868)find glty, 2-6 years.  Judge Strayhorn. Rec'd 29 May 75. Out on Writ from Pontiac#34478 1 Oct. 75 | |
| | SEE CB 4066775 | 1 Oct 75, Joliet ISP#80285   Arm Robbery(74-3665) Plea Glty, 2-6yrs cc with 72-868, Judge Massey. 1 Oct. 75 Returned from Writ to Pontiac#34478 20 Apr 77, PAROLED from Menard C.C.#C-10176 | |
| Rodell BANKS 730 E. 39th St. | 5057415 | -03 Sep 77, Off. Eichler GCID-S(002nd Dist.)Poss Cont Sub 12 Oct 77,Poss. Cont. Subs(56½-1402)SOL, Judge Zelezinski. | |
| Rodell BANKS 2056 E. 73rd St. | 5145158 | -5 Jan 78 Off. Smith 002nd Dist. Dis 25 Jan 78, Disorderly Conduct(MCC)Leave to File Complaint Denied, Judge Houtsma. | |
| Rodell BANKS 2056 E. 73rd | 5209137 | -8 Apr 78 Off. Betts 002nd Dist. Poss Cont Sub 10 Apr 78, Poss. Cont. Sub. (56½-1402) S.O.L., Judge Zelezinski. | |

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

CPD - 31.903 (8/71)

CITY-NF-001082

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION                        Chicago, Illinois  60605

CRIMINAL HISTORY OF   BANKS, Rondell   M/N        6
                                                 15 R 00
DATE          02 Nov 71      IR#322345           26 R II

DATE OF BIRTH        0̶~~~~~~~~~~~~

ISSUED ON INQ
APR 20 1984
BY NAME CHECK ONLY

| I.R. NO. | FBI NO. | I.S.B. NO. |
|---|---|---|
| 322345 | 512 975 J2 | 1588994 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Rodell BANKS<br>2056 E. 73rd Street | 5239171 | - 16 May 78, Off. Medici 002nd Dist. Unlawful Use of Weapon<br>9 June 78, UUW.Fel (38-24-1a4) PG.FG. Info#78-<br>16460. 3 Years Ill.Dept of Corr., Fail to Regis<br>F/A (MCC), Fail to Produce (MCC) Non Suit. | | | |
| | | Unlawful.Poss F/A & Ammo. (38-83-2a),Theft-Misd<br>(38-16-1d3) S.O.L, Judge Moran.<br>Rec'd 14 Jul 78, Jol et C.C.#C-10176<br>17 Jan 80, PAROLED from Menard CC#A-10176 | | | |
| Rodell BANKS<br>3243 S. Marshfield<br>01 Dec 53 | 6244521 | - 25 Sep 81- Off. Ratcliff 6th Battery Wrt.<br>15 Oct 81, Battery Wt (38-12-3) SOL, Judge Manning | | | |
| Rondell V BANKS<br>6417 S. Kenwood<br>01 Dec 53 | 6467229 | -21 May 82 Off. Lett GCED S (2nd) Inv. Murder<br>17 June 82, INFO#/82-4887, Murder, A/Viol. | | | |
| Rodell BANKS<br>8243 S. Marshfield 2nd fl<br>1 Dec 53 | 6911768 | -15 Aug. 83 Off. Williams GSU S (02) Robbery<br>12 Dec 83, Poss Marij (56½-704a), SUPERCEDED BY IND#, TRANSFER<br>TO CHIEF JUDGE, Judge Zelezinski, Doc#83-1259329 | | | |
| Rodell BANKS<br>8243 S. Marshfield<br>1 Dec 53 | 6981431 | -9 Nov 83 Off. Spencer 6th dist Agg. Assault<br>19 Jan. 84, Agg. Assault(38-12-1a)Damage Prop.(38-21<br>1a)SOL,Judge Macellaio | | | |
| odell V. BANKS<br>056 E. 73St.<br>Dec 53 | 7013254 | 28 Dec. 83 Off. Garner GCID-S (02 Dist) Agg Assault<br>16 Feb. 84,Agg. Ass. WRT.SOL,Judge Sherard | | | |
| | See CB#<br>6911768 | 03 Jan84, GJ IND#/83C-12987, Poss of Cannabis with intent to<br>deliver | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CITY-NF-001083

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record
has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations
S.S. 20.33).

D-31.903 (REV. 10/75)

**CITY OF CHICAGO / DEPARTMENT OF POLICE /** 1121 South State Street
IDENTIFICATION SECTION    Chicago, Illinois    60605

CRIMINAL HISTORY OF    GREEN, Gerald C.    M/N

DATE    15 May 80

DATE OF BIRTH    ~~████████~~

I.R. NO.    578262    FBI NO.    48  337  W7    2176094

ISSUED ON INQUIRY
APR 20 1984
BY NAME CHECK ONLY

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Gerald C. GREEN 8033 St. Lawrence | 5818377 | -15 May 80, Off. Hartfield, 4th Dist., Poss Stolen Auto 16 May 80, Poss Stolen Veh. Red 95½-4-103a) PG/FG 1 yr. SS Superv. Judge Devine | | | |
| Gerald K. GREEN 8033 St. Lawrence 22 Sep 61 | 5843446 | - 12 Jun 80, Fischer 6, Theft. 27 Jun 80, Theft Of Service(38-16-3a) BFW, Judge Casey. | | | |
| Gerald E. GREEN 8033 S. St Lawrence 22 Sept 1961 | 5844490 | -13 June 80. Off. Fischer, 6th Dist, Criminal Tresp to Vehicle 1 Jul 80, C.T.T.V(38-21-2) BFW, Judge Casey 29 Jul 80, Crim tresp to veh (38-21-2) SOL, Judge Joyce | | | |
| Freeman GREEN 706 E. 39th #1109 22 Sep 59 | 5852581 | -21 Jun 80, Off. Roberson, 02nd Dist., CDTP 2 Jul 80, CDTP (38-21-1a) BF/SOL, Judge Moran | | | |
| Gerald GREEN 8033 S. St. Lawrence 22 Sept. 62 | 5871515 | - 12 Jul. 80 Campbell 622-06th. Burg. 29 Jul 80, BF theft wrt (38-16-1a1), BF crim tresp wrt (38-21-1) SOL, Judge Joyce | | | |
| Gerald K. Green 8033 St. Lawrence 22 Sep 61 | 6010096 | 31 Dec 80, Off. Kieth, 003, Theft. 18 Feb 81, Theft (38-16-a3a) Wrt. SOL, Judge Handy. | | | |
| Gerald GREEN 622 E. 38th St 22 Sep 62 | 6111351 | -07 May 81- Off. Murphy SOG-S (02) UUW. 12 May 81 UUW Sawed Off(F)(38-24-1a7) INFO#81-16870, 2 Yrs (F) PROBATION 7 Days HC Judge Moran | | | |
| Gerald GREEN 706 E. 39th St 22 Sep 62 | 6209677 | -20 Aug 81- Off. Novak 2nd Rape. | | | |
| **erald GREEN 77 Drexel Sept 61** | 6671557 | -11 Nov 82 Off. Fecke Pat. Div Adm (02) Viol Prob | | | |
| Gerald GREEN 3816 S. King Dr. 22 Sep 61 | 6847692 | - 29 May 83, Off. Basile A2VC (05) Rape Attempt 10 Jun 83, Sim Battery(38-12-3)PG/FG 20 days tcs,Judge ████ Sheridan(Docket No 83 312095) | | | |
| ray GREEN 354 E. 70th. St. 2 Sep 60 | 6984048 | -13 Nov 83, Off. Dean 02nd. Dist. Home Inv. Robb. 14 Nov 83, Home Inv. Robbery(12-11-82)FPC Transfer to Chief Judge,Judge Moran(Docket No 83 340567) 5 Dec 83, INFO#83-12006, Home Inv., Res. Burg, Agg. Batt., A/Viol | | | |

~~████████████~~ CITY-NF-001084

*CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20E33).*

PD-31.903 (REV. 10/75)

I.R. NO. 578262

CITY-NF-001084 (5/6/262)

Chico          40th & Drexel          Courtway Building
Poncho         40th & Drexel          3rd floor

CITY-NF-001085

CHICAGO POLICE

ASSAULT

AGGRAVATED-HANDGUN

CHA GROUNDS

ISAAC, CUNDELE-R.

