3

```
 1     STATE OF ILLINOIS    )
                            )    SS:
 2     COUNTY OF COOK       )

 3              IN THE CIRCUIT COURT OF COOK COUNTY
                COUNTY DEPARTMENT-CRIMINAL DIVISION
 4
       THE PEOPLE OF THE    )
 5     STATE OF ILLINOIS    )
                            )
 6                          )    Indictment No. 85 7650
                 VS         )
 7                          )    Charge:  Murder
                            )    Before JUDGE THOMAS MALONEY
 8     EARL HAWKINS,        )    June 24, 1986
       NATHSON FIELDS       )
 9

10

11

12              Court convened pursuant to adjournment.

13

14

                Appearances:
15
                     HON. RICHARD DALEY,
16                   State's Attorney of Cook County, by
                     MESSRS. LARRY WHARRIE and
17                   RANDY RUECKERT,
                     Assistant State's Attorneys,
18                      appeared for the People;

19                   MR. WILLIAM SWANO,
                        appeared for the Defendant Hawkins;
20
                     MR. JACK SMEETON,
21                      appeared for the Defendant Fields.

22
       Brenda D. Hayes, CSR
23     Official Court Reporter
       2650 S. California
24     Chicago, Illinois  60603
```

1    you?

2              MR WHARRIE:  Objection, judge.

3              THE COURT:  Sustained.

4    BY MR. SMEETON:

5         Q    You didn't put in your police report any

6    description by Randy Langston, did you?

7         A    I don't believe I did.

8              MR. SMEETON:  Nothing further.

9              MR. WHARRIE:  Nothing further.

10             THE COURT:  You may step down.

11                       (Witness excused.)

12             THE COURT:  Who's next?

13             MR. SMEETON:  Detective Evans, please.

14                       (Witness sworn.)

15                  ROBERT EVANS,

16   called as a witness on behalf of the defendants,

17   having been first duly sworn, was examined and

18   testified as follows:

19             DIRECT EXAMINATION

20             BY MR. SMEETON:

21        Q    Detective, good afternoon, sir.  Would you

22   please give us your name and spell it for the court

23   reporter with your star number?

24        A    Detective Robert Evans, E-v-a-n-s.

HAYES bh34