**4**

2115 /082 1001N



DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
2115 Butterfield Road
Oak Brook, Illinois 60521-1364
April 7, 1983

REFER TO

Superintendent Richard Brzeczek
1121 South State Street
Chicago, Illinois 60605

Dear Superintendent Brzeczek:

As you are well aware this agency has been conducting investigations regarding the El Rukn criminal organization for quite some time. In October, 1982 a formal task force was proposed by the ATF case agent. As a part of this task force, two of your Detectives, Daniel Brannigan and Richard Kolovitz, were assigned by Deputy Superintendent Joseph McCarthy to assist in this endeavor. I have followed the progress of this investigation and am quite pleased with the efforts and subsequent results of all concerned.

In February, 1983 I submitted this Racketeering Influenced and Corrupt Organization (RICO) to the North Central Region coordinating committee of the Presidential Drug Enforcement Task Force and it was accepted by U.S. Attorney Dan Webb and Assistant U.S. Attorney Ann Williams for inclusion as a Core City Task Force Investigation. Ms. Williams on February 15, 1983 forwarded a synopsis of the case to the U.S. Justice Department, Washington, D.C. for ultimate approval of its inclusion.

At this juncture facilities are being provided, equipment ordered, and funds allocated - including provisions to compensate your personnel's overtime - to continue this investigation.

I would certainly appreciate your taking the necessary administrative procedures to assign Detectives Brannigan and Kolovitz to this RICO investigation on a full time basis as their knowledge and active participation is vital to the successful prosecution of this significant investigation.

Any questions regarding this investigation should be directed to Maurice E. Council, North Central Region Coordinator of the Presidential Drug Enforcement Task Force, at 886-5429.

Sincerely yours

David R. Conklin
Special Agent In Charge
Chicago District Office