UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHSON E. FIELDS, ) | |
|     Plaintiff, ) | |
| ) | No. 10 CV 1168 |
| v. ) | |
| ) | Hon. Matthew F. Kennelly |
| CITY OF CHICAGO et al., ) | |
|     Defendants. ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Plaintiff Nathson Fields, by and through his attorneys, asks this Court to deny defendants' motion for summary judgment for the reasons set forth in the memorandum and for such other and further relief as this Court deems just.

Respectfully Submitted,

/s/H. Candace Gorman
One of the Attorneys for Fields

For Fields:

Leonard Goodman
Melissa Matuzak
53 W. Jackson Boulevard
Suite 1650
Chicago, Illinois 60604

H. Candace Gorman
220 S. Halsted
Suite 200
Chicago Illinois 60661
312-427-2313

## CERTIFICATE OF SERVICE

I, H. Candace Gorman, hereby certify that the foregoing MOTION was served to the parties by pursuant to the Court's ECF filing system.

Dated: January 10, 2014

                                                            Respectfully Submitted,

                                                            /s/H. Candace Gorman

                                                           One of the Attorneys for Fields

For Fields:

| | |
|---|---|
| Leonard C. Goodman<br>Melissa Matuzak<br>53 W. Jackson Boulevard<br>Suite 1650<br>Chicago, Illinois 60604<br>312-986-1984 | H. Candace Gorman<br>220 S. Halsted<br>Suite 200<br>Chicago Illinois 60661<br>312-427-2313 |