# EXHIBITS TO PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS (Doc. #465)

See Attached Files