DAILY COPY - NOT CERTIFIED FOR APPEAL

1  STATE OF ILLINOIS )
                     ) SS:
2  COUNTY OF COOK    )

3          IN THE CIRCUIT COURT OF COOK COUNTY
           COUNTY DEPARTMENT - CRIMINAL DIVISION
4
   PEOPLE OF THE          )
5  STATE OF ILLINOIS,     )
                          )
6      Plaintiff,         )
                          )
7      vs.                ) Case No. 85 C 7651
                          )
8  NATHSON FIELDS,        )
                          )
9      Defendant.         )

10
           REPORT OF PROCEEDINGS had in the
11 above-entitled cause, before the HONORABLE
   PAUL P. BIEBEL, Judge of said Court, on the 11th
12 day of October, 2013.

13         APPEARANCES:

14         HON. ANITA ALVAREZ,
           State's Attorney of Cook County,
15         BY:  MR. BRIAN SEXTON, MR. PATRICK COGHLIN
                and MR. AARON BOND,
16              Assistant State's Attorneys,
                appeared for the People;
17
           MR. LEONARD GOODMAN,
18         MS. MELISSA MATUZAK,
           MS. CANDACE GORMAN and
19         MR. ADRIAN BLEIFUSS,
                appeared on behalf of the Defendant,
20              Nathson Fields.

21

22
   Sharon E. Thompson, CSR 084-004429
23 Official Court Reporter
   2650 S. California, Room 4-C02
24 Chicago, Illinois 60608

1

DAILY COPY - NOT CERTIFIED FOR APPEAL

1                    INDEX

2

3    People vs. Nathson Fields

4

5

6

| Witnesses | DX | CX | RDX | RCX |
|---|---|---|---|---|
| Gene Wolfe | 4 | 29 | 37 | 37 |
| William Hogan | 40 | 138 | 228 | 235 |
| Nathson Fields | 239 | | | |

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    THE COURT: I am not clear about that. Play

2 that back, Ms. Reporter. I don't know if I heard

3 it.

4         (Requested testimony was

5       read back.)

6    THE COURT: In it?

7    THE WITNESS: Vaughn and White.

8    THE COURT: That's what -- I didn't know if I

9 heard it right. Do you want to clarify that "it"?

10    THE WITNESS: Vaughn and White. Particularly

11 in the trial in front of Judge Conlon that summer.

12    MR. GOODMAN: May I proceed?

13    THE COURT: Sure.

14 BY MR. GOODMAN:

15    Q. It's your testimony, Mr. Hogan, that you

16 learned in the spring of 1991 from Earl Hawkins

17 that in fact Nate Fields was not involved in the

18 Vaughn/White murders; is that correct?

19    A. My recollection is late May/early June

20 '91, yes.

21    Q. And you then said you waited until

22 December before confronting Anthony Sumners because

23 you were tied up with another matter; is that

24 correct?

1    A.    I tried four more trials that year and

2  Anthony Sumner was out of town.  So I was on trial

3  continually from June, but for a week break or so

4  in September, all the way to the beginning of

5  December.

6    Q.    Where was Anthony Sumner during the

7  latter -- the last part of 1991?

8    A.    Atlanta, Georgia.

9    Q.    And so you had him brought back from

10  Atlanta in December; is that correct?

11    A.    My recollection is it was a day or two

12  before I wrote the letter to the State's Attorney's

13  Office.  The trial -- The last trial that year

14  ended December 8th.  My letter is dated the 10th.

15  I think I probably talked to him on the 9th.

16    Q.    And that letter --

17    MR. GOODMAN:  May I approach, Your Honor?

18    THE COURT:  Sure.

19  BY MR. GOODMAN:

20    Q.    I am going to hand you a copy of that

21  December 10th letter?

22    A.    Sure.

23    Q.    Is that the letter you are referring to

24  when you informed the State's Attorneys about the

1  misinformation about Nathson's involvement in the

2  Vaughn/White murders?

3      A.    It is.

4      Q.    By the way, between June and December

5  while you were busy trying these other cases, Nate

6  Fields was on death row; is that correct?

7      A.    I am not sure where he was at that point.

8  Yes, I think that is correct.  Yes.

9      Q.    Do you know if he had an execution date?

10      A.    No, I don't.  I don't think his conviction

11  had been afrirmed yet by the Illinois Supreme

12  Court.  I know it's a death case, so I know it went

13  to the Supreme Court, but my recollection is it

14  wasn't affirmed until '92.  I could be wrong on the

15  date.

16      Q.    Now, when you wrote this letter, in the

17  second -- This is the letter; is that correct?

18      A.    Yes.

19      Q.    We will mark this --

20      A.    By the way he was on death row and that --

21  Well, never mind.  I am sure we will get to it.

22      Q.    We will mark this as Field's Exhibit 15.

23  In the second paragraph of the letter you tell

24  Patrick O'Brien, Chief Criminal Division of Cook