## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| NATHSON E. FIELDS, | ) | |
| *Plaintiff,* | ) | |
| | ) | **No. 10 CV 1168** |
| v. | ) | |
| | ) | **Hon. Matthew F. Kennelly** |
| CITY OF CHICAGO et al., | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED LOCAL RULE 56.1(b)(3) RESPONSE TO CITY DEFENDANTS' STATEMENT OF FACTS**

Plaintiff Nathson Fields, through his attorneys, respectfully moves this Honorable Court for entry of an Order granting Plaintiff leave to file a corrected Local Rule 56.1(b)(3) Response to City Defendants' Statement of Facts in support of their Motion for Summary Judgment. In support thereof the following is offered:

1. On January 10, 2014, Plaintiff filed his Local Rule 56.1(b)(3) Response to City Defendants' Statement of Facts.

2. Plaintiff's counsel have discovered the following errors in that filing:

    a. On page 10, in response to the SOF #22 sentence that reads, "Plaintiff denies as to Richardson, who admitted that he was involved as a 'gang specialist,'" Plaintiff cited **"Def. Ex. 6, pp. 23-25."** This response should have cited (Def. Ex. 6, pp. 23, 25) and also (PSF ¶¶5, 34);

    b. On page 11, in response to SOF #25, Plaintiff responded, "Plaintiff admits." This response should have clarified, "Plaintiff admits. Stating further, Defendants' Exhibit 22 is also Plaintiff's Exhibit 28, not Plaintiff's Exhibit 106.";

    c. On page 12, in response to SOF #29, Plaintiff cited (PSF ¶41). That citation should be (PSF ¶237);

    d. On page 12, in response to SOF #30, Plaintiff included a citation to (Def.

Ex. 24, pp. 452-53, 457-463). That citation is incorrect, and should not have been included in the response;

e. On page 19, in response to SOF #45, Plaintiff cited (PSF ¶ 105). This response should have cited (PSF ¶40);

f. On page 37, in response to SOF #105, Plaintiff cited (PSF ¶31). This response should have cited (PSF ¶119; PASF ¶236); and

g. On page 51, in response to SOF #151, Plaintiff indicated that the names mentioned in SOF #151 "appear in a version of a document that is also in the 'street file.'" (PSF ¶232). This response should just read "admit."

3.      A corrected response to the statement of facts is attached hereto. No other changes have been made to the Response. Counsel apologizes to the Court and opposing counsel for any inconvenience caused by the error.

WHEREFORE, based on the foregoing, Plaintiff Nathson Fields respectfully moves this Honorable Court to allow the filing of his corrected Local Rule 56.1(b)(3) Response to City Defendants' Statement of Facts.

Respectfully Submitted,

/s/H. Candace Gorman
One of the Attorneys for Fields

For Fields:

Leonard Goodman
Melissa Matuzak
53 W. Jackson Boulevard
Suite 1650
Chicago, Illinois 60604

H. Candace Gorman
220 S. Halsted
Suite 200
Chicago Illinois 60661
312-427-2313