**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATHSON E. FIELDS,                      )<br>                                                      )<br>          Plaintiff,                          )<br>                                                      )<br>     v.                                         )     Case No. 10 C 1168<br>                                                      )<br>CITY OF CHICAGO, et al.,            )     Judge Matthew F. Kennelly<br>                                                      )<br>          Defendants.                     )     Magistrate Judge Geraldine Soat Brown | |

**CITY DEFENDANTS' COMPENDIUM OF EXHIBITS REFERENCED IN MOTIONS IN LIMINE**

**TABLE OF CONTENTS**

| Exhibit No. | Description |
|---|---|
| 1 | Transcripts of Wire Taps |
| 2 | Excerpt of Derrick Kees' 10/8/13 Certificate of Innocence Testimony: 8-27 |
| 3 | Excerpt of William Hogan's 10/11/13 Certificate of Innocence Testimony: 64-75, 106-124 |
| 4 | Excerpt of Gene Wolf's 10/11/13 Certificate of Innocence Testimony: 6-29 |
| 5 | Excerpt of *Bingham* proceedings before Judge Holderman: 6728-6736, 7300-7309, 7443, 7490 |
| 6 | Jury instruction on tape transcripts from *United States v. Bingham* |
| 7 | Judge Mills' written opinion dated 10/9/91 in *United States v. Bates* |
| 8 | Judge Dooling's Ruling on Petitioners' Motion for Post-Conviction Relief |
| 9 | First Amended Petition for Post-Conviction Relief |
| 10 | Preliminary Expert Report of Lou Reiter |
| 11 | Lou Reiter Deposition: 42-45, 80-85, 87-91 |
| 12 | Nathaniel Fields Jr. Deposition: 57-62 |
| 13 | Nathson Fields Deposition: 219, 233, 237 |
| 14 | Sumner 1986 Trial Testimony in *People v. Fields*: 452-453, 456-463, 482-485 |
| 15 | Joel Silberberg, M.D. Deposition: 129-130, 135, 163-164, 171, 73 |
| 16 | February 18, 2014 Transcript of Proceedings: 12-13 |

| Exhibit No. | Description |
|---|---|
| 17 | Judge Biebel March 28, 2013 Ruling in the COI Proceeding |
| 18 | MERIT Board Decision |

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
(312) 876-1700