# EXHIBIT 3

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    STATE OF ILLINOIS )
                      ) SS:
2    COUNTY OF COOK    )

3        IN THE CIRCUIT COURT OF COOK COUNTY
          COUNTY DEPARTMENT - CRIMINAL DIVISION
4
    PEOPLE OF THE         )
5    STATE OF ILLINOIS,   )
                      )
6        Plaintiff,    )
                      )
7        vs.        ) Case No. 85 C 7651
                      )
8    NATHSON FIELDS,     )
                      )
9        Defendant.    )

10

11         REPORT OF PROCEEDINGS had in the
above-entitled cause, before the HONORABLE
12   PAUL P. BIEBEL, Judge of said Court, on the 11th
day of October, 2013.

13      APPEARANCES:

14      HON. ANITA ALVAREZ,
       State's Attorney of Cook County,
15      BY:  MR. BRIAN SEXTON, MR. PATRICK COGHLIN
         and MR. AARON BOND,
16       Assistant State's Attorneys,
       appeared for the People;
17
      MR. LEONARD GOODMAN,
18    MS. MELISSA MATUZAK,
    MS. CANDACE GORMAN and
19    MR. ADRIAN BLEIFUSS,
      appeared on behalf of the Defendant,
20      Nathson Fields.

21

22
    Sharon E. Thompson, CSR 084-004429
23   Official Court Reporter
    2650 S. California, Room 4-C02
24   Chicago, Illinois 60608

I

```
 1                        INDEX

 2

 3      People vs. Nathson Fields

 4

 5

 6

 7   Witnesses                DX     CX     RDX    RCX

 8   Gene Wolfe               4      29     37     37

 9   William Hogan            40    138    228    235

10   Nathson Fields          239

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    Chicago Police Department.  Although the FBI did

2    have a drug squad, Huloon, for example, acted in an

3    undercover capacity with Alan Knox to do the LAW

4    rocket transaction.

5        Q.    And you mentioned the contract murder

6    discussions.  Was that regarding a South Carolina

7    murder?

8        A.    Actually the first contract murder

9    discussion was in the fall of '85 and it involved

10   an attempted murder in Houston, Texas.  There were

11   other discussions of various murders throughout the

12   period of the wire too.  I don't recall any

13   particular murder that was actually planned and put

14   together during that period though.  There was

15   discussion of old murders.

16       Q.    And can you explain explain how the wire

17   worked?

18       A.    There was a secure facility at the U.S.

19   Customs house at the time, I am not sure where it's

20   located now, where there were technical

21   capabilities maintained by the Federal agencies,

22   primarily again the FBI electronic surveillance

23   squad and acting in conjunction with the telephone

24   company.  They work together when a wire --

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    particular telephone line is identified in the
2    application to the Court.  And then that is
3    provided -- the Order is provided to the telephone
4    company that then arranges to tap into that
5    particular line, which is then fed into the secure
6    wire room where there are reel -- at the time, and
7    it's different now, but there were reel to reel
8    recordings that recorded every conversation on the
9    two wires at The Fort.
10        Q.    What would happen with those reel to
11   reels?
12        A.    Those are monitored, as I said before, by
13   the agents, live 24 hours a day.  And at the
14   conclusion of each -- I believe it's each 24 hour
15   period, I could be wrong, but it might be each 12
16   hours, but certainly at least once a day the tape
17   for that period of time, tape or tapes, depending
18   on the volume of the calls, would be placed into a
19   sealed container along with the handwritten logs of
20   the agents and secured in a secure area of the wire
21   facility.  And following the conclusion of the
22   wire, a Court Order is entered again by the Chief
23   Judge sealing those tapes and records and all the
24   Orders associated with them permanently until

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    further Order of Court.

2        Q.    Just so I am clear, the original reel --

3    You had one original reel and then another reel

4    containing that same conversation?

5        A.    There were two simultaneously.  For each

6    of the telephone lines that were being monitored,

7    there were two reel to reels.  One sealed and never

8    touched and one for evidentiary use purposes so

9    that the agents can listen to it, pull the

10   pertinent calls, review them and things of that

11   nature.

