# EXHIBIT 6

During the course of the trial, various items were received into evidence as exhibits. Some of these exhibits will be sent into the jury room with you for your consideration during your deliberations.

Included in the admitted exhibits are audio tape recordings and transcripts which have been received in evidence. In connection with the tape recordings, you will be provided with an audio cassette player and cassettes of the conversations, labeled with exhibit numbers. The cassettes and cassette player are being furnished to you in the event that during your deliberations you wish to listen to a particular recorded conversation which has been received in evidence. By providing you the cassette player, however, I do not in any way indicate that you are required during your deliberations to play the tape recorded conversations which have been received in evidence. Instead, you may choose to rely on your recollection of the substance of the recorded conversations as they were played during the trial. Again, I say it is solely your decision whether, during your deliberations, you play the tape recorded conversations which have been received in evidence.

As to the transcripts of the recordings which were prepared to reflect the words spoken during the recorded conversations and the identity of the speakers in the conversations, the transcripts are provided to you for the limited and secondary purpose of assisting you in following the content of the conversations as you listen to the tape recorded conversations, and also to aid you in identifying the speakers. You should not refer to or read a transcript without listening to the corresponding tape. I caution

EXHIBIT

you, however, that the tape recordings are the evidence in the case of what was recorded on the tape and that the transcripts are not evidence. Moreover, I instruct you that whether the transcripts correctly or incorrectly reflect the contents of the conversations or the identities of the speakers is entirely for you to determine based upon your own evaluation of the testimony you have heard concerning the preparation of the transcripts, and based upon your own examination of the transcripts in relation to your hearing the corresponding tape recording.

If, from your hearing of the cassettes, you perceive any variation between the cassettes and the corresponding transcripts, you will be guided solely by the cassettes and not by the transcripts. If, from your hearing of the tape recordings, you cannot determine that particular words were spoken, you must disregard the transcript insofar as these words are concerned. Similarly, if, from your hearing of the cassette, you determine that certain portions thereof are unintelligible, garbled or inaudible, you must disregard those portions of the cassette and not consider them at all in deciding any of the issues in this case.

As to the transcripts which contained translations of words spoken at the recorded conversations, you should consider these translations as an opinion of an expert witness.