# EXHIBIT 12

1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

NATHSON E. FIELDS,            )
      Plaintiff,     )
vs.                           ) No. 10 C 1168
CITY OF CHICAGO, COUNTY OF    )
COOK, Former Assistant State's)
Attorneys LARRY WHARRIE       )
and DAVID KELLEY, et al.,     )
      Defendants.    )

    The deposition of NATHANIEL FIELDS, JR., called for examination pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Johnetta Stafford Taylor, a Registered Professional Reporter within and for the State of Illinois, at 10 South Wacker Drive, Suite 2300, Chicago, Illinois, on January 23, 2012, at the hour of 10:00 o'clock a.m.

Johnetta Stafford Taylor
License No: 084-001583

57

1   with your mom, when was the last time you had
2   lived with her?
3       A.  Before that?  Let me see.  I can't
4   recall for sure.  I'm not sure, you know.  A lot
5   of things was happening down through there.
6   It's hard to recall.
7       Q.  Did your mom talk about -- well, strike
8   that.
9           Because it was painful would you try
10  not to talk to your mom about Nathson being in
11  prison?
12      A.  I never brought it up.  But she would
13  bring it up.
14      Q.  About how often would your mom bring up
15  Nathson being in prison?
16      A.  Almost every day.
17      Q.  And what generally can you recall about
18  your mom bringing up Nathson being in prison?
19      A.  She used to -- my mother, she believed
20  in prayer, you know.  She said she know her boy
21  didn't do whatever he in there for.  And she
22  used to, you know, read the letters and things.
23  And she had become withdrawn, you know, from
24  worrying so much.  And she used to, you know,

58

1 write the letters and send him money and stuff.

2 And she just worried herself to death, you know.

3 I seen her go down just worrying about him.

4    Q. How old was your mom when she passed?

5    A. 68.

6    Q. Do you know what your mom died of?

7    A. Massive heart attack in my arms. I'll

8 never forget that.

9    Q. Had she had any heart operations before

10 that?

11    A. No, she hadn't.

12    Q. Had she been treating with a doctor for

13 any condition for her heart before that?

14    A. Not the heart. She was just worrying.

15 She worried so much about Nathson being on that

16 death row, you know.

17    Q. She had treated for something with a

18 doctor other than the heart?

19    A. Yes.

20    Q. And what was that?

21    A. High blood pressure and she had

22 diabetes, too.

23    Q. Do you know where your mom -- what

24 doctor or hospital she was treating with?

59

1    A.  I don't recall who her doctor was.

2    MR. NOLAND:  Can we go off the record for a
3    second.

4         (Whereupon, a discussion was had
5          off the record.)

6    MR. NOLAND:  Back on.

7    BY MR. NOLAND:

8    Q.  The day that your mom died, was there
9    any discussion of your brother?

10   A.  Yes.

11   Q.  And what can you recall about that?

12   A.  She was -- I think he had wrote a
13   letter and, you know, talking about how they
14   were treating him down there in Menard and
15   everything.  And I guess he might have had an
16   altercation or something, they beat him up and
17   all that.

18        So she was worried to death.  And, you
19   know, she just became withdrawn, and stayed in
20   her room.  And she just prayed all the time.

21        And then they called me in the room
22   that night -- she called me in the room.  And I
23   come in there.  I remember that.  Houston
24   Rockets were playing the Chicago Bulls, and I

60

1  came in there and she was standing there holding
2  her breath, breathing hard and she said, 'My
3  baby going to get out one day. I know he ain't
4  done nothing.'
5      So I sit down -- we called the
6  ambulance, you know, the paramedics. So I sit
7  down beside her holding her like that telling
8  her, "Hang in there. They're coming. They're
9  coming." Her head got heavy on my shoulder I
10 looked down there, and her eyes went up. And I
11 panicked after that. I panicked. And my nephew
12 ran in there and he was trying to give her CPR.
13     And so, you know, after she got that
14 letter she sent, they had beat him up down there
15 and stuff, you know. That was the most
16 devastating thing that ever happened to me in my
17 life. When I lost my mother.
18   Q.  Did you ever see any of the letters
19 that Nathson wrote to your mother?
20   A.  She showed me one or two of 'em.
21   Q.  Do you still have them?
22   A.  Oh, no. I don't have them.
23   Q.  Have you seen them recently?
24   A.  No.

61

1    Q.  Did Nathson ever write you any letters?

2    A.  No. Back in those days my mother was

3  the central figure in the house. When we come

4  out, everybody visited my mother. My mother was

5  the matriarch. So everybody just catered to

6  her.

7    Q.  Do you know if the letters that Nathson

8  wrote to your mother still exist?

9    A.  I don't know. I haven't seen any of

10  'em.

11    Q.  Did you go through your mother's things

12  after she passed to --

13    A.  No, I didn't.

14    Q.  Do you know if somebody did?

15    A.  I'm not sure if anybody did or not.

16  But I know I never did.

17    Q.  Do you know if your mother ever had any

18  counseling for the fact that Nathson was in

19  prison?

20    A.  No.

21    Q.  Nathson in this lawsuit has disclosed

22  you as a witness to testify relative to the

23  impact on the family?

24    A.  Uh-huh.

1     Q. His incarceration. Okay?

2     A. Yes.

3     Q. Have we already talked about everything

4    that you're aware of with respect to Nathson's

5    incarceration having an impact on your family?

6     A. Well, it had an impact on all of us.

7    My brothers and sisters and everybody. I mean

8    some things people don't say, but you can feel

9    it. When we'd be together, you know, you can

10    feel it. Like he's on death row. He's my

11    brother. And we just felt like, 'Man, how can

12    we continue to live if they execute my brother?

13    How can I go to work? How can we face people on

14    the streets if they execute my brother like

15    that?'

16     So everybody in the house had a heavy

17    heart. And when my mother died, that tore the

18    heart out of us. And, you know, it was just

19    rough on the family. I'll tell you. Because

20    after my mother died, in the meantime, Nathson

21    was still in there, you know, on the death row

22    or whatever. And people wasn't -- we wasn't

23    doing much talking, but you could feel it. We

24    had a heavy heart.