# EXHIBIT 13

1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NATHSON E. FIELDS,         )
                           )
    Plaintiff,             )
                           )
vs.                        ) No. 10 C 1168
                           )
CITY OF CHICAGO; COUNTY    )
OF COOK; RICHARD M.        )
DALEY; Former Assistant    )
State's Attorneys LARRY    )
WHARRIE and DAVID          )
KELLEY; Former and         )
current Chicago Police     )
Officers DAVID             )
O'CALLAGHAN, THOMAS        )
RICHARDSON, STEPHEN        )
CASTO, JAMES MINOGUE,      )
JOSEPH BOGDALEK, JOSEPH    )
MU,                        )
                           )
    Defendants.            )

The discovery deposition of NATHSON FIELDS, taken in the above-entitled cause, before Rebecca Feeman, a notary public of Cook County, Illinois, on March 15, 2012 at 10 South Wacker Drive, Suite 2300, Chicago, Illinois, pursuant to notice.

Rebecca Feeman, CSR, RPR
License No.: 084-004726

219

1   A.  No, I did not.

2   Q.  Did you say any of those things to
3   anybody at Area 1?

4   A.  No.

5   Q.  What did you say to O'Callaghan?

6   A.  Well, he told me I was going in the
7   lineup.

8   Q.  Did you -- did O'Callaghan say anything
9   else to you?

10  A.  No.

11  Q.  And O'Callaghan took you to a lineup?

12  A.  Yes -- well, yeah, he did say something
13  else later on, to go in the lineup.

14  Q.  Was anybody else at the lineup, anybody
15  else from Area 1, other than O'Callaghan?

16  A.  Yes.

17  Q.  Who's that?

18  A.  Detective Richardson.

19  Q.  Why did you see Richardson at the
20  lineup?

21  A.  He was standing in the room.

22  Q.  Standing in the room with you?

23  A.  Yes, with all of us, the whole lineup.

24  Q.  And was there a one-way mirror that you

233

1   A.  Before the photographs was taken?

2   Q.  Yes.

3   A.  No.

4   Q.  Isn't it true, Mr. Field, that you
5   don't know whether or not anybody was looking at
6   the lineup who was a witness to the
7   Smith/Hickman case when Detective O'Callaghan
8   held your T-shirt up for the evidence tech to
9   take that photo?

10  A.  Yes.

11  Q.  Were you told that you had been
12  identified by witnesses to the Smith/Hickman
13  case as one of the shooters?

14  A.  No.

15  Q.  What happened after the lineup?

16  A.  This lineup?

17  Q.  This lineup.

18  A.  I was taken back to the lockup.

19  Q.  And then what happened?

20  A.  And I was taken over to the jail, to
21  County.

22  Q.  And when you got to County, you were
23  examined by a paramedic, isn't that true?

24  A.  Yes.

237

1   testified to.

2       MR. NOLAND: Please let me finish the

3   question before you start coaching him.

4       MS. GORMAN: I'm not coaching the witness.

5   BY MR. NOLAND:

6       Q. Mr. Fields, you've already told me that

7   you don't recall standing in any other lineup

8   with any persons different than the persons in

9   Exhibit 11; isn't that true?

10      A. No.

11      Q. So do you know what homicide the photos

12  in Exhibit 11 were lineup photos for?

13      A. These?

14      Q. Right. What case was it for?

15      A. I assume Smith/Hickman.

16      Q. And did you assume that at the time?

17      A. I didn't know. I didn't know why I was

18  at the police station.

19      Q. How long were you in the lineup room at

20  Area 1?

21      A. I'd say it was less than -- it had to

22  be less than -- less than 20 minutes. Less than

23  15 minutes, something like that.

24      Q. And how many times were you in the