# EXHIBIT 14

STATE OF ILLINOIS )
                     ) SS:
COUNTY OF C O C K )

IN TH₁ CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

THE PEOPLE OF THE )
STATE OF ILLINOIS ) Indictment No. 85-7650

   -vs- ) Charge: Murder, Etc.
EARL HAWKINS & )
NATHSON FIELD )

REPORT OF PROCEEDINGS

BE IT REMEMBERED that on the 20th day of June, A.D., 1986, this cause came on for hearing before the Honorable THOMAS J. MALONEY, Judge of said Court, upon the Indictment herein, the Defendant having entered a plea of not guilty.
   APPEARANCES:

       HONORABLE RICHARD M. DALEY,
          State's Attorney of Cook County, by
      MR. LARRY WHARRIE & MR. RANDY RUECKERT,
          Assistant State's Attorneys,
          appeared for the People;

      MR. WILLIAM SWANNO,
          appeared for the Defendant, EARL HAWKINS;
      MR. JACK SMEETON,
          appeared for the Defendant NATHSON FIELD.
          \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MS. BARBARA J. KIMBROUGH, C.S.R.
OFFICIAL SHORTHAND REPORTER
2650 SOUTH CALIFORNIA
CHICAGO, ILLINOIS

251

1     Q     Whose signature is that?

2     A     It's mine.

3     Q     Didn't you tell Mr. Murphy that you had returned to Chicago in order to set the record straight regarding many things you had told law enforcement agents since you were arrested in Cleveland?

7     A     Yes.

8     Q     Didn't you tell Mr. Murphy that members of the Chicago Police Department had questioned you about the shooting of three people on April 30, 1985 and at first you truthfully told them that you had known nothing of the incident?

13     A     Yes.

14     Q     You told Mr. Murphy that?

15     A     Yes.

16     Q     Did you tell Mr. Murphy that the officers had threatened you with physical harm, choked you, struck you and told you that you would be charged in that shooting unless you would cooperate with them?

20     A     Yes.

21     Q     Didn't you tell Mr. Murphy that you were afraid that one of the detectives, specifically Detectives Branigan, was going to put a tail on you and get you involved in the case, that triple murder?

252

| | | |
|---|---|---|
| 1 | A | Yes. I was told to say all of that. |
| 2 | Q | Well, that brings up an interesting point: |
| 3 | | Who told you to say all that? |
| 4 | A | Generals. |
| 5 | Q | Who specifically told you to say that? |
| 6 | A | Ismeal, Samuel Knox. |
| 7 | Q | Samuel Knox. And he told you to say those |
| 8 | | things, right? |
| 9 | A | Yes. |
| 10 | Q | But you hadn't been threatened, had you? |
| 11 | A | No. |
| 12 | Q | Sammie Knox didn't beat you up, did he? |
| 13 | A | No. |
| 14 | Q | Did Sammie Knox give you money to say those |
| 15 | | things? |
| 16 | A | No. |

17     THE COURT: Wait a minute. Who is Sammie
18 Knox?

19     MR. SWANNO: According to this witness, it is
20 a general.

21     THE COURT: When did he say that?

22     MR. SWANNO: Just a few minutes ago, Judge.

23     THE COURT: I didn't hear that.

24     MR. SWANNO: I will go into it and clear it

255

1   THE COURT: Did he sign it?

2   MR. SWANNO: He did, Judge.

3   THE COURT: It will be received.

4   BY MR. SWANNO:

5   Q   Now, Mr. Sumner, if that wasn't enough, you
6   gave further statements to other lawyers, isn't that right?

7   A   Yes.

8   Q   As a matter of fact, on September 9, 1985,
9   you gave a statement, tape-recorded statement, to a group
10  of lawyers at the John Hancock Buildng, did you not?

11  A   Yes.

12  Q   From the time you gave Murphy the statement
13  until the time you gave the lawyers a statement in the John
14  Hancock Building, were you still in the Chicago, over the
15  metropolitan area?

16  A   No.

17  Q   Where were you living from the time you
18  talked to Murphy until the time you talked to the lawyers
19  in the Hancock Building?

