| PLAINTIFF'S LAY WITNESSES | | | |
|---|---|---|---|
| NAME/ADDRESS | WILL CALL | MAY CALL | DEFENDANT OBJECTIONS |
| Beseth, Robert<br>8248 Cambridge Ct.,<br>Downers Grove, IL 60516 | ✓ | | None |
| Betts, Benita, CPD Employee | ✓ | | See Defendants' Motion in Limine 15 |
| Bogdalek, Joseph, CPD Employee | ✓ | | None |
| Brady, Matthew, CPD Employee | | ✓ | See Defendants' Motion in Limine 15 |
| Brannigan, Daniel, CPD Employee | ✓ | | None |
| Brown, Samuel, CPD Employee | ✓ | | See Defendants' Motion in Limine 15 |
| Carter, George<br>2022 Lee Street<br>Evanston, IL 60202 | ✓ | | None |
| Casto, Stephen, CPD Employee | | ✓ | None |
| Colby, Sharon, CPD Employee | | ✓ | See Defendants' Motion in Limine 15 |
| Conyers, Herschella<br>1111 E. 60th St.<br>Room K203<br>Chicago, IL 60637 | ✓ | | None |
| DiBenedetto, Ernest<br>115 W. 55 St., Suite 400<br>Clarendon Hills, IL 60514 | ✓ | | None |
| Duffin, Kevin, CPD Employee | ✓ | | Yes, See Defendants' Motion in Limine 15 |
| Evans, Robert, CPD Employee | ✓ | | None |
| Fields, Nathaniel<br>148 Pheasant Rd.<br>Matteson, IL 60443 | ✓ | | None |
| Fields, Nathson (Plaintiff) | ✓ | | None |
| Futorian, Aviva<br>2440 N Lakeview Ave<br>Chicago, IL 60614 | | ✓ | None |
| Gholar, John<br>8811 S. Pleasant Ave.<br>Chicago, IL 60643 | | ✓ | See Defendants' Motion in Limine 3 |
| Golon, William CPD Employee | | ✓ | None |
| Grefsheim, Al CPD employee | ✓ | | Relevance |
| Hickey, James, CPD Employee | ✓ | | None |
| Hogan, William<br>Assistant U.S. Attorney<br>219 S Dearborn St., Fl 5<br>Chicago, IL 60604 | | ✓ | None |
| Hood, Steven, CPD Employee | ✓ | | None |

| Name | Plaintiff | Defendant | Objections |
|---|---|---|---|
| Hynes, (Judge) John "Jack", SAO Employee | ✓ | | None |
| Johnson, Mary<br>2830 W. Polk<br>Chicago, IL 60624 | ✓ | | None |
| Kelley, David, SAO Employee | | ✓ | None |
| Kobel, Richard, CPD Employee | ✓ | | None |
| Kolovitz, Richard, CPD Employee | | ✓ | None |
| Langston, Eric | ✓ | | None |
| Langston, Randy<br>No. N73811<br>Lawrence Correctional Ctr.<br>10930 Lawrence Road<br>Sumner, IL 62466 | ✓ | | None |
| Langston, Sandra | ✓ | | None |
| Loughran, Kathleen, CPD Employee | ✓ | | See Defendants' Motion in Limine 15 |
| Melean, Fred, CPD Employee | ✓ | | None |
| Mickel, Anthony, CPD Employee | | ✓ | None |
| Minogue, James, CPD Employee | | ✓ | None |
| Morris, Gerald | ✓ | | None |
| Murphy, Joseph, CPD Employee | ✓ | | None |
| O'Brien, Kevin, CPD Employee | | ✓ | See Defendants' Motion in Limine 15 |
| O'Callaghan, David, CPD Employee | ✓ | | None |
| Posluszny, John, CPD Employee | ✓ | | See Defendants' Motion in Limine 15 |
| Richardson, Thomas, CPD Employee | | ✓ | See Defendants' Motion in Limine 15 |
| Robertson, John, CPD Employee | | ✓ | None |
| Smeeton, Jack<br>1187 Wilmette, Ste 320<br>Wilmette, IL 60091 | | ✓ | None |
| Snyder, Jean<br>4845 S Kenwood Ave<br>Chicago, IL 60615 | ✓ | | None |
| Stainthorp, John<br>People's Law Office<br>1180 N Milwaukee, 3rd Fl<br>Chicago, IL 60642 | ✓ | | None |
| Swano, William | | ✓ | None |
| Walsh, Patricia, CPD Employee | ✓ | | See Defendants' Motion in Limine 15 |
| Wharrie, Larry, SAO Employee | ✓ | | None |
| Williams, Karen, CPD Employee | ✓ | | See Defendants' Motion in Limine 15 |

