UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Nathson E. Fields

Plaintiff,

v.

Case No.: 1:10−cv−01168
Honorable Matthew F. Kennelly

City of Chicago, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2014:

MINUTE entry before the Honorable Matthew F. Kennelly: Jury trial held. Mistrial declared, for the reasons stated in open court. The case is set for retrial before a jury, on 3/24/2014 at 9:45 a.m. All in limine and evidentiary rulings previously made by the Court remain in effect and will apply to the retrial, except as hereafter specifically ordered by the Court. Counsel are again directed to advise their clients and all witnesses, with specificity, regarding matters that the Court has ruled are inadmissible. The trial time allocation order previously entered remains in effect for the time being but may be subject to alteration based on the Court's earlier decision to bifurcate the trial as between liability and damages, and for other reasons that the Court may discuss with counsel. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.