UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHSON E. FIELDS, ) | |
|     Plaintiff, ) | |
| ) | No. 10 CV 1168 |
| v. ) | |
| ) | Hon. Matthew F. Kennelly |
| CITY OF CHICAGO et al., ) | |
|     Defendants. ) | |

**PLAINTIFF'S SUPPLEMENT TO MOTION FOR SANCTIONS AND A FINDING
OF CONTEMPT OF COURT
AGAINST CITY DEFENDANTS, FOLLOWING THE
DECLARATION OF A MISTRIAL**

NOW COMES Plaintiff Nathson Fields, by and through his attorneys, and hereby submits the following costs and fees in support of their motion for sanctions regarding the mistrial. In support of his motion, Plaintiff states the following:

**A. MONETARY RELIEF SOUGHT BY PLAINTIFF**

1. A monetary sanction in an amount determined by this court.

Plaintiff asks this Court to determine a monetary sanction against the defendants for the blatant misconduct that led to the mistrial.

2. Doubled attorney's fees for the time expended in conducting the first trial.

As per the attached exhibits the fees incurred by counsel for defendant for the time spent from Sunday March 9, 2014 to the time of the mistrial as a sanction. Counsel state that the time spent prior to March 9th, 2014 includes work that can most likely be utilized in the next trial but that all of the work done from the day prior to the trial through the time of the mistrial will need to be done again at the next trial. Plaintiff asks that this Court enter a fee award of double the time spent

by counsel at trial and preparing for trial during this time frame. The actual time spent and hourly rates are as follows:

Attorney H. Candace Gorman- 105.50 hours @ $500 per hour-$52,750 (Ex. A)

Attorney Leonard Goodman-   97.75 hours @$400 per hour-$39,100 (Ex. B)

Attorney Melissa Matuzak- 88.75 hours@$250 per hour-$22,187.50 (Ex. B)

Attorney Adrian Bliefuss- 79.95 hours @ $150 per hour- $11,962.50 (Ex. C)

3. The following costs associated with the mistrial (Ex. B)

Fee and travel expenses for expert Lou Reiter- $3519.57

Travel and per diem for Sandra Langston—      $887.75

Subpoena service of process cost—             $770.00

Witness fee for witnesses to date-            $440.66

4. Total fees $126,000; total costs $6,058.64

B. NON- MONETARY RELIEF SOUGHT

- Plaintiff asks that the defendant not be allowed to use the transcript from the first trial to impeach any Plaintiff witness.
- Plaintiff asks that this Court allow Plaintiff to put forward findings of fact from the seven days of trial and 15 witnesses that will lessen the need for some testimony at the second trial.[1]

---

[1] Counsel will examine the transcripts and submit findings if this Court indicates it will allow Plaintiff to proceed in this manner.

WHEREFORE, for all of the reasons stated above, Plaintiff asks that this Court grant double the amount of fees and costs as a sanction for the contumacious conduct of Mr. O'Callaghan and his attorney in causing the mistrial for the total sum of $264,117.28, grant the other relief sought in the Motion and in this Supplement, and for such other and further relief as this Court deems just.

                                              Respectfully Submitted,

                                              /s/H. Candace Gorman
                                              One of the Attorneys for Fields

## **CERTIFICATE OF SERVICE**

I, H. Candace Gorman, hereby certify that the foregoing Motion was served to the parties electronically by means of the Court's CM/ECF system.

Dated: March 23, 2014

                                               Respectfully Submitted,

                                               /s/H. Candace Gorman
                                               One of the Attorneys for Fields

For Fields:

| | |
|---|---|
| Leonard C. Goodman<br>Melissa Matuzak<br>53 W. Jackson Boulevard<br>Suite 1650<br>Chicago, Illinois 60604<br>312-986-1984 | H. Candace Gorman<br>220 S. Halsted<br>Suite 200<br>Chicago Illinois 60661<br>312-427-2313 |