IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHSON E. FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10 C 1168 |
| ) | |
| CITY OF CHICAGO; former and current ) | Judge Matthew F. Kennelly |
| Chicago Police Officers DAVID ) | |
| O'CALLAGHAN, JOSEPH MURPHY, and ) | Magistrate Judge Geraldine Soat Brown |
| DANIEL BRANNIGAN, ) | |
| ) | |
| Defendants. ) | |

**CITY DEFENDANTS' MOTION TO BAR TESTIMONY REGARDING GEORGE CARTER'S ALLEGATIONS OF ABUSE**

Defendants, City of Chicago, David O'Callaghan, Joseph Murphy, and Daniel Brannigan ("City Defendants"), by their attorney, Terrence M. Burns of Dykema Gossett, PLLC, for their motion to bar testimony regarding George Carter's allegations of abuse, state:

1. On March 12, 2014 while being questioned by plaintiff's attorney, George Carter testified he was beaten by a group of Chicago Police officers, which was led by Joe Murphy. (Transcript of George Carter's March 12, 2014 testimony, attached hereto as Exhibit A, at 628-29). Testimony regarding Carter's allegations of abuse should be barred pursuant to Rule 402 because they are irrelevant and pursuant to Rule 403 as any probative value those allegations may have is outweighed by a danger of unfair prejudice to the defendants.

2. At a sidebar following Carter's testimony regarding his abuse allegations, this Court asked defense counsel why no objection was made to that testimony. (Ex. A, at 658-659). This Court suggested to defense counsel not to assume that the Court would rule the door is opened to the introduction of other evidence where the defense does not object to objectionable

testimony, and told defense counsel with respect to Carter's testimony: "You need to be objecting." *Id*. The City Defendants now do so through this motion.

3. Carter's allegations are irrelevant to plaintiff's claims because plaintiff has not alleged the defendants obtained any evidence used against him through the alleged coercion Carter. Therefore, Carter's unsupported allegations are not relevant to the questions of whether the defendants violated plaintiff's due process rights or maliciously prosecuted him. Plaintiff has not brought, nor could he have brought, a claim based on an alleged violation of George Carter's rights. Given the irrelevance of this testimony, its probative value is greatly outweighed by the danger of unfair prejudice.

WHERFORE, Defendants, the City of Chicago, David O'Callaghan, Joseph Murphy, and Daniel Brannigan, respectfully request that this Court bar reference to or testimony regarding George Carter's allegations of abuse, and for any other relief this Court deems appropriate.

Date: March 31, 2014   Respectfully submitted,

  s/ Daniel M. Noland
Terrence M. Burns  One of the Attorneys for City Defendants
Paul A. Michalik
Daniel M. Noland
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
312.876.1700 (phone)
312.627.2302 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2014, I electronically filed the foregoing **Motion to Bar Testimony Regarding George Carter's Abuse Allegations** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| H. Candace Gorman | Stephen L. Garcia |
| Adrian J. Bleifuss Prados | Office of the Cook County State's Attorney |
| Law Office of H. Candace Gorman | 500 Richard J. Daley Center |
| 220 S. Halsted | Chicago, IL 60602 |
| Suite 200 | 312.603.5475 |
| Chicago, IL 60661 | sgarcia@cookcountygov.com |
| 312.427.2313 | |
| hcgorman1@gmail.com | |
| ableifuss@gmail.com | |

and

Leonard C. Goodman
Melissa A. Matuzak
Law Offices of Leonard C. Goodman
53 W. Jackson
Suite 1220
Chicago, IL 60604
312.986.1984
lcgoodman@rcn.com
melissamatuzak@gmail.com

                                                         s/ Daniel M. Noland