UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHSON E. FIELDS, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　) | No. 10 CV 1168 |
| v. )<br>　　　　　　　　　　　　　　　　) | Hon. Matthew F. Kennelly |
| CITY OF CHICAGO et al., )<br>　　　Defendants. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT FINAL PRETRIAL ORDER**

Plaintiff, NATHSON FIELDS, by and through his attorneys, respectfully requests an Order granting leave to supplement the Final Pretrial Order with two additional exhibits. In support of his Motion, Plaintiff States the following:

1. The proposed additional exhibits are:

    Exhibit 198: March 28, 1985 "General Offense Case Report" related to the Vaughn and White murders, Bates CITY-NF 001118-001119; and

    Exhibit 199: March 31, 1985 Supplementary Report of interviews with Robert Jackson and Counsial Glenn, Bates CITY-NF 001132-001134.

2. After reviewing documents upon Defendant Wharrie's inclusion at trial, Plaintiff discovered that these exhibits had not been previously submitted.

WHEREFORE, based on the foregoing, Plaintiff Nathson Fields respectfully requests that this Court enter an Order granting leave to supplement the Final Pretrial Order in this matter with two additional exhibits as set forth above.

                                      Respectfully submitted,

                                      *H. Candace Gorman*
                                      H. Candace Gorman

For Fields:

| | |
|---|---|
| Leonard C. Goodman | H. Candace Gorman |
| Melissa A. Matuzak | 220 S. Halsted, Suite 200 |
| 53 W. Jackson Blvd., Suite 1650 | Chicago, Illinois 60661 |
| Chicago, Illinois 60604 | 312-427-2313 |
| 312-986-1984 | |