UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHSON E. FIELDS,  ) | |
|     *Plaintiff*,  ) | |
| ) | No. 10 CV 1168 |
| v.  ) | |
| ) | Hon. Matthew F. Kennelly |
| CITY OF CHICAGO, et al.,  ) | |
|     *Defendants*.  ) | |

**MOTION TO COMPEL APPEARANCE OF WITNESS ERIC LANGSTON**

NOW COMES Plaintiff, Nathson Fields, by and through his attorneys, and asks this Court to enter an Order directing the Clerk of Court to issue an arrest warrant for Eric Langston for failure to appear pursuant to a subpoena issued for the purpose of testifying at the trial in this matter. In support thereof Plaintiff states as follows:

1. On March 13, 2014 Eric Langston was served with a subpoena to appear to testify on March 17 as a witness in this matter. A witness fee check was attached to the subpoena; the check posted (as cashed) to Plaintiff counsel's bank account on March 18, 2014. A copy of the Subpoena and Proof of Service are attached as Exhibit A.

2. On March 18, 2014, a mistrial was declared in this case. At that time the Court indicated that all trial subpoenas were continued and remain in effect for the retrial.

3. On April 9, 2014, counsel caused a revised subpoena, bearing an appearance date of April 11, 2014, to be hand-delivered to Eric Langston. Counsel included a letter advising Mr. Langston that the original subpoena is still in effect, and that he must appear pursuant to that subpoena. Counsel advised Mr. Langston to call counsel or their investigator if he had any questions.

4. Eric Langston did not appear on April 11, nor did he contact counsel or their investigator.

5. The jury in this case is tasked–in part–with determining whether the defendants

coerced and/or fabricated evidence against Fields. In summary, Eric Langston's testimony is relevant and material to this determination because:

    a.    Eric Langston is one of only three people–the other two are Randy Langston and Gerald Morris–listed in police reports as having identified Mr. Fields as one of the shooters of Hickman and Smith in May 1985, thirteen months after the crime.

    b.    In July of 1985, prior to the commencement of Fields's trial, Eric Langston was interviewed (with Randy Langston) by William Swano and investigator Robert Beseth. During this interview, while the parties were outside at the ball field across the street from 706 E. 39th Street, Defendant Joseph Murphy arrived with another officer, removed Eric and Randy Langston from the scene, and detained Swano and Beseth.

    c.    Eric Langston was not called as a witness at the "guilt phase" of Fields's 1986 trial, but did testify as a defense witness at the penalty phase. Eric Langston testified that he did not see the faces of the shooters of Hickman and Smith, and that he was told by Defendant O'Callaghan to pick Fields out of the lineup as one of the shooters of Hickman and Smith.

WHEREFORE, Plantiff Nathson Fields asks this Court to enter an Order directing the Clerk of Court to issue an arrest warrant for Eric Langston to be brought before the Court to testify pursuant to subpoena in this matter.

                              Respectfully Submitted,

                              /s/ *Melissa A. Matuzak*
                              One of the Attorneys for Fields

For Fields:

| | |
|---|---|
| Leonard C. Goodman | H. Candace Gorman |
| Melissa A. Matuzak | 220 S. Halsted |
| 53 W. Jackson Boulevard | Suite 200 |
| Suite 1650 | Chicago Illinois 60661 |
| Chicago, Illinois 60604 | 312-427-2313 |
| 312-986-1984 | |

## CERTIFICATE OF SERVICE

      I, MELISSA A. MATUZAK, certify that the foregoing Plaintiff's Motion to Compel the Appearance of Eric Langston was served pursuant to the District Court's ECF system as to ECF filers, on April 13, 2014, and if any, were sent by first-class mail or by hand delivery to non-ECF filers.

      /s/ *Melissa A. Matuzak*

Melissa A. Matuzak
53 West Jackson Boulevard
Suite 1650
Chicago, Illinois 60604
312-986-1984