IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHSON E. FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10 C 1168 |
| ) | |
| CITY OF CHICAGO, COUNTY OF COOK; ) | Judge Matthew F. Kennelly |
| former Assistant State's Attorneys LARRY ) | |
| WHARRIE; former and current Chicago Police ) | Magistrate Judge Geraldine Soat Brown |
| Officers DAVID O'CALLAGHAN, JOSEPH ) | |
| MURPHY, DANIEL BRANNIGAN, ) | |
| ) | |
| Defendants. ) | |

## PARTIES' STIPULATION REGARDING PLAINTIFF'S EXHIBIT 194

It is hereby stipulated by and between the plaintiff and the City Defendants that a copy of plaintiff's Exhibit 194 (Bates stamped CITY-NF-07559 to 7652, the original of which was housed at the Chicago Police Department's documents storage warehouse) was produced by the City to plaintiff pursuant to the discovery process in this civil litigation on or about April 9, 2012. It is disputed in this trial whether or not plaintiff previously received a copy of the documents contained within plaintiff's Exhibit 194 during the criminal process.

So stipulated by the Plaintiff this 17 day of April, 2014.

By: /s/ *[signature]*

So stipulated by the City of Chicago, David O'Callaghan, Joseph Murphy, Daniel Brannigan, this 17 day of April, 2014.

By: *[signature]*