## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Nathson Fields, ) | |
|     Plaintiff, ) | Case No: 10 C 1168 |
| ) | |
| v. ) | |
| ) | |
| City of Chicago, et al., ) | Judge: Kennelly |
|     Defendants. ) | |

## ORDER

The Court rules as follows on plaintiff's objections to the testimony of Trammel Davis and Eugene Hunter designated by the City defendants:

Trammel Davis

5:21 - 6:1 & 6:7-11 – Objection sustained; relevance.

6:2-6 – Objection overruled.

8:7-9 – Objection overruled.

10:9-11 – Objection overruled.

10:12-16 – Objection sustained; relevance & Rule 403.

11:22 – 12:1: Objection sustained; foundation & Rule 403.

14:2-6 – Objection overruled; foundation was laid for this particular testimony on p. 13.

14:7-15:1 – Objection sustained; foundation was not laid ("at some point" insufficient).

15:9-19 – Objection overruled.

19:21 – 22:9 – Objection sustained; Rule 403 & relevance.

24:1-8 – Objection overruled.

27:16 – 28:7 – Objection sustained; relevance.

30:7 – 31:15 – Objection overruled.

33:7-23 – Objection sustained; foundation and hearsay, based on the discussion in court on 4/22/14.

35:2-18 – Objection overruled.

101:2 – 102:19 – Objection overruled; the Court previously ruled on the admissibility of this testimony by Davis.

133:23 – 134:20 – Objection overruled.

134:21 – 135:3 – Objection sustained, based on discussion in court on 4/22/14.

135:4 – 135:13 – Objection overruled.

135:14 – 135:22 – Objection sustained, based on discussion in court on 4/22/14.

142:17 – 144:1 – Objection sustained; Rule 403 & relevance.

173:22 – 174:16 – Objection overruled.

199:6 – 200:22 – Objection sustained; Rule 403 & relevance.

235:16 – 236:7 – Objection sustained; foundation.

Eugene Hunter

4:13-15 – Objection sustained; relevance & Rule 403.

7:12 – 8:21 – Objection overruled.

12:13 – 15:17 – Objection overruled.

16:6 – 19:3 – Objection overruled.

37:14 – 39:3 – Objection sustained; relevance.

48:22 – 49:7 – Objection overruled.

66:8-23 – Objection sustained; foundation and previous *in limine* rulings.

74:7-18 – Objection sustained; foundation & hearsay (hearsay as to 74:11-18).

_____
MATTHEW F. KENNELLY
United States District Judge

Date: April 22, 2014