**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NATHSON E. FIELDS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No.  10 CV 1168** |
| **v.** | ) | |
| | ) | **Hon. Matthew F. Kennelly** |
| **CITY OF CHICAGO et al.,** | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S MOTION FOR MORE TIME TO COMPLETE TRIAL**

Plaintiff, NATHSON FIELDS, by and through his attorneys, respectfully requests additional time to complete the trial in this case. Counsel has conducted an extensive review of the time spent on this case (attached as Ex. A) and realizes that they have spent an extensive amount of time on procedural issues and more time than expected on witness examinations. Counsel have presented 23 witnesses in their case in chief. Plaintiff believes that all of the witnesses were necessary but agrees with this Court that some of that testimony could have been condensed further. Plaintiff also spent more time than expected on the reading of trial testimony from the criminal trials (both with witnesses and without witnesses) and counsel believes that they underestimated the amount of time that would be consumed on that task.

Plaintiff has attempted to get a handle on the identity and number of defense witnesses and has asked the cooperation of the City attorneys in that attempt. Attorney Noland sent an email at 8:30 this evening listing the following defense witnesses: Clay, Hawkins, Sexton, Dyson, Poulos, Davis transcript designations,

Hogan, DeRobertis, Kelley. Counsel immediately sent an email inquiring as to whether that was the total list of witnesses for the City but as of 10:00pm has received no response.

If the list provided by the City is the complete list of the City witnesses' plaintiff believes that they can conduct all cross examinations of those witnesses in fewer than four hours. Plaintiff would like two hours for closing arguments and ten hours for damages and final closing arguments. Counsel understand that this would entail an additional Twelve hours of trial time for the Plaintiff and asks this Court for the additional time so that Plaintiff can provide a complete cross examination of defense witnesses and be able to fully explore damages before the Jury.

WHEREFORE, based on the foregoing, Plaintiff Nathson Fields respectfully requests that this Court enter an order granting his motion for more time for the reasons set forth above.

Respectfully submitted,

/s H. Candace Gorman
H. Candace Gorman

For Fields:

Leonard C. Goodman
Melissa A. Matuzak
53 W. Jackson Blvd., Suite 1650
Chicago, Illinois 60604
312-986-1984

H. Candace Gorman
220 S. Halsted, Suite 200
Chicago, Illinois 60661
312-427-2313

2

## CERTIFICATE OF SERVICE

I, MELISSA A. MATUZAK, certify that the foregoing Plaintiff's Motion For More Time was served pursuant to the district court's ECF system as to ECF filers, on April 22, 2014, and if any, were sent by first-class mail or by hand deliver to non-ECF filers.

s/ Melissa A. Matuzak

Melissa A. Matuzak
53 West Jackson Boulevard
Suite 1650
Chicago, Illinois 60604
(312) 986-1984