**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Nathson E. Fields

                          Plaintiff,

v.                                         Case No.: 1:10–cv–01168
                                                    Honorable Matthew F. Kennelly

City of Chicago, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2014:

    MINUTE entry before the Honorable Matthew F. Kennelly: The motions of defendants Wharrie, the City of Chicago, and Brannigan for judgment as a matter of law are terminated as moot [656, 658 & 660]. Plaintiff's motion for additional clarification of jury question and his motions *in limine* relating to the damages phase of the trial are terminated, because the Court has ruled on them orally [673, 676 & 677]. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.