# BREHON REPORTING
## Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522
Federal ID# 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

## I N V O I C E   (SENT VIA FAX)

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:    September 10, 2013

INVOICE NO.:     9175

CASE NAME:       Fields v. City of Chicago, et al.

CASE NO.:        10 CV 1168

DEPOSITION DATE:  July 25, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| John Gholar | | 56 | $ 140.00 |
| (Transcript E'Tran'd to Mr. Garcia) | | 56 | $ 30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:    $    N/C

TOTAL DUE:    $  170.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING
## Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522

Federal ID# 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

*9/12/13*
*ok & pay*
*Sgt Darma*

## I N V O I C E   (SENT VIA FAX)

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:      September 10, 2013

INVOICE NO.:       9176

CASE NAME:         People of the State of Illinois v.
                   Nathson Fields

CASE NO.:          85 C 7651

DEPOSITION DATE:   August 19, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Original Transcript: | | | |
| Earl Hawkins | | 259 | $  647.50 |
| (Transcript E'Tran'd to Mr. Garcia) | | 259 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

| | | |
|---|---|---|
| BINDING/HANDLING: | $ | N/C |
| TOTAL DUE: | $ | 677.50 |

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# INVOICE

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755  Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 523192 | 8/21/2013 | 473111 |
| **Job Date** | **Case No.** | |
| 8/16/2013 | 10 C 1168 | |
| **Case Name** | | |
| Fields, Nathson vs. City of Chicago, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| COPY OF TRANSCRIPT IN E-TRAN FORMAT OF: | | | | |
| Tramell Davis- Videotaped Deposition | 259.00 Pages | @ | 2.50 | 647.50 |
| Three to Five Day Delivery | | | | 103.60 |
| Exhibits, scanned (color) | 3.00 Copies | @ | 1.00 | 3.00 |
| Exhibits, scanned | 174.00 Copies | @ | 0.35 | 60.90 |
| | **TOTAL DUE >>>** | | | **$815.00** |

E-tran sent via email on 08-21-13.

Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**

**1.5% Service charge will be added to any unpaid balance after 60 days**

**Tax ID:** 362799976

---

*Please detach bottom portion and return with payment.*

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL 60602

Job No.     : 473111          BU ID       : MCC-MAIN
Case No.   : 10 C 1168
Case Name : Fields, Nathson vs. City of Chicago, et al.

Invoice No. : 523192          Invoice Date : 8/21/2013
**Total Due  : $ 815.00**

Remit To: **McCorkle Litigation Services, Inc.**
**200 North LaSalle Street**
**Suite 2900**
**Chicago, IL 60601**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# BREHON REPORTING

### Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522

Federal ID# 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

*2/14/13*

*Pls py-*
*SE Danü*

## I N V O I C E (SENT VIA FAX)

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60602

INVOICE DATE:        August 13, 2013

INVOICE NO.:         9161

CASE NAME:           Fields v. City of Chicago, et al.

CASE NO.:            10 CV 1168

DEPOSITION DATE:     May 15, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| **Copy** Transcript: | | | |
| Deposition of Richard Kolovitz | | 184 | $ 460.00 |
| Transcript E-Tran'd to Mr. Garcia | | 184 | $ 30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

|  |  |  |
|---|---|---|
| BINDING/HANDLING: | $ | N/C |
| TOTAL DUE: | $ | 490.00 |

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING
## Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522

Federal ID# 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

## I  N  V  O  I  C  E   (SENT VIA FAX)

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:    August 7, 2013

INVOICE NO.:     9157

CASE NAME:       Fields v. City of Chicago, et al.

CASE NO.:        10 CV 1168

DEPOSITION DATE: June 27, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Matthew Brady | | 61 | $ 152.50 |
| Transcript E-Tran'd to Mr. Garcia | | 61 | $  30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:    $    N/C

TOTAL DUE:    $ 182.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING
## Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522

Federal ID# 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

*3/3/13*

## I  N  V  O  I  C  E  (SENT VIA FAX)

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:      August 7, 2013

INVOICE NO.:       9155

CASE NAME:         Fields v. City of Chicago, et al.

