```
                  IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION


  NATHSON E. FIELDS,              )
                                  )
                    Plaintiff,    )   Docket No. 10 C 1168
                                  )
              vs.                 )
                                  )
  CITY OF CHICAGO, et al.,        )   Chicago, Illinois
                                  )   May 1, 2014
                    Defendants.   )   10:35 a.m.


                              VOLUME 15
                       TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY

  APPEARANCES:


  For the Plaintiff:      LAW OFFICES OF H. CANDACE GORMAN
                            BY:  MS. H. CANDACE GORMAN
                          220 South Halsted Street
                          Suite 200
                          Chicago, Illinois  60661


                          LEN GOODMAN LAW OFFICE, LLC
                            BY:  MR. LEONARD C. GOODMAN
                                 MS. MELISSA A. MATUZAK
                          Suite 1650
                          53 West Jackson Boulevard
                          Chicago, Illinois  60604



  For the Defendant:      DYKEMA GOSSETT PLLC
                            BY:  MR. TERRENCE M. BURNS
                                 MR. PAUL A. MICHALIK
                                 MR. DANIEL M. NOLAND
                          10 South Wacker Drive
                          Suite 2300
                          Chicago, Illinois  60606
```

LAURA M. BRENNAN - Official Court Reporter
219 South Dearborn Street - Room 2102
Chicago, Illinois  60604
(312) 435-5785

1    (The following proceedings were had out of the presence
2 and hearing of the jury:)
3         THE COURT:  Recalling 10 C 1168, Fields v.
4 O'Callaghan.
5         Can I get the lawyers' appearances for the record,
6 please?
7         MS. GORMAN:  Candace Gorman, Melissa Matuzak and Len
8 Goodman for plaintiff.
9         MR. NOLAND:  Dan Noland, Terry Burns and Paul
10 Michalik for Mr. O'Callaghan.
11         THE COURT:  I apologize for the confusion on my end
12 this morning about the jury questionnaires.  I had forgotten
13 that you had already given them back to me, so I will vacate
14 that order later on.
15         MR. NOLAND:  Thank you.
16         THE COURT:  Thanks for calling it to my attention.
17 The jury is on their way out.
18    (The following proceedings were had in the presence and
19 hearing of the jury:)
20         THE COURT:  Everyone can have a seat.
21         Good morning.  I understand you have reached a
22 verdict on the damages part of the case.
23         A JUROR:  We have.
24         THE COURT:  Please hand it to the officer.
25    (Brief interruption.)

1  THE COURT: Actually, it's attached to the rest of
2  the instructions, and so I'm going to detach that.
3  The verdict reads as follows:
4  We, the jury, award the plaintiff Nathson Fields
5  compensatory damages in the amount of $80,000.
6  We, the jury, award the plaintiff Nathson Fields
7  punitive damages against David O'Callaghan in the amount of
8  zero, in other words, none.
9  The verdict is signed by all 12 jurors. It will be
10 made a part of the record in the case.
11 Ladies and gentlemen, this completes your service in
12 the case. I want to thank you for your service in this case.
13 I know it was a long trial. I know it was a lot of work. I
14 really meant everything I said at the beginning of the case
15 about the system not working unless people like you are
16 willing to step up to the plate and serve, and I very much
17 appreciate it.
18 I have to spend a couple of minutes with the lawyers,
19 and I know you have been here for a long time, but if you can
20 just wait for me a couple of minutes, I would like to come
21 back and thank you personally and take any suggestions you
22 might have for how we can improve the process and answer any
23 questions you might have. But you're excused from service.
24 And if any of you need to go, please feel free to go. I will
25 be back there shortly. Thanks.

1   (Jury excused.)

2   THE COURT: So a judgment will be entered on the
3   verdicts in their entirety.

4   If I can just ask the lawyers just to stick around
5   for a little bit, I want to have a short discussion with you,
6   not on the record or anything like that. It shouldn't be more
7   than about 10 or 15 minutes, maybe 15, let's say, because it
8   will give me a chance to talk to them. Thanks.

10   (Which were all the proceedings had in the above-entitled
11   cause on the days and dates aforesaid.)

14                    C E R T I F I C A T E

16   I hereby certify that the foregoing is a true and
17   correct transcript of the above-entitled matter.

20   */s/ Laura M. Brennan*                         May 1, 2014

22   _____                    _____
23   Laura M. Brennan
     Official Court Reporter                            Date
     Northern District of Illinois