```
 1      IN THE CIRCUIT COURT OF THE COOK JUDICIAL CIRCUIT
              COOK COUNTY, ILLINOIS
 2

 3   THE PEOPLE OF THE        )
     STATE OF ILLINOIS        )
 4                            )
            vs.               )   NO. 85 C 7651
 5                            )
     NATHSON FIELDS,          )
 6

 7

 8        REPORT OF PROCEEDINGS of the hearing

 9   before HON. PAUL BIEBEL, on the 23rd day of August

10   2013.

11

12      APPEARANCES:

13          HON. ANITA ALVAREZ,
               State's Attorney of Cook County, by
14             MR. BRIAN SEXTON,
               MR. PATRICK COGHLIN,
15             Assistant State's Attorney,
               appeared for the People;
16

17          MR. LEONARD GOODMAN,
            MS. CANDACE GOREMAN,
18          MS. MELISSA MATUZAK,
            MR. ADRIAN BLEIFUSS,
19             appeared for the Defendant.

20
     DIONE R. RAGIN
21   2650 S. California Ave., 4C02
     Chicago IL  60608
22   Official Court Reporter
     C.S.R. #084-004066
23

24
                                1
```

EXHIBIT B

```
 1   --
 2          Give you a benefit or reduce your prison time;
 3   isn't that true?
 4       MR. SEXTON:  Objection to conversation with his
 5   lawyer, judge.
 6       THE COURT:  Sustained.
 7   BY MR. GOODMAN:
 8       Q.  Did you --
 9           Forget conversation with your lawyer.
10           But did you understand that, Mr. Hunter?
11       A.  I had some understanding.
12       Q.  You understood that?  Right?
13       A.  Yeah.
14       Q.  You understood that you had to give them
15   information about other El Rukns that they could
16   prosecute in order for you to get a benefit in terms of
17   reduced prison sometime; isn't that correct?
18       A.  Are you indirectly asking me did I lie.
19       Q.  No, I am not asking that you.
20           I am asking you was that your understanding?
21       A.  Yeah.
22       Q.  And so you knew that if you had information
23   about violent crimes that you could give them that they
24   could use that that was going to help you get a lower
```

**EXHIBIT B**

1  sentence?

2      A.   I don't like the implications of that.

3      Q.   You don't like?

4      A.   I don't like the implications of what you are
5  saying.

6           If it's in the transcript that I testified, I
7  stipulate to it here under oath.

8           Whatever is in that transcript.

9           I got nothing to add to it.

10          I got nothing to take away from it.

11          I don't even want to be here.  I mean no respect,
12 sir.

13          I honestly don't.

14          My life done change.  My situation changed.  My
15 heart done changed.

16          This y'all show.  This ain't mine.

17          Y'all just invited me to the program.

18     Q.   We didn't invite you.

19     MR. GOODMAN:  Give me one moment, judge.

20 BY MR. GOODMAN:

21     Q.   Do you have any recollection as you sit here
22 now of Nate Fields, the fella sitting over there, being
23 involved in that murder not plot?

24     A.   I have no knowledge of him being involved in a

EXHIBIT B