IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHSON E. FIELDS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 10 C 1168 |
| ) | |
| CITY OF CHICAGO, et al., ) | Judge Matthew F. Kennelly |
| ) | |
| Defendants. ) | Magistrate Judge Geraldine Soat Brown |

**UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S SUPPLEMENT TO HIS RULE 60 MOTION**

Defendants, City of Chicago, David O'Callaghan, Joseph Murphy, and Daniel Brannigan, by their attorney, Terrence M. Burns of Dykema Gossett PLLC, move for a two-day extension of time to file their response to plaintiff's supplement to his Rule 60 motion. In support thereof, the City Defendants state:

1. On September 24, 2014, this Court ordered plaintiff to file a supplement to his Rule 60 motion by October 8, 2014 and Defendants to respond by October 15, 2014, and set the matter for hearing on October 22, 2014. On October 8, 2014, plaintiff timely filed his supplement.

2. The City Defendants' attorneys are diligently working on their response but have been unable to complete it by today's date, October 15, and respectfully request a two-day extension of time until Friday, October 17, 2014 to file their response. In addition to working on their response, two of the City Defendants' attorneys (Terry Burns and Dan Noland) have had to travel to out of state depositions in the past week, which has contributed to their inability to complete the response. The City Defendants are also working on their reply brief in support of their motion for judgment as a matter of law in this case, which is due on October 17, 2014.

3. No prejudice will be suffered by any party as a result of this requested extension.

4. Undersigned counsel, Daniel Noland, reached out for plaintiff's counsel to inquire whether there was any opposition to this request. Plaintiff's counsel Candace Gorman indicated there is no objection to the requested extension.

WHEREFORE, the City Defendants request an extension of 2 days, to October 17, 2014, to file their response to plaintiff's Rule 60 Supplement.

Respectfully submitted,

s/ Daniel M. Noland
One of the Attorneys for City Defendants

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2014, I electronically filed the foregoing **Unopposed Motion for Extension of Time** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

H. Candace Gorman
Adrian J. Bleifuss Prados
Law Office of H. Candace Gorman
220 S. Halsted
Suite 200
Chicago, IL 60661
312.427.2313
hcgorman1@gmail.com
ableifuss@gmail.com

                                    s/ Daniel M. Noland