UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHSON FIELDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 10 C 1168 ) |
| CITY OF CHICAGO, *et al.*, | ) ) Judge Kennelly |
| Defendants, | ) ) |
| v. | ) ) |
| UNITED STATE PAROLE COMMISSION, | ) ) |
| Respondent. | ) |

## AFFIDAVIT OF ASSISTANT
### UNITED STATES ATTORNEY WILLIAM R. HOGAN Jr.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/James M. Kuhn Sr.
JAMES M. KUHN SR.
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1877
james.kuhn@usdoj.gov

| | |
|---|---|
| STATE OF ILLINOIS )  | |
| ) SS | |
| COUNTY OF COOK ) | |

**AFFIDAVIT**

I, William R. Hogan, Jr., being duly sworn, state the following:

1. On January 9, 2015, I executed and submitted an affidavit regarding the decision by the United States Parole Commission to grant federal parole to inmate Earl Hawkins. Among other things, I stated in that affidavit that "At no time have I ever contacted the Parole Commission on Hawkins's behalf, other than writing the July 7 letter describing his cooperation, as required by his federal 1989 plea agreement." Affidavit ¶ 16.

2. In addition, at no time have I ever been contacted by the Parole Commission regarding Hawkins, or any other inmate, at any time, in any manner, or for any purpose.

3. The only contact I have ever had of any nature with the Parole Commission was the July 7 letter described in my January 9 affidavit, which I transmitted to the Department of Justice Office of Enforcement Operations so that they could transmit it to the Parole Commission, which occurred on July 21, 2014.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 3, 2015.

                                              */s/ William R. Hogan, Jr.*
                                              William R. Hogan, Jr.
                                              Assistant United States Attorney