IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATHSON E. FIELDS, ) | | |
| Plaintiff, ) | | |
| ) | No. 10 CV 1168 | |
| v. ) | | |
| ) | Hon. Matthew F. Kennelly | |
| CITY OF CHICAGO, et al., ) | | |
| Defendants. ) | | |

## PLAINTIFF'S MOTION FOR NEW TRIAL UNDER RULE 60b FOR DEFENDANTS FORMER ASA LARRY WHARRIE AND COUNTY OF COOK

Now comes the Plaintiff Nathson Fields by his attorney H. Candace Gorman and asks this Court for a new trial against defendants Wharrie and Cook County under Rule 60b for the following reasons:

For the reasons stated in this Court's order dated April 6, 2015 (Doc. 812, pgs. 13-21) Nathson Fields respectfully asks this Court to grant a new trial on all of his claims against former ASA Larry Wharrie and Cook County. The newly discovered evidence as outlined in Plaintiff's motion for new trial and subsequent pleadings clearly connects the states attorney's office with Hawkins's release from prison *more than a decade early*. As former ASA Wharrie was himself represented by that same states attorney's office Plaintiff submits that an inference can be drawn connecting Wharrie's not-guilty finding to the testimony by Hawkins. In addition, the fact that the states attorney's office (through ASA Sexton) provided letters in support of reduced sentences after the Fields trial to *at least* two of the other *cooperating witnesses*, Derrick Kees

and Randy Langston, further suggests an inference that those witnesses also testified in return for promises of support for reduced sentences by the states attorney's office. (**Doc. 814**)

Plaintiff submits that the same inference against the city defendants that suggests a connection between the testimony of Hawkins with his release a few months after the Fields trial should also apply to former ASA Wharrie and the County of Cook-- especially considering the additional letters in support of reduced sentences by the states attorney's office for other cooperating witnesses because of their testimony in this case. Plaintiff does not believe that defendant Wharrie has a straight face argument that the inference should not apply to him, however Plaintiff stands ready to submit a short brief in support of this position if this Court deems that to be appropriate.

Wherefore Plaintiff asks this Court to grant him a new trial under Rule 60(b) against defendants Larry Wharrie and the County of Cook and for such other and further relief as this Court deems just.

                                                                          Respectfully Submitted,

                                                                          /s/H. Candace Gorman
                                                                          Attorney for Fields

For Fields:
H. Candace Gorman
220 S. Halsted, Suite 200
Chicago Illinois 60661
312-427-2313