IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATHSON E. FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10 C 1168 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | Magistrate Judge Geraldine Soat Brown |

## CITY DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

NOW COME the Defendants, City of Chicago, David O'Callaghan, Joseph Murphy, and Daniel Brannigan ("City Defendants"), by their attorney, Terrence M. Burns of Dykema Gossett, PLLC, and submit this motion for leave to file under seal. In support thereof, the City Defendants state:

Exhibit 9 to the City Defendants' motion to reconsider this Court's order granting a new trial to plaintiff is the transcript of Earl Hawkins' July 11, 2014 U.S. Parole Commission hearing. As the exhibit contains material obtained from the U.S. Parole Commission, in accordance with the protective order pertaining to materials produced by the U.S. Parole Commission (Dkt. #789), the City Defendants seek leave to file the exhibit under seal. Similarly, page 17 of the City Defendants' motion to reconsider contains an excerpt from that Parole Commission hearing transcript. Therefore, the City Defendants seek leave to file that portion of their motion to reconsider under seal.

WHEREFORE, for the foregoing reasons, Defendants City of Chicago, David O'Callaghan, Joseph Murphy, and Daniel Brannigan respectfully request this Court allow them leave to file Exhibit 9 to their motion to reconsider and the portion of the motion to reconsider quoting the July 11, 2014 Parole Commission hearing under seal.

Date: April 24, 2015     Respectfully submitted,


                         s/ Daniel M. Noland
Terrence M. Burns        One of the Attorneys for City Defendants
Paul A. Michalik
Daniel M. Noland
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
312.876.1700 (phone)
312.627.2302 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2015, I electronically filed the foregoing **City Defendants' Motion for Leave to File Under Seal** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

H. Candace Gorman
Adrian J. Bleifuss Prados
Andrew D. Finke
Law Office of H. Candace Gorman
220 S. Halsted
Suite 200
Chicago, IL 60661
312.427.2313
hcgorman1@gmail.com
ableifuss@gmail.com
andrew.finke@gmail.com


s/ Daniel M. Noland