IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATHSON E. FIELDS, | ) | |
| Plaintiff, | ) | Case No. 10 C 1168 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| Defendant. | ) | |

## MOTION FOR SUBSTITUTION OF ATTORNEY

Defendant, David O'Callaghan respectfully requests that attorneys Shelly B. Kulwin and Rachel A. Katz, KULWIN, MASCIOPINTO & KULWIN, LLP., be granted leave to file their appearances, a copy of which is attached hereto as Exhibit A, as attorneys of record, and in substitution of Attorneys listed below:

Terrence Michael Burns, DYKEMA GOSSETT PLLC
Daniel Matthew Noland, DYKEMA GOSSETT PLLC
Derek B. Payette, DYKEMA GOSSETT PLLC
Harry N. Arger, DYKEMA GOSSETT PLLC
Molly E. Thompson, DYKEMA GOSSETT PLLC
Paul A. Michalik, DYKEMA GOSSETT PLLC

Respectfully Submitted,

KULWIN, MASCIOPINTO & KULWIN, LLP.

By: /s/ Shelly B. Kulwin
One of the Attorneys for Plaintiff

Shelly B. Kulwin
Rachel A. Katz
KULWIN, MASCIOPINTO & KULWIN, LLP.
161 N. Clark Street, Suite #2500
Chicago, Illinois 60601
T: 312.641.0300; F: 312.855.0350