**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NATHSON E. FIELDS, | ) | |
| Plaintiff, | ) | |
| | ) | No. 10 CV 1168 |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly |
| CITY OF CHICAGO, et al., | ) | |
| Defendants. | ) | |

# PLAINTIFF'S STATUS REPORT ON *SUBPOENAS*

I.     **Hawkins Parole File**- Counsel received a redacted file from the DOJ on or about May 14, 2015. Approximately 200 pages have been withheld--Bate stamp pages (hereinafter "bsp") 65 to 159 and 16-93. Those pages apparently make up the pre-sentence reports but no explanation has been provided as to why counsel is not entitled to see those reports. (Ex. A, pages 3 and 4)

In addition counsel for Fields questions the following redactions:

*bsp 153- redacted the name of the person or agency that AUSA Kuhn consulted with in determining what documents to produce to counsel. According to the privilege log the reason for the redaction is "security."

*bsp 192- report of an incoming call regarding Hawkins release, redacting the name of the DOJ official who made the call and the substance of the phone call. According to the privilege log the

reasons for the redaction are: Name, address and phone number of DOJ official (counsel does not want the address or phone number, just the name) release plans (privacy, security and relevance.) Counsel is not interested in the details of the release plan (i.e. location) but counsel believes that general information discussed in the call is relevant.

*bsp 196 apparently redacts information about AUSA Hogan. According to the privilege log the reasons for the redaction are: name of BOP institution and security status. Counsel is not interested in the location of the institution but the word that is redacted following "the subject listed William Hogan, his redacted representative" does not appear to relate to the location of the institution or the security status. Counsel would like to know what the word is that was redacted. This is especially important because Hawkins himself listed AUSA Hogan as his representative in his application. (bsp 205)

*bsp- 232-42 The subject matter line is redacted in all of the emails without explanation. According to the privilege log the reasons for the redaction are: name of BOP institution, security status, address and phone number. Again, counsel is not interested in the BOP institution, address or phone number and those issues seem to relate not to the subject line but to other parts of the various

documents.

One Final observation and request- it appears that the original email to the parole commission in response to counsel's subpoena is missing as the correspondence starts with Mr. Kuhn responding to a question. Counsel would like to see the full email exchange between the parole commission and the DOJ in response to the subpoena sent by counsel. This request is to ascertain how and by whom the Parole department in Washington was contacted by DOJ in Chicago regarding counsel's subpoena. (bsp 152-153)

## II.    Kees Subpoena

A subpoena was sent to the Parole Commission on April 27, 2015. In response, the parole commission sent a letter stating that Mr. Kees has not yet had an initial parole hearing. Counsel for Fields had a follow up call with the parole commission to try to ascertain if a parole hearing had been requested by Mr. Kees but the individual responding to the subpoena could not answer that question and further stated that the person with that information would be Mr. Kees's counselor. As Mr. Kees is a prisoner in protective custody counsel needs additional information in order to discover the name of and contact the counselor.

## III.    Clay Subpoena

A subpoena was sent to the U.S. Marshal on April 27, 2015 with a

return date of May 11, 2015. No response was received. Counsel contacted the Marshal's office on May 18th, 2015 by telephone and had a conversation with the person in the subpoena division on May 19th. That individual had not yet received the subpoena through the administrative channels. Counsel was provided with an email address for that person and the subpoena was emailed on May 19th with a request for an approximate date for the response. Counsel will continue to follow-up.

Respectfully Submitted,

/s/H. Candace Gorman
Attorney for Fields

For Fields:
H. Candace Gorman
220 S. Halsted, Suite 200
Chicago Illinois 60661
312-427-2313