IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATHSON FIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 10-C-1168 |
| v. | ) |
| | ) Hon. Matthew F. Kennelly |
| CITY OF CHICAGO, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER

Plaintiff, Nathson Fields, by his counsel, and defendants, by counsel for defense counsel, have informed the Court that they have resolved the issues raised by the claims for relief in plaintiff's motion filed on March 19, 2014 (Doc. 586), and by the rulings of this Court in the order issued on October 30, 2015 (and docketed on November 6, 2015) (Doc. 892), and the parties together have asked the Court to vacate the order it issued on October 30, 2015 (Doc. 892).

This Court grants the joint request and hereby vacates its order of October 30, 2015 (Doc. 892).

SO ORDERED.

Signed this 8th day of December, 2015.

_____
Matthew F. Kennelly, Judge