# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 8, 2015

*By the Court:*

| | |
|---|---|
| No. 15-3670 | NATHSON FIELDS, <br> Plaintiff - Appellee <br> v. <br><br> CITY OF CHICAGO, et al., <br> Defendants <br><br> APPEAL OF: TERENCE M. BURNS, in his capacity as counsel for the defendants. |
| **Originating Case Information:** | |
| District Court No: 1:10-cv-01168 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly | |

Upon consideration of the **STIPULATION OF VOLUNTARY DISMISSAL**, filed on December 8, 2015, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate(form ID: 137)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit