| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION |
| 3 | |
| 4 | NATHSON E. FIELDS, ) Docket No. 10 C 1168 |
| 5 | ) Plaintiff, ) |
| 6 | vs. ) |
| 7 | CITY OF CHICAGO, et al., ) Chicago, Illinois |
| 8 | ) June 14, 2016<br>Defendants. ) 9:30 o'clock a.m. |

```
 1            IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
 2                   EASTERN DIVISION

 3

 4   NATHSON E. FIELDS,              )  Docket No. 10 C 1168
                                     )
 5                     Plaintiff,    )
                                     )
 6        vs.                        )
                                     )
 7   CITY OF CHICAGO, et al.,        )  Chicago, Illinois
                                     )  June 14, 2016
 8                     Defendants.   )  9:30 o'clock a.m.

 9
              TRANSCRIPT OF PROCEEDINGS - MOTION
10       BEFORE THE HONORABLE MATTHEW F. KENNELLY

11
     APPEARANCES:
12

13
     For the Plaintiff:    LOEVY & LOEVY
14                         BY:  MS. SARAH LYNNE GRUSIN
                           311 North Aberdeen Street, 3rd Floor
15                         Chicago, IL  60607
                           (312) 243-5900
16

17
     Also Present:         COOK COUNTY STATE'S ATTORNEY'S OFFICE
18                         BY:  MS. LISA MARIE MEADOR
                           50 West Washington Avenue
19                         Chicago, IL  60602
                           (312) 603-3369
20

21

22

23   Court Reporter:       MS. CAROLYN R. COX, CSR, RPR, CRR, FCRR
                           Official Court Reporter
24                         219 S. Dearborn Street, Suite 2102
                           Chicago, Illinois  60604
25                         (312) 435-5639
```

1    (The following proceedings were had in open court:)

2          THE CLERK:  Case number 10 C 1168, Fields v. City of

3    Chicago.

4          THE COURT:  Good morning.

5          MS. MEADOR:  Good morning, your Honor.  Lisa Meador

6    on behalf of the City.

7          MS. GRUSIN:  Sarah Grusin for plaintiff.

8          THE COURT:  I think when we talked about this last

9    week, somebody told me that there was going to be some other

10    stipulation submitted in its place and I hadn't seen that.  I

11    just wanted to check to see if something is still in the

12    process.

13          MS. MEADOR:  I think Mr. Art had intended to file

14    that stipulation once this one was withdrawn.

15          THE COURT:  Okay.  Fine.

16          MS. MEADOR:  That's all.

17          THE COURT:  Motion to withdraw the stipulation is

18    granted.  Take care.

19          MS. MEADOR:  Thank you, Judge.

20          THE COURT:  Take care.

21    (Which were all the proceedings had in the above-entitled
     cause on the day and date aforesaid.)
22    I certify that the foregoing is a correct transcript from
     the record of proceedings in the above-entitled matter.
23

24    _____          _____
     Carolyn R. Cox                        Date
25    Official Court Reporter
     Northern District of Illinois
     /s/Carolyn R. Cox, CSR, RPR, CRR, FCRR