IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATHSON E. FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10 C 1168 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | Magistrate Judge Geraldine Soat Brown |

## ORDER TO CHICAGO POLICE DEPARTMENT TO BRING SUBJECT FILE CABINET TO COURT

This Court hereby orders the Chicago Police Department to bring the subject file cabinet, inventory number 0058005, to 219 S. Dearborn, Room 2103. The item shall be brought to the courtroom at 8:30 a.m. on Thursday, November 17, 2016. Kenneth Patrick, John Wojcik and Scott Doyle will be the individuals delivering the file cabinet. They will be driving a Ford 5 Ton Stake truck with City logo and decals on the door and back lift gate. The license plate number for said vehicle is M 163412.

ENTER: *[signature]*
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

DATED: 11-15-16