**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NATHSON FIELDS, | ) | |
| | ) | Case No. 10 C 1168 |
| Plaintiff, | ) | |
| | ) | Hon. Matthew F. Kennelly, |
| v. | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S PETITION FOR ATTORNEYS' FEES AND COSTS**

# EXHIBIT 22

**Loevy & Loevy Billing**

**(Submitted *in camera*)**