```
              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION


NATHSON E. FIELDS,                    )  Docket No. 10 C 1168
                                      )
                   Plaintiff,         )
                                      )
            vs.                       )
                                      )
CITY OF CHICAGO, et al.,              )  Chicago, Illinois
                                      )  April 13, 2017
                   Defendants.        )  9:30 o'clock a.m.


            TRANSCRIPT OF PROCEEDINGS - MOTION
         BEFORE THE HONORABLE MATTHEW F. KENNELLY

APPEARANCES:


For the Plaintiff:    LAW OFFICE OF H. CANDACE GORMAN
                      BY:  MS. H. CANDACE GORMAN
                      220 South Halsted Street, Suite 200
                      Chicago, IL  60661
                      (312) 441-0919


                      LOEVY & LOEVY
                      BY:  MR. D. SAMUEL HEPPELL
                      311 North Aberdeen Street, 3rd Floor
                      Chicago, IL  60607
                      (312) 243-5900




Court Reporter:       MS. CAROLYN R. COX, CSR, RPR, CRR, FCRR
                      Official Court Reporter
                      219 S. Dearborn Street, Suite 2102
                      Chicago, Illinois  60604
                      (312) 435-5639
```

```
 1   APPEARANCES CONTINUED:

 2   For Defendant
     City of Chicago:      DYKEMA GOSSETT PLLC
 3                         BY:  MR. DANIEL MATTHEW NOLAND
                                MS. MOLLY E. THOMPSON
 4                         10 South Wacker Drive, Suite 2300
                           Chicago, IL  60606
 5                         (312) 627-2100

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    (The following proceedings were had in open court:)
2            THE CLERK:  Case No. 10 C 1168, Fields v. City of
3    Chicago.
4            THE COURT:  Hi.
5            MS. GORMAN:  Good morning.
6            MS. THOMPSON:  Molly Thompson and Dan Noland for
7    Defendant O'Callaghan and Defendant Murphy and the City, and
8    Ms. Katz said she is in another courtroom.
9            THE COURT:  Don't worry about it.  That's fine.
10           MS. GORMAN:  Candace Gorman for Mr. Fields.
11           MR. HEPPELL:  And sam Heppell also for Mr. Fields.
12           THE COURT:  There is a motion for leave to file the
13   defendants' response to the plaintiff's fee petition by April
14   25th and have it be up to 40 pages.  That's granted.  Pam,
15   that's docket number 1202.
16           What was the period of time we had for the reply
17   brief?  Does anybody remember?  Was it three weeks?
18           MR. NOLAND:  I don't know.
19           THE COURT:  I am just going to make it three weeks
20   after that.  So three weeks after the 25th of April is the
21   16th of May.  That's the due date for the reply brief.
22           The other motion that's up is Ms. Gorman's petition
23   for interim attorneys' fees.  I have some questions for you
24   here.  So some of these are going to sound like dumb
25   questions, but I have reasons for asking all of them.  I take

1 it that the judgment in the case has not been paid, correct?
2     MS. GORMAN: Correct.
3     MR. NOLAND: Correct.
4     THE COURT: I take it that -- and I didn't notice
5 that any kind of -- not that I think it should have been -- I
6 didn't notice any bond pending appeal had been filed, right?
7     MR. NOLAND: We have not filed a bond pending appeal,
8 nor have we filed yet a motion to stay in the event that the
9 Court --
10     THE COURT: I understand, but nobody has taken any
11 steps to try to start collecting the judgment, right?
12     MS. GORMAN: Correct.
13     THE COURT: Do you have any rational reason to
14 believe that were I to be inclined to grant some sort of
15 interim attorneys' fees that there is any snowball's chance in
16 hell that a dime of it would be paid before the appeal is
17 over?
18     MS. GORMAN: It depends on how long the Court takes
19 to rule on the outstanding issues, because they can't appeal.
20     THE COURT: Yeah, I know. I know. But I mean,
21 seriously, let's say the appeal is filed six months from now,
22 let's say it's filed two months from now, do you have any
23 rational reason to believe that a dime of any attorneys' fee
24 award is going to be paid before the appeal is concluded?
25     MS. GORMAN: Yes, I do.

1  THE COURT: Really?

2  MS. GORMAN: I believe I can enforce the order after
3  it's entered.

4  THE COURT: So you think that if I give -- that if I
5  give you -- if I end up giving you -- in other words, let's
6  say the post-trial motions all get denied whenever and if I
7  give you an interim attorneys' fee of $150,000 or whatever it
8  is you're asking for here and the City appeals the underlying
9  judgment and they ask for and get on whatever conditions a
10 stay pending appeal that I am going to say, well, you got to
11 go ahead and pay the fees anyway?

12 MS. GORMAN: Well, what I am asking the judge -- what
13 I'm asking the Court to do is to enter the order now, and I
14 believe that's an enforceable order, and the appeal -- they
15 can't appeal it.

16 THE COURT: There is no way I am going to make them
17 pay it before the appeal is done. It's ridiculous.

18 MS. GORMAN: I believe that's what the law is, your
19 Honor. I believe that I can enforce it.

20 THE COURT: You can enforce it if I say you can
21 enforce it.

22 MS. GORMAN: Correct.

23 THE COURT: It's a no-brainer that I will be getting
24 a request for a stay.

25 MS. GORMAN: Well, that defeats the whole purpose of

1  an interim award, and I think the case law is pretty clear
2  that I am entitled to --
3             THE COURT:  Would you then post the bond for
4  $150,000?
5             MS. GORMAN:  If they tried to appeal it.  They can't
6  appeal it.
7             THE COURT:  I am not going to entertain a petition
8  for interim attorneys' fees.  The motion is denied.
9             MS. GORMAN:  Thank you, your Honor.
10            MR. NOLAND:  Thank you.
11            MS. THOMPSON:  Thank you, your Honor.
12   (Which were all the proceedings had in the above-entitled
13  cause on the day and date aforesaid.)
14    I certify that the foregoing is a correct transcript from
    the record of proceedings in the above-entitled matter.
15
16  Carolyn R. Cox                          Date
    Official Court Reporter
17  Northern District of Illinois
18  /s/Carolyn R. Cox, CSR, RPR, CRR, FCRR