United States District Court
Exhibits Log for: 10C1168
Fields v. City of Chicago, 12/12/2016

| Exhibit | Rls | Identified | Admitted | Description |
|---|---|---|---|---|
| Pla-1 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Smith, Hickman Basement Street File.pdf |
| Pla-2 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | CR File re Fields v. City of Chicago, et al. (8 CV 5608) (Redacted pursuant to Court ruling).pdf |
| Pla-4 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Detective Division Special Order 83-1.pdf |
| Pla-5 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Detective Division Special Order 86-3.pdf |
| Pla-7 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Statement of Anthony Sumner to Hynes and Diciolla.pdf |
| Pla-10 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Vaughn, White Supp Report.pdf |
| Pla-11 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Vaugh, White Supp Report.pdf |
| Pla-12 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Hickman,Smith GPR.pdf |
| Pla-21 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | 8 Pages of Hickman, Smith Handwritten GPRs.pdf |
| Pla-24-a | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Affidavit and Supplemental Affidavit of Gerald Morris (Redacted pursuant to court ruling).pdf |
| Pla-24-b | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | State's Attorney's Office Report on Gerald Morris.pdf |
| Pla-31 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Stainthorp Subpoena.pdf |
| Pla-32 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Stainthorp Subpoena.pdf |
| Pla-33 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Stainthorp Subpoena.pdf |
| Pla-34 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Stainthorp Subpoena.pdf |
| Pla-36 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Snyder Subpoena to Custodian of Records.pdf |
| Pla-42 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Affidavit of Gerald Morris.pdf |
| Pla-43 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Affidavit of Randy Langston.pdf |
| Pla-62 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Arrest Warrant for Nathson Fields from Vaughn, White |
| Pla-69 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Earl Hawkins Letter to Daniel Brannigan.pdf |
| Pla-72 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Vaughn, White Supp Report |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| Pla-77 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Felony Screen Memo.pdf |
| Pla-78 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Vaughn, White Supp Report.pdf |
| Pla-84 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Evidence Reports re Ray Fergerson.pdf |
| Pla-86 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Full Hickman, Smith Permanent Retention File.pdf |
| Pla-90 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | George Carter Arrest Warrant.pdf |
| Pla-104 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Vaughn, White Supp Report.pdf |
| Pla-105 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Vaughn, White GPRs.pdf |
| Pla-108 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Vaughn, White Supp Report.pdf |
| Pla-109 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Vaughn, White Supp Report.pdf |
| Pla-114 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Photograph of row of file cabinets in the basement of Area Central.pdf |
| Pla-115 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Photograph of drawer of cabinet reading All 1944-1969.pdf |
| Pla-116 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Photograph of drawer of cabinet reading All 1970-1980.pdf |
| Pla-117 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Photograph of drawer of cabinet reading All 1980-1983.pdf |
| Pla-118 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Photograph of drawer of cabinet reading All 1983-1984.pdf |
| Pla-119 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Photograph of drawer of cabinet reading All 1984-1985.pdf |
| Pla-126 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Letter from Randy Langston to ASA Kelley.pdf |
| Pla-127 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Letter from Randy Langston to ASA Kelley.pdf |
| Pla-128 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Letter from Randy Langston to ASA Kelley.pdf |
| Pla-129 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Undated Letter from Randy Langston to ASA Kelley.pdf |
| Pla-130 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Letter from Randy Langston to ASA Kelley.pdf |
| Pla-131 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Letter from Stainthorp to ASA Kelley.pdf |
| Pla-132 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | State's Attorney's Office Report on Randy Langston.pdf |
| Pla-150 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Hawkins Interview Notes by Murphy (Redacted pursuant to Court ruling).pdf |
| Pla-156 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Hawkins Grand Jury Statement with Corrections (Redacted pursuant to Court ruling).pdf |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| Pla-193 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Fields Lineup Photographs.pdf |
| Pla-194 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Smith, Hickman Area File.pdf |
| Pla-199 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Vaughn, White Supp Report.pdf |
| Pla-201 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | General Order 83-5.pdf |
| Pla-209 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Detective Division Special Order 83-2.pdf |
| Pla-219-e | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Scene Photo.pdf |
| Pla-219-g | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Scene Photo.pdf |
| Pla-307 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Brasfield Expert Report - Attachment G.pdf |
| Pla-1001 | Yes | 12/12/2016 4:55 PM | 12/12/2016 4:55 PM | Murphy Email re Kees.pdf |
| Def-1-A | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Scene Photo |
| Def-1-H | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Scene Photo |
| Def-18 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Photo of Scene (People's Exhibit 18) |
| Def-22 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Photo of Scene (People's Exhibit 22) |
| Def-29-A | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Photo of Nathson Fields' Lineup (People's Exhibit 29A) |
| Def-29-B | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Photo of Nathson Fields' Lineup (People's Exhibit 29B) |
| Def-29-C | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Photo of Nathson Fields' Lineup (People's Exhibit 29C) |
| Def-54 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Detective Division Special Order 83-1 re Investigative Files |
| Def-57 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Permanent Retention File for Smith, Hickman |
| Def-58 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Area File for Smith, Hickman |
| Def-60 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Supplementary Report of Hood and Evans dated 4-28-84 |
| Def-70 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | GPR of Murphy dated 5-14-85 |
| Def-72 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Handwritten Notes re Anthonated 5-14-85 (Deady Exhibit 1) p 9 _11_12_and_14 |
| Def-76 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Earl Hawkins Lineup Photos dated 5-18-85 |
| Def-80 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | George Carter Lineup Photos dated 5-21-85 |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| Def-88 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Nathson Fields Lineup Photos dated 6-14-85 |
| Def-94 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Memo to ASA Dennis Dernbach from John Hynes dated 7-30-85 |
| Def-96 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Supplementary Report of Richardson, O`Callaghan and Casto dated 4-10-86 |
| Def-129 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Letter to Patrick O`Brien from William Hogan dated 12-10-91 |
| Def-154 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Photo of Nathson Fields |
| Def-173 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | George Carter Arrest Report dated 5-21-85 |
| Def-181 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | CCSAO Investigative Report dated 1-12-00 |
| Def-382 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Photo of Scene |
| Def-384 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Photo of Scene |
| Def-387 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Photo of Scene |
| Def-388 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Photo of Scene |
| Def-390 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Photo of Scene |
| Def-391 | Yes | 12/12/2016 4:54 PM | 12/12/2016 4:54 PM | Photo of Scene |

EXHIBIT A