```
                    IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
                             EASTERN DIVISION


NATHSON E. FIELDS,                  )
                                    )
            Plaintiff,              )
                                    )
   -vs-                             )  No.  10 C 01168
                                    )
CITY OF CHICAGO, et al.,            )  Chicago, Illinois
                                    )  March 6, 2012
            Defendants.             )  9:30 a.m.


                     TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE MATTHEW F. KENNELLY


 APPEARANCES:

For the Plaintiff:        LAW OFFICE OF H. CANDACE GORMAN
                          BY:  MS. H. CANDACE GORMAN
                          220 South Halsted St., Suite 200
                          Chicago, Illinois  60661
                          312-427-2313

                          MR. LEONARD C. GOODMAN
                          53 West Jackson Blvd., Suite 1650
                          Chicago, Illinois 60604
                          312-986-1984


For Defendants            COOK COUNTY STATE'S ATTORNEY,
Wharrie and Kelley:       BY:  MR. STEPHEN L. GARCIA
                          500 Richard J. Daley Center
                          Chicago, Illinois 60602
                          312-603-5475


 Court Reporter:

                          MARY C. KELLY, CSR
                          Contract Court Reporter
                          United States District Court
                          219 South Dearborn Street, Suite 2524-A
                          Chicago, Illinois  60604
                          (708) 769-0950
```

APPEARANCES CONTINUED:

For Defendants
City of Chicago:     DYKEMA GOSSETT PLLc
                     BY: MR. DANIEL MATTHEW NOLAND
                     10 S. Wacker, Suite 2300
                     Chicago, Illinois 60606
                     312-627-2100

ALSO PRESENT:

                     MR. NATHSON FIELDS.

1   THE CLERK: 10 C 1168, Fields versus City.
2   MS. GORMAN: Good morning, Your Honor. Candace
3 Gorman for the plaintiff.
4   MR. GOODMAN: Leonard Goodman for the plaintiff.
5   MR. GARCIA: Good morning, Your Honor. Stephen
6 Garcia for the defendants Wharrie and Kelley.
7   MR. NOLAND: Good morning, Your Honor. Dan Noland
8 for the City defendants.
9   MR. FIELDS: Nathson Fields, plaintiff.
10   THE COURT: Okay. So putting aside the Seventh
11 Circuit decision for a second, what else is -- I know it's
12 only been a month since you've been here, but what else has
13 been happening in the last month?
14   MS. GORMAN: Your Honor, we've still been exchanging
15 written discovery. We have had a couple more depositions.
16 Actually, the defendant has been taking the depositions. We
17 have not started depositions yet because we're waiting for
18 final discovery.
19   THE COURT: Who have you been deposing?
20   MR. NOLAND: I've been deposing several damages
21 witnesses.
22   THE COURT: Oh, okay.
23   MR. NOLAND: Also, actually, one of the individuals
24 who was -- initially was arrested and been charged for the
25 case.

1  THE COURT: Got it. All right.
2  MR. NOLAND: And then one of the attorneys. I
3  actually took Mr. Stainthorp's deposition relative to a
4  witness interview. John Stainthorp of the People's Law
5  Office.
6  THE COURT: He represented Mr. Field at some point?
7  MR. NOLAND: Yes, he did.
8  THE COURT: Okay.
9  MR. NOLAND: So I think there's -- I can't remember
10 how many now. I think it's approaching ten deps that we've
11 taken so far, and there's a lot of work to do.
12 THE COURT: You still have a big boatload of them to
13 do, obviously. I know that. So okay.
14 I saw the status report that the plaintiff filed.
15 I'm shifting gears now over to the question that's on the
16 table following the Seventh Circuit decision and the
17 interlocutory appeal.
18 And, anyway, so with buts, what would you like to
19 convey to me or would you like to file something?
20 MR. GARCIA: I would like to file something at this
21 point, Your Honor. I haven't actually seen the status reports
22 that they filed, but I informed plaintiff's counsel that we
23 are actually considering a petition for a hearing in the
24 Seventh Circuit on the sovereignty issue at this point.
25 THE COURT: That's fine. Everybody can petition for

1  rehearing, Petition For Cert and file something with the
2  International Court of Justice and the Hague if you want to,
3  and I'm moving ahead, okay?
4  So I'm going to make a decision about this issue of
5  whether I should sever the part of the case involving the
6  state's attorney, the state law claims against Wharrie and
7  Kelley, and to move ahead. It's an old enough case already.
8  I'm not going to put the whole case on pause. We didn't do it
9  before so.
10  MR. GARCIA: All right. We would like to file
11  something in writing, Judge.
12  I believe the mandate from the Seventh Circuit would
13  not issue until the 20th. So if we can have a date after
14  that?
15  THE COURT: Sure.
16  MR. GARCIA: About a week after that?
17  THE COURT: So we'll just call it -- we'll just -- so
18  I'm going to take the plaintiff's status report as basically a
19  request to not sever the case. So any responses to the
20  plaintiff's status report are to be filed by the 27th of
21  March, and --
22  MS. GORMAN: Your Honor, if I can just add. There
23  were a few issues that we came up with that we would have
24  liked to have added in here.
25  THE COURT: If you want to file something else,

1 that's fine. Go ahead. Go ahead and add to it, but that's
2 still going to be way before the 27th of March.
3     MS. GORMAN: Okay.
4     THE COURT: So a couple of the things that I guess it
5 would be helpful for people to comment on, and one of them, I
6 think, is already included in the plaintiff's status report,
7 is the question of if the cases were proceeding in two
8 different venues, would there be overlapping discovery?
9 That's, I think, something that the plaintiff included in
10 that -- in his status report. And then to what extent and is
11 that a good idea, I suppose.
12     And then, secondly, the opinion from the Seventh
13 Circuit referred to the state law immunity issues. I don't
14 know if Judge Flaum used the word difficult, but it was
15 something along those lines. And, honestly, it's been quite a
16 long time since I dealt with that aspect of the case, and I
17 don't remember exactly what the issues are, but it would be
18 helpful for me for you to tell me what's all that difficult.
19 I don't know if they are. I don't know if they aren't.
20     And then the third thing is -- well, no, those are
21 the two things, I guess.
22     So I think I would like to have you back in about a
23 month then. So if you're going to file something. So if
24 there is any reply to the defendants' responses to the status
25 report, that's to be filed by the 3rd of April, and then let's

1  set it for a status the week after that.
2          THE CLERK: April 10th.
3          THE COURT: At 9:30.
4          MR. GARCIA: That's fine, Judge.
5          THE COURT: Okey-doke.
6          Anything else anybody needs to bring up?
7          MS. GORMAN: Just if I can clarify for us filing like
8  a supplement to this?
9          THE COURT: Yes. When do you want to do it? Is a
10 week enough?
11         MS. GORMAN: Yes. A week is fine.
12         THE COURT: Okay. So the plaintiff has until the
13 13th of March to file a supplement to the status report. Then
14 the response is the 27th. The reply is the 3rd. And you're
15 coming in on the 10th.
16         Okay. Good. Thanks a lot.
17         THE CLERK: Judge, I didn't get the date for the
18 supplement. A week from --
19         THE COURT: The plaintiff's supplement is due a week
20 from today, the 13th.
21    (Which were all the proceedings heard.)
22                          CERTIFICATE
    I certify that the foregoing is a correct transcript from
23 the record of proceedings in the above-entitled matter.
   /s/Mary C. Kelly                      November 28, 2017
24 _____   _____
25 Mary C. Kelly                         November 28, 2017
   Contract Court Reporter (f)