```
                IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


NATHSON E. FIELDS,             )
                               )
                 Plaintiff,    )   Docket No. 10 C 1168
                               )
           vs.                 )
                               )
CITY OF CHICAGO, et al.,       )   Chicago, Illinois
                               )   February 6, 2012
                 Defendants.   )   9:35 a.m.


                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE MATTHEW F. KENNELLY


APPEARANCES:


For the Plaintiff:    LAW OFFICES OF H. CANDACE GORMAN
                           BY:  MS. H. CANDACE GORMAN
                           220 South Halsted Street
                           Suite 200
                           Chicago, Illinois   60661



For the Defendant:    DYKEMA GOSSETT PLLC
                           BY:  MR. DANIEL M. NOLAND
                           10 South Wacker Drive
                           Suite 2300
                           Chicago, Illinois   60606
```

LAURA M. BRENNAN - Official Court Reporter
219 South Dearborn Street - Room 2102
Chicago, Illinois   60604
(847) 373-5598

```
 1        (The following proceedings were had in open court:)
 2            THE CLERK:  10 C 1168, Fields v. City.
 3            MS. GORMAN:  Good morning, your Honor; Candace Gorman
 4   Mr. Fields.
 5            MR. NOLAND:  Good morning, your Honor; Dan Noland for
 6   the City defendants.
 7            THE COURT:  Okay.  So I got the status report that
 8   Ms. Gorman filed.
 9            So the depositions are going to get up into like
10   quadruple digits in this case or only triple digits?
11            MS. GORMAN:  I think only triple digits.
12            THE COURT:  Only triple digits, okay.
13            So, Mr. Noland, do you have anything you want to say
14   at all?  Are there any --
15            MR. NOLAND:  No, your Honor.
16            THE COURT:  -- serious errors in what Ms. Gorman
17   filed?
18            MR. NOLAND:  As to what the parties are trying to
19   accomplish right now and the work that needs to be done, we're
20   in agreement that there is substantial work on the case.
21            THE COURT:  Right.
22            MR. NOLAND:  We have been going through all sorts of
23   materials and trying to collect materials, and it is -- that
24   can be difficult in a case going back --
25            THE COURT:  Well, it's an old case.
```

1    So did you get the four depositions done that you
2  were hoping to get done by today?
3             MS. GORMAN:  Yes.
4             THE COURT:  Well, that's good.
5             MS. GORMAN:  But that was defendants' depositions.
6             THE COURT:  Oh, okay.  Your depositions of?
7             MR. NOLAND:  I've taken some of the plaintiff's --
8  witnesses identified in the Plaintiff's 26(a) disclosures.
9             THE COURT:  Got it.
10            So the current fact discovery cutoff is what?
11            MS. GORMAN:  March 31st, your Honor.
12            THE COURT:  March 31st.  I'm trying to look at where
13 I set that.  Give me just a minute.
14            MS. GORMAN:  I know you had trouble finding it last
15 time.
16            THE COURT:  Here it is.  No, I've got it.  I've got
17 it.  Oh, that's because it hadn't been entered on the docket.
18            So how much beyond that do you think you're going to
19 need then?
20            MS. GORMAN:  We talked about an additional 60 days.
21 I think that's a good ball park for right now.  I'm not really
22 certain we'll be finished in that time period.
23            THE COURT:  All right.  So the fact discovery cutoff
24 date is extended to May the 31st.
25            And I'd like to see you, I guess, at let's say

1  towards the end of March just to get a sense of how things are
2  progressing.
3      So, Augie, set it for like that last week of March
4  there.
5      MR. NOLAND:  Your Honor, I'm going to be --
6      THE COURT:  You're going to be gone that week?
7      MR. NOLAND:  Yes.
8      THE COURT:  Make it the following week then, the
9  first week of April.  Will you be back then?
10     MR. NOLAND:  Yes.
11     THE COURT:  All right.
12     THE CLERK:  April 3rd.
13     THE COURT:  Does that date work okay?
14     MR. NOLAND:  Yes.
15     THE COURT:  9:30.
16     MS. GORMAN:  Thank you.
17     THE COURT:  Take care.
18   (Which were all the proceedings had in the above-entitled
19  cause on the day and date aforesaid.)

C E R T I F I C A T E

I hereby certify that the foregoing is a true and correct transcript of the above-entitled matter.

*/s/ Laura M. Brennan*  November 7, 2017

Laura M. Brennan
Official Court Reporter  Date
Northern District of Illinois