```
 1              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3

 4   NATHSON E. FIELDS,              )
                                     )
 5                  Plaintiff,       )    Docket No. 10 C 1168
                                     )
 6             vs.                   )
                                     )
 7   CITY OF CHICAGO, et al.,        )    Chicago, Illinois
                                     )    February 28, 2011
 8                  Defendants.      )    10:10 a.m.

 9                    TRANSCRIPT OF PROCEEDINGS
10        BEFORE THE HONORABLE MATTHEW F. KENNELLY

11
     APPEARANCES:
12

13   For the Plaintiff:    LAW OFFICES OF H. CANDACE GORMAN
                           BY:  MS. H. CANDACE GORMAN
14                         220 South Halsted Street
                           Suite 200
15                         Chicago, Illinois  60661

16
                          LAW OFFICE OF MOLLY ARMOUR
17                         BY:  MS. MOLLY ARMOUR
                           4050 North Lincoln Avenue
18                         Chicago, Illinois   60018

19

20   For the Defendant:    DYKEMA GOSSETT PLLC
                           BY:   MR. DANIEL M. NOLAND
21                               MR. PAUL A. MICHALIK
                           10 South Wacker Drive
22                         Suite 2300
                           Chicago, Illinois  60606
23

24                        COOK COUNTY STATE'S ATTORNEY
                           BY:  MR. STEPHEN L. GARCIA
25                         500 Richard J. Daley Center
                           Chicago, Illinois
```

1

2

3

LAURA M. BRENNAN - Official Court Reporter
219 South Dearborn Street - Room 2102
Chicago, Illinois  60604
(847) 373-5598

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (The following proceedings were had in open court:)

2         THE CLERK:  10 C 1168, Fields v. City.

3         MS. GORMAN:  Good morning, your Honor; Candace Gorman

4    for the plaintiff.

5         MS. ARMOUR:  Molly Armour for the plaintiff as well.

6         MR. MICHALIK:  Paul Michalik for the City defendants

7    and Daley.

8         MR. NOLAND:  Dan Noland for the same defendants.

9         MR. GARCIA:  And Stephen Garcia for the State's

10   Attorney defendants.

11        THE COURT:  Unfortunately, I didn't look at today's

12   schedule ahead of time, and if I had realized you were on, I

13   would have called you off because I'm not ready to rule on the

14   motions to dismiss yet.

15        I'm guessing it is going to be probably -- I'm going

16   to say it's going to be within the next three weeks.  It may

17   end up being a little bit shorter than that, but it should be

18   within the next three weeks.

19        So I'm not going to set another status date.  I will

20   do that once I rule on it.  So sorry to make you come in

21   today.

22        MS. GORMAN:  Thank you, your Honor.

23        MR. MICHALIK:  Thank you.

24        MS. ARMOUR:  Thank you.

25        MR. GARCIA:  Thank you, your Honor.

1          THE COURT:  Take care.

2      (Which were all the proceedings had in the above-entitled

3   cause on the day and date aforesaid.)

4

5                    C E R T I F I C A T E

6

7          I hereby certify that the foregoing is a true and

8   correct transcript of the above-entitled matter.

9

10

11   */s/ Laura M. Brennan*                November 1, 2017

12

13   _____        _____
     Laura M. Brennan
14   Official Court Reporter                    Date
     Northern District of Illinois
15

16

17

18

19

20

21

22

23

24

25