```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION


NATHSON E. FIELDS,            )
                              )
              Plaintiff,      )   Docket No. 10 C 1168
                              )
         vs.                  )
                              )
CITY OF CHICAGO, et al.,      )   Chicago, Illinois
                              )   March 21, 2012
              Defendants.     )   9:30 a.m.


                   TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE MATTHEW F. KENNELLY


APPEARANCES:

For the Plaintiff:    LAW OFFICES OF H. CANDACE GORMAN
                        BY:  MS. H. CANDACE GORMAN
                      220 South Halsted Street
                      Suite 200
                      Chicago, Illinois   60661

                      LAW OFFICE OF MOLLY ARMOUR
                        BY:  MS. MOLLY ARMOUR
                      4050 North Lincoln Avenue
                      Chicago, Illinois    60018


For the Defendant:    DYKEMA GOSSETT PLLC
                        BY:  MR. DANIEL M. NOLAND
                      10 South Wacker Drive
                      Suite 2300
                      Chicago, Illinois   60606




         LAURA M. BRENNAN - Official Court Reporter
           219 South Dearborn Street - Room 2102
                Chicago, Illinois   60604
                     (847) 373-5598
```

1  (The following proceedings were had in open court:)
2  THE CLERK:  10 C 1168, Fields v. City.
3  THE COURT:  Good morning.
4  MS. GORMAN:  Good morning, your Honor; Candace Gorman
5  for the plaintiff.
6  MS. ARMOUR:  Molly Armour on behalf of Mr. Fields.
7  MR. NOLAND:  Good morning, your Honor; Dan Noland for
8  the City defendants.
9  THE COURT:  So Ms. Armour's motion to withdraw is
10 granted.
11 MS. ARMOUR:  Thank you.
12 THE COURT:  You don't have to hang around if you
13 don't want to.
14 So, Mr. Noland, let me hear what you have to say on
15 the motion to compel.
16 MR. NOLAND:  Judge, I have been -- we are working on
17 it.  We will provide an amended response to the -- and what
18 we're talking about were these documents that are
19 specifically --
20 THE COURT:  Okay.
21 MR. NOLAND:  -- referenced by Bates number and
22 numbers 4 and 5 which are -- I haven't verified the
23 accuracy -- but I think 1,023 to 1,017.  And we will provide
24 an amended response.  It's going to be we don't know where
25 they have been.

1  Essentially what the defendant is asking is the chain
2  of custody of these documents.
3  THE COURT: Right.
4  MR. NOLAND: And, you know, chain of custody for
5  evidence, that is something that CPD ordinarily does,
6  documents not so much.
7  So I am investigating it, and what I'm asking the
8  Court is if we could have two more weeks to do so basically
9  because I'm going to be out next week.
10  THE COURT: So what I would propose to do is just
11  enter and continue this motion maybe by three weeks, and you
12  will see where we are at that point.
13  Is that okay.
14  MS. GORMAN: There is only one point I'd like to
15  make.
16  When I talked with counsel about what I was looking
17  for, I told him if I didn't have to do a motion, I would just
18  ask for the paper trail on this one document. But if I had to
19  file a motion, I want to know where all of the investigative
20  files have been so I can try to track this down as to why they
21  were even separated.
22  So I would like everything since I had to file a
23  motion.
24  THE COURT: I assume you have discussed this.
25  MS. GORMAN: Okay.

1    MR. NOLAND:  I think we can work it out.  The
2 plaintiffs had --
3    I think we can work it out.
4    THE COURT:  I'm going to enter and continue this to
5 the --
6    You're coming in on the 10th of April anyway.  So I'm
7 just going to enter and continue it to that same date, at
8 9:30.
9    MR. NOLAND:  Thank you.
10    Judge, a housekeeping matter, if I could bring it up.
11    THE COURT:  Yes.
12    MR. NOLAND:  Jean Snyder and Herschella Conyers, I
13 had issued a subpoena to them a while back.
14    THE COURT:  Right.
15    MR. NOLAND:  The Court had ordered that we pay
16 certain costs associated with their time.  In responding to
17 the subpoena, the City has told me they need a court order
18 from your Honor.
19    THE COURT:  So just draft something and get it to me.
20    MR. NOLAND:  If I could do that, yes.
21    And if we have agreed, I will submit it through the
22 proposed order system.
23    THE COURT:  That's fine.
24    MR. NOLAND:  Thank you.
25    THE COURT:  All right, take care.

1          MS. GORMAN:  Thank you.

2     (Which were all the proceedings had in the above-entitled

3  cause on the day and date aforesaid.)

4

5

6              C E R T I F I C A T E

7

8      I hereby certify that the foregoing is a true and

9  correct transcript of the above-entitled matter.

10

11

12  */s/ Laura M. Brennan*                    November 7, 2017

13

14  _____      _____
    Laura M. Brennan
15  Official Court Reporter                     Date
    Northern District of Illinois
16

17

18

19

20

21

22

23

24

25