```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION


NATHSON E. FIELDS,              )
                                )
                  Plaintiff,    )   Docket No. 10 C 1168
                                )
           vs.                  )
                                )
CITY OF CHICAGO, et al.,        )   Chicago, Illinois
                                )   April 22, 2010
                  Defendants.   )   10:00 a.m.


                  TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE MATTHEW F. KENNELLY


APPEARANCES:


For the Plaintiff:   LEONARD GOODMAN LAW OFFICE, LLC
                     BY:  MR. LEONARD C. GOODMAN
                     53 West Jackson Boulevard
                     Chicago, Illinois   60604



For the Defendant:   DYKEMA GOSSETT PLLC
                     BY:  MR. DANIEL M. NOLAND
                     10 South Wacker Drive, Suite 2300
                     Chicago, Illinois   60606


                     COOK COUNTY STATE'S ATTORNEY
                     BY:  MR. STEPHEN L. GARCIA
                     500 Richard J. Daley Center
                     Chicago, Illinois   60602



         LAURA M. BRENNAN - Official Court Reporter
           219 South Dearborn Street - Room 2102
                  Chicago, Illinois  60604
                       (847) 373-5598
```

1	(The following proceedings were had in open court:)
2	THE CLERK:  10 C 1168, Fields v. City.
3	MR. GOODMAN:  Good morning.
4	For the record, Leonard Goodman.  I'm asking leave to
5	file my appearance on behalf of Mr. Nathson Fields.
6	THE COURT:  Yes.  You took my advice.  You're a smart
7	man.
8	Okay.  Mr. Goodman has leave to file his appearance
9	on behalf of Mr. Fields.  You didn't have to even finish the
10	sentence.
11	MR. GOODMAN:  Thank you, Judge.
12	THE COURT:  Okay.
13	MR. GARCIA:  Good morning, your Honor; Stephen Garcia
14	on behalf of the State's Attorney defendants.
15	MR. NOLAND:  Good morning, your Honor; Dan Noland on
16	behalf of the -- I can name them all or --
17	THE COURT:  Just all of the City people.
18	MR. NOLAND:  Yes.
19	THE COURT:  Are there any exceptions, I guess?
20	MR. NOLAND:  There's 21 City related people sued.  We
21	have appeared now for 18, including the City.  There's three
22	whom we have not located yet.
23	THE COURT:  You're still trying to track them down.
24	MR. NOLAND:  I'm still working to do it, but,
25	obviously, we have been on the horn the last couple of weeks.

1  We took your Honor's statements at the last hearing very
2  seriously.
3          THE COURT:  I very much appreciate your doing that
4  because I saw there was a bunch of appearances filed the other
5  day, and I appreciate you doing it.
6          MR. NOLAND:  And some of these men have been retired
7  for upwards of a decade.
8          THE COURT:  Who are the three that are still --
9          MR. NOLAND:  Hood, Delaney and Richardson are the
10 three that I have not located.
11         THE REPORTER:  Are the three?
12         MR. NOLAND:  Hood, Delaney and Richardson.
13         THE COURT:  "Are the three," that was the part that
14 she didn't hear.
15         MR. NOLAND:  Those are the three that I have not
16 located.
17         THE COURT:  Okay, then.  So there are several motions
18 that are still pending, and so what I would like to get a
19 handle on now, first of all, is are you going to want --
20         Mr. Goodman, for a second there, I thought you
21 changed your mind.
22         MR. GOODMAN:  No, no, no.
23         THE COURT:  Okay.  Are you going to be wanting to
24 file an amended complaint, or are you going to go with what is
25 in there right now?

1  MR. GOODMAN: Judge, I think it's quite likely. I
2  just got the case.
3  THE COURT: I understand.
4  MR. GOODMAN: And I'm studying.
5  THE COURT: How long would you like to file an
6  amended complaint, if that's what you end up doing?
7  MR. GOODMAN: Three weeks.
8  THE COURT: I will give you more than that, if you
9  want. How about five?
10  MR. GOODMAN: Five weeks.
11  THE COURT: Fine. Plaintiff has until the 27th of
12  May to file an amended complaint.
13  Okay. And I'm just going to assume that there's a
14  decent chance that Mr. Goodman will do that, not that I'm
15  suggesting that there is anything wrong with the complaint
16  that Mr. Fields filed in the beginning, but Mr. Goodman is
17  going to need to look at it and figure out what, you know, he
18  wants to do.
19  But I think, though, at this point, since we have
20  gotten, you know, cooperation from the lawyers for the City
21  about getting people served, I'm going to terminate the
22  motions for default judgment because I think a reasonably
23  diligent effort has been made on the defendants' part, and I'm
24  going to -- and the motions to extend time are effectively
25  moot at this point because you can wait until after the

1  amended complaint gets filed.
2           Now, if Mr. Goodman decides not to file an amended
3  complaint, I will probably give you, you know, a couple or
4  three weeks after I have you come back again.
5           MR. NOLAND:  Thank you, your Honor.
6           THE COURT:  So I'm going to --
7           All of the pending motions, Augie, are terminated.
8  That's 33, 35, 42, 44 and 51.
9           And so I'm going to set the case for a status on June
10 the -- just a minute -- let's say if this date works okay,
11 June the 10th at 9:30.  Is that date all right?
12          MR. GARCIA:  That's fine.
13          MR. GOODMAN:  Yes.
14          MR. NOLAND:  Yes.
15          THE COURT:  Okay.  So what I am going to be expecting
16 the defendants to tell me then is I'm not going to expect you
17 to have filed anything, but I'm going to expect you to tell me
18 is it going to be an answer, is it going to be a motion to
19 dismiss.
20          Just so you know my position -- because, as many
21 times as I say this, the lawyers for the City somehow seem not
22 to get it, and I'm not speaking about you individually,
23 Mr. Noland; I'm talking about corporation counsel's office --
24 if you don't move to dismiss every count, you have got to
25 answer the ones you don't move to dismiss.  Okay.

1    I know different judges have different practices.
2 That's my view of the way the rules work, okay.
3    So I will see you on the 10th of June at 9:30 in the
4 morning.
5    MR. GOODMAN:  Thank you, Judge.
6    THE COURT:  Okay, take care.
7    MR. GOODMAN:  I think it's likely -- I expect that
8 Candace Gorman will also be filing an appearance as
9 co-counsel.
10    THE COURT:  Okay, all right.  You don't need a motion
11 on that.  If it's just an additional appearance, I think she
12 can just file it.
13    MR. GOODMAN:  Okay.
14    THE COURT:  Okay, take care.
15    MR. GOODMAN:  Can I give you a hard copy?
16    THE COURT:  Thanks.
17   (Which were all the proceedings had in the above-entitled
18 cause on the day and date aforesaid.)
19
20
21
22
23
24
25

# C E R T I F I C A T E

I hereby certify that the foregoing is a true and correct transcript of the above-entitled matter.

*/s/ Laura M. Brennan*  November 1, 2017

Laura M. Brennan
Official Court Reporter                    Date
Northern District of Illinois