```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


NATHSON E. FIELDS,              )
                                )
              Plaintiff,        )   Docket No. 10 C 1168
                                )
        vs.                     )
                                )
CITY OF CHICAGO, et al.,        )   Chicago, Illinois
                                )   May 2, 2011
              Defendants.       )   10:00 a.m.


                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE MATTHEW F. KENNELLY


APPEARANCES:


For the Plaintiff:     LAW OFFICES OF H. CANDACE GORMAN
                         BY:  MS. H. CANDACE GORMAN
                       220 South Halsted Street
                       Suite 200
                       Chicago, Illinois  60661



                       MS. MELISSA A. MATUZAK
                       53 West Jackson Boulevard
                       Suite 1650
                       Chicago, Illinois  60604



For the Defendant:     DYKEMA GOSSETT PLLC
                         BY:  MR. DANIEL M. NOLAND
                              MR. PAUL A. MICHALIK
                       10 South Wacker Drive
                       Suite 2300
                       Chicago, Illinois  60606



                       COOK COUNTY STATE'S ATTORNEY
                         BY:  MR. STEPHEN L. GARCIA
                       500 Richard J. Daley Center
                       Chicago, Illinois
```

LAURA M. BRENNAN - Official Court Reporter
219 South Dearborn Street - Room 2102
Chicago, Illinois  60604
(847) 373-5598

```
1    (The following proceedings were had in open court:)
2         THE CLERK:  10 C 1168, Fields v. City.
3         MS. GORMAN:  Good morning, your Honor; Candace Gorman
4    for plaintiff.
5         MS. MATUZAK:  And Melissa Matuzak, M-a-t-u-z-a-k, for
6    plaintiff Nathson Fields.  And I am also standing in for
7    Leonard Goodman, who is in Charleston, Illinois, this morning.
8         MR. MICHALIK:  Paul Michalik on behalf of defendant
9    City and the police officer defendants.
10        MR. NOLAND:  Dan Noland for the City defendants as
11   well.
12        MR. GARCIA:  Good morning, your Honor; Stephen Garcia
13   on behalf of the State's Attorney defendants and Cook County.
14        THE COURT:  Okay.  So have you talked about a
15   schedule?
16        MR. MICHALIK:  We have, your Honor.  We met this
17   morning, and there are going to be a number of issues that are
18   involved.
19        One of the things that we would like to do is, first
20   off, we need to get our hands around the criminal proceedings
21   and the criminal trial.  We would like to make meaningful
22   Rule 26 disclosures rather than just putting something
23   together and then, you know, continually supplementing that.
24        One of the things that we had discussed, and if it's
25   agreeable with the Court, is to see if we can get our hands on
```

```
 1  the State's Attorney's file and all the materials that are
 2  involved with that.
 3          THE COURT:  That's been pending for a year and a half
 4  or a year and three months and nobody's done that yet?
 5          MR. GARCIA:  It has, Judge, but there's also been
 6  ancillary proceedings in the criminal matter.  So it's not
 7  been --
 8          THE COURT:  I see.  Since the case was filed?
 9          MR. GARCIA:  He has been seeking an innocence
10  petition.
11          THE COURT:  Oh, okay.
12          MR. GARCIA:  And that's still ongoing, I've been
13  informed by counsel this morning.
14          THE COURT:  Got it, okay.
15          MR. MICHALIK:  So what we would like to do is get
16  what we can out of that and then maybe come back and report to
17  the Court within 45 days as to a discovery plan.
18          THE COURT:  No.  There is absolutely zero chance that
19  that is going to happen, if I'm going to wait 45 days just to
20  set a discovery schedule.  I mean, it's just not going to
21  happen.  I'm sorry.
22          MS. GORMAN:  Your Honor, if I may?
23          THE COURT:  So what is plan B?
24          MS. GORMAN:  Two things that we need first is the
25  answer to the complaint.  We don't have an answer yet.
```

1  THE COURT: Well, that's already due. I mean, the
2  rules provide that when a motion to dismiss is denied, an
3  answer is due on X. I don't remember what the X is. It's
4  probably already run, though.
5  MR. MICHALIK: It has, your Honor, and we spoke about
6  that, and plaintiff's counsel has agreed to extend us another
7  14 days to get the answers on file. There's a number of them.
8  THE COURT: Is that true for everybody?
9  MR. GARCIA: We're going to take an appeal from the
10 dismissal order on the main issues, Judge.
11 THE COURT: Fine.
12 MS. GORMAN: And as far as 26(a)(1s), we're pretty
13 much ready with our 26(a)(1s), but I understand that they have
14 not even received some of the files. So I had agreed for
15 30 days for them to get all of that and do a meaningful
16 26(a)(1) instead of having them just pull together a blanket.
17 THE COURT: I will give you 30 days to do 26(a)(1s).
18 That's the 1st of June. I'm going to set a discovery schedule
19 on the 2nd of June, okay. So you're set for a status on the
20 2nd of June at 9:30.
21 And, I mean, as far as getting files out of other
22 people's hands, well, like I said, the case was filed in
23 February of 2010. I have had defendants in the case since --
24 some defendants in the case since April of 2010, so a little
25 over a year. And I understand there's other proceedings going

1 on, but things are going to start moving at this point.
2 　　　　The notice of appeal has got to be due within the
3 next few days.
4 　　　　MR. GARCIA:  Monday.
5 　　　　THE COURT:  All right.  So is there anything else we
6 need to talk about today?
7 　　　　MR. MICHALIK:  I think that's it.
8 　　　　THE COURT:  Okay, take care.
9 　　　　MR. GARCIA:  Thank you, Judge.
10 　　　　MR. NOLAND:  Thank you.
11 　　　　MS. GORMAN:  Thank you.
12 　(Which were all the proceedings had in the above-entitled
13 cause on the day and date aforesaid.)
14 　　　　　　　　　　C E R T I F I C A T E
15
16 　　　　I hereby certify that the foregoing is a true and
17 correct transcript of the above-entitled matter.
18
19
20 */s/ Laura M. Brennan*　　　　　　　　　　　　November 1, 2017
21
22 _____　　　_____
23 Laura M. Brennan
　　Official Court Reporter　　　　　　　　　　　　　　Date
　　Northern District of Illinois
24
25