IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NATHSON E. FIELDS, )
                    Plaintiff, )  Docket No. 10 C 1168
          vs. )
CITY OF CHICAGO, et al., )  Chicago, Illinois
                        )  July 8, 2010
               Defendants. )  10:00 a.m.

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE MATTHEW F. KENNELLY

APPEARANCES:

For the Plaintiff:     LEONARD GOODMAN LAW OFFICE, LLC
                           BY:  MR. LEONARD C. GOODMAN
                           53 West Jackson Boulevard
                           Chicago, Illinois   60604

                         LAW OFFICE OF MOLLY ARMOUR
                         BY:  MS. MOLLY ARMOUR
                         4050 North Lincoln Avenue
                         Chicago, Illinois   60018


For the Defendant:    DYKEMA GOSSETT PLLC
                         BY:  MS. KIMBERLY FAHRBACH
                         10 South Wacker Drive, Suite 2300
                         Chicago, Illinois   60606

                         COOK COUNTY STATE'S ATTORNEY
                         BY:  MR. STEPHEN L. GARCIA
                         500 Richard J. Daley Center
                         Chicago, Illinois   60602

LAURA M. BRENNAN - Official Court Reporter
219 South Dearborn Street - Room 2102
Chicago, Illinois  60604
(847) 373-5598

```
 1              (The following proceedings were had in open court:)
 2              THE CLERK:  10 C 1168, Fields v. City.
 3              THE COURT:  Good morning.
 4              MS. FAHRBACH:  Good morning, your Honor; Kimberly
 5   Fahrbach on behalf of the defendants.
 6              MR. GOODMAN:  Leonard Goodman and Molly Armour for
 7   Mr. Fields.
 8              MR. GARCIA:  Your Honor, good morning.  Stephen
 9   Garcia on behalf of defendants Wharrie and Kelly.
10              THE COURT:  Okay.  What is the status of the case?
11              MS. FAHRBACH:  Judge, the plaintiff filed their
12   amended complaint on June 28th.  We would like about 45 days
13   to respond.  We represent 12 different people, and it's going
14   to be at least a partial motion to dismiss.
15              THE COURT:  Is it going to be the same motion that
16   you filed before that I denied?
17              MS. FAHRBACH:  I would hope not.
18              MR. GARCIA:  In this case.
19              MS. FAHRBACH:  No.
20              THE COURT:  I think the only right answer to that
21   question is no.
22              MS. FAHRBACH:  No.
23              THE COURT:  Okay.  So were there new claims that were
24   added?
25              MS. FAHRBACH:  Well, you know, I just looked at it
```

1  this morning.  I noted Jody Weis -- he caught my eye as being
2  someone who is sued, and obviously he didn't come in to work
3  with the City just a couple years ago.
4           THE COURT:  He wasn't in the original -- no, no, he
5  was in the original.
6           MS. FAHRBACH:  So there's certain superintendents.
7  We just need to talk to the clients.  There's some people that
8  just don't belong.  I can see that right away.
9           THE COURT:  Okay, and you think that is something
10 that can be determined by a motion to dismiss.
11          Well, I will give you 45 days to file answers.  I'm
12 not giving you 45 days to file motions to dismiss.
13          MS. FAHRBACH:  Okay.  Is there a time frame for a
14 partial motion to dismiss?
15          THE COURT:  You have had the complaint since when?
16 You said the 28th of June.
17          MS. FAHRBACH:  The 28th.
18          THE COURT:  I will give you three more weeks.
19          MS. FAHRBACH:  Okay.
20          THE COURT:  Any motion --
21          What is this, the second amended or the first
22 amended?
23          MR. GOODMAN:  First amended.
24          THE COURT:  Any motions to dismiss the first amended
25 complaint are to be filed by the 29th of July, and any answers

1 are to be filed by, let's say, the 19th of August, which is
2 another three weeks beyond that.
3     So what else is happening, anything?
4     MR. GARCIA: Judge, from my perspective, I represent
5 the State's Attorney defendants.
6     It appears that a number of them have been dismissed
7 and that they have not been named. I just want to clarify
8 that: Defendants Alvarez, Devine, O'Malley, Sexton, Rueckert,
9 Goldfarb and Fitzgerald.
10     THE COURT: So when you say --
11     In other words, they don't appear as defendants in
12 the first amended complaint.
13     MR. GARCIA: Correct.
14     THE COURT: So was it your intention, anybody who
15 doesn't appear as a defendant in the first amended complaint,
16 to drop them?
17     MR. GOODMAN: Yes.
18     MR. GARCIA: That's all --
19     THE COURT: Okay. So I haven't set any kind of a
20 schedule on it yet.
21     MR. GARCIA: No, Judge.
22     THE COURT: Discovery schedule, I mean.
23     MR. GARCIA: What happened is plaintiff filed pro se,
24 and then you gave him time to find counsel. So that is
25 basically what happened. Counsel has come in, amended his pro

1  se --
2         THE COURT:  I confused this case with another one.  I
3  didn't previously deny a motion to dismiss in this case.  My
4  mistake.  I apologize for that.  I was thinking of another
5  case.
6         So I haven't denied any motions to dismiss.  So you
7  don't have to worry about repeating yourself.  All right.
8         So this is what I want you to do.  I want you to sit
9  down and try to agree on a schedule, and I'm going to have you
10 come back right after the deadline for motions to dismiss, and
11 then I'm going to enter a schedule then because my guess is
12 some people are going to answer and some people are going to
13 move to dismiss.  It's not really going to change the scope of
14 discovery that much.
15        So I'd like you to come -- I'm going to set it for a
16 status on, let's say, the 5th of August at 9:30.  I'd like
17 you --
18        If there's any motions to dismiss, just notice them
19 up for that date.
20        MS. FAHRBACH:  Okay.
21        THE COURT:  But also talk try to talk about a
22 discovery schedule.  Okay.
23        MR. GOODMAN:  Thank you, Judge.
24        THE COURT:  Thanks.
25        MS. FAHRBACH:  Thank you.

1  MR. GARCIA: Thank you.

2  (Which were all the proceedings had in the above-entitled

3  cause on the day and date aforesaid.)

6  C E R T I F I C A T E

8  I hereby certify that the foregoing is a true and

9  correct transcript of the above-entitled matter.

12  */s/ Laura M. Brennan*                    November 1, 2017

15  Laura M. Brennan
Official Court Reporter                     Date
Northern District of Illinois