```
1        IN THE UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF ILLINOIS
2              EASTERN DIVISION

3


4   NATHSON E. FIELDS,           )
                                 )
5              Plaintiff,        )   Docket No. 10 C 1168
                                 )
6          vs.                   )
                                 )
7   CITY OF CHICAGO, et al.,     )   Chicago, Illinois
                                 )   October 20, 2010
8              Defendants.       )   10:00 a.m.

9              TRANSCRIPT OF PROCEEDINGS
10   BEFORE THE HONORABLE MATTHEW F. KENNELLY

11
     APPEARANCES:
12

13   For the Plaintiff:    LAW OFFICES OF H. CANDACE GORMAN
                              BY:  MS. H. CANDACE GORMAN
14                           220 South Halsted Street
                             Suite 200
15                           Chicago, Illinois  60661

16
                           LAW OFFICE OF MOLLY ARMOUR
17                           BY:  MS. MOLLY ARMOUR
                             4050 North Lincoln Avenue
18                           Chicago, Illinois   60018

19

20   For the Defendant:   DYKEMA GOSSETT PLLC
                            BY:  MR. DANIEL M. NOLAND
21                          10 South Wacker Drive
                            Suite 2300
22                          Chicago, Illinois  60606

23
                          COOK COUNTY STATE'S ATTORNEY
24                          BY:  MR. STEPHEN L. GARCIA
                            500 Richard J. Daley Center
25                          Chicago, Illinois
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

LAURA M. BRENNAN - Official Court Reporter
219 South Dearborn Street - Room 2102
Chicago, Illinois  60604
(847) 373-5598

1    (The following proceedings were had in open court:)

2    THE CLERK:  10 C 1168, Fields v. City.

3    MS. GORMAN:  Good morning, your Honor; Candace Gorman

4    for Nathson Fields.

5    MS. ARMOUR:  Molly Armour for Nathson Fields as well.

6    MR. NOLAND:  Good morning, your Honor; Dan Noland for

7    the police officer defendants and the City and Mayor Daley.

8    MR. GARCIA:  Good morning, your Honor; Stephen Garcia

9    for State's Attorneys Wharrie and Kelly.

10    THE COURT:  You know, I didn't go back and compare,

11    but I assumed that collectively the three motion motions to

12    dismiss cover everybody.

13    Is that right?

14    MR. NOLAND:  They cover everybody.

15    THE COURT:  All right.  So do you want to --

16    The two questions I've got for you all are:  How long

17    do you want to respond, and do you want to do it all in one,

18    or do you want to do them separately?

19    MS. GORMAN:  Actually, what I would like to do, your

20    Honor, is have one week to file a third amended complaint

21    because I think there's a couple issues I'd like to --

22    THE COURT:  You might be able to clean up.

23    MS. GORMAN:  -- clean up.

24    THE COURT:  Okay.  Does anybody have a problem with

25    that?

1           What we're going to do this time, though, is that

2   rather than having people refile stuff, I will set it for a

3   status maybe about a week after Ms. Gorman and Ms. Armour file

4   the amended complaint, and then you will tell me whether you

5   think it still covers everything or not.  If there's arguments

6   that get X'd out, I will just X them out and kind of take it

7   from there so that people don't have to, you know, reinvent

8   wheels.  So plaintiff has until the 27th of October to file a

9   third amended complaint.

10          And why don't you come in on the --

11          Let me think this through.  I'm going to make it a

12  little bit more than a week actually.  Why don't you come in

13  on the 10th.  I'm going to be out of town a few days.  So does

14  the 10th of November at 9:30 work okay?

15          MR. GARCIA:  Yes.

16          MR. NOLAND:  Yes, your Honor.

17          MS. GORMAN:  Yes.

18          THE COURT:  So the motions to dismiss are entered and

19  continued to that date.

20          MS. GORMAN:  Thank you.

21          MS. ARMOUR:  Thank you.

22          MR. GARCIA:  What time, Judge?

23          THE COURT:  9:30.

24          MR. NOLAND:  Thank you, your Honor.

25          MR. GARCIA:  Thank you.

1    MS. GORMAN:  Thank you, your Honor.

2    (Which were all the proceedings had in the above-entitled

3 cause on the day and date aforesaid.)

4

5                 C E R T I F I C A T E

6

7    I hereby certify that the foregoing is a true and

8 correct transcript of the above-entitled matter.

9

10

11 */s/ Laura M. Brennan*                November 1, 2017

12

13

14 _____          _____

15 Laura M. Brennan
   Official Court Reporter                    Date
16 Northern District of Illinois

17

18

19

20

21

22

23

24

25