```
             IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION


NATHSON E. FIELDS,              )
                                )
                 Plaintiff,     )   Docket No. 10 C 1168
                                )
            vs.                 )
                                )
CITY OF CHICAGO, et al.,        )   Chicago, Illinois
                                )   November 10, 2010
                 Defendants.    )   10:30 a.m.


                  TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE MATTHEW F. KENNELLY

APPEARANCES:

For the Plaintiff:     LAW OFFICES OF H. CANDACE GORMAN
                            BY:  MS. H. CANDACE GORMAN
                            220 South Halsted Street
                            Suite 200
                            Chicago, Illinois  60661


For the Defendant:     DYKEMA GOSSETT PLLC
                            BY:  MR. PAUL A. MICHALIK
                            10 South Wacker Drive
                            Suite 2300
                            Chicago, Illinois

                       COOK COUNTY STATE'S ATTORNEY
                            BY:  MR. STEPHEN L. GARCIA
                            500 Richard J. Daley Center
                            Chicago, Illinois



         LAURA M. BRENNAN - Official Court Reporter
           219 South Dearborn Street - Room 2102
                 Chicago, Illinois  60604
                      (847) 373-5598
```

```
 1              (The following proceedings were had in open court:)
 2              THE CLERK:  10 C 1168, Fields v. City of Chicago.
 3              MS. GORMAN:  Good morning, your Honor; Candace Gorman
 4   for the plaintiff.
 5              MR. GARCIA:  Good morning, your Honor; Stephen Garcia
 6   for defendants Wharrie and Kelly.
 7              MR. MICHALIK:  And Paul Michalik for defendant City
 8   of Chicago and the police officer defendants and Richard M.
 9   Daley.
10              THE COURT:  So are we missing anybody?  Does that
11   cover everybody?
12              MR. GARCIA:  I think that's it.
13              MR. MICHALIK:  I think we are all here.
14              THE COURT:  Okay.  So the motion to file a corrected
15   third amended complaint is granted.
16              MS. GORMAN:  Thank you.
17              THE COURT:  And so I guess the question on the table
18   is I've got all of these motions to dismiss although --
19              Hang on a second.  For some reason, I don't think I
20   have all of them.  Let me just do a quick inventory here.  You
21   know, the one that I don't think --
22              No, maybe I do have them all.  Daley, Kolovitz, et
23   al.  Never mind.  I've got all of them.
24              So do you need to tweak them, redo them?
25              MR. GARCIA:  I think so, Judge.  Looking through,
```

1  first of all, the citations, they're going to be changed.
2  There's some paragraphs they removed which is going to remove
3  some discussion.
4          THE COURT:  So how would you prefer to do it?
5          MR. GARCIA:  I'd just like to file --
6          THE COURT:  Start over?
7          MR. GARCIA:  Well, not start over.  I just really
8  want to tweak the motions I already filed to change some
9  stuff, and only seven days for that.
10         THE COURT:  Okay.  So what you're going to give me is
11 a new memorandum, or are you going to give me sort of a cross-
12 reference or what exactly?
13         MR. GARCIA:  I think just a new memorandum to put it
14 all in one place so it would be the simplest; otherwise there
15 is a lot looking back and forth.
16         THE COURT:  Same for you?
17         MR. MICHALIK:  We can do the same.  We have, I think,
18 probably less tweaks that we would need to make, but I think
19 for the convenience of the Court, it would be easier if we
20 just --
21         THE COURT:  All right.  So the motions to -- we'll
22 just call it supplements to the motions to dismiss are to be
23 filed by the 17th of November.
24         There was a motion on behalf of the County defendants
25 to file excess pages, Augie.  That's number 102.  That's

```
 1  granted.
 2          And, Ms. Gorman, how long would you like to respond
 3  to all of that?
 4          MS. GORMAN:  If I could have until December 22nd,
 5  your Honor?
 6          THE COURT:  Sure.  12/22 for the response.
 7          And then the reply -- give me just a second to put up
 8  a calendar -- the reply January the 14th.  And I will rule by
 9  mail.  Thanks.
10          MR. MICHALIK:  Thank you.
11          MR. GARCIA:  Thank you, Judge.
12          MS. GORMAN:  Thank you.
13          THE COURT:  Take care.
14    (Which were all the proceedings had in the above-entitled
15  cause on the day and date aforesaid.)
16                       C E R T I F I C A T E
17
18       I hereby certify that the foregoing is a true and
19  correct transcript of the above-entitled matter.
20
21
22  /s/ Laura M. Brennan                         November 1, 2017
23
24  _____        _____
25  Laura M. Brennan
    Official Court Reporter                            Date
    Northern District of Illinois
```