```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


NATHSON E. FIELDS,              )
                                )
               Plaintiff,       )  Docket No. 10 C 1168
                                )
          vs.                   )
                                )
CITY OF CHICAGO, et al.,        )  Chicago, Illinois
                                )  November 26, 2013
               Defendants.      )  10:00 a.m.


                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE MATTHEW F. KENNELLY


APPEARANCES:


For the Plaintiff:      LAW OFFICES OF H. CANDACE GORMAN
                          BY:  MS. H. CANDACE GORMAN
                        220 South Halsted Street
                        Suite 200
                        Chicago, Illinois   60661

                        LEONARD GOODMAN LAW OFFICE, LLC
                          BY:  MS. MELISSA A. MATUZAK
                        53 West Jackson Boulevard
                        Chicago, Illinois   60604


For the Defendant:      DYKEMA GOSSETT PLLC
                          BY:  MR. DANIEL M. NOLAND
                        10 South Wacker Drive
                        Suite 2300
                        Chicago, Illinois   60606


                        COOK COUNTY STATE'S ATTORNEY
                          BY:  MR. STEPHEN L. GARCIA
                        500 Richard J. Daley Center
                        Chicago, Illinois
```

LAURA M. BRENNAN - Official Court Reporter
219 South Dearborn Street - Room 2102
Chicago, Illinois  60604
(847) 373-5598

1     (The following proceedings were had in open court:)
2         THE CLERK:  10 C 1168, Fields v. City.
3         MS. GORMAN:  Good morning, your Honor; Candace Gorman
4  for the plaintiff.
5         MS. MATUZAK:  Good morning, your Honor; Melissa
6  Matuzak, M-a-t-u-z-a-k, for plaintiff.
7         MR. GARCIA:  Good morning, your Honor; Stephen Garcia
8  for defendants Kelley and Wharrie.
9         MR. NOLAND:  Good morning, your Honor; Dan Noland,
10  N-o-l-a-n-d, for the City defendants.
11         MR. GARCIA:  Judge, as discussed at the last status
12  conference, we filed our motion to stay the proceedings.
13         THE COURT:  Yes, I read it.  You don't need to argue
14  it.
15         So I was trying to sort of trace out the dates here.
16  And so in February of 2012 is when the Court of Appeals issued
17  the ruling on absolute immunity with regard to the federal
18  claims.  It kicked the thing back to me.
19         MR. GARCIA:  Correct.
20         THE COURT:  At that point I still had the state
21  claims.  It was this issue about whether I should keep them or
22  not.
23         MR. GARCIA:  As well as the --
24         THE COURT:  I ultimately decided to keep them.  That
25  was in October of 2012.  And then at that point in time, and

1  this is the part I wasn't quite clear on -- I think the answer
2  is yes but I'm not positive -- when it got sent back to me,
3  was there a live motion of some sort at that point that
4  concerned immunity with regard to the state law claim?
5          MR. GARCIA:  Yes, your Honor.
6          THE COURT:  That's sort of what I thought.  That was
7  the thing that I kind of tabled trying to figure out, A, what
8  I was going to do with the state law claims and so on.
9          MR. GARCIA:  Correct.
10         THE COURT:  So then I decided that at the same time
11 that I did the reconsideration on some of the federal
12 qualified immunity, which was in December.
13         MR. GARCIA:  Correct.
14         THE COURT:  Okay.  And then you filed the appeal in
15 January, and you just argued it fairly recently I think is
16 what you told me.
17         MR. GARCIA:  November 1st.
18         THE COURT:  Right, okay.
19         MR. GARCIA:  So that's the thing.  We have
20 essentially been on appeal in one way, shape -- or the issue
21 has been pending since --
22         THE COURT:  Well, not exactly, no.  There were nine
23 months where you weren't on appeal, but you had an issue of
24 immunity that you had raised before me that I hadn't ruled on
25 yet.

1  So, you know, just to be clear, I'm not -- I get what
2  May v. Sheahan says. I've read the response. I mean, I don't
3  --
4  Given the timing of the rulings I made, I don't think
5  that I could say that the current appeal is abusive. I mean,
6  I could never say that, quite honestly, because in the order
7  that I entered, I think I made it pretty clear that I thought
8  the law was unclear. So it's absolutely a legitimate appeal.
9  I'm not taking any kind of position right now on what
10 the state of affairs was when the case was pending before me
11 with regard to whether there was a stay because whatever May
12 v. Sheahan may say about an appeal, you know, divesting the
13 district court of jurisdiction over the matters that are
14 involved in appeal, if there is no appeal, then I am not
15 divested of anything. But at the current point in time, I
16 really don't see any appropriate basis to decline a stay on a
17 going forward basis to the state's attorney defendants, which
18 is Mr. Wharrie, and I never remember the other guy's name.
19     MR. GARCIA: Kelley.
20     THE COURT: Kelley, Wharrie and Kelley. I've
21 reviewed the response. So the motion to stay is granted.
22     Remind me when the argument was.
23     MR. GARCIA: November 1st.
24     THE COURT: So it's less than a month ago, okay. All
25 right.

1   So in the response you referred to -- I hadn't
2  realized it was still going on.  So is the certificate of
3  innocence proceeding still going on in the state court?
4        MS. GORMAN:  Final oral arguments were last week on
5  Friday.
6        THE COURT:  Okay, so it's under advisement now.
7        MS. GORMAN:  Yes.  And he --
8        THE COURT:  Is it Judge Biebel?
9        MS. GORMAN:  Biebel.
10       -- indicated that he would try to rule by
11 February 25th, but he couldn't promise.
12       THE COURT:  Okay.  All right, so there you go.
13       MR. GARCIA:  All right.  Thank you, Judge.
14       THE COURT:  Take care.
15       MS. GORMAN:  Thank you.
16    (Which were all the proceedings had in the above-entitled
17 cause on the day and date aforesaid.)

C E R T I F I C A T E

I hereby certify that the foregoing is a true and correct transcript of the above-entitled matter.

*/s/ Laura M. Brennan*　　　　　　　　　November 7, 2017

Laura M. Brennan
Official Court Reporter　　　　　　　　Date
Northern District of Illinois