UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Nathson E. Fields
                            Plaintiff,

v.                                                            Case No.: 1:10–cv–01168
                                                              Honorable Matthew F. Kennelly

City of Chicago, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 20, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: This matter coming before the Court pursuant to the agreement by the parties, it is hereby ordered as follows:The record on appeal is to be supplemented with Exhibit B to plaintiffs motion to enforce (Dkt. 790–2), which was filed under seal in the electronic docket as Exhibit 1 to defendants motion to correct the record pursuant to Fed. R. App. P. 10(E)(2)(B). (Dkt. 1281–1). Defendants motion to correct the record (Dkt. 1281) remains under advisement. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.