

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  H. Candace Gorman

Firm  Law office of H. Candace Gorman

Street Address  1509 W. Berwyn Avenue, Suite 207

City/State/Zip Code  Chicago Il. 60640

Phone Number  312.427.2313

Email address  hcgorman@igc.og

ARDC (Illinois State Bar members, only)  6184278

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 13 cv 5651 | Young vs. City of Chicago, et a | Kness |
| 10 cv 1168 | Fields vs. City of Chicago, et a | Kennelly |
| | | |
| | | |
| | | |
| | | |

/s/ H. Candace Gorman

Signature of Attorney

July 8, 2020

Date

Rev. 01272016