# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

November 20, 2020



CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before:
DIANE S. SYKES, Chief Circuit Judge
KENNETH F. RIPPLE, Circuit Judge
ILANA DIAMOND ROVNER, Circuit Judge

```
NATHSON FIELDS,                       ] Appeals from the United
        Plaintiff-Appellee,           ] States District Court for
                                      ] the Northern District of
Nos. 17-3079, 17-3125,    v.          ] Illinois, Eastern Division.
    and 18-1207                       ]
                                      ]
CITY OF CHICAGO, et al.,              ] No. 1:10-cv-01168
        Defendants-Appellants.        ]
                                      ] Matthew F. Kennelly,
                                      ]     Judge.
```

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)