IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s),

v.

Case No.

Judge

Defendant(s).

## SUPPLEMENTAL JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

    in favor of plaintiff(s)
    and against defendant(s)
    in the amount of $

        which ☐ includes     pre–judgment interest.
                      does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

    in favor of defendant(s)
    and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

    other:

This action was *(check one)*:

    tried by a jury with Judge                             presiding, and the jury has rendered a verdict.
    tried by Judge                                         without a jury and the above decision was reached.
    decided by Judge                                     on a motion

Date:                                      Thomas G. Bruton, Clerk of Court

                                                                              , Deputy Clerk