MR

FILED
3/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DD

Hananiah Dukes
Reg. No. K71437
Stateville C.C. /NRC
P.O. Box 112
Joliet, IL 60434

To: Office of the Clerk
219 S. Dearborn St. 20th Fl.
Chicago, IL 60604

DT: March 1, 2025

RE: Case No. 10 C 1168 (Nathson Fields v. City of Chicago, et al.)

Dear Clerk:

I am writing to you inquiring about the "Protective-Order" relating to the Chicago Police Department Files, that was ordered to be produced at the May 28, 2015 hearing... This protection order was issued by the District Judge Matthew F. Kennelly, dated: June 16, 2015, and is at issue in a postconviction proceeding I am currently representing myself on.

As I am ready with additional claims to support the petition, and argue a "postconviction-Motion for Discovery," for the (CPD-Hidden Street Files), I was hoping to gain information from this —

Office that may play a significant role in me achieving that goal. In '2017' I wrote and obtained a copy of the "Protection Order"; I was checking to see if this office was aware of any 1) Amend-ing to this Order; 2) Uplifting of this Protection Order; 3) Another case within this District, or, any other District of Illinios that has another resolution; any and all documentation(s), Briefs, Reply Briefs, Sanctions, etc.

It will be greatly appreciated if this office can help me with this matter. Upon receiving any receipt for the cost of any copying/replizas, etc., I will pay the sum. Thank You!

Shalom,

*Hananiah Dukes*
Hananiah Dukes
Reg. No. K71437
Stateville C.C./NRC
P.O. Box 112
Joliet, IL 60434

Hananiah Dukes #K71437
STATEVILLE C.C. NRC
P.O. Box N
Joliet, IL 60434

RECEIVED
MAR 10 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

— LEGAL MAIL —

Office of the Clerk
for the Northern District of Illinois
219 S. Dearborn St. 20th Fl.
Chicago, IL 60604

03\10\2025-6