HALE, PAUL

730 E. 39TH ST APT 805

709

M 1 18 6'1 140 BRN BLK N

EDWARD's, DELBERT-M/B/19YRS.,730 E. 39TH ST. APT 709.,924-1110.

LOCATION OF INCIDENT
730 E. 39TH ST

STAR NO. 8140

DAT. MURPHY

R. KIRONSKI

CITY-NF-001086

**OFFENDERS**

HALEY, PAUL M/B/23YRS. 706 E.39TH ST. APT 805.UNEMPL.
5'2"150#MED COMPL. IR#/0209??

LEAKS,CHANDELL,I.TV/R/16YRS. 5837 SO. ELLIS.APT 402. UNEMPL.
6'1.140.MED COMPL.IR#/P466411.

**GANG AFFILIATION**

BLACK GANGSTER GOON SQUAD/ BOTH ARE MEMBERS OF THE AFOREMENTIONED GANG.

**ARRESTING OFFICERS**

| | | |
|---|---|---|
| OFF. A. WOODS | #15648 | 002 |
| OFF. F. BARNES | #92296 | 002 |
| OFF. E. MCCAIN | #3449 | 715 |
| OFF. J. BROCK | #4036 | 715 |
| OFF. J. FELKER | #9700 | 715 |
| DET. MANN | #16770 | 1413 |
| DET. WILINDEZ | #8140 | 1413 |

**PLACE OF ARREST**

750 E. PERSHING

**DATE & TIME OF ARREST**

FRI.27APR84. 1600HRS.

**COURT & CHARGES**

34-2 3MAY84.AGG ASSAULT

SEE CONTINUATION SHEET

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

I HAVE REVIEWED THIS REPORT AND IT MY SIGNATURE IS CERTIFY THAT IT IS ACCEPTABLE.

CITY-NF-001087

GANG INVESTIGATION SECTION SOUTH   84-S-1330                                        27APR84
F150899  AGG ASSAULT

NOTIFICATIONS                               SGT. KUROWSKI
                                            SGT. MURPHY

NARRATIVE                                   IN SUMMARY R/I'S RESPONDED TO C.O.S. ALERT

OF MAN WITH A GUN AND LEARNED FROM THE VICTIM THAT HE HAD JUST BEEN SHOT AT BY TWO
SUBJECTS NAMED PAUL HALEY, AND CHUNDELL LEAKS.  VICTIM SAID THAT HE HAS BEEN HAVING
PROBLEMS WITH THESE SUBJECTS WHO ARE MEMBERS OF THE BLACK GANGSTER GOON SQUAD BE-
CAUSE OF PENDING COURT CASES AGAINST OTHER MEMBERS OF THE SAID GANG.

                                            R/I'S PLACED THE OFFENDERS UNDER ARREST FOR
AGG ASSAULT ON COMPLAINTS SIGNED BY THE VICTIM, HOWEVER NO WEAPON WAS RECOVERED.
OFFENDERS WANTED TO SIGN COMPLAINTS AGAINST SUBJECT EDWARDS ALLEGING THAT HE FIRED
AT THE OFFENDERS INITIALLY.  R/I'S INTERVIEWED WITNESSES IN THE AREA WHO WISHED TO
REMAIN ANONYMOUS BUT SAID THAT EDWARDS DID NOT FIRE SHOTS AT THE OFFENDERS BUT RAN
INTO THE BUILDING WHEN HE WAS FIRED UPON.

CITY-NF-001088

ASSAULT

CHA GROUNDS

HALEY, PAUL CUNDELA, P.

EDWARDS, DELBERT M/B/19YRS. 730 E. 39TH ST. APT 709, 924-1110.

730 E. 39TH ST.

706 E. 39TH ST APT 805

2837 SO. ELLIS ST APT 401      709

LOCATION OF INCIDENT
730 E. 39TH ST

VICTIM
EDWARDS, DELBERT M/B/19YRS. 730 E. 39TH ST. APT 709,924-1110.

STAR NO. 8140

CITY-NF-001089

OTHERNESS

HALEY, PAUL.M/B/23YRS. ~~~~~~ .706 E.39TH ST.APT 805.UNEMPL.
9-E.43rd CONVL. INV/0205O.

ISAAKS,CHUNDEL.M/W/B/16YRS.~~~~~~~~ 5657 SO. BLLISSAVE 40T. UNEMPL.
61₁.340.MED COMPL.INV/5466411.

G.NC ·PTILIATION   BLACK GANGSTER GOON S.JAD/ BOTH ARE MEMBERS OF THE AFOREMENTIONED GANG.

ARRESTING OFFICERS

| | | |
|---|---|---|
| OFF. A. WOODS | #15648 | 002 |
| OFF. F. BARNES | #9236 | 002 |
| OFF. E. MCCANN | #3419 | 715 |
| OFF. J. BROCK | #4036 | 715 |
| OFF. J. FELKER | #9700 | 715 |
| DED. MANN | #16770 | 1415 |
| DET. WILINDEC | #8340 | 1415 |

PLACE OF ARREST   FML.27APR84.1600HRS.

date & time of arrest   735 E. FURSHING

CONST & CHANGES   3442 31MAY84.AGG ASSAULT

CPR-CONTINUATION SHEET

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

CITY-NF-001090

GANG INVESTIGATION SECTION SOUTH  84-S-1330
F150899 AGG ASSAULT                                              27APR84

NOTIFICATIONS                          SGT. KUROWSKI
                                       SGT. MURPHY

NARRATIVE                              IN SUMMARY R/I'S RESPONDED TO C.O.S. ALERT

OF MAN WITH A GUN AND LEARNED FROM THE VICTIM THAT HE HAD JUST BEEN SHOT AT BY TWO
SUBJECTS NAMED PAUL HALEY, AND CHUNDELL LEAKS.  VICTIM SAID THAT HE HAS BEEN HAVING
PROBLEMS WITH THESE SUBJECTS WHO ARE MEMBERS OF THE BLACK GANGSTER GOON SQUAD BE-
CAUSE OF PENDING COURT CASES AGAINST OTHER MEMBERS OF THE SAME GANG.

                                       R/I'S PLACED THE OFFENDERS UNDER ARREST FOR
AGG ASSAULT ON COMPLAINTS SIGNED BY THE VICTIM, HOWEVER NO WEAPON WAS RECOVERED.
OFFENDERS WANTED TO SIGN COMPLAINTS AGAINST SUBJECT EDWARDS ALLEGING THAT HE FIRED
AT THE OFFENDERS INITIALLY.  R/I'S INTERVIEWED WITNESSES IN THE AREA WHO WISHED TO
REMAIN ANONYMOUS BUT SAID THAT EDWARDS DID NOT FIRE SHOTS AT THE OFFENDERS BUT RAN
INTO THE BUILDING WHEN HE WAS FIRED UPON.

CITY-NF-001091

I#103004

| ARRESTEE NAME | (LAST - FIRST - MI) | | | DISTRICT OF ARREST | ARRESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|---|
| HAWKINS, | Earl | nm1. | | 003 | 091 | | one | |

ADDRESS ARRESTEE
345 E. 134 Th Street

| ALIASES | PHONE None | DATE ARRESTED 09 Oct 1981 | TIME ARRESTED 2245 |
|---|---|---|---|

C. 217-651 | C.B. NO. 6257-650
BIRTHPLACE Chicago | I.R. NO. 444722

| D.O.B | AGE 26 | SEX M | RACE B | BUILD Med. | HEIGHT 5-08 | WEIGHT 140 | EYES Brn | HAIR Drk | COMPLEXION Lt. Brn | GLASSES No | NATIONALITY Americanegro |
|---|---|---|---|---|---|---|---|---|---|---|---|

| MARITAL STATUS Single | EMPLOYER OR SCHOOL Unemployed | OCCUPATION Laborer | SOC. SEC. NO. Unk |
|---|---|---|---|

| ARRESTED WITH TWENTY THREE OTHERS RD#C382-507  I#103002 | VEHICLE USED (DESCRIBE) na | | ARTICLE 36 ☐ YES ☐ NO |
|---|---|---|---|

| COMPLAINANT NAME Willie BIBBS(Deceased) State of I'LL | COMPLAINANT ADDRESS Heaven?????? | PHONE |
|---|---|---|

| LOCATION OF ARREST (COMPLETE ADDRESS) 6417 S. Kenwood ave. | CHARGES PLACED Murder Warrent CC-018134 | RELEASED ☐ YES ☒ NO |
|---|---|---|