12       MR. SEXTON:  Showing Counsel.  May I approach,

13   Judge?

14       THE COURT:  Yes.

15   BY MR. SEXTON:

16       Q.    First showing you what's marked as

17   People's 43.  Do you recognize that?

18       A.    Yes, I do.

19       Q.    And what do you recognize that as?

20       A.    This is an Order that was signed by Acting

21   Chief Judge Nicholas Boa (phonetic) on August 20th

22   of 1986 sealing the original wire -- the original

23   recordings and the logs and the Orders associated

24   with the wires that were in place at The Fort from

DAILY COPY - NOT CERTIFIED FOR APPEAL

1      March 27th, 1986 until August 8th of that year.

2      It's an attachment as an exhibit to an Order that I

3      sought last November from Judge Leinenweber in the

4      Federal District Court to again unseal those

5      original tapes and copy of some of them to this

6      proceeding.

7          Q.    And would you need a Court Order to unseal

8      those tapes if you wanted to look at those reel to

9      reels?

10          A.    Yes.

11          Q.    And had you had occasion back in 1990 to

12      ask for such an Order?

13          A.    I asked in 1990 for an Order just on

14      sealing the applications and the Orders authorizing

15      the wire. In other words, the affidavits prepared

16      by the agent reflecting the probable cause for the

17      wire, those are all sealed as well. So in order to

18      prepare for a series of the El Rukn racketeering

19      trials that were going to commence in 1991, I

20      sought an Order from the then Chief Judge to unseal

21      those documents to provide them in discovery to the

22      defendants. Not the tapes. Only the Orders were

23      unsealed back then.

24          Q.    Were the tapes kept or maintained by the

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    FBI until we requested those tapes back in November

2    of 2012 and after you got that Order?

3         A.    Those tapes are still sitting in the FBI's

4    Electronic Surveillance Unit right now, yes.

5         Q.    And after you sealed or got that Order

6    that you just described, you had the working copy,

7    correct?

8         A.    Yes.  We always had a working copy.

9         Q.    And how many conversations would you say

10   or approximately how many conversations did you

11   need to sift through in order to identify which

12   relevant one you wanted to use?

13        A.    Well, I would say that they were well in

14   excess of 4,000 individual conversations.  Some of

15   them lasted a minute, some of them lasted 2 hours,

16   some of them lasted 6 hours, but there are many,

17   many thousands of them.  The agents did a

18   preliminary winnowing because of the time of the

19   wire.  They would listen live because of the nature

20   of the conversations being in code and the many,

21   many who participated in the conversations and the

22   wide variety of agents who were staffing the wire.

23   A lot of times you didn't know what you were

24   hearing.  They didn't know what they were hearing.

DAILY COPY - NOT CERTIFIED FOR APPEAL

1          There was a review process conducted

2     over a very long period of time that winnowed down

3     particular calls of interest and that was conducted

4     by different groups.  In other words stuff related

5     to the LAW rocket was done by the anti-terrorism

6     squad of the FBI.  The stuff related to the Maloney

7     bribe and fix was done by the public corruption

8     squad.  The stuff related to narcotics was done by

9     the narcotics group.  So it was dispersed among

10    many people.

11         Q.   Let's talk about that first.  The first

12    arrests that were made were made in connection with

13    the LAW rocket, correct?

14         A.   Well, the first Federal arrests.  There

15    were a lot of arrests in '85 that were a result of

16    the task force.

17         Q.   State arrests?  State charges?

18         A.   State charges.  Although there were

19    Federal charges as well.  Anthony Sumner, for

20    example, pled guilty to a Federal drug charge.

21         Q.   And the defendants on the LAW rocket, I

22    believe they were charged in the fall of '86,

23    correct?

24         A.   They were charged in October.

1    Q.   And trial was set in 1987, correct?

2    A.   They were tried in September and October

3 or October and November.  It might have been

4 October and November.

5    THE COURT:  Let's go back a second.  That

6 rocket, the arrests were when?

7    THE WITNESS:  The arrests for that took place

8 on August 5th or 6th of 1986 except for Melvin

9 Mays, who remained a fugitive until about 1994.  He

10 went on the run immediately.  He was initially

11 involved with the LAW rocket.  He was charged in

12 the El Rukn indictment.  He wasn't captured until

13 about '94.  He was then charged for racketeering,

14 including LAW rocket offenses in Federal court in

15 1996.