20  A   Detroit.

21  Q   During the period of time, did you have
22  further contact with any of the El Rukins, any of the
23  generals?

24  A   Yes.

256

1   Q   Were you threatened in any way during that
2   period of time?
3   A   No.
4   Q   Were you or your family harmed in any way?
5   A   No.
6   Q   Now, on September 9th you spoke with myself,
7   Earl Washington, Frederick Solomon, Robert Beseth,
8   B-e-s-e-t-h, and Amy Patton at the home or office of
9   Mr. Washington, correct?
10  A   Yes.
11  Q   And during that interview, were you treated
12  cordially, friendly?
13  A   Yes.
14  Q   No one threatened you or promised you
15  anything?
16  A   No.
17  Q   As a matter of fact, you were told that if
18  you wanted to get a lawyer, you would have a lawyer to come
19  and meet with us, is that right?
20  A   I don't remember that.
21  Q   Well, don't you recall people asking you
22  whether or not you wanted a lawyer, if you had a lawyer?
23  A   They was saying something about I had to get
24  one.

257

1      Q      By the way, you have a lawyer now, don't you?

2      A      Yes.

3      Q      Do you know his name?

4      A      Yes.

5      Q      What is his name?

6      A      Adamski.

7      Q      Adamski. What about Mr. Trainor?

8      A      Yes, he one of them too.

9      Q      You got two lawyers?

10      A      (Nodding).

11      Q      You have to answer yes or no. You can't just nod your head.

13      A      Yes.

14      Q      You have two lawyers?

15      A      Yes.

16      Q      You have one in Federal Court?

17      A      Yes.

18      Q      Is that Adamski?

19      A      Yes.

20      Q      And you have one over here in State Court, Mr. Trainor?

22      A      Yes.

23      Q      Do you remember being asked this question and giving this answer, when you met with us in the Hancock

253

1 Building:
2       "Q Tell us here, as you have in
3       our prior conversation, how the
4       police treated you, specifically
5       Detective Branigan."
6 And your answer was, Mr. Sumner:
7       "A Well, when I came downstairs, I
8       had a shirt on. He told me to take
9       it off. And he put the shirt over
10       my head. And I snatched the shirt
11       back off my head. Then he threw
12       it back on my head and told me to
13       keep it on there, then started
14       choking me. He hit my head
15       against the locker. And then he
16       hit me several times."
17 You gave that answer, did you now, Mr. Sumner?
18 A   Yes.
19 Q   Were you asked further whether or not other
20 police officers were present when Branigan did this to you?
21 You answered, "Yes."
22 Were you asked:
23       "Q Did he ever beat you or strike
24       you in front of State's Attorney

259

1                   Wharrie?"

2     And your answer was:

3             "A  Well, Wharrie, like stepped out

4                 of the room. Branigan tell him to

5                 step out of the room.

6             Q  So, Wharrie was never present when

7                 you were beaten?

8             A  No; he was like in the next room.

9             Q  Did Wharrie and police officers

10                ask you if you knew anything about

11                a murder case involving James

12                Walker at 51st and Halsted?"

13     Did you give those answers, Mr. Sumner?

14     A    Yes.

15     Q    Do you recall being asked this question:

16            "Q  After the beating, did you decide

17                to give some sort of information to

18                them?

19             A  Yes.

20             Q  And why was that?

21             A  Because he told me he was going to

22                put me in the car with Walker."

23     Were you asked those questions and did you give

24  those answers?

260

1  A   Yes.
2  Q   Do you remember being asked this question:
3        "Q   Would it be fair to say that
4             you began giving information
5             because you were afraid that you
6             were going to be charged with that
7             crime?
8        A   Yes."
9  Do you remember that question and that answer?
10 A   Yes.
11 Q   With regard to this csae, you were also asked
12 questions during that interview, right?
13 A.  Yes.
14 Q   You were asked questions about this
15 particular case?
16 A   Yes.
17 Q   Do you remember this question:
18       "Q   After a period of time, did you
19            tell the police information
20            regarding a murder case which
21            occurred on April 28, 1984 at 706
22            East 39th Street involving the
23            death of Talman Hickman and Jerome
24            Smith?  Did you tell the police

261

| | | |
|---|---|---|
| 1 | | that Earl Hawkins and Nathson |
| 2 | | Fields, George Carter and Hank |
| 3 | | Andrews were the perpetrators of |
| 4 | | that crime? |
| 5 | A | Yes. |
| 6 | Q | Was that the truth? |
| 7 | A | No, it wasn't. |
| 8 | Q | Did any one of those four |
| 9 | | individuals ever admit to you |
| 10 | | that they were involved in that |
| 11 | | crime? |
| 12 | A | No. |
| 13 | Q | Why did you tell the police that |
| 14 | | those four people were the ones |
| 15 | | that perpetrated that crime? |
| 16 | A | Because, um, they wanted to show me |
| 17 | | some pictures. They said name the |
| 18 | | people that they wanted and such, |
| 19 | | you know, like that. |
| 20 | Q | When you say 'they', who do you |
| 21 | | mean? |
| 22 | A | Branigan. |
| 23 | Q | Branigan. Who else? |
| 24 | A | There is more police. I don't |

1                   know exactly the names."