| CITY DEFENDANTS' LAY WITNESSES | | | |
|---|---|---|---|
| **NAME/ADDRESS** | **WILL CALL** | **MAY CALL** | **PLAINTIFF'S OBJECTIONS** |
| Nathson Fields | ✓ | | NONE |
| ASA Larry Wharrie | | ✓ | No objection, subject to and without waiving Plaintiff's Motion in Limine No. 1(c), on "Expert" Testimony of Wharrie et al., and Plaintiff's Motion in Limine No. 3 to Bar Evidence of El Rukn Criminal Activities, FRE 701, 702, 402-404 |
| Rich Kobel | | ✓ | NONE |
| Randy Langston | | ✓ | NONE |
| Det. Sam Brown | | ✓ | NONE |
| Sgt. Kathleen Loughran | | ✓ | NONE |
| Lt. Fred Melean | | ✓ | NONE |
| Retired Sgt. Matt Brady | | ✓ | NONE |
| Joseph Bogdalek | | ✓ | NONE |
| Pat Deady | ✓ | | See Plaintiffs Motion in Limine No. 3 to Bar references to El Rukn criminal activities; Relevance, Inadmissible evidence of prior bad acts, 402, 403, 404; Improper Impeachment 608, 609; Non Expert 701, 702; Hearsay 801, 802; (AUSA El Rukn RICO Trials) |
| Gene Wolfe | ✓ | | See Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; See Plaintiff's Motion in Limine No. 4 to Bar evidence re: Bribe; Relevance, Inadmissible evidence of prior bad acts, 402, 403, 404; Improper Impeachment 608, 609; Non Expert 701, 702; Hearsay 801, 802; Foundation 901 (ATF El Rukn RICO Trials and Maloney Trial) |
| Derrick Kees | ✓ | | With the exception of relevant portions of his testimony consisting of direct evidence on Hickman Smith murders, we object to the use of Derrick Kees as outlined in Plaintiff's Motion in Limine No. 1(a) on "Expert" Testimony of Derrick Kees, et al., also Plaintiff's Motion in Limine No. 3 to Bar Evidence of El Rukn criminal activities, Relevance, Inadmissible evidence of prior bad acts 402, 403, 404, Non Expert 701, 702, Hearsay 801, 802, Foundation 901 (Cooperating El Rukn witness). |

| Witness | | | | Objections |
|---|---|---|---|---|
| AUSA Dan Reidy | | | ✓ | See Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; Relevance, Improper Use of Past Conduct 402, 403, 404; Inadmissible evidence of prior bad acts, 608, 609; Non Expert 701, 702; Hearsay 801, 802; (El Rukn RICO Trials) |
| Daniel Brannigan | | ✓ | | No objection, subject to and without waiving Plaintiff's Motion in Limine No. 1(b), on "Expert" Testimony of Brannigan et al., and Plaintiff's Motion in Limine No. 3 to Bar Evidence of El Rukn Criminal Activities, FRE 701, 702, 402-404 |
| Rick Kolovitz | | ✓ | | No objection, subject to and without waiving Plaintiff's Motion in Limine No. 1(b), on "Expert" Testimony of Kolovitz et al., and Plaintiff's Motion in Limine No. 3 to Bar Evidence of El Rukn Criminal Activities, FRE 701, 702, 402-404 |
| Joseph Murphy | | ✓ | | No objection, subject to and without waiving Plaintiff's Motion in Limine No. 1(b), on "Expert" Testimony of Murphy et al., and Plaintiff's Motion in Limine No. 3 to Bar Evidence of El Rukn Criminal Activities, FRE 701, 702, 402-404 |
| Derrick Gardner | | | ✓ | See Plaintiff's Motion in Limine No. 3 to Bar Evidence of El Rukn Criminal Activities, Relevance, Inadmissible evidence of prior bad acts, 402, 403, 404; Improper Impeachment 608, 609; (Confidential informant El Rukn RICO Trials) |
| Det. John Smith | | | ✓ | Relevance 402, 403; (CPD El Rukn Raid / 1985 Anthony Sumner arrest) |
| Jackie Clay | | ✓ | | With the exception of relevant portions of his testimony consisting of direct evidence on Hickman/Smith murders, we object to the use of Jackie Clay as outlined in Plaintiff's Motion in Limine No. 1(a) on "Expert" Testimony of Clay et al., also Plaintiff's Motion in Limine No. 3 to Bar Evidence of El Rukn Criminal activities, Relevance, Inadmissible evidence of prior bad acts 402, 403, 404, Non Expert 701, 702, Hearsay 801, 802, Foundation 901 (Cooperating El Rukn witness). |