CASE NO.:          10 CV 1168

DEPOSITION DATE:  May 31, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Daniel Brannigan | | 323 | $  807.50 |
| Transcript E-Tran'd to Mr. Garcia | | 323 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:     $      N/C

TOTAL DUE:     $    837.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING
### Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522

Federal ID# 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

## I  N  V  O  I  C  E   (SENT VIA FAX)

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:      August 7, 2013

INVOICE NO.:       9153

CASE NAME:         Fields v. City of Chicago, et al.

CASE NO.:          10 CV 1168

DEPOSITION DATE:  March 22, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Dep of Former ASA David Kelley | | 218 | $ 545.00 |
| Transcript E-Tran'd to Mr. Garcia | | 218 | $  30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:    $    N/C

TOTAL DUE:    $  575.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# I N V O I C E

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL  60601
Phone:800-622-6755   Fax:312-263-7494

*7/30/13*
*ok +*
*pay*
*See Barun*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 518641 | 7/22/2013 | 469433 |
| **Job Date** | **Case No.** | |
| 7/11/2013 | 10 C 1168 | |
| **Case Name** | | |
| Fields, Nathson E. vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL  60602

COPY OF TRANSCRIPT IN E-TRAN FORMAT OF:
   Jackie Clay

| | | | |
|---|---|---|---|
| 135.00 Pages | @ | 2.35 | 317.25 |
      Exhibits, scanned | 108.00 Copies | @ | 0.35 | 37.80 |
| | **TOTAL DUE  >>>** | | **$355.05** |

Etran sent via e-mail on 7-18-13.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**

**1.5% Service charge will be added to any unpaid balance after 60 days**

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL  60602

Job No.      : 469433          BU ID       : MCC-MAIN
Case No.    : 10 C 1168
Case Name  :  Fields, Nathson E. vs. City of Chicago

Invoice No. : 518641          Invoice Date : 7/22/2013
**Total Due  : $ 355.05**

Remit To:  **McCorkle Court Reporters, Inc.**
           **200 North LaSalle Street**
           **Suite 2900**
           **Chicago, IL  60601**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# BREHON REPORTING
### Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522

Federal ID# 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

*6/4/13*
*Pls pay*
*Sgt. Varn*

I  N  V  O  I  C  E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:       June 4, 2013

INVOICE NO.:        9129

CASE NAME:          Fields v. City of Chicago, et al.

CASE NO.:           10 CV 1168

DEPOSITION DATE:    May 14, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Joseph Murphy | | 326 | $  815.00 |
| Transcript E-Tran'd to Mr. Garcia | | 326 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:    $    N/C

TOTAL DUE:    $  845.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755    Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 509612 | 5/17/2013 | 465050 |

| Job Date | Case No. | |
|---|---|---|
| 5/7/2013 | 10 C 1168 | |

| Case Name | |
|---|---|
| Fields, Nathson E. vs. City of Chicago | |

| Payment Terms | |
|---|---|
| Net 30 | |

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| COPY OF TRANSCRIPT IN E-TRAN FORMAT OF: | | | | |
|   Jean Snyder | 98.00 Pages | @ | 2.35 | 230.30 |
|     Exhibits, scanned | 229.00 Copies | @ | 0.35 | 80.15 |
| COPY OF TRANSCRIPT IN E-TRAN FORMAT OF: | | | | |
|   Herschella Conyers | 46.00 Pages | @ | 2.35 | 108.10 |
| | **TOTAL DUE  >>>** | | | **$418.55** |

E-tran sent via email on 05-17-13.

Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL 60602

Invoice No.    :  509612
Invoice Date  :  5/17/2013
**Total Due**    :  $ 418.55

Remit To: **McCorkle Court Reporters, Inc.**
        **200 North LaSalle Street**
        **Suite 2900**
        **Chicago, IL 60601**

Job No.     :  465050
BU ID       :  MCC-MAIN
Case No.    :  10 C 1168
Case Name  :  Fields, Nathson E. vs. City of Chicago

# BREHON REPORTING

Carmella T. Fagan, CSR, RPR
377 Downing Road
Riverside, Illinois 60546
(708) 442-4522
Federal ID# 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

*5/20/13*
*OK + fg -*
*SL Marin*

## I N V O I C E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60602

INVOICE DATE:      May 10, 2013

INVOICE NO.:       9116

CASE NAME:         Fields v. City of Chicago, et al.

CASE NO.:          10 CV 1168

DEPOSITION DATE:   March 27, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Larry Wharrie | | 213 | $ 532.50 |
| Transcript E-Tran'd to Mr. Garcia | | 213 | $ 30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:    $    N/C

TOTAL DUE:    $  562.50

\*\* PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU \*\*

# BREHON REPORTING

### Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522
Federal ID# 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

*5/20/13*

*ok $ pd*

*[signature]*

## I N V O I C E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:      May 10, 2013

INVOICE NO.:       9119

CASE NAME:         Fields v. City of Chicago, et al.

CASE NO.:          10 CV 1168

DEPOSITION DATE:   April 24, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| David O'Callaghan | | 357 | $ 892.50 |
| (Transcript E'Tran'd to Mr. Garcia) | | 357 | $  30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:      $      N/C

TOTAL DUE:      $   922.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20130069

STEPHEN L. GARCIA
COOK COUNTY STATE'S ATTORNEY'S OFFI
500 Richard J. Daley Center
Chicago, IL 60602

Phone:

**MAKE CHECKS PAYABLE TO:**

Laura M. Brennan, CSR, RPR
United States Court Reporter
219 South Dearborn Street
Room 2102
Chicago, IL 60604

Phone:    (312) 435-5785

Laura_M_Brennan@ilnd.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 05-02-2013 | DATE DELIVERED: 05-06-2013 |
|---|---|---|---|---|

**Case Style:** 10 C 1168, Fields v City
Transcript of proceedings before Judge Kennelly on 5/1/13

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 16 | 4.85 | 77.60 | | | | | | | 77.60 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 77.60 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:** | **Amt:** | TOTAL DUE: | $77.60 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 05-03-2013 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 494261 | 2/4/2013 | 456005 |
| **Job Date** | **Case No.** | |
| 1/18/2013 | 10 C 1168 | |
| **Case Name** | | |
| Fields, Nathson E. vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL  60602

| | | | | |
|---|---|---|---|---|
| COPY OF TRANSCRIPT IN E-TRAN FORMAT OF: | | | | |
| Jack Smeeton | 142.00  Pages | @ | 2.35 | 333.70 |
| | **TOTAL DUE  >>>** | | | **$333.70** |

Etran sent via e-mail on 1-23-13.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | 333.70 |

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL  60602

Job No.      : 456005          BU ID        : MCC-MAIN
Case No.     : 10 C 1168
Case Name  : Fields, Nathson E. vs. City of Chicago

Invoice No.  : 494261          Invoice Date  : 2/4/2013
**Total Due  : $ 333.70**

Remit To:  **McCorkle Court Reporters, Inc.**
           **200 North LaSalle Street**
           **Suite 2900**
           **Chicago, IL  60601**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                           Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

# BREHON REPORTING
## Carmella T. Fagan, CSR, RPR
377 Downing Road
Riverside, Illinois 60546
(708) 442-4522

Federal ID# 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

*handwritten: #2/13  O.k + JB  [signature]*

## I N V O I C E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:     April 2, 2013

INVOICE NO.:      9113

CASE NAME:        Fields v. City of Chicago, et al.