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Sgt. J. Halpin#1411 | | 66-3 | 13oct 1981 | |
| Det. C. Steen | | | | |
| Assisting Third Watch 091 | | | | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|

CPD - 11.430 (11/72)    **ARREST INFORMATION/** CHICAGO POLICE

---

CHICAGO POLICE

| ARRESTEE'S NAME (LAST - FIRST - MI) DOYLE, William A. III | BEAT OF ARREST 1023 | ARRESTING UNIT 710 | R.D. NO. NONE |
|---|---|---|---|

| ARRESTEE'S ADDRESS 8314 S. Indiana | | FILE NO. DNA |
|---|---|---|

| ALIASES | PHONE NONE | DATE ARRESTED 8 Feb 83 | |
|---|---|---|---|

| NICKNAME Sun Down | | TIME ARRESTED 1455 | C.B. OR J. NO. 6756-231 |
|---|---|---|---|

| DOB | SEX M | RACE B | BUILD Med | HEIGHT 5'11 | WEIGHT 180 | EYES Brn | HAIR Blk | BIRTHPLACE Chicago,Ill | I.R. OR Y.D. NO. 332820 |
|---|---|---|---|---|---|---|---|---|---|

| MARITAL STATUS S | EMPLOYER OR SCHOOL unempl. | OCCUPATION dope dealer | COMPLEXION Med | GLASSES No | TATTOO/MARKS NV |
|---|---|---|---|---|---|

| ARRESTED WITH DNA | | SOCIAL SECURITY NO. |
|---|---|---|

| ARRESTEE'S GANG AFFILIATION El Rukn | HOME ADDRESS | |
|---|---|---|

| LOCATION OF ARREST (COMPLETE ADDRESS) 2640 S. California | GANG LOCATION/DISTRICT City Wide | PHOTO |
|---|---|---|

| VEH. YR. MAKE DNA | BODY STYLE | Top COLOR Bottom | STATE LICENSE NO. | BOOK ------- |
|---|---|---|---|---|

| COMPLAINANT R.I.s | ADDRESS 5101 S. Wentworth | STATE - MO./YR. EXPIR. | PAGE/NO. |
|---|---|---|---|

| | | CHARGES D/C & Traffic Violati |
|---|---|---|

| ARRESTING OFFICER - STAR NO. Cullom  # 14685 | ARRESTING OFFICER - STAR NO. O'Neill # 12128 | COURT BR. COURT DATE Br. 27-2 - |
|---|---|---|

CPD-45.105 (Rev. 1/82)    **GANG ARREST INFORMATION/**CHICAGO POLICE

CITY-NF-001092

Brown,

CITY-NF-001093

HAWKINS EARL VMB
205 SO LANGLEY    APT NO 27    003    6417 SO KENWOOD    #526    096    6848-456
091
ILLINOIS    IL 444 722
5-09 150 BRN BLK MED    031 MIC
I 28 001
BEARD    3 2 30 MAY 83 330
95½ 4 - 102.2    TAMP. AUTO
Released after
Clearing Baff

0300

71 DODGE    120 818 R/V    TOWED TO POUND
A/O-S

03 DIS CRITTLE ₹CO    BEAT 372 0230

THE ABOVE SUBJECT WAS ARRESTED BY R/O
FOR BEING IN CONTROL OF A POSSIBLE STOLEN
VAN. THE ABOVE NAME SUBJECT WAS SEEN
INSIDE AND AROUND THE VEHICLE AND ALSO
TAMPERING UNDER THE HOOD. WHEN ASKED TO
PRODUCE OWNERSHIP DOCUMENTS THE SUBJECT
WAS UNABLE TO DO SO. HE WAS THEN PLACED
UNDER ARREST ADVISED OF HIS RIGHTS AND
TRANSPORTED TO THIRD DISTRICT FOR PROCESSING
R-84 TO F.B.I.

INSUFFICIENT EVIDENCE TO BE RELEASED NDR
CLEARING    B of I    667-919    0800

30-MAY-83 0300

W. Willis SL 948 03 314    W. BROWN 01 03 314
H. Miller 16361    03    P691044
C. Hill 345488

COURT SERGEANT/PERMANENT RECORD COPY

CITY-NF-001094

DOYLE WILLIAM A.

**ADDRESS OF ARREST:** 6400 S. WOODLAWN  **APT. NO.:** **AGE:** 28

**HALLWAY** **DIST./DIV.:** 006 **12. RESIDENCE ADDRESS:** 8314 S. INDIANA

**19. STATE/PLACE OF BIRTH:** ILL

**22. HEIGHT:** 5'11" **23. WEIGHT:** 180 **24. EYES:** BRN **25. HAIR:** BLK **26. COMPLEXION:** DARK

**31. BEAT OF ARREST:** 315 **32. DATE OF ARREST DAY:** 20 **MONTH:** OCT **YEAR:** 1980

193-1A  DISORDERLY

**WHERE EMPLOYED:** UNEMPLOYED

**OCCUPATION:** LABOR

BLANCHE MANNING  NOV 3 1982

**41. PERSON NOTIFIED:** N — A

**ARRESTEE TRANSPORTED TO BY:** 003  J.T. THOMAS  14137  BT-373  1715

ABOVE SUBJECT WAS ARRESTED FOR
DISORDERLY CONDUCT WHEN HE WAS OBSERVED
CREATING A DISTURBANCE BY YELLING LOUD
OBCENTITIES AND GANG SLOGANS. SUBJECT
REFUSED TO MOVE ON WHEN ASKED TO BY
R/O'S. SUBJECT IS AN ADMITTED MEMBER
OF THE "EL RUKIN'S" STREET GANG. REQUEST
PRINTS FOR I.D.

BLANCHE MANNING  NOV 3 1982

C 3806.264

**TEL. NO. CALLED:** 375-6915  **TIME OF TELEPHONE CALL:** 20K

CITY-NF-001095

**50. DESIRED COURT DATE:** 3-NOV 82  **BRANCH:** 343

POSTED TO 1. RECORDS

COURT SERGEANT/PERMANENT RECORD COPY

CITY OF CHICAGO / DEPARTMENT OF POLICE — 1121 South State Street — Chicago, Illinois
**IDENTIFICATION SECTION**