16    Q.   Was he convicted?

17    A.   Yes.  He is doing natural life.

18    Q.   Who -- Were you the prosecutor assigned

19 to the prosecution of the LAW rocket or was

20 somebody else in your office?

21    A.   As I said Patrick Deady and Susan Bogart

22 were supervising that investigation.  Not long

23 after the indictment was returned Pat Deady left

24 the office and Susan Bogart took it over.  She

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    eventually was assigned John Podliska as her trial

2    partner for the trial in the fall of '87.

3        Q.    And I believe you were talking about the

4    agencies would do or tried to do -- started the

5    transcription or tried the -- transcribing the

6    tapes, correct?

7        A.    Yes.

8        Q.    And was that a -- When a tape was

9    identified as being relevant, what would you do

10   with that tape or that conversation?

11       A.    The first step in the process as you said

12   identify something relevant.  The second was to try

13   and get it on paper.  To do that we had agents from

14   the various components of the FBI or the ATF or the

15   Chicago Police Department, that I have already

16   referred to, listen to conversations and try and

17   begin a transcription of what they said.

18                 First they had summaries and then

19   they had a process by which they tried to actually

20   transcribe the phone call.  To do that they put

21   individual calls on cassettes and they distributed

22   them initially to office personnel primarily at the

23   FBI and the ATF who then prepared a rough drive

24   transcription of what was on the cassette.

DAILY COPY - NOT CERTIFIED FOR APPEAL

1        Following that there was another
2  review process.  Lots of times the calls went from
3  one subject to another to another to another.  The
4  calls were forwarded frequently.  For example, if
5  Jeff Fort would call in, he would ask to talk to
6  Melvin Mays.  He would talk to him about drugs for
7  5 minutes and then he would ask to talk to Alan
8  Knox about the LAW rocket.  The call would be
9  forwarded to Alan Knox.  They would talk about
10 that.  And then he would want to talk about the
11 bribery and Maloney case and they would forward the
12 call to Charles Green or someone like that and they
13 would talk about that.
14        So the calls were all
15 inter-dispersed.  What we tried to do is break them
16 up by subject matter to isolate 20 calls on the LAW
17 rocket, a hundred calls on the Maloney case,
18 different calls on narcotics.
19     Q.   To isolate the evidence that relates to
20 the counts that are charged in the indictment?
21     A.   Eventually that was the goal.  And that's
22 what happened, but it was a very long process.  So
23 the secretaries would do these transcripts and the
24 agents would review them.  And then eventually we

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    got cooperating witnesses who were familiar with
2    the code and participated in the events. They
3    listened to them and they provided context and
4    helped to provide translation because there was a
5    great deal.
6         All of it was conducted in coded
7    language. And it wasn't just the simple red equals
8    blue type thing. These guys had lived together,
9    worked together for 25 years since they were kids.
10   So they alluded to events in their past that they
11   all knew what the reference meant where law
12   enforcement wouldn't have any kind of clue at all,
13   so it was no easy reference point, you know.
14        Q.   Let me just backtrack a little bit. As
15   far as the LAW rocket case was concerned, did you
16   have a cooperator by the name of Tramell Davis?
17        A.   He began to cooperate after he was
18   arrested following the LAW rocket transaction. He
19   did that for I want to say a month or so and then
20   he stopped cooperating for a very long period of
21   time and began cooperating again about a month or
22   so before the trial actually began. So I think he
23   cooperated say from -- I want to say early August
24   of '86 through maybe October.

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    Q.    Did he eventually testify as a witness in
2  the trial?
3    A.    He did.  He testified as the person
4  through whom the calls on the tape were placed into
5  the evidence because he participated in most of
6  them.  He was --
7    THE COURT:  He did what?
8    THE WITNESS:  Participated in most of them.
9  His job was to stay at The Fort as what's called
10  the houseman, where his job was to monitor the
11  phones for Jeff Fort 24 hours a day.  In other
12  words be available for Jeff Fort constantly and
13  handle all drug money and keep track of it and be
14  available to account to Jeff Fort on a moment by
15  moment basis how much drug money was coming in, how
16  many narcotics were going out and things of that
17  nature.