2     Were you asked those questions and did you give

3 those answers?

4     A    Yes.

5         MR. SWANNO: Judge, I could go on with

6 further impeachment here. I would move, maybe by

7 Stipulation, to introduce the staetment of Anthony Sumner

8 as Defense Exhibit Number Five. I have the actual tape

9 recording of this interview. If the State won't stipulate

10 that this is a true and accurate copy of the tape

11 recording, I could provide and offer to the Court the

12 actual tape recording.

13         MR. WHARRIE: Judge, we have no objection

14 that it be marked and that it be admitted that these

15 statements were made, although we are certainly not

16 stipulating to the truth and veracity.

17         THE COURT: Just that the statement was made.

18 Is it signed?

19         MR. SWANNO: It is not signed, Judge. But we

20 have the original tape recording that this was being

21 transcribed from.

22         THE COURT: It will be received.

23     What is the number, Five?

24         MR. SWANNO: Number Five, Judge.

281

```
1    A    Ismael, General Ismeal.
2    Q    Who is that?
3    A    Sammie Knox.
4    Q    Do you see any other people by the name of
5   Knox in this courtroom today?
6    A    Yes.
7    Q    Would you point him out?
8    A    (Indicating).
9    Q    The guy in the brown suit.
10        MR. SWANNO:  Objection to the relevance,
11   Judge.
12        THE COURT:  Overruled.
13        THE WITNESS:  Yes.
14   BY MR. WHARRIE:
15   Q    Would you point him out, please?
16   A    The guy in the brown suit, beige suit.
17   Q    Do you know his first name?
18   A    Yes.
19   Q    What is it?
20   A    Allen Knox.
21   Q    And what nickname does he go by?
22   A    General Gang.
23   Q    Is he a general in the El Rukins?
24   A    Yes.
```

1  Q   What did Sammie Knox say to you about coming
2  back to the El Rukins?
3  A   He said Jeff said he wouldn't do nothing to
4  me and my family if I go on and just cooperate with them.
5  He wouldn't do nothing to my family.
6  Q   And what else did he ask you to do?
7  A   He told me to meet with the lawyers and meet
8  with his lawyers and make some statements.
9  Q   What kind of statements?
10 A   Against the police, saying that they beat me
11 and, you know, make up something saying that they beat me.
12 Q   Were you afraid for your children at that
13 point?
14 A   Yes.
15 Q   Now, in August of 1985, you talked with Chuck
16 Murphy, didn't you?
17 A   Yes.
18 Q   On August 27th of 1985, correct?
19 A   Yes.
20 Q   Where did tha conversation with Chuck Murphy
21 and his investigator take place at?
22 A   In Samuel Knox' mother's house.
23 Q   In Samuel Knox' mother's house?
24 A   Yes.

283

```
 1    Q    And how did you get to Samuel Knox' mother's
 2 house to talk with Attorney Murphy?
 3    A    In a cab.
 4    Q    Pardon me?
 5    A    In a cab.
 6    Q    And was Samuel Knox there?
 7    A    Yes.
 8    Q    Did you talk to Samuel Konx just before you
 9 talked to Chuck Murphy?
10    A    Yes.
11    Q    Right after you talked to Chuck Murphy, did
12 you talk to Sammie Knox?
13    A    Yes.
14    Q    And was Sammie Know -- well, strike that.
15         Now, during this time you are hiding from the
16 police, correct?
17    A    Yes.
18    Q    Because you've testified before a Grand Jury
19 already, right?
20    A    Yes.
21    Q    Now, in September, you talked with some other
22 lawyers, right?
23    A    Yes.
24    Q    Did you talk to anybody in particular before
```

284

1 you talked with Mr. Swanno and Mr. Washington and Mr.
2 Solomon?
3     A    Yes.
4     Q    Who was that?
5     A    Michael Hunter, Sammie Knox. They took me
6 down there.
7     Q    They took you down where?
8     A    Downtown, in a building somewhere.
9     Q    To the buildng where you talked to Mr.
10 Swanno?
11     A    Yes.
12     Q    Before you went in and talked to Mr. Swanno,
13 what did Sammie Knox and Mr. Hunter say to you?
14     A    Told me to just go through what I had went
15 through at first, tell them the same -- similar, the same
16 thing.
17     Q    That you told Chuck Murphy?
18     A    Yes.
19     Q    Did you do that?
20     A    Yes.
21     Q    Are the things you told Mr. Swanno in
22 September and the things you told Mr. Murphy in August the
23 truth?
24     A    No.