| Witness | | | | Objections |
|---|---|---|---|---|
| David O'Callaghan | | ✓ | | No objection, subject to and without waiving Plaintiff's Motion in Limine No. 1(b), on "Expert" Testimony of O'Callaghan et al., and Plaintiff's Motion in Limine No. 3 to Bar Evidence of El Rukn Criminal Activities, FRE 701, 702, 402-404 |
| Anthony Zawila | | | ✓ | NONE |
| Jack Hynes | | | ✓ | NONE |
| Det. John Robertson | | | ✓ | NONE |
| Andrew Robertson | | | ✓ | **NOT DISCLOSED IN 26a1** |
| Dave Kelley | | | ✓ | No objection, subject to and without waiving Plaintiff's Motion in Limine No. 1(c), on "Expert" Testimony of Kelley et al., and Plaintiff's Motion in Limine No. 3 to Bar Evidence of El Rukn Criminal Activities, FRE 701, 702, 402-404 |
| Marie Dyson | | | ✓ | See Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; See Plaintiff's Motion in Limine No. 4 to Bar evidence re: Bribe; Relevance 402, 403; Hearsay 801, 802; (FBI agent re: interviews with Earl Hawkins and Tramell Davis) |
| Brian Sexton | | | ✓ | See Plaintiff's Motion in Limine No. 1(c), on "Expert" Testimony of Sexton et al., Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; and Plaintiff's Motion in Limine No 4 to Bar Evidence of Maloney Bribe, Relevance 402, 403; Non Expert 701, 702; Hearsay 801, 802; (ASA in Fields' 2009 criminal trial and innocence proceedings) |
| James Minogue | | | ✓ | NONE |
| Robert Evans | | | ✓ | NONE |
| Michael Nieto | | | ✓ | See Plaintiff's Motion in Limine No. 5 to Bar Evidence of Prior Lawsuits, also Relevance, Inadmissible evidence of prior bad acts 402, 403, 404; Improper Impeachment 608, 609; Hearsay 801, 802; (Cooperating County witness in 2005 Conditions of Confinement case against Cook County Jail) |
| Michael Baker | | | ✓ | See Plaintiff's Motion in Limine No. 5 to Bar Evidence of Prior Lawsuits, Relevance, Improper Use of Past Conduct 402, 403, 404; Inadmissible evidence of prior bad acts, 608, 609; Hearsay 801, 802; (Supposed witness in 2005 Conditions of Confinement case against Cook County Jail) |