CASE NO.:         10 CV 1168

DEPOSITION DATE:  March 26, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Fred Melean | | 40 | $ 100.00 |
| Transcript E-Tran'd to Mr. Garcia | | 40 | $ 30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:    $      N/C

TOTAL DUE:    $   130.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING

### Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522

Federal ID# 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

## I N V O I C E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:     March 29, 2013

INVOICE NO.:      9106

CASE NAME:        Fields v. City of Chicago, et al.

CASE NO.:         10 CV 1168

DEPOSITION DATE:  March 14, 2013

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Transcript: | | | |
| Deposition of Patricia Walsh | | 69 | $ 172.50 |
| Transcript E-Tran'd to Mr. Garcia | | 69 | $  30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:      $     N/C

TOTAL DUE:      $  202.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING

**Carmella T. Fagan, CSR, RPR**
**377 Downing Road**
**Riverside, Illinois 60546**
**(708) 442-4522**
Federal ID# 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

### I  N  V  O  I  C  E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:      January 30, 2013

INVOICE NO.:       9095

CASE NAME:         Fields v. City of Chicago, et al.

CASE NO.:          10 CV 1168

DEPOSITION DATE:   December 21, 2012

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Deposition of: | | | |
| Ofcr. Samuel Brown | | 117 | $  292.50 |
| (Transcript E'Tran'd to Mr. Garcia) | | 117 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:      $      N/C

TOTAL DUE:      $   322.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING
## Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522
Federal ID# 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

*12/17/12*

*Oc. 4 py*

## I N V O I C E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60602

INVOICE DATE:     December 13, 2012

INVOICE NO.:      7073

CASE NAME:        Fields v. City of Chicago, et al.

CASE NO.:         10 CV 1168

DEPOSITION DATE:  August 7, 2012

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Deposition of: | | | |
| Former Detective John Robertson | | 280 | $ 700.00 |
| (Transcript E'Tran'd to Mr. Garcia) | | 280 | $ 30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:     $     N/C

TOTAL DUE:     $   730.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING
## Carmella T. Fagan, CSR, RPR
377 Downing Road
Riverside, Illinois 60546
(708) 442-4522
Federal ID# 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

12/17/12
OK to pay.
Sgt. Darmen

## I N V O I C E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:      December 13, 2012

INVOICE NO.:       7076

CASE NAME:         Fields v. City of Chicago, et al.

CASE NO.:          10 CV 1168

DEPOSITION DATE:   August 9, 2012

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Deposition of: | | | |
| Former Detective Richard Kobel | | 131 | $   327.50 |
| (Transcript E'Tran'd to Mr. Garcia) | | 131 | $    30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:    $     N/C

TOTAL DUE:    $   357.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING
## Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522
Federal ID# 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

*12/17/12*
*ok f pmt.*
*St Vannen*

## I N V O I C E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:       December 13, 2012

INVOICE NO.:        7079

CASE NAME:          Fields v. City of Chicago, et al.

CASE NO.:           10 CV 1168

DEPOSITION DATE:    August 16, 2012

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Deposition of: | | | |
| Former Gang Specialist Stephen Casto | | 171 | $  427.50 |
| (Transcript E'Tran'd to Mr. Garcia) | | 171 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:       $     N/C

TOTAL DUE:       $   457.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING
## Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522
Federal ID# 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

*12/17/12*

*ok t pay.*

*[signature]*

## I N V O I C E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:      December 13, 2012

INVOICE NO.:       7082

CASE NAME:         Fields v. City of Chicago, et al.

CASE NO.:          10 CV 1168

DEPOSITION DATE:   November 13, 2012

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Deposition of: | | | |
| Mr. Edgar Cooksey | | 152 | $  380.00 |
| (Transcript E'Tran'd to Mr. Garcia) | | 152 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:      $     N/C

TOTAL DUE:      $   410.00

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING
### Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522
Federal ID# 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

12/13/12
ok + ry
Sf Danni

## I N V O I C E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:    December 15, 2012

INVOICE NO.:     7088

CASE NAME:       Fields v. City of Chicago, et al.