CRIMINAL HISTORY OF   Earl HAWKINS   M/N

DATE   24 Jul 75

DATE OF BIRTH   15 Aug 55   IR#444722

FPC:O 31 MIO 19
I 28 OOI

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|
| Earl HAWKINS 345 E. 134th St. | 4446871 | -24 Jul 75, Off Smith 5th Dist., Inv. Burg. 24 July 75, Released W/O charging | | |
| Earl HAWKINS 345 East 134th St. | 4470473 | -17 Aug 75, Off. Love, 21st Dist., Intimidation 15 Sept. 75, Intimidation(38-12-6a1)Held to the Grand Jury, Judge Higgins 8 Oct 75. G.J. Ind#75-6485, Intimidation. | | |
| Earl HAWKINS 915 E 42nd Pl. | 4526239 | -15 Oct 75;Off.Murphy TSA A-1 (21st Dst)Agg.Battery 22 Jan 76,Battery(38-12-3)FNPC Disch. Judge Meier. | | |
| Earl HAWKINS 345 E 154th St | 4563909 | 25 Nov 75, Off. Murphy, TSA A/1, 2nd Dist., Intimidation 4 Dec 75, Intimidation(38-12-6)Batt(38-12-4)FPC Trans to Chief Judge, Judge Meier | | |
| Earl HAWKINS 324 E. 39th St. | 4895044 | - 26 Jan 77, Off. Conwell 2nd dist. - Disord. 14 Feb 77, Disorderly(MCC)LFD, Judge Falmer | | |
| Earl HAWKINS 345 E. 135th St. | 4911729 | - 21 Feb 77, Off. Breckenridge GCID-S (002) Disord. 8 Mar 77, Disord Cond(MCC)Non suit, Judge Zelezinski. | | |
| | SEE CB 4470473 | 24May 77, Intimidation(75-6485) Finding Not Guilty, Judge Watt. | | |
| Earl HAWKINS 345 E. 134th St. | 5148064 | -9 Jan 78, Off. Williams OO2nd Dist, UUW 11 Apr 78, Fail to Prod (MCC), Fail to Reg (MCC) Theft (38-16-2) Discharge, UUW (MCC), UUW (38-24-1a10) PNG/FNG, Judge Sodini | | |
| Earl HAWKINS 345 E. 134th St. | 5173645 | -20 Feb. 78, Off. Brannigan, GCID-South, (002)Dis. 20 Feb 78, Disord Cond(MCC)LFD, Judge DiVito. | | |
| Earl HAWKINS 6724 Stony Island | 5196262 | -22 Mar 78 Off. Alexander VCD-N (CD) Del Cont Subst & Poss Cont Subst 19 May 78, Del. cont subs(56½-1401)Poss cont subs(56½-1402) SOL, Judge Zelezinski | | |
| Earl HAWKINS 345 E. 134th St. | 5205355 | -4 April 78, Off. Bonner VCD-G (CDS) Patron 17 Apr 78, Patron (MCC) Non-Suit, Judge Zelezinski. | | |
| Earl HAWKINS 6724 S Stony Island | 5413784 | -16 Dec 78, Off Roland, ISSUED ON INQUIRY Poss cont sub 22 Mar 79 Poss Cont Sub(56¹-1402) SOL Viol Cont Sub Act(56½-1106) PG FG 2 Days HC TS Judge Zelezinski 1984 BY NAME CHECK ONLY | | |

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

CPD - 31.903 (8/71)

Continued on Page 2



CITY-NF-001096

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION    Chicago, Illinois   60605

CRIMINAL HISTORY OF   HAWKINS, Earl    M/N

DATE   24 Jul 75

DATE OF BIRTH

| I.R. NO. | FBI NO. | I.S.B. NO. |
|---|---|---|
| 444722 | 453 218 L5 | 1908225 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST/ARRESTING OFFICER & DIST./CHARGE | DISPOSITION |
|---|---|---|---|
| .1 HAWKINS 24 S Stony Island | 5718390 | -02 Jan 80, Off Brooks, 021stDist., UUW 16 Jan 80 UUW(38-24-1a10) Fail Prod(38-83-2a) Fail Reg(MCC) BFW Judge Whitaker | |
| 1 HAWKINS 4 Stony Island Aug 55 | 5959746 | -22 Oct 80- Off. Williams 21st Dist UUW Wrt 31 Oct. 80, UUW Wrt. PG/FG. 2 Days Time Cons. Served, Judge Manning | |
| Earl HAWKINS 345 E 134th St. 15 Aug 55 | 6257650 | -10 Oct 81, Off. Steen GC-S-2nd Dist. Murder. 3 Nov 81. G.J. Ind#81-C7743, Murder, Arm Violence. 10 Sep 82, Murder, A/Viol. (81-7743) FINDING NOT GUILTY Judge Joyce | |
| rl HAWKINS .17 Kenwood .5 Aug 53 | 6649292 | - 20 Oct 82 Off. Parks 3rd Dist. Disorderly 03 Nov 82, Dis Cond., (MCC), Non Suit, Judge Manning | |
| .1 HAWKINS .7 S Kenwood Aug 55 | 6848456 | - 30 May 83 Off Willis 3 dist Tamp w/auto 30 May 83, RELEASED WITHOUT CHARGING | |

CITY-NF-001097

ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).

I.903 (REV. 10/75)

... OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION          Chicago, Illinois   60605

CRIMINAL HISTORY OF   DOYLE, William A    M/N.        17 W MII          5
DATE              03 Mar 72.                          17 U III

DATE OF BIRTH

I.R. NO.   332820        FBI NO.  799 641 J 5        I.S.B. NO.    1887013

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST · ARRESTING OFFICER & DIST. · CHARGE · DISPOSITION |
|---|---|---|
| William DOYLE 8314 S Indiana | 5194619 | -20 Mar 78, Off Cahan, 003rd Dist., Disorderly 5 Apr 78, Diso.Cond(MCC)LPD. Judge Houtsma. |
| illiam DOYLE 314 S. Indiana | 5253194 | -02 June 78, Off. Davino 021st Dist. Poss. Marij. 20 Jul 78, Poss Cannabis(56½-704) MS SOL Judge Zelezinski 28 Jul 78, Fail Reg Weap(38-83-2a) SOL, Fail Reg & FailCarry ID(MCC) Non Suit, Judge Petrarca |
| illiam DOYLE 314 S. Indiana | 5291510 | -18 July 78 Off. Kuffel GCID S (02) Dis (State) 30 Aug.78, Diso.Cond.(38-26-1A1)SOL.Judge Whitaker |
| William DOYLE 724 Stoney Island 30 Sep 54 | 5991808 | -04 Dec 80, Off Shelton, 021st Dist., Battery 12 Jan 81, Battery(38-12-3)SOL, Judge Manning |
| lliam A. DOYLE 14 S. Indiana Sept 54 | 6046867 | -20 Feb 81 Off. Bauer GCSS (02) Poss Marij 10 Aug 81, Poss Marij. (56½-704) PG/FG 2 Days Time Cons. Served & $90 Fine, Judge McNulty |
| William DOYLE 8314 S Indiana 20 Sept. 54 | 6356300 | -01 Feb. 82, Off. Schmidt GCED-West (011) Diso. Cond. |
| illiam A. DOYLE 314 S Indiana 0 Sep 54 | 6461614 | -17 May 82, Off. Gricus 9th Dist. Poss. Cont. Sub, (felony 26 Jul 82, Poss Of Cont Subs., (56½-1402), FNPC, Judge Campion |
| illiam DOYLE 314 S. Indiana 0 Sept. 54 | 6641345 | -12 Oct. 82 Off. Pamon 21st. Poss. Marij. 30 Dec.82, Poss. Marij.(56½-704a) SOL, Judge Zelezinski |
| illiam DOYLE 314 Indiana 30 Sep 54 | 6649294 | - 20 Oct 82 Off Brady 3 dist Dis. 03 Nov 82, Diso. (MCC) Non Suit, Judge Manning. |

Doing Time w/ Jeff Fort
for Drug Deal
in
Mississippi

ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).