18    He also acted as sort of a
19  switchboard, so when Jeff Fort would call in and
20  wanted to talk to somebody who wasn't there, he
21  would forward the call to another location.  So he
22  was directly involved in all the transactions
23  surrounding the acquisition of the LAW rocket.
24  BY MR. SEXTON:

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    Q.    And when he testified at trial, did you

2    have written transcripts prepared for that trial?

3    A.    Yes.

4    Q.    Were they?

5    A.    Yes.

6    Q.    Did Mr. Davis then orally at trial

7    translate that code to the jury?

8    A.    Yes.   There were no written translations

9    of those calls at that time.   It was his verbal

10   interpretation of what occurred.

11   Q.    And in the fall of '87 were all the

12   defendants convicted?

13   A.    Yes.

14   Q.    Now, let's move back to the El Rukn RICO

15   investigation if we can.   I believe you stated that

16   there were various agencies involved, depending on

17   the type of offense, correct?

18   A.    It was primarily FBI, ATF and the Chicago

19   Police Department.   There was some minimal

20   involvement by the IRS, but those were the primary

21   agencies.

22   Q.    And with respect to the Maloney case and

23   all the agencies, they would initially try to

24   identify the calls that were related to the bribes?

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    would pursue that.  And we then brought him out of

2    the State system and sent him to Janesville,

3    Wisconsin where he was interviewed.

4         Q.   And as a result of the information you got

5    from Hawkins and Kees, what was done with respect

6    to the two -- Ronnie Brown and Elton Houston who

7    were convicted in this case?

8         A.   The information was passed to the State's

9    Attorney's Office.  The same day my indictments

10   were returned in October of '89, they were

11   released.

12        Q.   And let's talk about that.  In October of

13   '89 how many defendants did you indict?

14        A.   65.

15        Q.   And in early '90 did you then begin the

16   transcribing or try to transcribe the wiretaps, the

17   conversations to prepare for trial?

18        A.   I had been overseeing that process for

19   several years by then, but early '90 was the time

20   that I became directly involved on a daily basis,

21   yes.

22        Q.   And can you -- Who was cooperating with

23   regard to transcribing -- Strike that.

24                  How did the transcribing begin, the

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    verbatim transcripts?

2        A.    As I alluded to before, there were rough

3    drafts prepared by staff at the law enforcement

4    agencies, primarily ATF and FBI.  Those were

5    reviewed by the agents and winnowed down after we

6    had cooperating witnesses who were participants in

7    many of those calls and knowledgeable about the

8    events in them, particularly Henry Harris and

9    Eugene Hunter.  In 1988, '89 they listened to the

10   tapes and read the transcripts as well and

11   explained to agents who were sitting with them

12   pretty much what was going on, who was speaking,

13   what the transactions meant, what the code was,

14   there were notations made to those original

15   transcripts through a very long involved process

16   that I am not going to get into and describe to you

17   here today.

18           There were refinements made to those

19   transcripts.  There was a number that was winnowed

20   down from I don't know 500 or 600 pertinent calls

21   to a working universe of about 250 or so.  And

22   beginning in early 1990 I sat down on a daily basis

23   with Henry Harris and transcribed them by listening

24   to the tape itself, played it back over and over

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    and over, initially doing it by hand, writing down

2    every word and every comma, every uh, uh, uh and

3    then having that transcribed, you know, typed.  And

4    doing it again and again and again with all of

5    those conversations.

6              That was very cumbersome, so I had a

7    paralegal who was assigned to the case who then

8    began to do it live on a computer where I would sit

9    there with Harris, play the tape and she would

10   type.  Soon into that process I decided that the

11   way that it had been done in the rocket trial with

12   Tramell Davis orally narrating was not going to

13   work.  There were too many tapes, the volume was

14   too high and it would take forever to explain

15   everything.  So I decided that I was going to do a

16   verbatim translation of the actual language of the

17   transcription on these tapes.  So I then again with

18   Henry Harris as the, quote, official translator is

19   the person who translated all those tapes.