| Witness | | | | Objections |
|---|---|---|---|---|
| Lt. Thomas Maue | | | ✓ | See Plaintiff's Motion in Limine No. 5 to Bar Evidence of Prior Lawsuits, Relevance, Inadmissible evidence of prior bad acts, 402, 403, 404; Improper Impeachment 608, 609; Hearsay 801, 802; (Defendant in Fields Condition of Confinement case against Menard Prison) |
| ASA Tony Montemurro | | ✓ | | See Plaintiff's Motion in Limine No. 2 to Bar Evidence of Past Conduct, Relevance, Inadmissible evidence of prior bad acts, 402, 403, 404; Improper Impeachment 608, 609; Hearsay 801, 802; (Former ASA involved in Fields' 1971 prosecution) |
| James Delorto | | | ✓ | Improper Impeachment 608, 609; Hearsay 801, 802; (Dykema investigator) |
| William Hogan | | ✓ | | See Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; See Plaintiff's Motion in Limine No. 4 to Bar evidence re: Bribe; Relevance, Inadmissible evidence of prior bad acts, 402, 403, 404; Improper Impeachment 608, 609; Non Expert 701, 702; Hearsay 801, 802; (AUSA El Rukn Trial & Maloney Trial) |
| Theodore Poulos | | | ✓ | See Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; Relevance, Inadmissible evidence of prior bad acts, 402, 403, 404; Improper Impeachment 608, 609; Non Expert 701, 702; Hearsay 801, 802; (AUSA El Rukn Trial) |
| Earl Hawkins | | ✓ | | With the exception of relevant portions of his testimony consisting of direct evidence on Hickman/Smith murders, we object to the use of Earl Hawkins as outlined in Plaintiff's Motion in Limine No. 1(a) on "Expert" Testimony of Hawkins et al., also Plaintiff's Motion in Limine No. 3 to Bar Evidence of El Rukn Criminal activities, and Plaintiff's Motion in Limine No. 4 to Bar Evidence of Maloney Bribe, Relevance, Inadmissible evidence of prior bad acts 402, 403, 404, Non Expert 701, 702, Hearsay 801, 802, Foundation 901 (Cooperating El Rukn witness).(Cooperating El Rukn witness and Co-Defendant in Hickman Smith) |
| Anthony Mickel | | | ✓ | NONE |

| Name | | | ✓ | Notes |
|---|---|---|---|---|
| Abby Fishman Romanek | | | ✓ | See Plaintiff's Motion in Limine No. 4 to Bar evidence re: Bribe; Relevance 402, 403; Hearsay 801, 802; (Swano associate who witnessed George Carter statement) |
| Matthew Schneider | | | ✓ | See Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; Relevance 402, 403; Non Expert 701, 702; Hearsay 801, 802; (Former AUSA, El Rukn prosecutions) |
| John Hartmann | | | ✓ | See Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; Relevance 402, 403; Non Expert 701, 702; Hearsay 801, 802; (Former AUSA, El Rukn prosecution) |
| Chris Cook | | | ✓ | See Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; Relevance 402, 403; Non Expert 701, 702; Hearsay 801, 802; (Former AUSA, El Rukn prosecution) |
| Victoria Peters | | | ✓ | See Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; Relevance, Inadmissible evidence of prior bad acts, 402, 403, 404; Improper Impeachment 608, 609; Non Expert 701, 702; Hearsay 801, 802; (Former AUSA El Rukn prosecution) |
| Daniel Young | | | ✓ | See Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; Relevance, Improper Use of Past Conduct 402, 403, 404; Non Expert 701, 702; Hearsay 801, 802; (ATF agent on El Rukns) |
| James Fitzmaurice | | | ✓ | See Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; Relevance, Inadmissible evidence of prior bad acts, 402, 403, 404; Non Expert 701, 702; Hearsay 801, 802; (CPD Detective on El Rukn Task Force) |
| Officer Evan Thomas | | | ✓ | See Plaintiff's Motion in Limine 2(c) on April 1985 Arrest (CPD in regards to Fields UUW arrest) |
| Officer D. Lemieux | | | ✓ | See Plaintiff's Motion in Limine 2(c) on April 1985 Arrest (CPD in regards to Fields UUW arrest) |
| John Smith | | | ✓ | Duplicate Entry - See Det. John Smith above |
| Norfie Diciolla | | | ✓ | See Plaintiff's Motion in Limine No. 4 to Bar evidence re: Bribe; Relevance 402, 403; Hearsay 801, 802; (States Attorney Office Investigator) |
| Stephen Hood | | | ✓ | NONE |
| Mark Koositera | | | ✓ | NONE |
| Ed Tomasik | | | ✓ | NONE |