CASE NO.:        10 CV 1168

DEPOSITION DATE: November 16, 2012

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Deposition of: | | | |
| Mr. Thomas Richardson | | 169 | $ 422.50 |
| (Transcript E'Tran'd to Mr. Garcia) | | 169 | $  30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:    $    N/C

TOTAL DUE:    $  452.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# INVOICE

9/27/12 *(handwritten)*

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL  60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 477852 | 9/25/2012 | 444642 |

| Job Date | Case No. | |
|---|---|---|
| 9/6/2012 | 10 C 1168 | |

| Case Name | | |
|---|---|---|
| Fields, Nathson E. vs. City of Chicago | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL  60602

COPY OF TRANSCRIPT IN CONDENSED FORMAT OF:

| | | | | | |
|---|---|---|---|---|---|
| Eugene Hunter | | | | | |
| | 185.00 | Pages | @ | 2.35 | 434.75 |
| Exhibits, copied | 341.00 | Copies | @ | 0.30 | 102.30 |
| Delivery & Handling | | | | 7.50 | 7.50 |

**TOTAL DUE  >>>        $544.55**

**Please note our suite has changed to 2900**

Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL  60602

Job No.     :  444642          BU ID       : MCC-MAIN
Case No.    :  10 C 1168
Case Name  :  Fields, Nathson E. vs. City of Chicago

Invoice No. :  477852          Invoice Date : 9/25/2012
**Total Due  :  $ 544.55**

Remit To:  **McCorkle Court Reporters, Inc.**
           **200 North LaSalle Street**
           **Suite 2900**
           **Chicago, IL  60601**

**PAYMENT WITH CREDIT CARD**          MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:

# BREHON REPORTING
### Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522
Federal ID# 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

## I N V O I C E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:      October 25, 2012

INVOICE NO.:       7062

CASE NAME:         Fields v. City of Chicago, et al.

CASE NO.:          10 CV 1168

DEPOSITION DATE:  July 25, 2012

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Deposition of: | | | |
| Former Detective Stephen Hood | | 195 | $ 487.50 |
| (Transcript E'Tran'd to Mr. Garcia) | | 195 | $  30.00 |
| In Above-Entitled Cause | | | |

**REGULAR DELIVERY**

BINDING/HANDLING:       $      N/C

TOTAL DUE:       $  517.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING
### Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522
Federal ID# 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

## I N V O I C E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:     October 25, 2012

INVOICE NO.:      7065

CASE NAME:        Fields v. City of Chicago, et al.

CASE NO.:         10 CV 1168

DEPOSITION DATE:  July 26, 2012

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Deposition of: | | | |
| Former Detective Robert Evans | | 189 | $  472.50 |
| (Transcript E'Tran'd to Mr. Garcia) | | 189 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:    $      N/C

TOTAL DUE:    $  502.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING

### Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522

Federal ID# 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

## I N V O I C E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:       September 4, 2012

INVOICE NO.:        7050

CASE NAME:          Fields v. City of Chicago, et al.

CASE NO.:           10 CV 1168

DEPOSITION DATE:  July 10, 2012

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Deposition of: | | | |
| Former Detective Joseph Bogdalek | | 183 | $  457.50 |
| (Transcript E'Tran'd to Mr. Garcia) | | 183 | $   30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:    $      N/C

TOTAL DUE:    $  487.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# BREHON REPORTING

### Carmella T. Fagan, CSR, RPR
### 377 Downing Road
### Riverside, Illinois 60546
### (708) 442-4522
Federal ID# 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

I  N  V  O  I  C  E

MR. STEPHEN L. GARCIA
Office of the Cook County State's Attorney
Assistant State's Attorney
Special Litigation Section
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois  60602

INVOICE DATE:      August 27, 2012

INVOICE NO.:       7045

CASE NAME:         Fields v. City of Chicago, et al.