.903 (REV. 10/75)          dm          dn

CITY-NF-001098

IDENTIFICATION SECTION ... 1121 South State Street Chicago, Illinois 60605

CRIMINAL HISTORY OF DOYLE, William A.  M/N  17 W MII (5
17 U III

DATE  3 Mar 1972  IR#332820

DATE OF BIRTH

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|
| William A. DOYLE 8314 So. Indiana | 3491822 | - 3 Mar 72, Off. Boston Intell. Div. (5thdst) 11 May 72, Agg.Batt.(38-12-4a)(2cts)SOL, Judge Casey | | |
| William A. DOYLE 8314 S Indiana | 3651705 | -4 Oct 72 Off. Wallace YDA#2 Dist. 005 9. Feb 73. UUW(38-24-1a4) SOL; Fail to Reg(MCC)(2dts Fail to Carry Cert(MCC) Fail to Carry Cert(MCC) Non Suit, Judge Walton. | | |
| William A. DOYLE 8314 S. Indiana | 3656043 | -10 Oct. 72 Pylman SOG#2 05th Dist. 20 Jan 73, Burg.(38-19-1)SOL, Judge Walton | | |
| William A DOYLE 8314 Indiana | 3818184 | -1 Jun 73 Dostal 5th dst 1 June 73, Released Without Charging. | | |
| William A. DOYLE 2710 E.83rd St. | 4089805 | -24 May74- Zelazo 4th dst Poss.of Marijuana 24 May 74, Poss.Marij.(56½-704)9 mos. PROBATION. Judge Murphy | | |
| William A. DOYLE 631 E. 92nd St. | 4269449 | -7 Jan 75 Off. Mahon 5th Dist. 7 Jan 75, Released without chargeing | | |
| William A DOYLE 2710 E 83rd St | 4295669 | -8 Feb 75 Off Springer 04th Dist. Agg Assault 22 Oct 75, Agg Asslt(38-12-2a1)Reckless Cond(38-12-5) Disord(MCC)Discharged, Fail to Reg(MCC)Non Suit, Fail to Carry(38-83-2a)SOL, Judge McDonnell | | |
| William A.DOYLE 2710 E.83rd St. | 4304263 | -18 Feb.75, Off.McQuaid (04), Robbery. 18 Feb 75, Released W/O Charging | | |
| William A. DOYLE 2710 E. 83rd St. | 4340098 | -31 Mar 75, Off. Sigler GGID (06st Dist.) UUW-Poss. of Marij. 15 May 75, UUW(38-24-1a10) Unl. Poss(38-83-2a)Poss Marij.(56½-704) Fail to Reg.(MCC) SOL, Judge Murphy | | |
| William A. DOYLE 8314 S. Indiana | 4503735 | -22 Sept 75, Off Wiggins, 02 Dist, Dis Conduct 7 Oct 75, Disord Wt., DWP, Jdg Jordan | | |
| William DOYLE 8314 S Indiana | 4791313 | -28 Aug 76, Off. Eckles, 6th Dist, State Disorderly 13 Sept 76, Diso.Conduct (38-26-1a1) SUPV. Judge Garnett. | ISSUED ON INQUIRY | |
| William DOYLE 8314 S. Indiana | 5088010 | -12 Oct 77 Off. May 3d UUW  APR 27 1984 3 Aug 78, UUW(3-24-1a4).PG PG 1 Yr PROBATION & 2 Days HC TS, No State ID(38-83-2a)-SOL Fail Reg&Fail Carry(MCC)Non Suit, Judge Banks. | | |

cts
D - 31.903 (8/71)

ENTRIES PRECEDED BY AN ASTERISK REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

(CONTINUED ON NEXT PAGE)

CITY-NF-001099





CITY-NF-001100





CITY-NF-001101

ARREST REPORT
CPD-11.420 (Rev. 2/83)

1 OF 2   STEWART   EDWARD   W   M B

| 5. ADDRESS OF ARREST | | APT NO | 6 AGE | 7 ALIAS (LAST) | (FIRST) | (MIDDLE) | 8 C.B. NO | 9 R D NO / CHG |
|---|---|---|---|---|---|---|---|---|
| 5400 W. LAKE | | | 21 | | | | 69-13-066 | |

| 10. ENTER LOCATION CODE FOR NATURE OF PREMISES | | 11 DIST/BEAT | 12 RESIDENCE ADDRESS | 13 TIME PHOTO | 14 R D NO |
|---|---|---|---|---|---|
| 09 | | 13 | 226 N. PINE   HMS | | |

| 15 RESISTED ARREST | 16 ASSAULTED OFFICER | 17 OFFICER INJURED | 18 SOBRIETY | 19 STATE/PLACE OF BIRTH | DRIVERS LICENSE NO | STATE | 20 I R NO |
|---|---|---|---|---|---|---|---|
| YES NO / X | YES NO / X | YES NO / X | SOBER HBD INTOX | ILL. | | | 650810 |

| 21. WEAPON | | | | 22 HEIGHT | 23 WEIGHT | 24 EYES | 25 HAIR | 26 COMPLEXION | 27 FINGERPRINT CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| PISTOL-REVOLVER | RIFLE SHOT-GUN | KNIFE | OTHER (SPECIFY) D.N.A | 5'9 | 137 | BRN | BLK | MED | 21 / I 10 |

| 26. GLASSES YES NO / X | 28. BUILD SLENDER MEDIUM HEAVY / X | 33. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC. | 29 FINAL CT. DATE & BRANCH | |
|---|---|---|---|---|
| | | 31 BEAT OF ARREST 1321 | 32 DATE MONTH YEAR NOV 85 | 27 000 |

FEB 1 4 1984

| 34. WHERE EMPLOYED | | |
|---|---|---|
| UNEMPLOYED | 563-704 | 1. POSS. OF MARIJ. |

| 35 OCCUPATION | 2. | 2. |
|---|---|---|
| LABORER | 3. | 3. |

| 36. NO ARRESTED | 37. TIME FINGERPRINTED | 4. | 4. | N.S |
|---|---|---|---|---|
| 1 | 1605 | 5. | 5. |

| 38. REFERENCES (CHAPTER   ARTICLE   SECTION) | 39   OFFENSES | 40.   DISPOSITIONS |
|---|---|---|

| 41. OFFICER NOTIFYING INVESTIGATIVE UNIT | 42 PERSON NOTIFIED | | UNIT NOTIFIED | TIME | 43. DATE CHARGED | TIME | 44. APPROVAL OF CHARGES |
|---|---|---|---|---|---|---|---|
| D | N. A | | | | 1 DEC 83 | 0011 | FELONY |

| 45. VEHICLE OF ARRESTEE | YEAR 1973 | MAKE CHEV. | STATE LICENSE NO APP. FOR WARRANT's | DISPOSITION OF VEHICLE TURNED OVER TO 750 N. LOREL |
|---|---|---|---|---|

| 46. NAME VICTIM-COMPLAINANT | WARRANT's | SEX | RACE | HOME ADDRESS STAR # 13481 - 6 DIST | PHONE NO |
|---|---|---|---|---|---|

| 47. ARRESTEE TRANSPORTED BY 1515 G. ALM #10007 | HOW TRANSPORTED 66.33 | TIME 1575 | PROPERTY INVENTORY NO D.N.A |
|---|---|---|---|

48. NARRATIVE

ON VIEW SQUAD #6633 ARREST OF ABOVE FOR
A CRIMINAL WARRANT & TRAFFIC WARRANT'S
WARRANT: #CD025682
DOCKET: #8255 20 83
CHARGE: #563-704-POSS: OF MARIJUANA -FELONY
BOND: $10,000.00
COURT: BRANCH #25

ISSUED ON INQUIRY
APR 20 1984
BY NAME CHECK ONLY

POSTED TO I. R. RECORDS

A/O'S HAVE NO KNOWLEDGE OF WARRANT.
GANG CRIMES NORTH ARREST

| | TEL. NO. CALLED 373-2963 | TIME OF TELEPHONE CALL 1610 |
|---|---|---|

| FOR NARCOTIC ARREST | APPROX. WEIGHT NO PILLS | EST. STREET VALUE -CALL VICE CONTROL, PAX 9 4193 | FOR COURT USE - COURT/DOCKET NO. |
|---|---|---|---|
| CANNABIS  CONTROLLED SUBSTANCE | | $ | |

| 49 VEHICLE ASSIGNED 1 ONE 2 TWO MAN CAR / X MAN CAR 3 OTHER | 50 DESIRED COURT DATE 2 DEC. 83 | BRANCH 25 | 51 COURT SGT TO HANDLE YES NO / X | 52 DATE RECEIVED 2DEC83 | TIME 1550 | 53 FINAL JUDGE'S NAME WIREAN |
|---|---|---|---|---|---|---|

| 55. ARRESTING/APPEARING OFFICER J. O'CONNELL | 12699 | 961 | 6633 | 3 | ARRESTING OFFICER G. ALM | 10007 | 961 | 6633 |
|---|---|---|---|---|---|---|---|---|

| 56 BOOKING OFFICER | STAR NO 10313 | UNIT 015 | 57 PROPERTY RECEIPT NO NONE | 58 INITIAL COURT DATE 1 DEC 83 | BRANCH 25 |
|---|---|---|---|---|---|

| 59 ARRESTEE SEARCHED BY KACJSOL | STAR NO 4652 | UNIT 015 | 60 BONDED BY 10 | CT | TIME 83 | |
|---|---|---|---|---|---|---|

| JUVENILE DATA | 61 Y G N | 62 RELIGION | 63 TEMP DETAINED 1 | 64 VOL/CUSTODY RELEASE 2 | 65 NO. HOURS ARRESTED | 66 DAY MO DATE OF OFFENSE YEAR | TIME | 70. COMM AREA NO | 71 JUVENILE CODE |
|---|---|---|---|---|---|---|---|---|---|