20        Q.   Did you go through all those tapes that

21   were introduced at those trials?

22        A.   Dozen of times.

23        Q.   And I believe you testified there were how

24   many Federal trials in '91?

1      A.    In '91 there were six, two in 1992 and

2    then Maloney in 1993.

3      Q.    And how would you introduce those

4    conversations in those transcripts into evidence?

5      A.    In the first seven trials, Henry Harris

6    was the translator, so that's the six trials in '91

7    and the trial in April -- March and April of '92.

8    He was essentially one of the two people -- three

9    people in charge of narcotics operations for the

10   El Rukns.  He was Jeff Fort's brother-in-law.  He

11   was extremely high ranking.  He had been very

12   active in the organization since the time he was

13   very young and he knew a great deal.  So I used him

14   as a witness to introduce those tapes and

15   transcripts into evidence.

16             So I had the tapes of the transcripts

17   in a binder about, I don't know, 3 and a half, 4

18   inches thick.  I had a box of cassette tapes that

19   had been taken from the wire, broken down by

20   individual conversation, each conversation on a

21   separate cassette.  I would put Henry Harris on the

22   stand.  And depending on who the defendants were

23   and who the -- what the evidence was and what the

24   charges were against him, I would select a number

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    from the universe that I said of say 250, 25 tapes

2    might be pertinent in this trial, a hundred tapes

3    might be pertinent in this trial, only 10 tapes

4    might be pertinent in another trial.

5              So I would get him on the witness

6    stand, have him describe the operation of --

7    narcotics operation, his involvement with Noah

8    Robinson, the narcotics and the contract murder and

9    then I would play tapes with him for two weeks.

10   Q.    And all the cassettes that were testified

11   to, would you make copies of those cassettes?

12   A.    Yes.   And they were all provided to the

13   defendants and transcripts were provided to the

14   defendants.

15   Q.    Now, getting to in 19 -- When was Maloney

16   indicted?

17   A.    Maloney was indicted the second week of

18   June 1991.

19   Q.    And in 1993 was that matter set for

20   trial?

21   A.    It went to trial in early March.

22   Q.    And is it fair to say that Harris was no

23   longer a viable witness?

24   A.    Correct.

1      Q.    Was Kees going to be a witness in this

2   case as well as Earl Hawkins?

3      A.    I chose Derrick Kees to be the new

4   translator for the Maloney trial, yes.

5      Q.    How did that process go?

6      A.    Kees had testified in seven previous --

7   six or seven of the previous trials and he was in

8   the witness protection program out of Illinois in

9   the Federal penitentiary.  I determined late in

10  1992, very early 1993 that he would be the new

11  translator for the Maloney trial.  He had never

12  acted as a translator.  In fact he probably never

13  heard any of the tapes.  It wasn't his role.  He

14  didn't need to testify in prior cases.

15         So I had him brought by the United

16  States Marshall back to Chicago where he was

17  incarcerated on a floor in the MCC.  I went

18  personally every single day for about six weeks to

19  a cell on that floor where I was locked up with

20  Derrick Kees, an FBI agent and a young paralegal

21  and we did the process of transcribing and

22  translating the tapes that I have already described

23  to you that I did with Henry Harris.

24      Q.    Did some of the conversations that were

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    introduced in the Maloney case that you prepared

2    and introduced in the Maloney case, did they need

3    to be edited?

4         A.    Edited slightly, but that -- The Maloney

5    bribe was tangential to the other racketeering

6    cases because Maloney wasn't a defendant, neither

7    was William Swanno.  It was only really pertinent

8    to the cross examination and impeachment of Earl

9    Hawkins when he testified.  Although it was charged

10   and described in a generic fashion as part of the

11   operation of racketeering enterprise that they

12   bribed a Circuit Court judge to fix murder cases

13   and things like that.  So there were only really

14   about 8 or 10 pertinent phone calls that related to

15   the Maloney fix that were ever played in the first

16   series of seven RICO trials.