| | | | |
|---|---|---|---|
| Tom Richardson | | ✓ | No objection, subject to and without waiving Plaintiff's Motion in Limine No. 1(b), on "Expert" Testimony of Richardson et al., and Plaintiff's Motion in Limine No. 3 to Bar Evidence of El Rukn Criminal Activities, FRE 701, 702, 402-404 |
| Don Smith | | ✓ | Relevance 402, 403; (CPD Firearms Examiner in Hickman Smith) |
| Randy Rueckert | | ✓ | See Plaintiff's Motion in Limine No. 1(c), on "Expert" Testimony of Rueckert et al., Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; and Plaintiff's Motion in Limine No 4 to Bar Evidence of Maloney Bribe, Relevance 402, 403; Non Expert 701, 702; Hearsay 801, 802;(ASA in Fields 1986 trial) |
| Sgt. Vince Lomoro | | ✓ | Relevance 402, 403; (CPD Firearms Examiner in Hickman Smith) |
| Jack Smeeton | | ✓ | NONE |
| Lt. Kevin Duffin | | ✓ | NONE |

| **PLAINTIFF'S EXPERT WITNESSES** | | | |
|---|---|---|---|
| NAME/ADDRESS | WILL CALL | MAY CALL | DEFENDANT OBJECTIONS |
| Reiter, Lou<br>887 Chula Drive<br>Jasper, GA 30143 | ✓ | | See Defendants' Motion in Limine 7 |
| Silberberg, Joel<br>4575 Dean Martin Dr.<br>Suite 3209<br>Las Vegas, NV 89103 | ✓ | | See Defendants' Motion in Limine 13 |

| **CITY DEFENDANTS' EXPERT WITNESSES** | | | |
|---|---|---|---|
| NAME/ADDRESS | WILL CALL | MAY CALL | PLAINTIFF'S OBJECTIONS |
| James Cavanaugh, PhD | | ✓ | Cumulative FRE 403 (See objection to Report as cumulative with respect to Wasyliw) |
| Thomas McMahon | | ✓ | See Plaintiff's Motion In Limine 1(e); FRE 403 (Cumulative with Allee) |
| Chief William Allee | | ✓ | See Plaintiff's Motion In Limine 1(d); FRE 403 (Cumulative with McMahon) |
| Eugene Wasyliw, Phd | | ✓ | Cumulative FRE 403 (See objection to Report as cumulative with respect to Cavanaugh) |

| DEPOSITIONS USED BY PLAINTIFF |||
|---|---|---|
| Plaintiff reserves the right to utilize the following depositions (solely for the purposes of impeachment) unless the witness is not available at which point Plaintiff may seek to utilize the deposition substantively. Defendants object to the improper designations below and object to the use of any of the below deposition transcripts substantively at trial. Defendants reserve the right to cross-designate portions of any deposition plaintiff uses substantively at trial. |||
| **DEPONENT NAME** | **PAGE NUMBER(S)** | **DEFENDANTS' OBJECTIONS** |
| Betts, Benita | 1-30 | See objection above; see Defendants' Motion In Limine 15. |
| Bogdalek, Joseph | 1-4, 9-20, 69-92, 121-160, 169-180 | See objection above. |
| Brady, Matthew | 1-12 | See objection above; see Defendants' Motion In Limine 15. |
| Brannigan, Daniel | 1-4, 189-192, 207-208, 270-272, 301-304 | See objection above. |
| Brown, Samuel | 1-20, 29-32, 45-48, 57-60, 73-76 | See objection above; see Defendants' Motion In Limine 15. |
| Carter, George | 58, 97-98 | See objection above. |
| Casto, Stephen | 1-12, 29-26, 77-80, 157-164 | See objection above. |
| Clay, Jackie | 35-39, 43, 49-50, 55, 59, 64, 67-68, 81-82, 106-107, 109, 120 | See objection above. |
| Colby, Sharon | 1-4, 25-32 | See objection above; see Defendants' Motion In Limine 15. |
| Conyers, Herschella | 5-38 | See objection above. |
| Davis, Trammel | 30-32, 137-138, 157-158, 162, 171-175, 204-210, 236, 241 | See objection above. |
| Duffin, Kevin | 2-5, 10-13, 14-17 | See objection above; see Defendants' Motion In Limine 15. |
| Evans, Robert | 1-4, 13-44, 61-80, 97-100, 125-164, 181-196 | See objection above. |
| Fields, Nathaniel | 1-90 | See objection above. |
| Fields, Nathson | 220-223, 329-330 | See objection above. |
| Futorian, Aviva | 1-33 | See objection above. |
| Gholar, John | 28, 34-38 | See objection above; see Defendants' Motion In Limine 3. |
| Golon, William | 1-17 | See objection above. |
| Hawkins, Earl | 16-20, 48-50, 101-103, 155-165, 186-187 | See objection above. |
| Hickey, James | 1-66 | See objection above. |
| Hood, Steven | 1-4, 9-20, 61-80, 125-132, 141- 168, 181-184 | See objection above. |
| Hunter, Eugene | 91-92, 143, 156, 159-160, 164 | See objection above. |
| Kees, Derrick | 28-29, 34-88, 166-169 | See objection above. |
| Kelley, David | 79-80, 113-148, 208-209 | See objection above. |
| Kobel, Richard | 1-4, 9-12, 21-24 | See objection above. |