CASE NO.:          10 CV 1168

DEPOSITION DATE:   July 17, 2012

| DESCRIPTION | HOURS | PAGES | TOTAL |
|---|---|---|---|
| Copy Deposition of: | | | |
| Former Detective James Minogue | | 195 | $ 487.50 |
| (Transcript E'Tran'd to Mr. Garcia) | | 195 | $ 30.00 |
| In Above-Entitled Cause | | | |

REGULAR DELIVERY

BINDING/HANDLING:      $      N/C

TOTAL DUE:      $  517.50

** PAYMENT DUE UPON RECEIPT OF INVOICE - THANK YOU **

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 465698 | 6/21/2012 | 430126 |

| Job Date | Case No. |
|---|---|
| 2/22/2012 | 10 C 1168 |

| Case Name |
|---|
| Fields vs. City of Chicago |

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL 60602

| Payment Terms |
|---|
| Net 30 |

1 COPY OF TRANSCRIPT OF:
    George Carter
       Delivery & Handling

169.00 Pages  @   2.35   397.15
               7.50    7.50

**TOTAL DUE >>>**    **$404.65**

\*\*Please note our suite has changed to 2900\*\*

Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

6/21/12

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL 60602

Job No.    : 430126      BU ID    :MCC-MAIN
Case No.   : 10 C 1168
Case Name : Fields vs. City of Chicago

Invoice No. : 465698     Invoice Date :6/21/2012
**Total Due  : $ 404.65**

Remit To: **McCorkle Court Reporters, Inc.**
         **200 North LaSalle Street**
         **Suite 2900**
         **Chicago, IL 60601**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:        Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

*8/13/12*
*pay*
*SG [signature]*

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 471952 | 8/10/2012 | 441739 |
| Job Date | Case No. | |
| 7/23/2012 | 10 C 1168 | |
| Case Name | | |
| Fields, Nathson E. vs. City of Chicago | | |
| Payment Terms | | |
| Net 30 | | |

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL 60602

COPY OF TRANSCRIPT IN CONDENSED FORMAT OF:

| | | | | |
|---|---|---|---|---|
| Robert Beseth | 175.00 Pages | @ | 2.35 | 411.25 |
| Exhibits, copied | 60.00 Copies | @ | 0.30 | 18.00 |
| Delivery & Handling | | | 7.50 | 7.50 |
| | | TOTAL DUE >>> | | **$436.75** |

**Please note our suite has changed to 2900**

Thank you. We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL 60602

Invoice No.   :  471952
Invoice Date  :  8/10/2012
**Total Due**  :  **$ 436.75**

Remit To: **McCorkle Court Reporters, Inc.**
          **200 North LaSalle Street**
          **Suite 2900**
          **Chicago, IL 60601**

Job No.     :  441739
BU ID       :  MCC-MAIN
Case No.    :  10 C 1168
Case Name   :  Fields, Nathson E. vs. City of Chicago

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 529527 | 10/8/2013 | 476185 |
| **Job Date** | **Case No.** | |
| 10/7/2013 | 10 C 1168 | |
| **Case Name** | | |
| Fields, Nathson vs. City of Chicago, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL  60601
Phone:800-622-6755   Fax:312-263-7494

Brian Sexton
Assistant State's Attorney
2650 South California Avenue
Suite 14B20
Chicago, IL  60608

| | | | | | |
|---|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Derrick Kees | 311.00 | Pages | @ | 2.35 | 730.85 |
| Next Day Delivery | | | | | 233.25 |
| Condensed Transcript | | | | 25.00 | 25.00 |
| ASCII File | | | | 25.00 | 25.00 |
| Delivery & Handling | | | | 7.50 | 7.50 |
| | | | **TOTAL DUE  >>>** | | **$1,021.60** |

Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**
**1.5% Service charge will be added to any unpaid balance after 30 days**

| | |
|---|---|
| (-) Payments/Credits: | 1,021.60 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

Tax ID: 362799976

---

*Please detach bottom portion and return with payment.*

Brian Sexton
Assistant State's Attorney
2650 South California Avenue
Suite 14B20
Chicago, IL  60608

| | | | | |
|---|---|---|---|---|
| Job No. | : 476185 | BU ID | : MCC-MAIN |
| Case No. | : 10 C 1168 | | |
| Case Name | : Fields, Nathson vs. City of Chicago, et al. | | |
| Invoice No. | : 529527 | Invoice Date | : 10/8/2013 |
| **Total Due** | **: $0.00** | | |

Remit To:   **McCorkle Litigation Services, Inc.**
   **200 North LaSalle Street**
   **Suite 2900**
   **Chicago, IL  60601**

**PAYMENT WITH CREDIT CARD**   AMEX  [ ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL  60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 523198 | 8/21/2013 | 473543 |
| **Job Date** | **Case No.** | |
| 8/20/2013 | 10 C 1168 | |
| **Case Name** | | |
| Fields, Nathson vs. City of Chicago, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Brian Sexton
Assistant State's Attorney
2650 South California Avenue
Suite 14B20
Chicago, IL  60608

| | | | | | |
|---|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Sandra Langston | 186.00 Pages | @ | 2.35 | 437.10 | |
| Next Day Delivery | | | | 139.50 | |
| PDF File | | | 25.00 | 25.00 | |
| Condensed Transcript | | | 25.00 | 25.00 | |
| Delivery & Handling | | | 7.50 | 7.50 | |

TOTAL DUE  >>>                                                    **$634.10**

PDF sent via email on 08-21-13.

Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**

**1.5% Service charge will be added to any unpaid balance after 60 days**

| (-) Payments/Credits: | 634.10 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Brian Sexton
Assistant State's Attorney
2650 South California Avenue
Suite 14B20
Chicago, IL  60608

| | | | |
|---|---|---|---|
| Job No. | : 473543 | BU ID | : MCC-MAIN |
| Case No. | : 10 C 1168 | | |
| Case Name | : Fields, Nathson vs. City of Chicago, et al. | | |
| Invoice No. | : 523198 | Invoice Date | : 8/21/2013 |
| **Total Due** | : **$0.00** | | |

<u>**PAYMENT WITH CREDIT CARD**</u>                AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date: _____  Phone#:

Billing Address:

Zip: _____  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **McCorkle Litigation Services, Inc.**
            **200 North LaSalle Street**
            **Suite 2900**
            **Chicago, IL  60601**

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL  60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 452688 | 3/22/2012 | 431671 |

| Job Date | Case No. | |
|---|---|---|
| 3/15/2012 | 10 C 1168 | |

| Case Name | | |
|---|---|---|
| Fields vs. City of Chicago | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL  60602

COPY OF TRANSCRIPT IN E-TRAN FORMAT OF:

| | | | | | |
|---|---|---|---|---|---|
| Nathson Fields | 370.00 | Pages | @ | 2.35 | 869.50 |
| Exhibits, scanned | 98.00 | Copies | @ | 0.35 | 34.30 |
| | | **TOTAL DUE  >>>** | | | **$903.80** |

**Please note our suite has changed to 2900**
E-tran sent via e-mail on 3/21/12.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

3/30/12

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Stephen Garcia
Assistant State's Attorney's Office
500 Richard Daley Center
Room 500
Chicago, IL  60602

Invoice No.   :  452688
Invoice Date  :  3/22/2012
**Total Due   :  $ 903.80**

Remit To:  **McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL  60601**

Job No.     :  431671
BU ID       :  MCC-MAIN
Case No.    :  10 C 1168
Case Name   :  Fields vs. City of Chicago