CITY-NF-001102

1121 South State Street
Chicago, Illinois 60605

STEWART Edward                          M/B

13 Sept. 82

650810

| Edward STEWART<br>8042 S. Ellis<br>7 Sept. 63 | 6563247 | - 7 Aug. 82, Off. Compton. 006th. Dist. Poss Marij. |
| Edward STEWART<br>6139 S. Kimbark<br>7 Sept. 63 | 6607631 | - 13 Sept. 82, Off. Fressett 021st. Dist. BFW Poss Marij. |
| Edward W. STEWART<br>226 N. Pine<br>7 Sept 63 | 6996066 | -30 Nov 83 Off. Alm GSU N (15) Wtts CC025682<br>14 Feb. 84, Poss. of Marij.(561-704)Non Suit,Judge<br>Wrenn |

ISSUED ON INQUIRY

APR 30 1964

BY NAME CHECK ONLY

CITY-NF-001103

adg

N5134  49499NZXCX LDS/W8407392 WANTED
   OFF/3899 FAMILY OFFENSE DOW/012484
NAM/STEWART,EDWARD  SEX/M RAC/B POB/MS
          AGE/20 HGT/507 WGT/152 HAI/XXX EYE/BRU SKN/LGT
DLS/IL DLN               DLY/00
MIS/PATERNITY,83M1905510,$1000 D BOND
LKA/226 N PINE,CHGO    SHF NR 061091 JUDGE LIPNICK BR 33
312/580-3171
   OCA/W84004
ORA/SO COOK CO CHILD SUPP ENF ENT/KAY OPR/EJ THE/1344 DTE/012684

        print OB-6563247 (RED LINED No 12)
             1 R 6 JO 810
                                    CITY-NF-001104

| ARRESTEE NAME (LAST - FIRST - MI) | | | | | | DISTRICT OF | | | | ARRESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steward, Edward | | | | | | 1515 | | | | 553/515 | | 1 | |
| ADDRESS ARRESTEE | | | | | | | PHONE | | | R ARRESTED | | TIME ARRESTED | |
| 1310 E. 64th St. | | | | | | | 555-55 | | | Jun 10 | | 2000 | |
| ALIASES | | | | | | | | | | NO. | | C.B. NO. | |
| | | | | | | | | | | 5555 | | | |
| | | | | | | | | | | IMPLACE | | I.R. NO. | |
| | | | | | | | | | | 1515.0 | | Y# 162260 | |
| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | | COMPLEXION | GLASSES | NATIONALITY | |
| | 16 | M | B | Med. | 5-10 | 175 | Brn. | Bl. | | Blk. | none | American | |
| MARITAL STATUS | | EMPLOYER OR SCHOOL | | | | OCCUPATION | | | | | SOC. SEC. NO. | | |
| Single | | Proud Die Kennedy | | | | Student | | | | | | | |
| ARRESTED WITH | | | | | | VEHICLE USED (DESCRIBE) | | | | | | ARTICLE 36 | |
| Derrick HICKETT & John HAYES | | | | | | No | | | | | | ☐ YES ☐ NO | |
| COMPLAINANT NAME | | | | | | COMPLAINANT ADDRESS | | | | | | PHONE | |
| Sanders, Richard | | | | | | CPD W. Jordain | | | | | | none | |
| LOCATION OF ARREST (COMPLETE ADDRESS) | | | | | | CHARGES PLACED | | | | | | RELEASED | |
| 1310 E. 64th St. | | | | | | Robbery | | | | | | ☐ YES ☐ NO | |
| ARRESTING OFFICERS | | | STAR NO. | | COURT BRANCH | | DATE | DISPOSITION | | | | | |
| Inv. D. Mulcahy | | | 13850 | | Juv. Ct. | | | T.C.T.V.D. | | | | | |
| Inv. R. Contino | | | 14741 | | | | | | | | | | |
| (Stop Order) | | | | | | | | | | | | | |
| INVESTIGATING OFFICER | | | STAR NO. | | | | | | | | | | |

CPD - 11.430 (11/72)          ARREST INFORMATION / CHICAGO POLICE

CITY-NF-001105

| ARRESTEE NAME | (LAST - FIRST - MI) | | | | DISTRICT : | | RESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|
| Stewart | Eddie | | | | 001 | | 261A | | 1 | 002 |

| ADDRESS ARRESTEE | | PHONE | TE ARRESTED | TIME ARRESTED |
|---|---|---|---|---|
| 6620 S.Harper | | None | 10 Aug 81 | 1210 |

| ALIASES | NO. | C.B. NO. |
|---|---|---|
| "Sarra Baka" | C299375 | 6200317 |

| | THPLACE | I.R. NO. |
|---|---|---|
| | Chgo. | 416 417 |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | PLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 24 | M | B | Med | 5'9 | 170 | Brn | Blk | Med | Yes | Negro |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| Single | 210 E.51st St.--Jewelry Store | Salesman | |

| ARRESTED WITH | VEHICLE USED (DESCR. ) | ARTICLE 35 |
|---|---|---|
| D N A | D N A | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| Katrina Moore | 223 E.50th Street | None |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 210 E.51st Street | Ind.Lib.With a Child | ☐ YES ☒ NO |

| ARRESTING OFFICERS | STAR NO. | COUNT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Freeman | 16530 | 66 | 11Aug | |
| Boyd | 8602 | | | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| Jack Stewart | 13029 |

CPD - 11.439 (11/72)   ARREST INFORMATION/ CHICAGO POLICE

CITY-NF-001106

| ARRESTEE'S NAME (LAST - FIRST - MI) | | | | | | BEAT OF ARREST | | | | ARRESTING UNIT | | FILE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✱ Prince Damien | | | | | | 923 | | | | 181 | | 82-5-490 |
| ARRESTEE'S ADDRESS | | | | | | PHONE | | | | DATE ARRESTED | | TIME ARRESTED |
| ✱ 1148 W. 51st St. | | | | | | NONE | | | | 1 MAR 82 | | 2145 HRS |
| ALIASES | | | | | | | | | | R.D. NO. | | C.B. OR J. NO. |
| ✱ | | | | | | | | | | I. 279972 | | |
| NICKNAME | | | | | | | | | | BIR PLACE | | I.R. OR Y.D. NO. |
| ✱ Critico | | | | | | | | | | ✱ 10. | | ✱ |
| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | | | TATTOO/MARKS |
| ✱ 5 Nov 55 | ✱ M | ✱ B | med | ✱ 62 | ✱ 170 | ✱ BRN | ✱ BLK | M 20 | | | | |
| MARITAL STATUS | EMPLOYER OR SCHOOL | | | | | OCCUPATION | | | | SOCIAL SECURITY NO. | | |
| Single | Unemployed | | | | | O - N - A | | | | ▆▆▆▆▆▆ | | |
| ARRESTED WITH | | | | | | HOME ADDRESS | | | | | | |
| Carl T. Davis | | | | | | 7312 S Halsted | | | | | | |
| ARRESTEE'S GANG AFFILIATION | | | | | | GANG LOCATION/DISTRICT | | | | PHOTO | | |
| ✱ | | | | | | ✱ | | | | ROLL | | |
| LOCATION OF ARREST (COMPLETE ADDRESS) | | | | | | CHARGES PLACED | | | | | | |
| 1148 W. 51st St. | | | | | | Released Per ASA | | | | PAGE/NO. | | |
| VEH. YR. | MAKE | BODY STYLE | | COLOR | | STATE LICENSE NO. | | | | STATE | MO./YR. EXPIR. | |
| ✱ | ✱ | ✱ Top | ✱ Bottom | | | ✱ | | | | ✱ A | | |
| REMARKS | | | | | | | | | | | | |

9th Dist.
Show up
# 75        9

| ARRESTING OFFICER - STAR NO. | | ARRESTING OFFICER - STAR NO. | |
|---|---|---|---|
| J. Lynch | 6323 | J. O'Marrah | 8696 |

CPD-45.105 (11/81)     GANG ARREST INFORMATION/CHICAGO POLICE

CITY-NF-001107

NICKNAME

Chico

FULL NAME (LAST)                    (FIRST)                         (M.I.)