17                For the Maloney trial itself I had a

18   universe of 162 calls that were pertinent that had

19   been -- as we had gone through the tapes over the

20   course of the prior two years identifying bits and

21   pieces of various conversations that related to

22   either intimidating Sumner from testifying or

23   bribing Judge Maloney or looking for witnesses to

24   intimidate in the Fuddy case and things of that

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    nature.

2                So from that 160 I winnowed down a

3    list of 63 that I selected and worked on with

4    Derrick Kees to put into evidence in the Maloney

5    trial.  A handful of those, no more than five or

6    six, had been the same tapes that had been used by

7    Henry Harris in the RICO trials.  There were very

8    slight edits.  Mostly pronouns where instead of

9    staying he, it would say a particular person's

10   name.

11               And so for the Maloney trial I took

12   those five or six transcripts, highlighted the

13   exact edits, handwrote what those edits were on

14   them.  I didn't do this personally.  I had a

15   paralegal do it.  And turned over both sets to the

16   defendant so they can compare these five that were

17   originally translated by Henry Harris, these five

18   have been edited by Derrick Kees and here are the

19   edits in highlight color with red ink.  That's what

20   happened.  And there were minor, minor, minor

21   changes.  No substantive changes at all.

22        Q.   Did he -- Strike that.

23               Did you also, when you were referring

24   to someone, did you also show Mr. Kees some

1  pictures to help identify who they were referring

2  to or talking about?

3      A.   Yes.  Yes, because, you know, these guys

4  all had street names and some of the witnesses

5  were, for example, were referred to by code terms.

6  So to give context to what's on the tapes, we had

7  photographs of other gang members, witnesses,

8  victims.  You name it.

9      Q.   All right.

10      A.   So he would know somebody by a street

11  name, but 90 percent of the time I would put the

12  Christian name in the tape -- in the transcript.

13      Q.   Did Kees in fact testify at the Judge

14  Maloney case?

15      A.   Yes.

16      Q.   Did he identify -- I am sorry.  Did he

17  identify and testify as to certain conversations,

18  including the transcript where the left hand

19  portion was verbatim and the right hand portion

20  was his translation of those tapes?

21      A.   All of them, all 63 tapes.  He had to

22  personally testify, and he understood this and did

23  personally testify, that these were his

24  translations and that he was the one who had to

DAILY COPY - NOT CERTIFIED FOR APPEAL

1   verify the accuracy of them.  They were put in in

2   that fashion as if they were -- In fact I wrote a

3   brief for each of the trials to qualify that

4   process as a foreign language translation.  And all

5   seven or eight Federal judges agreed that that

6   process was appropriate because the coded portion

7   was gobbly gook that nobody could really understand

8   unless there was a written verbatim translation.

9   And all the courts accepted that, including the

10   Maloney trial.

11       Q.   Was he qualified as an expert in that code

12   or in that language for lack of a better term?

13       A.   He was, yeah.

14       Q.   And showing you what's been marked

15   People's Group 37.  Have you had occasion to review

16   People's Group 37 before testifying today?

17       A.   Yes, including last night.

18       Q.   Are those some of the recordings, not

19   all -- I believe you testified there were 63

20   introduced.  Those transcripts that appear on

21   People's Group 37, are those the same

22   conversations that Derrick Kees testified to

23   and that were introduced into evidence in

24   United States vs. Maloney?

1     A.    Yes.  They still bear the Government

2  exhibit stickers, the U.S. Government exhibit

3  stickers on each transcript.  The Government

4  exhibit sticker has the date and the time of the

5  call.

6     Q.    Is there certain lines that some of the

7  transcripts refer to line 346?

8     A.    Most of them I think are line 346,

9  although here's one that's line 347.  Those are the

10  two designations for the phones at The Fort.  One

11  was 346.  I think it was in the office area that

12  they called Phase 2 and then the other was a

13  payphone in the hall.

14     Q.    And that was line 347?

15     A.    Yes.

16     Q.    Now, when those conversations were

17  introduced in the United States vs. Maloney, were

18  they introduced as individual cassettes?

19     A.    Each call was on a separate cassette.

20     Q.    And were copies made of those cassettes?

21     A.    Yes.

22     Q.    And was that also introduced into

23  evidence, that binder or a binder of those

24  conversations and more conversations than what

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    appear in People's 37 where the verbatim would be

2    on the left and the translation would be on the

3    right?