| | | | |
|---|---|---|---|
| Langston, Sandra | 1-47 | | See objection above. |
| Loughran, Kathleen | 1-53 | | See objection above; see Defendants' Motion In Limine 15. |
| Melean, Fred | 1-36 | | See objection above. |
| Mickel, Anthony | 1-16 | | See objection above. |
| Minogue, James | 1-4, 53-56, 117-120, 133-136, 173-180 | | See objection above. |
| Murphy, Joseph | 1-4, 49-56, 165-172, 183-185, 241-268, 283-286 | | See objection above. |
| O'Brien, Kevin | 1-8, 21-24 | | See objection above; see Defendants' Motion In Limine 15. |
| O'Callaghan, David | 1-8, 48, 67-68, 112, 177, 182, 197-208, 221-224. | | See objection above. |
| Posluszny, John | 1-4, 13-16, 29-32 | | See objection above; see Defendants' Motion In Limine 15. |
| Reiter, Lou | 1-110 | | See objection above; see Defendants' Motion In Limine 7. |
| Richardson, Thomas | 4-11, 26-27, 111-112 | | See objection above. |
| Robertson, John | 1-4, 9-12, 269-276 | | See objection above. |
| Silberberg, Joel | 57-61, 71-73 | | See objection above; see Defendants' Motion In Limine 13. |
| Snyder, Jean | 1-4, 41-44, 53-56, 85-88 | | See objection above. |
| Stainthorp, John | 61, 103-104, 117-118 | | See objection above. |
| Walsh, Patricia | 1-4, 53-66 | | See objection above; see Defendants' Motion In Limine 15. |
| Wharrie, Larry | 26-28, 77-86 | | See objection above. |
| Williams, Karen | 1-4, 21-28 | | See objection above; see Defendants' Motion In Limine 15. |

| **CITY DEFENDANTS' DEPOSITION DESIGNATIONS:** | | | |
|---|---|---|---|
| **Witness** | **Designations** | **Statement of Objections and Basis for Objection** | **Statement of Asserted Basis of Admissibility** |
| Richard DeRobertis (will call) | Deposition Testimony Taken on 8/13/13 (4:6-25:16) | Not listed as a witness, Plaintiff's' Motion in Limine No. 2(a) to Bar evidence of prior convictions; Motion in Limine No. 3 to Bar references to El Rukn criminal activities; Hearsay 801, 802 | Unavailability - Rule 804(b)(1); see Defendants' Response to Plaintiff's Motions In Limine 2 and 3. |
| | Deposition Testimony Taken on 9/6/12 | | |