Prince, Damien

ADDRESS

1148 W. 51st St.

DATE OF BIRTH
DAY          MONTH          YEAR          ☐ LEADER          ☐ MEMBER

ASSOCIATE OF

ADDRESS

DATE OF BIRTH
DAY          MONTH          YEAR

CP0-41.504 (3/71)    NICKNAME INDEX/ CHICAGO POLICE

---

NICKNAME

Chico                              (B. C. D)

FULL NAME (LAST)                    (FIRST)                         (M.I.)

Rey, Mertel

ADDRESS

3833 So. Langley, 406

DATE OF BIRTH
DAY          MONTH          YEAR          ☐ LEADER          ☒ MEMBER

ASSOCIATE OF

ADDRESS

DATE OF BIRTH
DAY          MONTH          YEAR

CP0-41.504 (3/71)    NICKNAME INDEX/ CHICAGO POLICE

---

8

"Chico" = Greg, Cousin to Darryl Baldwin

28/29, 5-00, 180, Lt. comp.

3833 Long, #709

CITY-NF-001108

WALLACE, Olivia          F/B

22 Feb 1982

631685          617 913 X 10          235 2837

Olivia WALLACE          6374016   -21 Feb 82. Off. Howard, 7th Dist (2nd) Battery.
4716 Cottage Grove                31 Mar 82, Battery (38-12-3a) PG/FG $55.00 Fine &$35.00 Cost
28 Oct 1964                       Judge Ellis

ISSUED ON INQUIRY

APR 20 1984

BY NAME CHECK ONLY

CITY-NF-001109

ES

ARREST REPORT
CPD-11.420 (REV. 9/80)

Wallace, Olivia

| 5. ADDRESS OF ARREST | APT. NO. | 6. AGE | 7. ALIAS (LAST) | (FIRST) | (MIDDLE) |
|---|---|---|---|---|---|
| 5625 So. Wood | | 17 | | | 63 24 0161 |

10a. NATURE OF PREMISES: Street
11. DIST: 007
12. RESIDENCE ADDRESS: 4716 So. Cottage Gr. Apt 1138

15. RESISTED ARREST / 16. ASSAULTED OFFICER / 18. SECURITY / 19. WEAPON

21. WEAPON: Pistol-Revolver

23. STATE/PLACE OF BIRTH: MISS
24. DRIVERS LICENSE NO.: NONE
STATE: 631685

5-3 128 BRN BLK MED

28. CLASS
29. BUILD: Slender Medium Heavy
30. MARKS, SCARS, DEFORMITIES, ETC: N/V
TIS 21 FEB 82 30 May 82 1401

34. WHERE EMPLOYED: Ch 38 12 3A Battery PC/56
855 + 35
+ Stay away

| 36. NO. ARRESTED | 37. TIME FINGERPRINTED |
|---|---|
| 1 | 2135 |

ISSUED ON INQUIRY

BY NAME CHECK ONLY

45. VEHICLE OF ARRESTEE: Mother Emma Clay

46. VICTIM-COMPLAINANT: Olivia Wallace
SEX: F
RACE: B
HOME ADDRESS: 5649 So Wood
H-737-6481
W-484-0915

47. ARRESTEE TRANSPORTED TO: 007
BY: Monegain + Co 9154
HOW TRANSPORTED: Via 772
Cat 67

48. NARRATIVE

Above subject arrested on signed complaint from victim for battery in that subject accousted victim as they alighted from a CTA Bus, and replied "that victim had told lies about her, during the brief struggle victim sustained a cut over her right eye, as a result of the fight.

POSTED TO L.B. RECORDS 82 416595

Beat 773 transported arrestee from 007 to 002nd Dist. Women Lockup

Transport to 002 Lock-up 1910

Checked I.D.etc 0610Hrs.

NO PURSE

49. VEHICLE ASSIGNED: 50. DESIRED COURT DATE: 5 Mar 82
BRANCH: 482
DATE RECEIVED: 21 Feb 82
TIME: 2125

Meyan 9154 007 714 Howard 3339 007 714

56. BOOKING OFFICER: Novak 1053 02
57. PROPERTY RECEIPT NO.: NONE

59. ARRESTEE SEARCHED BY: Campbell Jeffries
60. BONDSMAN

* KAY MARTEL 213 6116 D 446 927

ARRESTEE'S ADDRESS PHONE DATE ARRESTED FILE NO.
* 3833 S. LANGLEY 709 6243406 Dec 82 82-5-292...

ALIASES TIME ARRESTED C.B. OR J. NO.
AKA "Chico" 1000

NICKNAME BIRTHPLACE I.R. OR Y.D. NO.
* TATTOO LEFT ARM (e) Chicago

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | TATTOO/MARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| * | *M | *N | SM | *5'00 | *100 | *Am | *Blk | *DARK | *No | *LEFT ARM SPELT C.... |

MARITAL STATUS EMPLOYER OR SCHOOL OCCUPATION SOCIAL SECURITY NO.
Single Phillips H.S. Student

ARRESTED WITH HOME ADDRESS
6 others

ARRESTEE'S GANG AFFILIATION GANG LOCATION/DISTRICT PHOTO
BCDN (C-Notes) 002 2 DIST. BOOK _____

LOCATION OF ARREST (COMPLETE ADDRESS) PAGE/NO.
324 E 39 ST.

| VEH. YR. | MAKE | BODY STYLE | Top | COLOR Bottom | STATE LICENSE NO. | STATE - MO./YR. EXPIR. |
|---|---|---|---|---|---|---|
| * | * | * | | | * | |

COMPLAINANT ADDRESS CHARGES
Tracuey
COURT BR. - COURT DATE

ARRESTING OFFICER - STAR NO. ARRESTING OFFICER - STAR NO.
McCarthy 15218 Jack 525 4

CPD-45.105 (Rev. 1/82)          GANG ARREST INFORMATION/CHICAGO POLICE

CITY-NF-001111

---

ARRESTEE'S NAME (LAST - FIRST - MI) BEAT OF ARREST ARRESTING UNIT R.D. NO.
* KAY, MARTEL 214 710/6112 D-29294

ARRESTEE'S ADDRESS PHONE DATE ARRESTED FILE NO.
* 3833 So. LANGLEY APT 406 19 AUG 82 82-5-1819

ALIASES TIME ARRESTED C.B. OR J. NO.
* 1030

NICKNAME BIRTHPLACE I.R. OR Y.D. NO.
CHICO - C-NOTES CHGO *

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | TATTOO/MARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| * | *M | * B | MED | *5-6 | *110 | *BRN | *BLK | DARK | *No | * NONE |

MARITAL STATUS EMPLOYER OR SCHOOL OCCUPATION SOCIAL SECURITY NO.
SINGLE WENDELL PHILLIPS STUDENT

ARRESTED WITH HOME ADDRESS
KAY, DERRICK 3833 So. LANGLEY IN G...

ARRESTEE'S GANG AFFILIATION GANG LOCATION/DISTRICT PHOTO
* B.C.D. * 730 E. 39 ST BOOK #22...

LOCATION OF ARREST (COMPLETE ADDRESS) PAGE/NO.
3830 So COTTAGE GROVE.

| VEH. YR. | MAKE | BODY STYLE | Top | COLOR Bottom | STATE LICENSE NO. | STATE - MO./YR. EXPIR. |
|---|---|---|---|---|---|---|
| * | * | * | | | * | |

COMPLAINANT ADDRESS CHARGES
STEPHANIE WATSON 730 E. 39 ST BATTERY
COURT BR. - COURT DATE
JUV. CT.

ARRESTING OFFICER - STAR NO. ARRESTING OFFICER - STAR NO.
...11106 02118

**GENERAL PROGRESS REPORT**
DETECTIVE DIVISION/CHICAGO POLICE

| DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|
| DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |
| 2 8 | Mar | 84 | 1 | Apr | 84 | 3ʳᵈ |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Hom/Mur. | Smith & Hickman | 5134 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Clifford Marshall - Spent night with grandmother,
Fanny Dantzler, Apt #606, Cousin - Joanne Marshall - 19
Aunt - Juanda Talbot.