4         A.    Yes.   What happened was I had a box of

5    cassette tapes in a binder.   I showed them to

6    Derrick Kees.   I said you've had a chance to look

7    at these before, yes, yes, yes.   You are familiar.

8    What are they?   You have listened to these tapes.

9    You know these are the ones, you have initialed the

10   tapes.   Yes, yes, yes.   Moved them all into

11   evidence and started playing them one at a time.

12        Q.    Now, were you aware that we were

13   seeking -- the State's Attorney's Office was

14   seeking copies of these -- these conversations in

15   relation to this innocence hearing?

16        A.    Yes.

17        Q.    And I believe you already testified as to

18   People's 43 and 44 unsealing or asking the Chief

19   Judge for permission to unseal and get those tapes,

20   correct?

21        A.    Some of them.

22        Q.    Let's back up a bit.   What did you do with

23   the duplicate cassettes that you made?

24        A.    They were all maintained in the U.S.

1    Attorney's Office files for many, many years.  And

2    in approximately 2002 all the Maloney and El Rukn

3    files totaling well over 400 boxes were indexed and

4    packed up and sent to the Federal warehouse where

5    they are maintained today, but there is a

6    preclusion on storing cassette tapes or DVDs or

7    CDs, so those were taken out of the files and

8    returned to the FBI where they were subsequently

9    destroyed.  I came to learn they were subsequently

10   destroyed after you asked me whether I could track

11   them down.

12        Q.    Did you assist in trying to track down of

13   some other cassettes?

14        A.    For a very long time.  I was successful in

15   finding I don't know maybe 10 or 12, 15, something

16   like that.

17        Q.    And where did you find those?

18        A.    In 2005 I went to Afghanistan to work for

19   two years and a paralegal who was in charge of

20   these files that was packing them up left the

21   office and she had a bunch of them in her

22   possession.  There is nobody else in the office who

23   had any contact with the El Rukn case, except John

24   Podliska, who is an Assistant who helped try the

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    fourth rocket trial back in 1987.  So she gave them

2    to him.  And when I was looking around trying to

3    contact everybody who might have had any knowledge

4    of where these cassettes have gone, I talked to him

5    and he was able to find about like I said 10, 12,

6    15 of them.

7        Q.    And --

8        A.    That he had received from the paralegal.

9        Q.    What did you do -- With those cassettes

10   that you found, what, if anything, did you do with

11   those?

12       A.    I gave them as well as a copy of the

13   transcripts to our litigation support technical

14   team and I asked them to put all the transcripts

15   onto a CD and sync the audio with the transcripts.

16   And they did that and they gave me a CD, which I

17   then produced to you, but it only had like I said

18   10 or 12 or however many of the calls there are.

19       Q.    In fact showing you People's 42.

20       A.    So if you put that into a machine and play

21   that on the screen, you will see the transcripts

22   scrolling down as the words were being spoken.

23       Q.    In fact showing you People's No. 42.  Is

24   this the CD that you -- of the conversations and

1      transcripts that you tendered to us?

2           A.    Yes.

3           Q.    And again, you have had an opportunity to

4      look through that binder?

5           A.    Yes.   Including last night.

6           Q.    And are many of the conversations

7      contained in that binder contained in this CD?

8           A.    Yeah.   I don't know exactly how many, but

9      like I said 10 or 12.

10          Q.    And again, those are the same

11     conversations that Derrick testified to and

12     that were introduced into evidence at the

13     U.S. v. Maloney case in '93, correct?

14          A.    Correct.

15          Q.    Now, how was it that you were able to get

16     the rest of the recorded conversations?

17          A.    I called up the FBI Electronic

18     Surveillance Unit coordinator.   I asked whether or

19     not the original reel to reels were still in shape

20     to perhaps be duplicated again.   She told me she

21     thought so, but it had been over 25 years, so she

22     couldn't be sure what kind of condition they were

23     in or how they would be able to be produced.