| | | | |
|---|---|---|---|
| Eugene Hunter (will call) | (4:6-6:19, 6:23-7:6, 7:12-21:13, 21:17-21:22, 22:13-23:11, 23:17-30:16, 36:20-38:1, 38:22-39:3, 48:22-50:4, 65:23-66:23, 72:15-73:23, 74:7-74:18) | Not listed as a witness, See Plaintiff's Motion in Limine No. 3 to Bar references to El run criminal activities; Completeness 106; Relevance, Improper use of past conduct 402, 403, 404; Hearsay 801, 802, Not an unavailable witness 803, 804 | Unavailability - Rule 804(b)(1); See Defendants' Response to Plaintiff's Motion In Limine 3; See Defendant's Response to Plaintiff's Motion for Summary Judgment regarding plaintiff's claim Davis was "paid in cash for this testimony." |
| Trammel Davis (will call, but may withdraw some designations at trial) | Deposition Testimony Taken on 8/16/13 (5:13-10:23, 11:19-42:10, 42:23-43:3, 46:23-47:8, 48:15-50:20, 51:23-52:19, 53:10-60:24, 61:12-64:5, 64:17-64:19, 65:3-65:10, 65:13-66:12, 66:16-70:14, 71:7-73:22, 74:7-79:7, 79:23-80:23, 82:8-82:23, 83:24-84:4, 84:8-84:12, 84:21-85:11, 85:18-88:13, 89:7-93:8, 96:2-100:17, 100:21-107:2, 107:13-113:7, 113:22-117:17, 118:22-119:2, 120:14-123:12, 123:23-133:5, 133:17-138:22, 139:18-145:20, 173:22-174:16, 205:2-205:13, 206:4-208:18, 210:14-210:21, 212:20-213:19, 220:22-221:2, 235:6-237:2, 240:14-214:3) | Not listed as a witness, See Plaintiff's Motion in Limine No. 1(a) on the "Expert" Testimony of Davis, et al., also Plaintiff's Motion in Limine No. 3 to Bar references to El Rukn criminal activities; Relevance, Improper Use of past conduct 402, 403, 404; Hearsay 801, 802, Not an unavailable witness 803, 804; Plaintiff further objects insofar as Davis was paid in cash for this testimony which was offered in a non-criminal proceeding, and which they now want to use in this civil proceeding. | Unavailability - Rule 804(b)(1); See Defendants' Response to Plaintiff's Motion In Limine 3; See Defendant's Response to Plaintiff's Motion for Summary Judgment regarding plaintiff's claim Davis was "paid in cash for this testimony." |
| Timothy R. Lohraff (may call) | Deposition Testimony taken on 3/21/12 (6:8-6:20, 7:6-8:6, 8:17-11:6, 11:14-11:17, 12:11-19:13, 21:10-23:9) | Not listed as a witness, Completeness FRE 106 | Unavailability - Rule 804(b)(1); Plaintiff has the right to offer cross-designations to address any issue of completeness. |

| | | | |
|---|---|---|---|
| John Posluszny | Deposition testimony taken on 3/12/13 (4:18-24; 5:10-17; 6:7-7:4; 8:5-9; 10:23-11:13; 12:9-19; 18:17-22; 21:19; 30:23-31:8; 32:5-6). | This deposition designation was disclosed shortly before filing, Plaintiff's counsel has not had time to review the transcript and reserves the right to object to all or portions of its use. | |
| Sandra Langston | Depositon testimony taken on 8/20/13 (76:21-80:21; 83:22-84:20) | This deposition designation was disclosed shortly before filing, Plaintiff's counsel has not had time to review the transcript and reserves the right to object to all or portions of its use. | |
| George Carter | Deposition testimony taken on 2/22/12 (14:21-24; 43:5-16; 50:3-14; 96:14-97:19) | This deposition designation was disclosed shortly before filing, Plaintiff's counsel has not had time to review the transcript and reserves the right to object to all or portions of its use. | |

**PLAINTIFF'S PREVIOUS TRIAL / HEARING TESTIMONY**

Plaintiff reserves the right to utilize the following transcripts from *People v. Fields* (or other proceedings, as noted), solely for the purpose of impeachment, unless the witness is not available at which point the Plaintiff may seek to utilize the transcript substantively. Defendants object to the improper designations below and object to the use of any of the below transcripts substantively at trial. Defendants reserve the right to cross-designate portions of any transcript plaintiff uses substantively at trial.

| PROCEEDING AND/OR WITNESS NAME | DATES | PAGE NUMBERS | DEFENDANTS OBJECTIONS |
|---|---|---|---|
| *People v. Earl Hawkins & Nathson Fields* (1986 Trial) | 6/17/1986 through 6/27/1986 | Full Proceedings | See objection above |
| *People v. Earl Hawkins & Nathson Fields* (1986 Sentencing Hearing) | 8/20/1986 through 8/22/1986 | Full Proceedings | See objection above |
| Transcript of Not Guilty Findings of Judge Gaughan | 4/8/2009 | 53-59 | Hearsay, contains findings regarding witness credibility that are for the jury to decide |
| Clay, Jackie (2013 Innocence Hearing) | 8/23/2013 | 91-92 | See objection above |