Lawrence Edward - Home at time of shooting, with uncle
Barber

           5732 S. Lowe

Darryl Baldwin - Not seen in 7/8 mo., 3833 Langley
"Chico" 24/25 - 5-10, Stocky, 40ᵗʰ & Drexel

703. No. Central 1ˢᵗ ph. N/P 378-2676 Common Bradley lives w/ Jackie Cromwell 21, & Bettina Davis - 21
Left apt. went to work, Burger King McDonalds, Water Tower
Shot at 1030 hrs.
73 White Camaro (Lic Appl. For)

CITY-NF-001112

R.D. NO. F 151 822

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY-MO.-YR. | TIME |
|---|---|---|---|
| V. Wiesmer  13871 | | | |

CPD-23.122 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
DETECTIVE DIVISION/CHICAGO POLICE

| | DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|---|
| | DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |
| | 28 | Apr | 84 | 29 | Apr | 84 | 3 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOM | Smith & Hickman | 5734 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Fritz, Joseph M/B/22 - ~~born~~
1225 So. St. Louis - HSE - 427 Oakwood #2 N/P
Mechanic / ~~~~ | 624-7418
Jimmie Rogers
437 Oakwood

Simeon owns blue cad.

At 64th & Normal from 2030/2100 on Fri 27 Apr to
0800-0900 Sat 28 Apr. Went 67 Normal. With Eddie & Arnold[19] McKesson, 64th & Normal.

Heard that Stones wearing jerseys killed some goons.

Rogers, John ("Bay")    Auntie, Barbra Cook - 41,
Lived 706 E. 39, 708, 2 yrs
ago. Now at 65th Blackstone
Stayed at beds. up at 0800 - Went to 49 Mich at about
0800. Gave $20 to Michelle Harris, grand mother, left
HSE at 0915/0930. Went to sister, Jackie Rogers, @
4837 Mich. 2nd fl. 2 eags. had breakfast. Left 1015
Went beds on Oakwood - Arrived 1045

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE–STAR |
|---|---|
| J. McDonald, 13871 | |

CPD-23.122 (Rev. 2/86)

CITY-NF-001113

| ARRESTEE'S NAME (LAST - FIRST - MI) | | | | BEAT OF ARREST | | ARRESTING UNIT | | R.D. NO. |
|---|---|---|---|---|---|---|---|---|
| ☆ *RAY DERRICK* | | | | *214* | | *710 / 6112* | | *D-29294?* |
| ARRESTEE'S ADDRESS | | | | PHONE | | DATE ARRESTED | | FILE NO. |
| ☆ *3833 So. LANGLEY APT 403* | | | | | | *19 AUG 82* | | *82-5-#18?* |
| ALIASES | | | | | | TIME ARRESTED | | C.B. OR J. NO. |
| ☆ | | | | | | *1030* | | |
| NICKNAME | | | | | | BIRTHPLACE | | I.R. OR Y.D. NO. |
| ☆ *BOLO* | | | | | | *CHGO* | | ☆ |

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | TATTOO/MARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| ☆ *JUN 66* | ☆ *M* | ☆ *B* | *MED* | ☆ *4-4* | ☆ *98* | ☆ *BRN* | ☆ *BLK* | *DARK* | ☆ *NO* | ☆ *NONE* |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | | SOCIAL SECURITY NO. |
|---|---|---|---|---|
| *SINGLE* | *M.L. KING, H.S.* | *STUDENT* | | |

| ARRESTED WITH | HOME ADDRESS |
|---|---|
| *MARTEL RAY* | *3833 So. LANGLEY AVE...* |

| ARRESTEE'S GANG AFFILIATION | GANG LOCATION/DISTRICT | PHOTO |
|---|---|---|
| ☆ *B.G.D* | ☆ *730 E. 39* | BOOK # ☆ |
| | | PAGE/NO. |

| LOCATION OF ARREST (COMPLETE ADDRESS) |
|---|
| *3700 So. VINCENNES* |

| VEH. YR. | MAKE | BODY STYLE | Top | COLOR | Bottom | STATE LICENSE NO. | STATE - MO./YR. EXPIR. |
|---|---|---|---|---|---|---|---|
| ☆ | ☆ | ☆ | | ☆ | | ☆ | ☆ |

| COMPLAINANT | ADDRESS | CHARGES |
|---|---|---|
| *STEPHANIE WATSON* | *730 E. 39th ST* | *BATTERY* |
| | | COURT BR. COURT DATE |
| | | ☆ *JUV. CT.* |

| ARRESTING OFFICER - STAR NO. | ARRESTING OFFICER - STAR NO. |
|---|---|
| *P. DUKIRI 14498* | *R. MAXWELL 9348* |

CPD-45.105 (Rev. 1/82)   GANG ARREST INFORMATION/CHICAGO POLICE

*2*

CITY-NF-001114

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken as scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME
DAY   MO.   YR.

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | | 1-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☐1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFOR- MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☐2ND | 7. BEAT/UNIT ASSIGNED |
|---|---|---|---|---|

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|

| CIRCUM-STANCES | 11. ☐ VERI-FIED ☐ UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|---|
| | | CODE | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. ☐ VERIFIED   ☐ UPDATE TO

DESCRIBE PROPERTY IN NARRATIVE.  T = TAKEN;   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 10 CONSUM. GOODS ☐ T $ ☐ R | 1(-) FIREARMS ☐ T $ ☐ R | & NARC/DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST—FIRST—M.I.) | 21. 1-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES  NO | 27. VICTIM REL. COD |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COM |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO., OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO., OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST, UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | | | | | | | | |
| OFF. 2 | | | | | | | | |

| 33. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | ☐1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY (BOXES 21 & 50 THROUGH 55)

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 61. METHOD CODE | 52. METHOD ASSIGNED ☐1 FIELD ☐3 SUMMARY | 1 UNIT NO. | 53. STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|

STATUS CONT'D.

| ☐3 CLRD. CLOSED | ☐4 CLRD. OPEN | 5 EXC. ☐ CLRD. CLOSED | 6 EXC. ☐ CLRD. OPEN | 7 CLSD. ☐ NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED ☐1 ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT. | ☐ ADULT ☐ JU |
|---|---|---|---|---|---|---|---|---|---|---|

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

CITY-NF-001115

☐ CONTINUED ☐ OTHER SIDE

56. R.D. NO.

| 90. EXTRA COPIES REQUIRED (INE. NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY   MO.   YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
| SIGNATURE | | SIGNATURE | | |
| | | | 95. DATE APPROVED (DAY–MO.–YR.) | TIME |

CPD-11,411 (REV. 2/84  TEMP. B.I.S. USE ONLY)          *MUST BE COMPLETED IN ALL CASES

CITY-NP-001116

The guy driving car was
Ed. Stewart w/ Doug Boldwin.
and Chica,
    Boldwin her girl Olivia Wallace
    4716 Cott. Gr. 220. Apt. 30


David Minnefield - 26 - Drper.
    791-8573 - 2960 Fed.;
C. H. A. Desiton, Utility janitor,
Call recieved at 2010 hrs. 29 Apr 78
M/B/ teenager

021 TACT. SGT. GILTMEYER. INVESTIGAT-
ING THIS TIP NOTIFIED BY ZONE #4.
OFF. VARALLO, Zone #4.

ANONYMOUS TIP

```
Y5114 A6399NZXCX LDS/W76222962 WANTED
OFF/5013 FAILURE TO APPEAR (SEE MIS) DOW/060776
NAM/BROWN,MARK R  SEX/M RAC/U
DOB/120759 AGE/24 HGT/507 WGT/155 HAI/XXX EYE/XXX
MNU/0A-W76AT20008
MIS/FAILED TO APPEAR, CAPIAS HELD WILL CO JULIET IL BOND 2000* DOLLARS OR
10 PER CENT LKA 5100 STATE ST CHICAGO IL

ORA/SP JULIET IL ENT/DPO UPR/MG IME/1802 DIE/061176


Y5114 A6425DN
SOS 042984  1616
SOS20 NO VALID ILLINOIS LICENSE
STA/NO VALID IL LIC
BROWN MARK R
5100 S STATE  CHICAGO  60609
SEX/M  RAC/U
OLN/B6550-55655-9348
REX/NONE
NO STOPS IN EFFECT
NO CONV LAST 12 MO
END
```



CITY-NF-001117