24                I went to Judge Leinenweber, who had

1    presided over the Maloney trial, and got an Order

2    that you already introduced into evidence unsealing

3    the original tapes. I went to the electronics

4    surveillance facility on Roosevelt Road at the FBI

5    headquarters with the woman in charge of that

6    section, looked in the original envelopes. And you

7    provided me a list of the calls that you did not

8    have yet on tape from the binder.

9        Q.   Did we also provide a subpoena for the FBI

10   in order to get those tapes?

11       A.   Right.  You sent a subpoena.  I don't

12   know if it was to me or the FBI directly, but

13   it went through the General Counsel's Office of

14   the FBI here.  He worked directly with the

15   elsure (phonetic) unit to take those designated

16   tapes and maintain a chain of custody on them.

17   They were shipped to Quantico, Virginia to FBI

18   headquarters where the original reel to reelS tapes

19   were transferred to disks that were then produced

20   to you.

21       Q.   Did you in fact receive those disks

22   first?

23       A.   Yes.

24       Q.   And did you then give them to us?

DAILY COPY - NOT CERTIFIED FOR APPEAL

1      A.    Yes, pursuant to subpoena that you

2  provided to the FBI.

3      Q.    Showing you what's been marked as People's

4  40 and 41.  Are these in fact the disks that you

5  eventually received from the FBI pursuant to our

6  subpoena and tendered to us?

7      A.    Yes.  Yes.  There were two sets because

8  the first go round there were two, three or four

9  calls for some reason that didn't get captured.

10     Q.    And they provided additional CDs from

11 those reel to reels, correct?

12     A.    Correct.

13     Q.    And these are all the CDs that they

14 provided, correct?

15     A.    Right.  They don't have just one call on

16 them.  They have like a whole day.  To locate a

17 call that matches the transcript, you have to first

18 find the approximate time.  Each of those disks has

19 maybe 20 or 30 wave files on it that are -- Each

20 call is broken up.  Let me back up.  Each disk

21 should have most of a 24 hour period on it, which

22 might have 25 or 35 or 50 different calls.  The

23 calls are different wave files.

24            You have to listen to each call at

DAILY COPY - NOT CERTIFIED FOR APPEAL

1    the approximate time that's designated on the

2    transcript to locate the particular call, but the

3    call might be 20 minutes long where you only need 2

4    minutes.  So you have to listen through it to the

5    appropriate place to sync it up with the

6    transcript.

7         Q.   And are you aware of Gene Wolfe syncing up

8    those CDs to the transcripts in People's 37?

9         A.   Yes.  I know that he was provided with the

10   disks and the transcripts and that he spent a

11   considerable period of time identifying exactly

12   where on those disks these transcripts reflect.

13   And for example, I am looking at People's No. 4,

14   which is a call on April 13th, 1986 at 11:35 a.m.

15   on the Northern District of Illinois line 346.

16   Gene Wolfe's writing is at the the top and it says

17   the tape ID number and then it has a time 01:42,

18   which is presumably the time where that call begins

19   on that tape/disk.  And then it ends at 17:15.  And

20   that's his writing.  I recognize his writing from

21   the investigation.

22        THE COURT:  It's 1:15.  As I said, we would

23   break.  Let's take a break and we will resume in

24   about an hour.

1           (Lunch break taken.)

2      THE COURT:  Mr. Sexton, you're ready to

3  resume?

4      MR. SEXTON:  Yes, Judge.  Showing Counsel

5  what's already been marked as People's 36.

6  BY MR. SEXTON:

7      Q.   Did you have occasion to review the

8  conversations that are contained in People's 36?

9      THE COURT:  What is that?

10      MR. SEXTON:  Memory stick.

11      THE WITNESS:  Yes.

12  BY MR. SEXTON:

13      Q.   And do those contain the same

14  conversations that match up with People's Group

15  Exhibit 37?

16      A.   Yes.

17      Q.   And these are the same conversations that

18  are contained in that master copy disk from the

19  cassettes you had compiled as well as People's 40,

20  the disks that we had obtained from the FBI,

21  correct?

22      A.   Yes.

23      Q.   And again, those conversations that are on

24  People's 36, these were the same conversations and