| | | | |
|---|---|---|---|
| Hawkins, Earl (2009 Trial) | 2/25/2009 | 5-7, 87 | See objection above |
| Hawkins, Earl (2013 Innocence Hearing) | 8/21/2013 | 202-207 (AM testimony), 49-51 (PM testimony) | See objection above |
| Hogan, William (2013 Innocence Hearing) | 10/11/2013 | 100, 166-168 | See objection above |
| Hynes, (Judge) John "Jack" (2013 Innocence Hearing) | 8/23/2013 | 25-41, 48-50 | See objection above |
| Hunter, Eugene (2013 Innocence Hearing) | 8/23/2013 | 80-110 | See objection above |
| Kees, Derrick, (1994 Hearing in *US v. Kees*, 89 CR 908) | 11/16 - 17/1994 | 82-83, 117-175 | See objection above |
| Kees, Derrick, *People v. Kees* 87-CR-9591 (2013 Plea Hearing) | 10/9/2013 | Full Proceedings | See objection above |
| Kees, Derrick (2013 Innocence Hearing) | 10/10/2013 | 3-30, 58-75 | See objection above |
| Langston, Randy (2009 Trial) | 2/24/2009 | 95-96 | See objection above |
| Langston, Randy (2013 Innocence Hearing) | 8/23/2013 | 152-173 | See objection above |
| Langston, Sandra (2013 Innocence Hearing) | 8/21/2013 | 99-105, 159-161 | See objection above |
| Nieto, Michael (*Fields v. Byrne*, 00L009339) | 5/31/2005 | 65-158 | See objection above |
| Wolfe, Gene (2013 Innocence Hearing) | 10/11/2013 | 29-37 | See objection above |

| **CITY DEFENDANTS' PREVIOUS TRIAL / HEARING TESTIMONY** | | | |
|---|---|---|---|
| **Witness** | **Proceeding Dates and Designations** | **Statement of Objections and Basis for Objection** | **Statement of Asserted Basis of Admissibility** |

Case: 1:10-cv-01168 Document #: 528 Filed: 03/03/14 Page 14 of 14 PageID #:9880
*Fields v. City of Chicago* - 10 C 1168 -- **WITNESS LISTS**
Page 14 of 14

| | | | |
|---|---|---|---|
| Anthony Sumner (will call) | Trial Testimony from *People v. Ray Ferguson and Samuel Carter* on 2/28/86 (55:2-56:9) | Hearsay 801, 802; Undeveloped testimony opportunity 804b1 | Unavailability - Rule 804(b)(1) |
| Jury Waiver Colloquy (will call) | Report of Proceedings taken in *People v. Earl Hawkins and Nathson Fields* on 6/17/86 (72:1-77:17) | See Plaintiff's Motion in Limine No. 4 to Bar evidence; Relevance 402, 403 | See Defendants' Response to Plaintiff's Motion In Limine 4 |
| Anthony Sumner (will call) | Trial Testimony from *People v. Earl Hawkins and Nathson Fields* on 6/19/86 (370:5-373:15, 373:22-376:14, 376:20-377:23, 378:8-381:22, 382:9-383:7)<br><br>Trial Testimony from *People v. Earl Hawkins and Nathson Fields* on 6/20/86 (389:4-:389:9, 390:11-390:18, 391:1-391:6, 392:19-395:2, 395:23-397:8, 397:11-398:8, 398:15-401:10, 401:15-402:1, 403:14-404:11, 404:16-405:20, 406:12-407:3, 410:4-410:14, 413:18-414:9, 427:5-427:11, 433:5-434:12, 434:23-435:11, 436:11-439:7, 447:3-447:16, 452:21-453:9, 465:23-466:6, 469:15-470:6, 473:14-477:14, 479:5-489:4) | NONE | No Objection |
| Sandra Langston | Certificate of Innocence hearing testiomony taken on 8/21/13 (111:14-24; 115:16-20; 128:14-129:9; 129:20-130:4; 134:9-12; 156:19-22; 157:24-158:3; 159:6-18 | This testimony was disclosed to Plaintiff shortly before filing, Plaintiff's counsel has not time to review the transcript and reserves the right to object to all or part of the designated testimony. | |